# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) |
| | ) Case Number: M-12-194-BA |
| | ) |
| | ) |
| **JOSE TREVINO-MORALES** | ) Charging District: Western District of Texas, Austin Division |
| Defendant | ) |
| | ) Charging District's Case Number: A-12-CR-210-SS-3 |

**FILED JUN 18 2012** CLERK, U.S. DISTRICT COURT WESTERN DISTRICT OF TEXAS BY DEPUTY CLERK

**DOCKETED FILED JUN 12 2012** ROBERT D. DENNIS, CLERK U.S. DIST. COURT, WESTERN DIST. OF OKLA. BY DEPUTY

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the: Western District of Texas, Austin Division.

The defendant may need an interpreter for this language: _____.

The defendant:  ☐ will retain an attorney.
 ☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Tuesday, June 12, 2012
Date

ROBERT E. BACHARACH
UNITED STATES MAGISTRATE JUDGE

6

CLOSED

## U.S. District Court
## Western District of Oklahoma[LIVE] (Oklahoma City)
## CRIMINAL DOCKET FOR CASE #: 5:12-mj-00194-BA All Defendants
## Internal Use Only

| | |
|---|---|
| Case title: United States of America v. Trevino-Morales | Date Filed: 06/12/2012 |
| Other court case number: A12-CR-210-SS Western District of Texas Austin Division | Date Terminated: 06/14/2012 |

Assigned to: Magistrate Judge Robert Bacharach

**Defendant (1)**

Jose Trevino-Morales                          represented by   Paul A Lacy
TERMINATED: 06/14/2012                                         Federal Public Defender-OKC
                                                               215 Dean A McGee Ave
                                                               Suite 109
                                                               Oklahoma City, OK 73102
                                                               405-609-5930
                                                               Fax: 405-609-5932
                                                               Email: tony.lacy@fd.org
                                                               *ATTORNEY TO BE NOTICED*
                                                               Designation: Public Defender

**Pending Counts**                                             **Disposition**
None

**Highest Offense Level (Opening)**
None

ATTEST: A true copy of the original
Robert D. Dennis, Clerk
By /s/ Lisa Boyles
Deputy

**Terminated Counts**                                          **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                                                 **Disposition**
None

**Plaintiff**

United States of America                      represented by   Leslie M Maye
                                                               US Attorney's Office-OKC
                                                               210 W Park Ave
                                                               Suite 400
                                                               Oklahoma City, OK 73102
                                                               405-553-8700
                                                               Fax: 405-553-8888
                                                               Email: leslie.maye@usdoj.gov
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|

| 06/12/2012 | | Arrest of Jose Trevino-Morales in Western District of Oklahoma. Case is out of Western District of Texas, Austin Division (sr) (Entered: 06/12/2012) |
|---|---|---|
| 06/12/2012 | 🔒 1 | SEALED DOCUMENT -Indictment and Arrest Warrant from Western District of Texas, Austin Division(sr, ) (Entered: 06/12/2012) |
| 06/12/2012 | 3 | MINUTE ENTRY for proceedings held before Magistrate Judge Robert Bacharach: Initial Appearance in Rule 5(c)(3) as to Jose Trevino-Morales held on 6/12/2012, Attorney Appointment Hearing as to Jose Trevino-Morales held on 6/12/2012. Leslie Maye apprd on behalf of Govt; Def apprd in custody of USM w/ ct-apptd counsel, Tony Lacy; USPO Ann Alesch. Def waived identity hrg; Def requested detention hrg be held in charging district. Def remanded to custody of USM for removal to charging district. (#15:19:00.) (lb) (Entered: 06/13/2012) |
| 06/12/2012 | 4 | WAIVER of Rule 5(c)(3) Hearings by Jose Trevino-Morales. (lb) (Entered: 06/13/2012) |
| 06/12/2012 | 5 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Paul A Lacy as to Jose Trevino-Morales.. Signed by Magistrate Judge Robert Bacharach on 6/12/12. (lb) (Entered: 06/14/2012) |
| 06/12/2012 | 6 | COMMITMENT TO ANOTHER DISTRICT as to Jose Trevino-Morales. Defendant committed to the Western District of Texas, Austin Division. Case terminated. Signed by Magistrate Judge Robert Bacharach on 6/12/12. (lb) (Entered: 06/14/2012) |
| 06/13/2012 | 2 | ENTRY OF ATTORNEY APPEARANCE: Paul A Lacy appearing for Jose Trevino-Morales (Lacy, Paul) (Entered: 06/13/2012) |
| 06/14/2012 | 7 | LETTER to Western District of Texas, Austin Division, including original pleadings and certified docket sheet. (lb) (Entered: 06/14/2012) |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. M-12-194-BA |
| ) | |
| JOSE TREVINO-MORALES, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Jose Trevino-Morales orally moved for appointment of counsel. At the hearing, he declined to submit a written financial affidavit. Upon questioning by the Court, Mr. Trevino-Morales stated through his stand-by counsel, Tony Lacy: (1) Mr. Trevino-Morales did not believe he had the financial resources to retain counsel because he understood that the government was seeking forfeiture of all of his assets; and (2) he was arrested in the early morning on June 12, 2012, was unable to make telephone calls while in detention, and had inadequate time to try to retain counsel.

The Court declined to determine whether the forfeiture claim would prevent Mr. Trevino-Morales from having sufficient resources to retain counsel. However, the Court concluded that in light of Mr. Trevino-Morales' arrest earlier the same day, inability to make telephone calls while in detention, and the shortage of time would prevent him from retaining counsel prior to the initial appearance on June 12, 2012. In doing so, the Court relied on the advisory committee notes to the 1966 amendment of Fed. R. Crim. P. 44(a):

> The right to assignment of counsel is not limited to those financially unable to obtain counsel. If a defendant is able to compensate counsel but still cannot obtain counsel, he is entitled to the assignment of counsel even though not to free counsel.

Fed. R. Crim. P. 44(a) - 1966 advisory committee notes.

Accordingly, the Court appointed Tony Lacy to represent Mr. Trevino-Morales in the present case. If the Court subsequently determines that Mr. Trevino-Morales was able to pay for the representation, he may be obligated to reimburse the government for the cost of Mr. Lacy's legal services.

So ordered this 12th day of June, 2012.

*Robert E. Bacharach*
Robert E. Bacharach
United States Magistrate Judge

2

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA



| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>VS. )<br>)<br>)<br>)<br>)<br>**JOSE TREVINO-MORALES** )<br>Defendant ) | Case Number: __M-12-194-BA__<br><br>Charging District: __Western District of Texas, Austin Division__<br>Charging District's Case Number: __A-12-CR-210-SS-3__ |

### WAIVER OF RULE 5 and 5.1 HEARINGS
( Complaint or Indictment )

I understand that I have been charged in another district:
the ( *name of other court* )  __Western District of Texas, Austin Division__                          .

I have been informed of the charges and of my rights to:
  (1)   retain counsel or request the assignment of counsel if I am unable to retain counsel;

  (2)   an identity hearing to determine whether I am the person named in the charges;

  (3)   production of the warrant, a certified copy of the warrant, or reliable electronic copy of either;

  (4)   a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise- unless I am indicted--to determine whether there is probable cause to believe that an offense has been committed;

  (5)   a hearing on any motion by the government for detention;

  (6)   request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:
  [✓]   an identity hearing.
  [✓]   production of the warrant.
  [ ]   a preliminary hearing.
  [✓]   a detention hearing.

I request that the following hearing(s) be held in the prosecuting district, at a time set by that court.
  [ ]   a preliminary hearing.
  [✓]   a detention hearing.

  I realize that the detention hearing in the prosecuting district may not occur within the three and five day time limits, set forth in the Bail Reform Act, but I request the Court to find good cause to exceed those time limits if it takes the Marshal more time to transport me to the prosecuting district, as I want the hearing to be held in the prosecuting district.

__6/12/2012__
Date

*Jose Trevino*
Defendant

*[signature]*
Attorney for Defendant

4

# CRIMINAL COURTROOM MINUTE SHEET
## INITIAL APPEARANCE on RULE 5

| | | |
|---|---|---|
| **DATE:** Jun 12, 2012 | | **CASE:** M-12-194-BA |
| **TIME IN COURT:** 20 mins | | **COURTROOM:** 101 |
| **MAGISTRATE JUDGE ROBERT E. BACHARACH** | | **COURTROOM DEPUTY LESA BOLES** |

**UNITED STATES OF AMERICA vs.** JOSE TREVINO-MORALES

Defendant States true and correct name as: Same                    **AGE:** 45

**Government Cnsl:** LESLIE MAYE          **Defendant Cnsl:** TONY LACY

**U.S. Probation Officer:** ANN ALESCH                    Public Defender

☒ Defendant Appears,   custody of U.S. Marshal with Counsel        Interpreter: N/A

☐ Defendant advised of his / her right of consular notification,

☒ Defendant informed of his / her right to retain counsel or to request that counsel be appointed if he / she cannot obtain counsel.

☒ Dft informed that he / she is not required to make a statement and that any statement made by him / her may be used against him / her.

☒ Defendant informed of the  ☐ Complaint  ☒ Indictment  and the charges pending against him / her in the prosecuting district.

Charging District: Western District of Texas, Austin Division        Charging District case number: A-12-CR-210-SS-3

## PRELIMINARY / RULE 5

☐ Defendant informed of his/her right to a Preliminary hearing.
  ☐ Defendant waives preliminary hearing; Written waiver entered.
  ☐ Defendant requests the preliminary hearing be conducted in the prosecuting district.
  ☐ Defendant requests the preliminary hearing be conducted in this district
    ☐ Preliminary hearing is set for:_____
  ☐ Preliminary hearing not required.

☒ Defendant waives identity hearing; Written waiver entered.

☐ Defendant advised of the provisions of Rule 20.

☒ Government produces the original warrant, a certified copy of the warrant or a reliable electronic form of either.

☐ Defendant waives production of original, certified copy or reliable electronic form of warrant.

## RELEASE / DETENTION

☐ Government recommends defendant be released on _____

☐ Government recommends defendant be detained based on _____

☐ Government _____
  ☐ Upon motion of the Government and request for continuance by _____
  ☐ Detention Hearing is set for _____

☒ Defendant requests that the detention issue be held in abeyance until defendant is returned to charging district. The court finds good cause to exceed the time limits set forth by the Bail Reform Act, if necessary, in order to allow the U.S. Marshal sufficient time to transport defendant to the charging district. Defendant remanded to the custody of the U.S. Marshal.

**The Court Orders:**

☒ The United States Marshal for the Western District of Oklahoma is to remove defendant to the district in which he/she is charged and deliver defendant to the United States Marshal for that district or to some other officer authorized to receive him. Written Order entered.

☐ Defendant temporarily detained pending detention hearing. Written Order entered. Defendant remanded to the custody of the USM.

☐ Unsecured Bond set at _____ with conditions per Release Order.

☐ Secured Bond set at _____ with conditions per Release Order as the Court finds that the release of the Defendant on a personal recognizance bond or unsecured appearance bond would not reasonably assure his / her appearance in court and the safety of the community.

☐ Defendant remanded to the custody of the U.S. Marshal.

☐ Defendant to report for further proceedings in the District Court in which prosecution is pending as follows:

Defendant requests withdrawal of the financial affidavit provided to the Court by the U.S. Marshal's office. The Court grants defendant's oral request to withdraw the financial affidavit.

3

# United States District Court
## WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JOSE TREVINO-MORALES,

        Defendant.

**APPEARANCE**

CASE NUMBER: M-12-194-BA

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Jose Trevino-Morales. I certify that I am registered with the Court's ECF System and that I am admitted to practice in this court.

| | |
|---|---|
| June 13, 2012 | s/ Paul Antonio Lacy |
| Date | Signature |
| | PAUL ANTONIO LACY, OBA #5156 |
| | ASSISTANT FEDERAL PUBLIC DEFENDER |
| | Attorney for Defendant |
| | Office of the Federal Public Defender |
| | 215 Dean A. McGee, Suite 109 |
| | Oklahoma City, Oklahoma 73102 |
| | Phone: 405-609-5930 / Facsimile: 405-609-5932 |
| | E-Mail: Tony.Lacy@fd.org |

### CERTIFICATE OF SERVICE

I hereby certify that on Wednesday, June 13, 2012, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Leslie M. Maye
Assistant United States Attorney

s/ Paul Antonio Lacy
PAUL ANTONIO LACY

2

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF OKLAHOMA

www.okwd.uscourts.gov

**ROBERT D. DENNIS**
CLERK

**RHONDA REYNOLDS**
CHIEF DEPUTY

200 N.W. 4th Street, Room 1210
Oklahoma City, Oklahoma 73102
(405) 609-5000   Fax (405) 609-5099



June 14, 2012

Mr. William G. Putnicki
Clerk of Court
United States District Court
for the Western District of Texas
200 West 8th Street, Room 130
Austin, TX  78701

    Re:    USA v. Jose Trevino-Morales
            Western District of Texas Case No. A-12-CR-210-SS-/ 3
            Western District of Oklahoma Case No. M-12-194-BA
            <u>Rule 5 Proceedings held June 12, 2012</u>

Dear Clerk:

    Enclosed are the original filings and a certified copy of the docket sheet in the referenced case.

                              Very Truly Yours,

                              ROBERT D. DENNIS, CLERK

                              By:  <u>s/Lesa Boles</u>
                                   Deputy Clerk

7