U.S. Department of Justice

PROCESS RECEIPT AND RETURN
**2010R19356**

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| **UNITED STATES OF AMERICA** | **A-12-CR-210 SS** |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| **JOSE TREVINO MORALES AND ZULEMA MORALES** | **NOTICES OF LIS PENDENS (3) AND ORDER** |

| SERVE ► AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | **CLEVELAND COUNTY CLERK, REAL ESTATE DEPARTMENT** |
| | ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code) |
| | **201 S. JONES, ROOM 210, NORMAN, OKLAHOMA 73069** |

| SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW: | Number of process to be served with this Form - 285 | 4 |
|---|---|---|
| **United States Attorney's Office**<br>**Attn: Asset Forfeiture**<br>**816 Congress Avenue, Suite 1000**<br>**Austin, Texas 78701** | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

**PERSONAL SERVICE IS REQUIRED - PLEASE RECORD AND RETURN ONE FILE STAMPED/RECORDED COPY OF THE NOTICE OF LIS PENDENS TO THE U.S. ATTORNEY'S OFFICE, ATTENTION JENNIFER S. FREEL**

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Jennifer S. Freel, Assistant United States Attorney | ☐ DEFENDANT | 512-916-5858 | 06/11/12 |

**SPACE BELOW FOR USE OF AGENCY ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No._____ | District of Origin No._____ | District to Serve No._____ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

| Name and title of individual served (If not shown above). | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|---|
| Address (complete only if different than shown above)<br><br>*Cleveland County Clerk* | Date of Service<br>6/12/12 | Time<br>9:45 am/pm<br>Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: *Filed Cleveland County, Oklahoma 6/12/12*

| PRIOR EDITIONS MAY BE USED | | **FORM USM 285 (Rev. 12/15/80)** |
|---|---|---|