IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| V. | § | Criminal No.: 1:12-CR-210-SS |
| JOSE TREVINO-MORALES(3) | § | |

## MOTION TO CONTINUE DETENTION HEARING

TO THE HONORABLE MAGISTRATE JUDGE MARK LANE, UNITED STATES DISTRICT COURT:

COMES NOW, JOSE TREVINO-MORALES, defendant in the above-styled and numbered cause, by and through his attorney of record, David Finn, and hereby respectfully moves the Court to continue the detention hearing in this case. In support, Defendant Trevino-Morales would show the following:

I.

Defendant Trevino-Morales is currently scheduled for a detention hearing in this matter on June 27, 2012.

II.

Undersigned counsel was just recently retained in this matter and needs additional time to meet with Mr. Jose Trevino-Morales. Additionally, undersigned counsel is on a family vacation in Florida and will return to Texas on July 1, 2012.

III.

Undersigned counsel conferred with the Court and agrees July 3, 2012 would be a good date for the rescheduling of this detention hearing.

Respectfully submitted,

__/s/ David Finn_____
DAVID FINN
SBOT# 07026900

MILNER FINN PRICE
2828 N. Harwood St.
Ste. 1950; LB 9
Dallas, Texas 75201
214.651.1121
214.953.1366 FAX
judgefinn@davidfinn.com

Attorney for Defendant

## CERTIFICATE OF CONFERENCE

I, David Finn, hereby certify that on this the 25th day of June, 2012, I attempted to confer with Assistant United States Douglas W. Gardner concerning the merits of the foregoing Motion to Continue Detention Hearing and Mr. Gardner was unavailable.

_/s/ David Finn_____
DAVID FINN

## CERTIFICATE OF SERVICE

I, David Finn, hereby certify a true and correct copy of the foregoing Motion to Continue Detention Hearing was forwarded to AUSA Gardner via ECF on this the 25th day of June, 2012.

_/s/ David Finn_____
DAVID FINN