# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT COURT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. A-12-CR-210 |
| | § | |
| JOSE TREVINO MORALES | § | |

## NOTICE OF APPEARANCE AS LOCAL COUNSEL

**To the Clerk of the Court and all parties of record:**

I am authorized to practice in all courts in the State of Texas and the United States District Court for the Western District of Texas and hereby appear as Local Counsel for Jose Trevino Morales.

David Finn will remain as lead counsel for Jose Trevino Morales.

BRADLEY G. URRUTIA
Attorney for Defendant

LOPEZ & URRUTIA, LLP
801 W. Olorf St.
Austin, Texas 78704
(512) 442-3333
(512) 326-3171 Fax
brad@lulaw.net

## CERTIFICATE OF SERVICE

A true and correct copy of the above and foregoing document was served on the parties via the CM/ECF system on July 11, 2012.

Bradley G. Urrutia