IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIM NO. 12-CR-210(3) SS |
| | § | |
| | § | |
| JOSE TREVINO MORALES | § | |

## MOTION TO WITHDRAW AS LOCAL COUNSEL

**TO THE HONORABLE COURT:**

Now comes Bradley G. Urrutia, Movant, and brings this Motion to Withdraw as Local Counsel and in support thereof shows:

1. Movant was retained as Local Counsel for Defendant to assist David Finn with representation of Defendant.

2. Defendant and Counsel for Defendant have informed Movant that his services are no longer required.

3. Defendant will continue to be represented by David Finn throughout the pendency of his case.

4. Notice of Counsel's Motion to Withdraw and Request for Appointed Appellate Counsel was served on Defendant by delivering a copy of this motion by delivering a copy of this motion to his attorney of record, David Finn.

**WHEREFORE,** Movant prays that the Court will grant his motion to withdraw and appoint counsel to represent Defendant throughout his appeal.

Respectfully submitted,

LOPEZ & URRUTIA, L.L.P.
801 W. Oltorf St.
Austin, Texas 78704
Tel: (512) 326-9566
Fax: (512) 326-3171

By: _____
Bradley G. Urrutia
State Bar No. 00795695
Attorney for Jose Trevino Morales

## CERTIFICATE OF SERVICE

A true and correct copy of the above and foregoing document was served on the parties via the CM/ECF system on July 24, 2012.

_____
Bradley G. Urrutia

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIM NO. A-10-CR-320(4) LY |
| | § | |
| | § | |
| JOSE TREVINO MORALES | § | |

### ORDER ON MOTION TO WITHDRAW AS LOCAL COUNSEL

On _____, came on to be considered Bradley G. Urrutia's Motion to Withdraw as Counsel.

The Court finds that there is good cause for withdrawal of Movant as local counsel and that Defendant will continue to be represented by David Finn.

IT IS THEREFORE ORDERED, that Movant is permitted to withdraw as local counsel.

_____
JUDGE SAM SPARKS