```
 1                   UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF TEXAS
 2                         AUSTIN DIVISION

 3   UNITED STATES OF AMERICA    ) Docket No. A 12-CR-210 SS
                                 )
 4   vs.                         ) Austin, Texas
                                 )
 5   JOSE TREVINO-MORALES (3)    )
     FRANCISCO ANTONIO           )
 6   COLORADO-CESSA (6)          )
     FERNANDO SOLIS-GARCIA (7)   )
 7   EUSEVIO MALDONADO-HUITRON(11) )
     JESUS MALDONADO-HUITRON (18) ) April 29, 2013
 8

 9               TRANSCRIPT OF TRIAL ON THE MERITS
                   BEFORE THE HONORABLE SAM SPARKS
10                       Volume 10 of 15

11   APPEARANCES:

12   For the United States:      Ms. Michelle E. Fernald
                                 Mr. Douglas W. Gardner
13                               Assistant U.S. Attorneys
                                 816 Congress Avenue, Suite 1000
14                               Austin, Texas 78701

15   For Defendant Trevino-      Mr. David M. Finn
     Morales:                    Milner & Finn
16                               2828 North Harwood Street
                                 Suite 1950, LB9
17                               Dallas, Texas 75201

18                               Ms. Christie Williams
                                 Mills & Williams
19                               1112 South Rock Street
                                 Georgetown, Texas 78626
20
     For Defendant Colorado-     Mr. Mike DeGeurin
21   Cessa:                      Mr. M. Andres Sanchez-Ross
                                 Foreman, DeGeurin & DeGeurin
22                               300 Main Street
                                 Houston, Texas 77002
23
                                 Mr. John Parras
24                               Republic Bank Building
                                 1018 Preston, Floor 2
25                               Houston, Texas 77002
```

1    **(Appearances Continued:)**

2    For Defendant Solis-Garcia: Mr. Guy L. Womack
                                 Guy L. Womack & Associates
3                                402 Main Street, Suite 6 North
                                 Houston, Texas 77002

4
     For Defendant Eusevio       Mr. Richard D. Esper
5    Maldonado-Huitron:          Esper Law Office
                                  801 North El Paso Street, 2nd Floor
6                                 El Paso, Texas 79902

7    For Defendant Jesus         Mr. Thomas Brent Mayr
     Maldonado-Huitron:          Law Office of Brent Mayr
8                                4101 Washington Avenue, 2nd Floor
                                 Houston, Texas 77007

9

10   Interpreters:              Mr. Peter Heide
                                Ms. Cristina Helmerichs
11                              Ms. Maureen McLean

12   Court Reporter:            Ms. Lily Iva Reznik, CRR, RMR
                                501 West 5th Street, Suite 4153
13                              Austin, Texas 78701
                                (512)391-8792

14

15

16

17

18

19

20

21

22

23

24

25   Proceedings reported by computerized stenography, transcript
     produced by computer.

1                          **I N D E X**

2                          <u>Direct</u>    <u>Cross</u>      <u>Redirect</u>   <u>Recross</u>
   <u>Witnesses</u>:

3

4  Jesus Rejon-Aguilar    7          47,63

5                                    88         92          95

6  Tyler D. Graham        96         201

7

8                                                          <u>Page</u>

9  Proceedings Adjourned                                    228

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**E X H I B I T S**

|  | Offered | Admitted |
|---|---|---|
| Government's | | |
| #3 | 182 | 182 |
| #11F | 21 | 22 |
| #314 | 19 | 19 |
| #360A through B | 162 | 162 |
| #364OKT | 46 | 46 |
| #423 | 32 | 33 |
| #426 | 93 | 93 |

Defendant's

(None.)

08:15:20    1              THE COURT:  Okay.  Anything before we bring in the

08:31:18    2    jury?

08:31:19    3              MR. GARDNER:  Just briefly, your Honor.  Mr. Mayr last

08:31:21    4    week --

08:31:22    5              THE COURT:  You may be seated in the audience if you

08:31:23    6    wish.

08:31:31    7              MR. GARDNER:  Your Honor, Mr. Mayr put two agents under

08:31:35    8    the rule last week.  Bill Johnston, I did not excuse him, and

08:31:40    9    Charlie Cox, right?

08:31:41   10              MR. MAYR:  That's right.

08:31:42   11              MR. GARDNER:  And we have reached an agreement where

08:31:44   12    he's agreed to excuse them from the recall such that they may sit

08:31:48   13    in the courtroom.  We don't plan to call them on rebuttal.

08:31:51   14    Obviously Mr. Mayr has either one of those available, if he wants

08:31:54   15    to, for his case such.

08:31:57   16              MR. MAYR:  Sure.  That is my agreement, your Honor.  I

08:32:01   17    have an agreement with the government to excuse the rule's

08:32:04   18    application as to Agent Johnston except for the testimony of

08:32:10   19    Agents Pennington and Lawson.  I would ask that the rule -- that

08:32:14   20    he be under the rule for those particular witnesses.  May be

08:32:18   21    excused -- well, I guess it's sort of an all or nothing kind of

08:32:22   22    -- Judge, it's up to you.  I mean, I --

08:32:24   23              THE COURT:  Your agreement is not up to me, counsel.

08:32:27   24    Do you have an agreement or not?

08:32:29   25              MR. MAYR:  I do.  I just want --

| | | |
|---|---|---|
| 08:32:30 | 1 | THE COURT:  All right. |
| 08:32:31 | 2 | MR. MAYR:  My agreement is that their -- they can |
| 08:32:33 | 3 | remain in the courtroom except for the testimony of these two |
| 08:32:36 | 4 | agents. |
| 08:32:36 | 5 | MR. GARDNER:  We're fine with that, your Honor. |
| 08:32:37 | 6 | MS. FERNALD:  That's fine. |
| 08:32:39 | 7 | MR. MAYR:  Okay. |
| 08:32:39 | 8 | THE COURT:  All right. |
| 08:32:41 | 9 | MR. GARDNER:  And I have nothing further, your Honor. |
| 08:32:47 | 10 | THE COURT:  Okay.  Anybody else? |
| 08:32:58 | 11 | (Jury present.) |
| 08:34:59 | 12 | THE COURT:  Counsel reminded me that it was not a very |
| 08:35:03 | 13 | good weekend for Texas baseball or otherwise, but I think I ought |
| 08:35:06 | 14 | to tell you that in addition to, of course, my father, brother |
| 08:35:10 | 15 | and I and four sons went to Texas, but they have degrees from |
| 08:35:15 | 16 | Tech and San Antonio, the university, and I've got one TCU |
| 08:35:21 | 17 | graduate, I've got a Washington graduate, I've got two Aggie |
| 08:35:25 | 18 | graduates when I count wives and sons and daughter and husband. |
| 08:35:35 | 19 | So I'm not just the University of Texas.  If they can all -- if |
| 08:35:39 | 20 | they all want to be second place, it's okay. |
| 08:35:44 | 21 | During the weekend, did anyone attempt to talk to you |
| 08:35:47 | 22 | about this case? |
| 08:35:48 | 23 | JURORS:  No. |
| 08:35:48 | 24 | THE COURT:  Did you talk to anyone about the case? |
| 08:35:50 | 25 | JURORS:  No. |

| | | |
|---|---|---|
| 08:35:51 | 1 | THE COURT:  And have you learned anything at all about |
| 08:35:54 | 2 | this case, outside the presence of each other in this courtroom? |
| 08:35:57 | 3 | JURORS:  No. |
| 08:35:58 | 4 | THE COURT:  All right.  Thank you.  Show negative |
| 08:36:00 | 5 | responses to all questions by all jurors. |
| 08:36:02 | 6 | You may call your next witness. |
| 08:36:03 | 7 | MR. GARDNER:  Thank you, your Honor.  The government |
| 08:36:04 | 8 | calls Jesus Rejon-Aguilar. |
| 08:36:32 | 9 | (Witness sworn.) |
| 08:36:57 | 10 | THE COURT:  Sir, if you'll talk into that microphone, |
| 08:37:05 | 11 | play like it's not there.  You don't have to get too close, just |
| 08:37:11 | 12 | talk in that direction.  And if you'll tell us your full name and |
| 08:37:15 | 13 | spell your last name, please. |
| 08:37:17 | 14 | THE WITNESS:  Jesus Enrique Rejon-Aguilar. |
| 08:37:27 | 15 | THE COURT:  Spell your last name. |
| 08:37:29 | 16 | THE WITNESS:  R-E-J-O-N. |
| 08:37:37 | 17 | THE COURT:  Thank you. |
| 08:37:38 | 18 | JESUS E. REJON-AGUILAR, called by the Government, duly sworn. |
| 08:37:38 | 19 | DIRECT EXAMINATION |
| 08:37:38 | 20 | BY MR. GARDNER: |
| 08:37:39 | 21 | Q.   Thank you, your Honor. |
| 08:37:40 | 22 | Good morning, Mr. Rejon.  We've met before.  Can you |
| 08:37:42 | 23 | please introduce yourself to the jury and tell them how old you |
| 08:37:45 | 24 | are? |
| 08:37:52 | 25 | A.   Good morning.  I'm 37. |

08:37:59  1   Q.   How, Mr. Rejon, when you and I talked before, I noticed you

08:38:02  2   cock your head to one side.  Do you have a hearing problem?

08:38:13  3   A.   Yes.

08:38:15  4   Q.   So if there's something that you don't hear, please ask me

08:38:18  5   or somebody else to repeat the question so we make sure you

08:38:21  6   understand, please.

08:38:29  7   A.   Okay.

08:38:30  8   Q.   Where are you currently facing criminal charges?

08:38:39  9   A.   In Washington.

08:38:41  10  Q.   That's Washington D.C.?

08:38:45  11  A.   District of Columbia.

08:38:46  12  Q.   And what is your understanding of that charge?

08:38:52  13  A.   Conspiracy.  For the manufacture and distribution of more

08:39:07  14  than five kilos or kilograms of cocaine, and the manufacturing

08:39:13  15  and distribution of over a thousand kilos of marihuana.

08:39:15  16  Q.   And have you pled guilty to that charge?

08:39:20  17  A.   That's right.

08:39:21  18  Q.   And have you been sentenced on that charge?

08:39:36  19  A.   No.  I've pled guilty to ten to life.  I still have not been

08:39:42  20  sentenced.

08:39:43  21  Q.   And has anybody made you any promises with what your

08:39:48  22  sentence may be?

08:39:51  23  A.   No.

08:39:52  24  Q.   And what is your hope for testifying here today?  What do

08:39:56  25  you hope to get out of it?

```
08:40:05   1   A.   That the judge is going to sentence me, take that into
08:40:08   2   account when he sentences me.
08:40:10   3   Q.   And when were you arrested?
08:40:19   4   A.   July 5, 2011.
08:40:22   5   Q.   And where were you arrested?
08:40:26   6   A.   Mexico City.
08:40:28   7   Q.   So you were extradited to the U.S.?
08:40:33   8   A.   That's correct.
08:40:34   9   Q.   And do you have any charges pending in Mexico right now?
08:40:41  10   A.   That's correct.
08:40:42  11   Q.   And what are those charges?
08:40:53  12   A.   Organized crime, carrying a prohibited weapon that's only
08:41:02  13   allowed for the military, prohibited -- having access to
08:41:07  14   prohibited munitions that are only allowed for the military.
08:41:10  15   Q.   And have you testified previously in the United States?
08:41:18  16   A.   That's correct.
08:41:19  17   Q.   And was that in the District of Columbia?
08:41:24  18   A.   That's correct.
08:41:25  19   Q.   And who was the person on trial in that case?
08:41:36  20   A.   Aurelio Cano-Flores.
08:41:39  21   Q.   Did he also go by a name of "Yankee"?
08:41:43  22   A.   That's correct.
08:41:46  23   Q.   I want to talk a little bit about your history.  Did you at
08:41:50  24   some point join the Mexican military?
08:42:00  25   A.   That's correct.
```

```
08:42:01   1   Q.   And do you recall when that was?
08:42:07   2   A.   '93 to '99.
08:42:11   3   Q.   And did you eventually become part of what is known as the
08:42:16   4   GAFEs or Mexican Special Forces?
08:42:22   5   A.   That's correct.
08:42:23   6   Q.   And what kind of training have you had or did you have as a
08:42:27   7   member of the GAFEs?
08:42:51   8   A.   The ones I remember as I was training to be a sniper,
08:43:04   9   breaching building -- breaching, mountain climbing, antiterrorism
08:43:08  10   activities, urban warfare, survival techniques in any area,
08:43:14  11   sniper.  Those are the ones I remember.
08:43:17  12   Q.   And what does GAFE stand for?
08:43:29  13          THE INTERPRETER:  Interpreter's going to ask for
08:43:31  14   clarification.
08:43:39  15   A.   The special force -- the group of -- that's moved both on
08:43:43  16   air and land of the Special Forces unit.
08:43:45  17   Q.   (BY MR. GARDNER) Is that similar to the Green Berets or
08:43:48  18   Special Forces in the United States?
08:43:55  19   A.   Yes.
08:43:57  20   Q.   And what type of operations did you perform while a member
08:44:01  21   of the Mexican military?
08:44:10  22   A.   In one incursion.
08:44:13  23   Q.   I'm sorry.  Could you repeat that answer for us?
08:44:19  24   A.   It's an incursion.
08:44:22  25   Q.   Did you work any counter-narcotics operations?
```

| | | |
|---|---|---|
| 08:44:31 | 1 | A.   That's correct. |
| 08:44:32 | 2 | Q.   Could you please describe for the jury what type of |
| 08:44:35 | 3 | counter-narcotics operations you conducted? |
| 08:45:03 | 4 | A.   I was commissioned over at the federal judicial police for |
| 08:45:06 | 5 | two years.  That was from '97 to '99.  I was in the |
| 08:45:12 | 6 | anti-narcotics fight. |
| 08:45:15 | 7 | Q.   And what was the highest rank you achieved while a member of |
| 08:45:18 | 8 | the Mexican military? |
| 08:45:25 | 9 | A.   Corporal Special Forces. |
| 08:45:27 | 10 | Q.   At some point, did you desert? |
| 08:45:32 | 11 | A.   Deserted in '99. |
| 08:45:40 | 12 | Q.   And why did you desert? |
| 08:45:43 | 13 | A.   I was going to be prosecuted, so I deserted. |
| 08:45:48 | 14 | Q.   Why were you going to be prosecuted? |
| 08:46:01 | 15 | A.   The offense that was going to be charged was corruption. |
| 08:46:08 | 16 | Q.   And after you deserted, what did you do then? |
| 08:46:17 | 17 | A.   I went to Tamaulipas to look for work. |
| 08:46:19 | 18 | Q.   And did you find work with the Gulf cartel? |
| 08:46:27 | 19 | A.   That's correct. |
| 08:46:28 | 20 | Q.   And when was that? |
| 08:46:29 | 21 | A.   In '99. |
| 08:46:34 | 22 | Q.   And when you joined the Gulf cartel, what did you do for |
| 08:46:38 | 23 | them? |
| 08:46:52 | 24 | A.   I joined them as one of the escorts or bodyguards for |
| 08:46:58 | 25 | officials. |

08:47:01  1   Q.   And at that time did the Gulf cartel have a group called the

08:47:04  2   Zetas?

08:47:13  3   A.   That's correct.

08:47:14  4   Q.   And what did the Zetas do for the Gulf cartel?

08:47:32  5   A.   We did everything that involved being escorts or bodyguards,

08:47:37  6   protecting different officials and officers.

08:47:42  7   Q.   Where did the name Zetas come from?

08:47:58  8   A.   That was assigned to us by Osiel.

08:48:02  9   Q.   Is that Osiel Cardenas-Guillen?

08:48:05  10  A.   That's correct.

08:48:06  11  Q.   And who was he at that time?

08:48:12  12  A.   He was the leader of the Gulf cartel.

08:48:20  13  Q.   And other than your name, Mr. Rejon, do you have any

08:48:28  14  nicknames?

08:48:32  15  A.   I do.

08:48:32  16  Q.   And what are those?

08:48:34  17  A.   "Mamito," the gentleman, the guy with the glasses, Zeta "7."

08:48:54  18  Q.   And how are the numbers assigned?

08:49:12  19  A.   At first, the numbers were assigned in accordance with how

08:49:18  20  -- the order in which you join the armed group.

08:49:21  21  Q.   So, for example, you were the seventh person to join the

08:49:24  22  armed group?  Would that be correct?

08:49:33  23  A.   That's right.

08:49:33  24  Q.   So when you were performing functions as a bodyguard for

08:49:37  25  Osiel Cardenas, was he shipping drugs to the United States?

| | | |
|---|---|---|
| 08:49:51 | 1 | A.   That's right. |
| 08:49:52 | 2 | Q.   And during that period, was there a time when you, as part |
| 08:49:56 | 3 | of the Gulf cartel, took part in fighting other rival cartels? |
| 08:50:11 | 4 | A.   That's right. |
| 08:50:12 | 5 | Q.   And which cartels were those? |
| 08:50:18 | 6 | A.   With the Sinaloa cartel. |
| 08:50:21 | 7 | Q.   And did you take part in any armed battles with them? |
| 08:50:29 | 8 | A.   I did. |
| 08:50:30 | 9 | Q.   On how many occasions? |
| 08:50:39 | 10 | A.   I don't remember, but it was more than ten. |
| 08:50:43 | 11 | Q.   Now, do you know an individual named Alejandro |
| 08:50:53 | 12 | Morales-Betancourt? |
| 08:50:57 | 13 | A.   I do. |
| 08:50:58 | 14 | Q.   And how do you know him, sir? |
| 08:51:09 | 15 | A.   We first were members of the same group within the armed |
| 08:51:14 | 16 | forces, and then, we belonged to the same cartel. |
| 08:51:16 | 17 | Q.   And was there some point where Mr. Betancourt began |
| 08:51:21 | 18 | cooperating with the Mexican government? |
| 08:51:28 | 19 | A.   That's right. |
| 08:51:30 | 20 | Q.   And did the Gulf cartel issue orders to kill Mr. Betancourt |
| 08:51:35 | 21 | or any of his family members? |
| 08:51:43 | 22 | A.   That's right. |
| 08:51:44 | 23 | Q.   And did you end up killing any of the Betancourt family? |
| 08:51:53 | 24 | A.   No. |
| 08:51:54 | 25 | Q.   Why not? |

08:52:01  1   A.   I was assigned to kill the wife, but I don't know.  I didn't

08:52:11  2   think she was at fault for anything that had happened.

08:52:14  3   Q.   And were you punished for that?

08:52:18  4   A.   I was.

08:52:18  5   Q.   And what happened?

08:52:19  6   A.   My hands were handcuffed for a while.

08:52:36  7   Q.   Now, as a member of the Gulf cartel, did you pay bribes to

08:52:40  8   the police forces in Mexico?

08:52:49  9   A.   I did.

08:52:49  10  Q.   And what would the police do in exchange for those bribes?

08:53:18  11  A.   Provided services, information, pick up people we weren't

08:53:23  12  able to.

08:53:29  13  Q.   Did you also provide bribes to the Mexican military?

08:53:37  14  A.   I did.

08:53:38  15  Q.   And what would the Mexican military do in exchange for those

08:53:41  16  bribes?

08:54:05  17  A.   Helped us fight the opposing group to our cartel.  That's

08:54:11  18  it.

08:54:13  19  Q.   And at some point, were you responsible for the movement of

08:54:18  20  drugs through Gulf cartel territory?

08:54:31  21  A.   That's right.

08:54:32  22  Q.   And were other cartels or other groups allowed to move drugs

08:54:37  23  through Gulf cartel territory?

08:54:48  24  A.   No.

08:54:49  25  Q.   Were people required to pay a tax on drugs being moved

| | | |
|---|---|---|
| 08:54:53 | 1 | through the Gulf cartel territory? |
| 08:55:03 | 2 | A.    That's right. |
| 08:55:04 | 3 | Q.    And if people refused or did not pay the tax, what would |
| 08:55:07 | 4 | happen to them? |
| 08:55:28 | 5 | A.    They were kidnapped and then, orders were given, whether |
| 08:55:33 | 6 | they had to be killed or what had to be done. |
| 08:55:37 | 7 | Q.    While working for the Gulf cartel, did you kill people? |
| 08:55:45 | 8 | A.    I did. |
| 08:55:45 | 9 | Q.    Approximately how many people do you think you've killed for |
| 08:55:48 | 10 | the Gulf cartel? |
| 08:55:55 | 11 | A.    Twenty people. |
| 08:55:57 | 12 | Q.    Did you kill these people yourself, or were you given orders |
| 08:56:00 | 13 | to kill them? |
| 08:56:05 | 14 | A.    I was ordered to kill them. |
| 08:56:08 | 15 | Q.    And did you kidnap any folks while working for the Gulf |
| 08:56:17 | 16 | cartel? |
| 08:56:17 | 17 | A.    I did. |
| 08:56:17 | 18 | Q.    Approximately how many people would you say you kidnapped |
| 08:56:21 | 19 | while working for the Gulf cartel? |
| 08:56:31 | 20 | A.    Ten or 15 people. |
| 08:56:33 | 21 | Q.    Now, why would these people be killed or kidnapped? |
| 08:56:43 | 22 | A.    For trafficking drugs without permission. |
| 08:56:47 | 23 | Q.    Now, during your time as a member of the Gulf cartel, did |
| 08:56:50 | 24 | you ever meet an individual named Miguel Trevino? |
| 08:57:00 | 25 | A.    I did. |

08:57:02  1  Q.    335A, please.  Do you recognize this individual, Mr. Rejon?

08:57:14  2  A.    I do.

08:57:15  3  Q.    And who do you recognize that person as?

08:57:21  4  A.    Miguel Angel Morales-Trevino, Zeta "40."

08:57:27  5  Q.    And during your time together in the Gulf cartel, what was

08:57:33  6  "Cuarenta's" role?

08:57:41  7  A.    He was the second one command of the armed branch of the

08:57:51  8  Zetas.

08:57:52  9  Q.    Second-in-command to who?  Who was the leader?

08:57:57  10  A.    Heriberto Lazcano-Lazcano.

08:58:02  11  Q.    So as second-in-command, did "40" give you orders to carry

08:58:07  12  out?

08:58:14  13  A.    That's right.

08:58:22  14  Q.    Do you recognize this individual, Mr. Rejon?

08:58:28  15  A.    I do.

08:58:29  16  Q.    And who do you recognize that as?

08:58:37  17  A.    Oscar Omar Trevino.

08:58:42  18  Q.    And did he have a nickname?

08:58:47  19  A.    He did.

08:58:49  20  Q.    And was that "Z 42"?

08:58:54  21  A.    That's right.

08:58:55  22  Q.    And what was "Z 42's" role in the Gulf cartel?

08:59:16  23  A.    He was the supervisor for all the sectors or plazas that we

08:59:22  24  had at the national level and the movement of drugs into the

08:59:28  25  United States.

08:59:28   1   Q.   And do you know if Miguel Angel Trevino and Oscar Omar
08:59:33   2   Trevino are related?
08:59:42   3   A.   They're brothers.
08:59:44   4   Q.   And during your time in the Gulf cartel, what interaction
08:59:47   5   did you have with "40" and "42"?
08:59:51   6   A.   Both work and friendship.
09:00:11   7   Q.   How often were you around them on a weekly or monthly basis?
09:00:32   8   A.   For about two years, we saw each other daily.
09:00:36   9   Q.   Some point, did the Gulf -- or the Zetas split from the Gulf
09:00:48   10  cartel?
09:00:48   11  A.   That's right.
09:00:49   12  Q.   And when was this?
09:00:53   13  A.   2010.
09:00:55   14  Q.   And why did the Zetas split from the Gulf?
09:01:07   15  A.   The break came because of disagreements.
09:01:12   16  Q.   And was there battles between the Gulf and the Zetas at that
09:01:21   17  point?
09:01:21   18  A.   That's right.
09:01:24   19  Q.   And which side did you choose, the Zetas or the Gulf?
09:01:32   20  A.   Zetas.
09:01:34   21  Q.   So what became your role in the Zeta cartel?
09:01:53   22  A.   I became the supervisor at the national level of all the
09:01:58   23  plazas or sectors we had.
09:02:01   24  Q.   And what was "40's" role in the new Zeta cartel?
09:02:22   25  A.   He was a second-in-command for the armed branch, and he

| 09:02:27 | 1 | supervised the people and the weaponry for the war. |
| 09:02:33 | 2 | Q.   Was that the war with the Gulf cartel? |
| 09:02:36 | 3 | A.   That's right. |
| 09:02:40 | 4 | Q.   And during your time with the Zetas from 2010 until you were |
| 09:02:43 | 5 | arrested in 2011, did you kill people for the Zetas? |
| 09:02:57 | 6 | A.   I did. |
| 09:02:58 | 7 | Q.   And approximately how many people did you kill while a |
| 09:03:01 | 8 | member of the Zetas? |
| 09:03:03 | 9 | A.   Some ten. |
| 09:03:15 | 10 | Q.   Were these killings that you did personally, or would you |
| 09:03:19 | 11 | order other people to kill on your behalf? |
| 09:03:30 | 12 | A.   No.   There were other people. |
| 09:03:34 | 13 | Q.   Now, at this time was the Zetas cartel moving cocaine into |
| 09:03:40 | 14 | the United States? |
| 09:03:49 | 15 | A.   That's right. |
| 09:03:50 | 16 | Q.   Approximately how much cocaine would you estimate that you |
| 09:03:55 | 17 | or the Zetas moved into the United States in a year's timeframe? |
| 09:04:09 | 18 | A.   Some 40 tons of cocaine or more. |
| 09:04:29 | 19 | Q.   And how much money did the Zetas make in any given year, |
| 09:04:35 | 20 | approximately? |
| 09:04:52 | 21 | A.   $350 million.   About. |
| 09:04:56 | 22 | Q.   And what type of expenses did the Zetas have that they had |
| 09:05:01 | 23 | to pay from that $350 million? |
| 09:05:16 | 24 | A.   The expenses of the war.   That's it. |
| 09:05:18 | 25 | Q.   Was that the war with the Gulf cartel? |

09:05:23    1    A.    That's right.

09:05:27    2    Q.    Mr. Rejon, I'm showing you Government's Exhibit 314.  Do you

09:05:32    3    recognize that, sir?

09:05:37    4    A.    I do.

09:05:41    5    Q.    And do you recognize Miguel and Omar Trevino and Miguel

09:05:45    6    Trevino's wife in that picture?

09:05:52    7    A.    I do.

09:05:53    8    Q.    Your Honor, we offer Government's Exhibit 314.

09:06:05    9          THE COURT:  It's admitted.

09:06:09   10    Q.    (BY MR. GARDNER) Showing you Government's Exhibit 314, Mr.

09:06:12   11    Rejon.  Mr. Rejon, would you look on this screen for me up here?

09:07:01   12    Who is this person right here?

09:07:08   13    A.    Miguel Angel Morales-Trevino.

09:07:12   14    Q.    And this person right here?

09:07:15   15    A.    Omar Morales-Trevino.

09:07:17   16    Q.    And do you know the name of this woman?

09:07:23   17    A.    I know her as Juanita, Miguel's wife.

09:07:27   18    Q.    Could you zoom out for me?  And could you zoom in on this

09:07:34   19    one?  Have you ever met this individual, sir?

09:07:41   20    A.    No.

09:07:56   21    Q.    While a member of the Zeta or Gulf cartel, were you ever

09:07:59   22    involved in the racing and buying of quarter horses?

09:08:14   23    A.    I did.

09:08:14   24    Q.    Okay.  And when did you start becoming interested in quarter

09:08:22   25    horses?

| | | |
|---|---|---|
| 09:08:22 | 1 | A.   About 2004. |
| 09:08:26 | 2 | Q.   Why did you become interested in quarter horses? |
| 09:08:34 | 3 | A.   It was like a hobby. |
| 09:08:36 | 4 | Q.   Was it an expensive hobby? |
| 09:08:41 | 5 | A.   That's right. |
| 09:08:42 | 6 | Q.   And how many horses do you think you had before you got |
| 09:08:45 | 7 | arrested? |
| 09:08:55 | 8 | A.   Approximately, some 350 horses. |
| 09:09:00 | 9 | Q.   And when you were racing and buying quarter horses, did you |
| 09:09:06 | 10 | look for any particular bloodlines? |
| 09:09:28 | 11 | A.   Runaway Dash, Freedom Dash, Corona Cartel. |
| 09:09:37 | 12 | Q.   And why did you seek out those particular bloodlines? |
| 09:09:47 | 13 | A.   Those are the ones that tend to produce faster horses. |
| 09:09:53 | 14 | Q.   Do you know this individual, sir? |
| 09:10:03 | 15 | A.   I do. |
| 09:10:04 | 16 | Q.   And who do you know him as? |
| 09:10:08 | 17 | A.   Ramiro Villarreal. |
| 09:10:10 | 18 | Q.   Your Honor, for the record, that's Exhibit 419. |
| 09:10:16 | 19 |     Did Mr. Villarreal have a nickname? |
| 09:10:32 | 20 | A.   I knew him as Ramiro. |
| 09:10:34 | 21 | Q.   And when did you meet Ramiro? |
| 09:10:45 | 22 | A.   About 2005. |
| 09:10:47 | 23 | Q.   And what would Ramiro Villarreal do for you? |
| 09:10:55 | 24 | A.   Bought quarter horses for me. |
| 09:10:57 | 25 | Q.   And where was that? |

09:11:04  1   A.   He would buy them here in the United States.

09:11:06  2   Q.   Would he buy them from private sellers or at auctions?

09:11:17  3   A.   Auctions and private sellers.

09:11:21  4   Q.   So with respect to the auctions, could you tell the jury how

09:11:24  5   you would identify a horse, how you would get those instructions

09:11:27  6   to Ramiro, and how that horse would be paid for?

09:12:01  7   A.   The auctions have books.  They have these books where the

09:12:15  8   horses come and they're numbered, and then, you provide the

09:12:20  9   number to him and for the number of the numbers of the ones you

09:12:25  10  want.  And then, for the payments, Ramiro was paid in cash, and

09:12:28  11  he would make the deposits.

09:12:30  12  Q.   Why wouldn't you buy the horses yourself?

09:12:37  13  A.   I couldn't pay at an auction in cash.

09:12:45  14  Q.   Because you would have been arrested in the U.S.?

09:12:49  15  A.   That's right.

09:12:52  16  Q.   Do you know a person nicknamed "Pili"?

09:12:59  17  A.   I do.

09:13:00  18  Q.   Showing you Government's Exhibit 11F.  And I'm pointing to a

09:13:07  19  man in a blue shirt.  Do you recognize that individual?

09:13:12  20  A.   Yes.

09:13:15  21  Q.   And that individual right there?

09:13:16  22  A.   I do.

09:13:17  23  Q.   Is that the person you recognize as "Pili"?

09:13:23  24  A.   That's right.

09:13:24  25  Q.   Your Honor, introduce Government's Exhibit 11F.

| | | |
|---|---|---|
| 09:13:34 | 1 | THE COURT:  Received. |
| 09:13:36 | 2 | Q.   (BY MR. GARDNER) Mr. Rejon, I'm pointing at the screen.  Who |
| 09:13:49 | 3 | is this individual? |
| 09:13:52 | 4 | A.   Ramiro Villarreal. |
| 09:13:55 | 5 | Q.   And this individual next to him? |
| 09:13:58 | 6 | A.   That's "La Pili." |
| 09:14:01 | 7 | Q.   What did you know "Pili" to do? |
| 09:14:09 | 8 | A.   He helped Ramiro in the purchase of quarter horses. |
| 09:14:13 | 9 | Q.   Do you know how he helped Ramiro in the purchase of quarter |
| 09:14:49 | 10 | horses? |
| 09:14:49 | 11 | A.   He helped Ramiro check out the colts, check them out to make |
| 09:14:53 | 12 | sure they didn't have -- that they weren't hurt during the |
| 09:14:56 | 13 | auction, and to pick up the payments. |
| 09:15:06 | 14 | Q.   Now, at some point, did "40" or "42" become interested in |
| 09:15:09 | 15 | quarter horses? |
| 09:15:15 | 16 | A.   That's right. |
| 09:15:17 | 17 | Q.   All right.  And why did they become interested in quarter |
| 09:15:24 | 18 | horses? |
| 09:15:24 | 19 | A.   At first, like a hobby. |
| 09:15:28 | 20 | Q.   And when did they become interested in quarter horses? |
| 09:15:40 | 21 | A.   Approximately, about 2007, 2008. |
| 09:15:44 | 22 | Q.   I'm showing you Government's Exhibit 11F again.  Are you |
| 09:15:51 | 23 | familiar with this horse, Tempting Dash? |
| 09:15:57 | 24 | A.   I do. |
| 09:15:58 | 25 | Q.   Do you know where Ramiro bought that horse? |

| | | |
|---|---|---|
| 09:16:10 | 1 | A.   No.  I don't remember the auction, but it was here in the |
| 09:16:14 | 2 | U.S. |
| 09:16:15 | 3 | Q.   And who gave him orders to buy that horse? |
| 09:16:33 | 4 | A.   At first, I was the one that told him to buy it for me. |
| 09:16:36 | 5 | Q.   And why did you want him to buy this particular horse? |
| 09:16:48 | 6 | A.   Because of the bloodline. |
| 09:16:50 | 7 | Q.   And so, when you say you first gave him orders to buy that |
| 09:16:54 | 8 | horse, did you end up with that horse? |
| 09:17:00 | 9 | A.   No. |
| 09:17:09 | 10 | Q.   Who ended up with that horse? |
| 09:17:15 | 11 | A.   Miguel Angel Morales-Trevino. |
| 09:17:17 | 12 | Q.   Can you please tell the jury why that horse went to "40" |
| 09:17:22 | 13 | instead of you when you gave the orders to buy that horse? |
| 09:17:55 | 14 | A.   I had talked to Ramiro, asked for him to buy that at |
| 09:18:09 | 15 | auction, and after I finished talking to him, he said yes, yes, |
| 09:18:12 | 16 | he would; but then, after that, he talked to "40" and told him |
| 09:18:17 | 17 | that he'd buy the colt for me, he was going to get for me, and he |
| 09:18:23 | 18 | said no, that he wanted it and he ended up with the colt. |
| 09:18:26 | 19 | Q.   So when Tempting Dash is racing on October 24th of 2009, is |
| 09:18:34 | 20 | Ramiro Villarreal the owner of that horse? |
| 09:18:39 | 21 | A.   Yes. |
| 09:18:50 | 22 | Q.   Is he the true owner of that horse? |
| 09:18:57 | 23 | A.   He wasn't the true owner of the horse. |
| 09:19:00 | 24 | Q.   Was the true owner "40"? |
| 09:19:04 | 25 | A.   That's right. |

| | | |
|---|---|---|
| 09:19:07 | 1 | Q.   Now, Mr. Rejon, I'm showing you Government's Exhibit 381A. |
| 09:19:14 | 2 | Are those your initials right there, sir? |
| 09:19:17 | 3 | A.   That's right. |
| 09:19:23 | 4 | Q.   And have you had a chance to listen to the phone calls on |
| 09:19:27 | 5 | this disc? |
| 09:19:33 | 6 | A.   That's right. |
| 09:19:34 | 7 | Q.   And are the calls in English or in Spanish? |
| 09:19:39 | 8 | A.   Spanish. |
| 09:19:40 | 9 | Q.   And whose voices do you recognize on that disc? |
| 09:19:49 | 10 | A.   Ramiro's voice, Omar Morales-Trevino, the guy in charge in |
| 09:20:12 | 11 | Monterrey, I don't know his name, and "La Pili." |
| 09:20:15 | 12 | Q.   I'm showing you Government's Exhibit 381B, which are the |
| 09:20:18 | 13 | transcripts already admitted.  Did you have an opportunity to go |
| 09:20:24 | 14 | over those transcripts? |
| 09:20:25 | 15 | A.   I did. |
| 09:20:35 | 16 | Q.   And were you able to make corrections based on your |
| 09:20:37 | 17 | knowledge of these individuals? |
| 09:20:44 | 18 | A.   I did. |
| 09:20:45 | 19 | Q.   And are those corrections reflected in the transcripts? |
| 09:20:54 | 20 | A.   They do. |
| 09:20:55 | 21 | Q.   Your Honor, I offer Government's Exhibit 381A.  381B is |
| 09:21:01 | 22 | already admitted. |
| 09:21:04 | 23 | MR. DEGEURIN:  Excuse me, your Honor, I have a motion |
| 09:21:06 | 24 | in limine, number one, regarding this.  Number two, I want to |
| 09:21:11 | 25 | review what corrections this man made. |

| | |
|---|---|
| 09:21:15 | 1 |
| 09:21:17 | 2 |
| 09:21:20 | 3 |
| 09:21:24 | 4 |
| 09:21:27 | 5 |

09:21:15   1          MR. GARDNER:  Your Honor, those transcripts with the

09:21:17   2   corrections and additions have been supplied to Mr. DeGeurin as

09:21:20   3   of last week.  They've been certified by both Ms. Helmerichs and

09:21:24   4   the court transcriber.  You've had them in e-mail for over a

09:21:27   5   week.

09:21:28   6          MR. DEGEURIN:  I thought they were translated by an

09:21:31   7   official translator, not by --

09:21:35   8          MR. GARDNER:  They were.

09:21:35   9          MR. DEGEURIN:  That new testimony may be.  But I do

09:21:37   10  have a motion in limine if we could address at the bench.

09:21:48   11          (At the bench, on the record.)

09:22:05   12          MR. DEGEURIN:  Your Honor, there's one part of here I

09:22:09   13  think that's not probative.

09:22:09   14          THE COURT:  Be sure and speak up enough.

09:22:15   15          MR. DEGEURIN:  One part in here I've marked that's not

09:22:16   16  probative.  I think it's prejudicial and I think it should be

09:22:20   17  left out.

09:22:25   18          THE COURT:  Let the record show that counsel has handed

09:22:28   19  me a transcript of two pages and --

09:22:35   20          MR. SANCHEZ:  There's an identifying number on the top.

09:22:37   21          MR. GARDNER:  Session number on the front, your Honor.

09:22:37   22          THE COURT:  No.  I understand that.  But the

09:22:44   23  transcription of two pages.

09:23:31   24          MR. GARDNER:  Okay.  Should be "FV" for female voice.

09:24:09   25          THE COURT:  What's the date of this?

| | | |
|---|---|---|
| 09:24:15 | 1 | MR. GARDNER:  Call was in 2009, your Honor. |
| 09:24:18 | 2 | THE COURT:  December 10.  Okay.  What's the objection? |
| 09:24:24 | 3 | MR. DEGEURIN:  It's really not probative.  I guess the |
| 09:24:28 | 4 | female was talking about something about money for a lawyer. |
| 09:24:29 | 5 | It's not relevant to me. |
| 09:24:29 | 6 | THE COURT:  She said she spoke to an attorney. |
| 09:24:35 | 7 | MR. DEGEURIN:  But I mean, they're also talking about |
| 09:24:37 | 8 | paying an attorney.  I just don't think it's -- probably not any |
| 09:24:43 | 9 | admissible. |
| 09:24:43 | 10 | THE COURT:  I'm looking at what you've got outlined and |
| 09:24:45 | 11 | it says, quote, I spoke to an attorney and I said to him, listen, |
| 09:24:53 | 12 | what if it's like this or like that.  No reason to, he said, if |
| 09:24:58 | 13 | you have put it in someone else's name, then yes, he said. |
| 09:25:05 | 14 | Whatever it is, the objection's overruled.  This is a transcript |
| 09:25:12 | 15 | December 10th, 2009.  It says on the sheet. |
| 09:25:34 | 16 | Q.  (BY MR. GARDNER) Mr. Rejon, who is the speakers on the phone |
| 09:25:42 | 17 | calls? |
| 09:25:54 | 18 | A.  Ramiro Villarreal, Oscar Omar Morales-Trevino, "La Pili" and |
| 09:26:20 | 19 | the guy in charge in Monterrey. |
| 09:26:23 | 20 | Q.  Your Honor, at this time, may I begin publishing the calls? |
| 09:26:26 | 21 | THE COURT:  You may. |
| 09:26:27 | 22 | Q.  (BY MR. GARDNER) Start with call No. 735. |
| 09:26:38 | 23 | (Audio file played.) |
| 09:30:08 | 24 | Mr. Rejon, this call is dated October 21st, 2009, four |
| 09:30:15 | 25 | days before Tempting Dash won the Dash For Cash.  Who is speaking |

| 09:30:20 | 1 | on that call? |

09:30:20  1   on that call?

09:30:39  2   A.   Ramiro Villarreal.  The other voice, I don't recognize it.

09:30:43  3   Q.   And on that call, it says, $500 for each gate and $4,000 for

09:30:48  4   the boss.  How can bribing a gate starter help your horse win a

09:30:53  5   race?

09:30:55  6            MS. WILLIAMS:  Objection.  Foundation.

09:30:58  7            MR. GARDNER:  I can lay the foundation.

09:31:00  8   Q.   (BY MR. GARDNER) Have you ever bribed someone at a horse

09:31:03  9   race before, Mr. Rejon?

09:31:12  10  A.   In Mexico, yes.

09:31:14  11  Q.   Have you ever fixed a horse race in Mexico?

09:31:25  12  A.   I have.

09:31:27  13  Q.   Have you ever used the gate starters to gain an advantage

09:31:34  14  over the other horses?

09:31:45  15  A.   It's done differently in Mexico.

09:31:52  16  Q.   And are you familiar with how bribes are given to gate

09:31:56  17  starters in the U.S. to help a horse win?

09:32:09  18  A.   I am.

09:32:10  19  Q.   And have you had discussions with "40" about bribing various

09:32:13  20  horse races in the United States?

09:32:20  21  A.   I have.

09:32:21  22  Q.   So how can bribing a gate starter help your horse win?

09:32:25  23            MS. WILLIAMS:  Again, your Honor, lack of foundation.

09:32:27  24  Just said it's done differently in the United States.

09:32:30  25            THE COURT:  Objection is overruled.  The witness may

09:32:33  1  answer.

09:32:43  2  A.   The starters, the ones that handle the ones that place the

09:33:17  3  horses in the position right at the gate for them to start.  So

09:33:21  4  if you pull the horse, his head as it comes out of the gate, that

09:33:26  5  can cause them to all go one way or to run into each other, which

09:33:29  6  changes the results of the gate -- of the race.  Those people are

09:33:36  7  hired -- in the U.S. are hired by the track.

09:33:38  8  Q.   And so, what does bribing the supervisor of those gate

09:33:43  9  starters do?

09:34:07  10  A.   For that person to be within, inside the same circle, the

09:34:11  11  same group, he's the one that gives the orders to the starters.

09:34:20  12  Q.   Your Honor, I call 881, for the record, also on October 21st

09:34:23  13  of 2009.

09:34:27  14        (Audio file played.)

09:36:11  15  Q.   The last sentence there -- let me ask you this first.  Who's

09:36:15  16  talking in this call?

09:36:25  17  A.   Ramiro Villarreal and Oscar Omar Morales-Trevino.

09:36:28  18  Q.   And lists a number of other horses there.  Does that refer

09:36:32  19  to the gates that the other horses are starting from?

09:36:39  20  A.   That's right.

09:36:40  21  Q.   And the last word in there -- or the last sentence was

09:36:44  22  talking about the son of a bitch better hang on to Hueso.  Who is

09:36:50  23  Hueso?

09:36:57  24  A.   Tempting Dash.

09:36:59  25  Q.   Was that the name it had in Mexico?

| | | |
|---|---|---|
| 09:37:03 | 1 | A.   That's right. |
| 09:37:04 | 2 | Q.   Call No. 888, also on October 21st of 2009. |
| 09:37:14 | 3 | THE COURT:  What number was that? |
| 09:37:16 | 4 | MR. GARDNER:  888, your Honor. |
| 09:37:19 | 5 | THE COURT:  For the record, 381's in evidence. |
| 09:37:22 | 6 | MR. GARDNER:  Thank you, your Honor. |
| 09:37:25 | 7 | (Audio file played.) |
| 09:37:37 | 8 | Q.   (BY MR. GARDNER) Who's speaking on this call? |
| 09:38:20 | 9 | A.   Ramiro Villarreal and Oscar Omar Morales-Trevino. |
| 09:38:26 | 10 | Q.   And when they're talking about operation Hueso is finished, |
| 09:38:30 | 11 | what are they referring to? |
| 09:38:39 | 12 | A.   The deal they were making for the starters. |
| 09:38:42 | 13 | Q.   Call 891, also on October 21st, 2009. |
| 09:38:56 | 14 | (Audio file played.) |
| 09:39:15 | 15 | Q.   Again, who are the speakers on that call, Mr. Rejon? |
| 09:39:20 | 16 | A.   Ramiro Villarreal and Oscar Omar Morales-Trevino. |
| 09:39:26 | 17 | Q.   And again, are they talking about Tempting Dash in that |
| 09:39:30 | 18 | call, as well? |
| 09:39:34 | 19 | A.   That's right. |
| 09:39:36 | 20 | Q.   Call 1020, please, also on October 21st of 2009. |
| 09:39:47 | 21 | (Audio file played.) |
| 09:44:07 | 22 | Q.   Mr. Rejon, who is speaking in this call? |
| 09:44:10 | 23 | A.   Ramiro Villarreal and Oscar Omar Morales-Trevino. |
| 09:44:18 | 24 | Q.   Now, earlier in the call, there's a line there that "42" |
| 09:44:22 | 25 | says, what's up with "Chevo"?  How is he?  Do you know "Chevo" |

09:44:29  1  Huitron?

09:44:32  2  A.   No.

09:44:40  3  Q.   Have you never met him?

09:44:43  4  A.   No.

09:44:44  5  Q.   Have you heard "40" and "42" talk about "Chevo" Huitron?

09:44:52  6  A.   Yes.

09:44:52  7  Q.   And what have they said about "Chevo" Huitron?

09:45:04  8  A.   That he's their horse trainer for their horses.

09:45:09  9  Q.   Now, there's also discussions in here before this line where

09:45:12  10  it says, once the jolts are applied and they're talking about

09:45:15  11  batteries.  Do you know what they're referring to when they're

09:45:18  12  talking about batteries when the jolts are applied?

09:45:42  13  A.   They're talking about the fact that the hands, they apply

09:45:46  14  some jolts so that the horse will run faster so nothing will stop

09:45:51  15  them.

09:45:51  16  Q.   When you say the hand, were these the hands of the jockey?

09:45:57  17  A.   That's right.

09:45:58  18  Q.   And where does the jockey hold the batteries?

09:46:15  19  A.   They place them either somewhere on their wrist or they

09:46:17  20  carry them between their fingers.

09:46:19  21  Q.   And what happens to the batteries after the race?

09:46:26  22  A.   They're tossed.

09:46:27  23  Q.   While on the track?

09:46:31  24  A.   That's right.

09:46:33  25  Q.   Now, there's another line in there where "42" is asking

| | | |
|---|---|---|
| 09:46:37 | 1 | Ramiro to do something with his fingers in the picture.  Do you |
| 09:46:41 | 2 | know what that refers to? |
| 09:46:56 | 3 | A.    The greeting.  Send him a greeting. |
| 09:46:57 | 4 | Q.    What kind of greeting? |
| 09:47:04 | 5 | A.    Like saying hi. |
| 09:47:06 | 6 | Q.    Could we go to call 2230, dated October 24th, 2009? |
| 09:47:20 | 7 | THE COURT:  Twenty-two what? |
| 09:47:22 | 8 | MR. GARDNER:  2230, your Honor. |
| 09:47:27 | 9 | (Audio file played.) |
| 09:47:37 | 10 | Q.    (BY MR. GARDNER) Who's talking on that call, Mr. Rejon? |
| 09:48:49 | 11 | A.    Ramiro Villarreal and "El Flaco," the guy in charge in |
| 09:48:55 | 12 | Monterrey. |
| 09:48:56 | 13 | Q.    And they talk about a new track record, is that for the win |
| 09:49:02 | 14 | of Tempting Dash? |
| 09:49:10 | 15 | A.    That's right. |
| 09:49:11 | 16 | Q.    Again, the call is dated October 24th.  Is that the same |
| 09:49:15 | 17 | date that Tempting Dash won the Dash For Cash futurity? |
| 09:49:28 | 18 | A.    That's right. |
| 09:49:29 | 19 | Q.    And when he says, tell the boss about the track record, who |
| 09:49:33 | 20 | is Ramiro referring to that's the boss? |
| 09:49:39 | 21 | A.    Miguel Morales-Trevino. |
| 09:49:49 | 22 | Q.    And, sir, were you present or had a discussion with "40" |
| 09:49:54 | 23 | regarding the fixing of a race with Mr. Piloto? |
| 09:50:10 | 24 | A.    That's right. |
| 09:50:11 | 25 | Q.    And could you tell the jury what discussion you had with |

| | | |
|---|---|---|
| 09:50:15 | 1 | "40" about the amount of bribes and what the bribes were to be |
| 09:50:18 | 2 | used for? |
| 09:50:49 | 3 | A.   All the payments that he made, including the ten percents, |
| 09:50:56 | 4 | the bribes, everything, was more than half a million dollars. |
| 09:50:59 | 5 | The bribes were for the starters and to have it be a faster |
| 09:51:05 | 6 | track. |
| 09:51:06 | 7 | Q.   When you say have it to be a faster track, could you explain |
| 09:51:09 | 8 | what you mean by that? |
| 09:51:19 | 9 | A.   That track is more -- is compacted. |
| 09:51:24 | 10 | Q.   Is it harder? |
| 09:51:27 | 11 | A.   That's right. |
| 09:51:28 | 12 | Q.   And what effect does the hard packing of the track have on |
| 09:51:32 | 13 | the horse? |
| 09:51:57 | 14 | A.   For horses that can't go the distance, when you pack down |
| 09:52:01 | 15 | the track, it helps them to go to the distance some 40 to 50 |
| 09:52:07 | 16 | yards more. |
| 09:52:07 | 17 | Q.   Mr. Rejon, I'm going to show you Government's Exhibit 406. |
| 09:52:13 | 18 | Have you seen this photo before, sir? |
| 09:52:18 | 19 | A.   I have. |
| 09:52:19 | 20 | Q.   And is this the starting of the All American Futurity with |
| 09:52:23 | 21 | Mr. Piloto? |
| 09:52:29 | 22 | A.   That's right. |
| 09:52:31 | 23 | Q.   Your Honor, I'll offer Government's Exhibit 406 for |
| 09:52:34 | 24 | demonstrative purposes.  Your Honor, may I have one moment? |
| 09:52:50 | 25 | THE COURT:  406 for demonstrative purposes is admitted. |

09:53:04    1          MR. GARDNER:  Your Honor, I apologize.  My IT

09:53:06    2    specialist told me that she marked that one as 423.  I will

09:53:12    3    change that to 423.

09:53:13    4          THE COURT:  423 is admitted.

09:53:19    5    Q.   (BY MR. GARDNER) Could we publish?  Mr. Rejon, this horse

09:53:40    6    here is Mr. Piloto?

09:53:48    7    A.   Yes.  The one coming out of gate nine.

09:54:01    8    Q.   Mr. Rejon, when you look at the feet, what do you see with

09:54:05    9    respect to the hard packing that you discussed earlier?

09:54:16   10    A.   If you look at the hoofs of the horses, the penetration of

09:54:31   11    the -- the way they break the surface, it's much less.

09:54:34   12    Q.   And when you say it's much less, are you just referring to

09:54:38   13    Mr. Piloto's track or all horses?

09:54:46   14    A.   All the horses.

09:54:48   15    Q.   Mr. Rejon, you see these horses banging into one another,

09:54:56   16    and you also see these horses banging into one another.  What

09:55:00   17    effect does that have on the horses' lungs when they knock into

09:55:04   18    each other?

09:55:05   19          MS. WILLIAMS:  Your Honor, this man's not an expert.

09:55:09   20    He has no foundation to answer that question.

09:55:13   21          THE COURT:  Is that an objection?

09:55:15   22          MS. WILLIAMS:  That is on objection.

09:55:16   23          THE COURT:  And I'll sustain it.

09:55:18   24    Q.   (BY MR. GARDNER) Have you ever directed any of your horses

09:55:22   25    to run into other horses?

| | | |
|---|---|---|
| 09:55:28 | 1 | A.   That's right. |
| 09:55:29 | 2 | Q.   Does that help you gain an advantage in a horse race? |
| 09:55:37 | 3 | A.   It does. |
| 09:55:38 | 4 | Q.   And how does that help you gain an advantage in a horse |
| 09:55:41 | 5 | race? |
| 09:55:43 | 6 | A.   When a horse starts a race, he's holding his breath, he's |
| 09:56:08 | 7 | trying to retain his breath so that he can let it out as it goes. |
| 09:56:11 | 8 | When they hit one another, it knocks the wind out, and it takes |
| 09:56:14 | 9 | even a millisecond for them to get to breathe in again, to get |
| 09:56:18 | 10 | the air again.  That gives an advantage to the other horse. |
| 09:56:24 | 11 | Q.   Give me 335E.  Do you recognize this person, Mr. Rejon? |
| 09:56:35 | 12 | A.   I do. |
| 09:56:36 | 13 | Q.   And how do you recognize him? |
| 09:56:40 | 14 | A.   Carlos Nayen. |
| 09:56:42 | 15 | Q.   And what did Carlos Nayen do for "40"? |
| 09:56:50 | 16 | A.   Trained the horses. |
| 09:56:52 | 17 | Q.   Where?  In Mexico or in the United States? |
| 09:56:58 | 18 | A.   In Mexico and then, afterwards, he came to the U.S. |
| 09:57:03 | 19 | Q.   May I call have 1061, dated October 21st of 2009? |
| 09:57:23 | 20 |        (Audio file played.) |
| 09:59:05 | 21 | Q.   Do you know a "Pancho" Colorado? |
| 09:59:08 | 22 | A.   I do. |
| 09:59:09 | 23 | Q.   Do you see him in the courtroom here today? |
| 09:59:12 | 24 | A.   I do. |
| 09:59:14 | 25 | Q.   Is this the individual standing back here in the blue tie? |

| | | |
|---|---|---|
| 09:59:20 | 1 | A.   That's right. |
| 09:59:24 | 2 | Q.   And how do you know "Pancho" Colorado? |
| 09:59:41 | 3 | A.   Met him about 2007.  2006, 2007. |
| 09:59:50 | 4 | Q.   And how did you meet "Pancho" Colorado? |
| 09:59:56 | 5 | A.   He was with a friend, a friend of mine at an apartment that |
| 10:00:11 | 6 | had Miguel Aleman. |
| 10:00:13 | 7 | Q.   And do you know an individual named Efrain Torres? |
| 10:00:19 | 8 | A.   That's right. |
| 10:00:19 | 9 | Q.   And was he also called "Zeta 14"? |
| 10:00:24 | 10 | A.   That's right. |
| 10:00:26 | 11 | Q.   Do you know "Pancho" Colorado had a relationship with Efrain |
| 10:00:31 | 12 | Torres? |
| 10:00:36 | 13 | A.   They were compadres. |
| 10:00:41 | 14 | Q.   And so, what did "Pancho" Colorado do for Efrain Torres? |
| 10:00:46 | 15 | A.   They had -- he helped him.  He helped him with the company, |
| 10:01:09 | 16 | the company that "Pancho" Colorado had. |
| 10:01:11 | 17 | Q.   And when you say "he," are you referring to Efrain Torres? |
| 10:01:17 | 18 | A.   That's right. |
| 10:01:19 | 19 | Q.   Were you present at a meeting after the death of Efrain |
| 10:01:24 | 20 | Torres where "Pancho" Colorado was also present? |
| 10:01:45 | 21 | A.   That's right. |
| 10:01:46 | 22 | Q.   And where was that meeting? |
| 10:01:49 | 23 | A.   It was at a ranch that's located on the Tuxpan-Poza Rica |
| 10:02:06 | 24 | highway. |
| 10:02:06 | 25 | Q.   And whose ranch was this? |

| | | |
|---|---|---|
| 10:02:10 | 1 | A.    Francisco Colorado's. |
| 10:02:14 | 2 | Q.    Could you please explain to the jury how close the ranch |
| 10:02:17 | 3 | house is to the road? |
| 10:02:31 | 4 | A.    Some hundred meters. |
| 10:02:33 | 5 | Q.    And are there any other structures or buildings behind the |
| 10:02:37 | 6 | ranch house? |
| 10:02:39 | 7 | A.    There's some houses, there's some stables.  They're further |
| 10:03:03 | 8 | back.  There's some corrals or pens where you keep sheep, and |
| 10:03:11 | 9 | then, you go down to the river. |
| 10:03:13 | 10 | Q.    And other than sheep, what other type of animals were |
| 10:03:16 | 11 | present on that ranch? |
| 10:03:25 | 12 | A.    Quarter horses. |
| 10:03:26 | 13 | Q.    Any other animals? |
| 10:03:28 | 14 | A.    No. |
| 10:03:32 | 15 |         THE COURT:  Mark your spot. |
| 10:03:33 | 16 |         MR. GARDNER:  Thank you, your Honor. |
| 10:03:34 | 17 |         THE COURT:  Members of the jury, I'll give you your |
| 10:03:36 | 18 | morning break.  You'll have time to use the facility, stretch. |
| 10:03:41 | 19 | Be ready to come back in 15 minutes. |
| 10:04:12 | 20 |         (Jury not present.) |
| 10:04:14 | 21 |         THE COURT:  Recess for 15 minutes. |
| 10:18:34 | 22 |         (Recess.) |
| 10:18:54 | 23 |         THE COURT:  We have an agricultural comment before we |
| 10:18:56 | 24 | start. |
| 10:18:57 | 25 |         MR. GARDNER:  I've been informed. |

| | | |
|---|---|---|
| 10:19:02 | 1 | THE INTERPRETER:  The interpreter screwed up. |
| 10:19:05 | 2 | (Jury present.) |
| 10:20:14 | 3 | THE COURT:  Ladies and gentlemen, the interpreter |
| 10:20:17 | 4 | wishes to do a correction.  You've got to realize that she is a |
| 10:20:21 | 5 | city person. |
| 10:20:25 | 6 | THE INTERPRETER:  Your Honor, for the record, when the |
| 10:20:27 | 7 | interpreter said sheep, it should have been calves. |
| 10:20:30 | 8 | THE COURT:  Okay. |
| 10:20:33 | 9 | THE INTERPRETER:  Different animal. |
| 10:20:33 | 10 | THE COURT:  All right.  Let's proceed. |
| 10:20:36 | 11 | Q.  (BY MR. GARDNER) Mr. Rejon, based on that correction by the |
| 10:20:40 | 12 | translator, what type of cattle or calves did "Pancho" Colorado |
| 10:20:46 | 13 | have on his ranch? |
| 10:21:01 | 14 | A.   I don't know the breed.  I know it's cattle.  It was calves |
| 10:21:17 | 15 | and it was bulls. |
| 10:21:22 | 16 | Q.   And, sir, when you mentioned that "Z 14" helped "Pancho" |
| 10:21:29 | 17 | Colorado's company, do you know the name of that company? |
| 10:21:39 | 18 | A.   I think it's Petro Servicios. |
| 10:21:50 | 19 | Q.   And do you know what activities the company did? |
| 10:21:55 | 20 | A.   Some kind of mediation or cleanup for Pemex. |
| 10:22:08 | 21 | Q.   Now, were you aware that "Pancho" Colorado was interested in |
| 10:22:17 | 22 | quarter horses? |
| 10:22:29 | 23 | A.   Yes. |
| 10:22:32 | 24 | Q.   Could we play the next call, please? |
| 10:22:36 | 25 | (Audio file played.) |

```
10:24:10   1   Q.   Now, early on in that call, they talk about Heritage Place
10:24:14   2   book.  Is that the auction book you were referring to earlier?
10:24:17   3   A.   Yes.
10:24:26   4   Q.   And on the highlighted section here and above, there's a
10:24:30   5   number of numbers.  Do you know what those numbers refer to?
10:24:49   6   A.   That's the number that the horse has on its hindquarters
10:24:55   7   when it goes to auction.
10:24:57   8   Q.   Please finish.
10:25:02   9        (Audio file played.)
10:26:04  10   Q.   Mr. Rejon, was there any other "Pancho" and Carlitos buying
10:26:09  11   horses along with the Zetas?
10:26:20  12   A.   No.
10:26:21  13   Q.   So the only ones you knew were "Pancho" Colorado and Carlos
10:26:33  14   Nayen?
10:26:33  15   A.   That's right.
10:26:35  16   Q.   Please play call 2601, dated October 31st of 2009.
10:26:48  17        (Audio file played.)
10:27:59  18   Q.   In this call, they referred to a small Corona.  What's a
10:28:03  19   small Corona?
10:28:14  20   A.   That's the line of the horse, the horse is Corona Czech.
10:28:20  21   Q.   And there's a horse there named Ahedrez.  Do you know whose
10:28:26  22   horse that is?
10:28:29  23   A.   I do.
10:28:30  24   Q.   And whose horse is that?
10:28:34  25   A.   Miguel Angel Morales-Trevino.
```

| | | |
|---|---|---|
| 10:28:37 | 1 | Q.   Did you ever participate with "40" in match races? |
| 10:28:50 | 2 | A.   I did. |
| 10:28:51 | 3 | Q.   And was "Pancho" Colorado present at these races? |
| 10:28:55 | 4 | A.   That's right, at some. |
| 10:29:02 | 5 | Q.   And when I say match races, were these private races or are |
| 10:29:07 | 6 | they open to the public? |
| 10:29:08 | 7 | A.   Both, private and public. |
| 10:29:19 | 8 | Q.   And on the private races, who was present at those? |
| 10:29:44 | 9 | A.   "40," "42," I was, at some of them, "Pancho" Colorado, |
| 10:29:53 | 10 | Carlos Nayen. |
| 10:29:54 | 11 | Q.   And did "Pancho" Colorado ever race against any of "40's" |
| 10:29:59 | 12 | horses? |
| 10:29:59 | 13 | A.   He did. |
| 10:30:05 | 14 | Q.   And did they bet on these races? |
| 10:30:08 | 15 | A.   Did. |
| 10:30:11 | 16 | Q.   And what type of amounts would they bet? |
| 10:30:13 | 17 | A.   Depended, 50, 30, $40,000.  Maximum would be 100,000. |
| 10:30:34 | 18 | Q.   And did you ever provide one of your horses to "Pancho" |
| 10:30:38 | 19 | Colorado to race? |
| 10:30:43 | 20 | A.   I did. |
| 10:30:48 | 21 | Q.   And could you describe that occasion for the jury, please? |
| 10:31:11 | 22 | A.   It was a race that was done in Laredo, Tamaulipas, and it |
| 10:31:25 | 23 | was a 300-yard race.  "Pancho" Colorado didn't have a horse that |
| 10:31:31 | 24 | would run that, and so, I loaned him El Igual so he could have a |
| 10:31:39 | 25 | horse. |

10:31:39  1   Q.   And El Igual, is that the name of your horse?

10:31:42  2   A.   That's right.

10:31:44  3   Q.   And who won that race?

10:31:53  4   A.   I won that race through Maradas with the horse -- or runoffs

10:32:11  5   with the horse that's called El Tolemec.

10:32:13  6   Q.   And was "40" or "42" present at that particular match race?

10:32:28  7   A.   No.  Seems like they weren't.

10:32:32  8   Q.   Did "Pancho" Colorado ever buy horses for "40" or "42"?

10:32:39  9   A.   That's right.

10:32:46  10  Q.   And do you know how that would work in terms of which horse

10:32:51  11  was picked and how it was paid for?

10:32:53  12  A.   The horses were picked from the auction books, and the

10:33:23  13  payments would be provided to "Pancho" Colorado in Veracruz

10:33:27  14  through the company accountant.

10:33:30  15  Q.   And how did "40" reimburse "Pancho" Colorado for the

10:33:36  16  purchase of horses?

10:33:47  17  A.   In cash.

10:33:48  18  Q.   And was this what "40" told you, or did you see that

10:33:53  19  personally?

10:33:59  20  A.   "Cuarenta" would talk to me about it.

10:34:02  21  Q.   Do you know on how many occasions "Pancho" Colorado

10:34:05  22  purchased horses for "40"?

10:34:07  23  A.   Couple of occasions.

10:34:16  24  Q.   And do you know the timeframe or the year in which this

10:34:21  25  occurred?

| | | |
|---|---|---|
| 10:34:31 | 1 | A.    I don't remember the exact year. |
| 10:34:33 | 2 | Q.    Could we play call 3460, dated September 6, 2009? |
| 10:34:43 | 3 | (Audio file played.) |
| 10:36:28 | 4 | Q.    Mr. Rejon, who's talking in this call? |
| 10:36:33 | 5 | A.    That's Ramiro Villarreal and "La Pili." |
| 10:36:37 | 6 | Q.    And earlier on, it said, so what did he say this morning, |
| 10:36:41 | 7 | comma, the guy with glasses.  Who, again, is the guy with |
| 10:36:48 | 8 | glasses? |
| 10:36:52 | 9 | A.    That's me. |
| 10:36:53 | 10 | Q.    And later on, it says that you were really upset.  Do you |
| 10:36:58 | 11 | know what the substance of this call is about? |
| 10:37:09 | 12 | A.    I do. |
| 10:37:09 | 13 | Q.    And what is that, sir? |
| 10:37:12 | 14 | A.    The deal is that I had asked Ramiro Villarreal to buy me a |
| 10:37:41 | 15 | horse, and we had agreed and he had said yes, but Miguel Angel |
| 10:37:47 | 16 | Morales-Trevino called him and said no, that horse is for me. |
| 10:37:51 | 17 | Q.    Do you know what happened to Ramiro Villarreal? |
| 10:37:57 | 18 | A.    I do. |
| 10:37:58 | 19 | Q.    What happened to Mr. Villarreal? |
| 10:38:00 | 20 | A.    He was killed in a car wreck. |
| 10:38:08 | 21 | Q.    And was that car wreck an accident, or was it directed by |
| 10:38:12 | 22 | somebody from the Zetas? |
| 10:38:25 | 23 | A.    It was ordered by someone in the Zetas. |
| 10:38:27 | 24 | Q.    And who was that, sir? |
| 10:38:30 | 25 | A.    Miguel Angel Morales-Trevino. |

10:38:33   1   Q.   And why did "40" want to kill Ramiro Villarreal?

10:38:41   2   A.   Because he knew a lot about the horse business and "40" had

10:39:03   3   a lot invested in the insemination and the horses, the deer, the

10:39:10   4   cattle.  Ramiro knew it all.

10:39:13   5   Q.   And so, why did the knowledge that Ramiro Villarreal have

10:39:17   6   cause "40" to kill him?

10:39:47   7   A.   He could have been arrested and if he was arrested, he could

10:39:51   8   testify.  He knew all the names of the horses.  He knew about all

10:39:56   9   the embryos, the inseminations, the deer, the cattle, the horses.

10:40:00  10   He could bring down his whole business.

10:40:03  11   Q.   Could we please play call 4386?  Your Honor, 4386 is dated

10:40:10  12   December 10th of 2009.

10:40:16  13           (Audio file played.)

10:42:55  14   Q.   In that particular call, it talks about changing the name of

10:43:00  15   a horse.  Have you ever had any discussions with "40" about

10:43:08  16   putting Tempting Dash into Jose Trevino brother's name?

10:43:20  17   A.   I heard that conversation.  I was there present in that

10:43:33  18   conversation.

10:43:33  19   Q.   And when they talk about the brother being clean --

10:43:41  20           MS. WILLIAMS:  Objection.  Hearsay.

10:43:43  21   Q.   (BY MR. GARDNER) And when "40" talks about the brother being

10:43:45  22   clean, what does he mean by that?

10:44:01  23   A.   That the brother had no relationship at all with drugs.

10:44:05  24   That he was a person that didn't do anything illegal.

10:44:09  25   Q.   And so, why did "40" feel it was important to put the horse

| | | |
|---|---|---|
| 10:44:13 | 1 | in his brother's name? |
| 10:44:14 | 2 | MS. WILLIAMS:  Object to speculation. |
| 10:44:17 | 3 | Q.   (BY MR. GARDNER) Did "40" tell you why it was important to |
| 10:44:20 | 4 | put that horse in his brother Jose Trevino's name? |
| 10:44:31 | 5 | A.   Yeah.  They were going to change the name because when |
| 10:44:58 | 6 | Capicopa was going to run -- |
| 10:45:00 | 7 | MS. WILLIAMS: Objection, your Honor.  Hearsay.  If I |
| 10:45:01 | 8 | understood him to say he didn't have this conversation, that he |
| 10:45:04 | 9 | overheard -- that someone told him about this conversation. |
| 10:45:06 | 10 | MR. GARDNER:  I believe he said he was present at the |
| 10:45:07 | 11 | conversation with "40." |
| 10:45:09 | 12 | THE COURT:  Well, let's ask the -- re-ask his |
| 10:45:14 | 13 | knowledge. |
| 10:45:15 | 14 | Q.   (BY MR. GARDNER) What did "40" tell you about why he wanted |
| 10:45:18 | 15 | to put Tempting Dash into his clean brother's name? |
| 10:45:52 | 16 | A.   He wanted to put it in his brother's name because the horse |
| 10:45:56 | 17 | was going to run in Dash For Cash, and if he won the Dash For |
| 10:46:02 | 18 | Cash, his value would increase and that way, the money would -- |
| 10:46:05 | 19 | they would be able to get the money, and the money would stay |
| 10:46:07 | 20 | within the family. |
| 10:46:08 | 21 | Q.   Could we finish the call, please? |
| 10:46:18 | 22 | (Audio file played.) |
| 10:46:43 | 23 | Q.   And again, Mr. Rejon, who is talking in this call? |
| 10:46:49 | 24 | A.   Ramiro Villarreal and "La Pili." |
| 10:46:57 | 25 | Q.   Could you please play call 4296, dated December 12, 2009? |

| | | |
|---|---|---|
| 10:47:05 | 1 | (Audio file played.) |
| 10:48:44 | 2 | Q.   Who's speaking in this call, Mr. Rejon? |
| 10:48:48 | 3 | A.   Ramiro Villarreal and I don't know.  I don't know that other |
| 10:48:54 | 4 | person. |
| 10:48:55 | 5 | Q.   When Mr. Villarreal is saying, I'll talk to the other one's |
| 10:48:59 | 6 | brother, do you know who he's referring to? |
| 10:49:10 | 7 | A.   No. |
| 10:49:14 | 8 | Q.   Do you know if "40" or "42" used "Chevo" to train any other |
| 10:49:19 | 9 | horses of theirs? |
| 10:49:20 | 10 | A.   I knew he had horses, horses that were "42's" and "40's," |
| 10:49:48 | 11 | but I don't know how many. |
| 10:49:51 | 12 | Q.   Do you know an individual by the name of Alejandro Barradas? |
| 10:49:59 | 13 | A.   That's right. |
| 10:49:59 | 14 | Q.   And how do you know him? |
| 10:50:12 | 15 | A.   We are -- we were partners in quarter horses. |
| 10:50:16 | 16 | Q.   And do you know what happened to Alejandro Barradas? |
| 10:50:24 | 17 | A.   He was killed. |
| 10:50:28 | 18 | Q.   And are you familiar with his company Grupo Aduanero |
| 10:50:35 | 19 | Integral? |
| 10:50:36 | 20 | A.   No. |
| 10:50:38 | 21 | Q.   Do you know why Alejandro Barradas was killed? |
| 10:50:45 | 22 | A.   Yes. |
| 10:50:46 | 23 | Q.   And why was that? |
| 10:50:50 | 24 | A.   My understanding is that he'd been asked to -- |
| 10:51:15 | 25 | MS. WILLIAMS:  Objection, your Honor.  Speculation, my |

10:51:17   1   understanding is.

10:51:20   2   Q.   (BY MR. GARDNER) How did you come to learn that Alejandro

10:51:23   3   Barradas had been killed?  Who told you that?

10:51:35   4   A.   I found out through the person in charge in Veracruz through

10:51:46   5   Lucio Lucky.

10:51:49   6   Q.   And was Lucky a Zeta?

10:51:52   7   A.   That's right.

10:51:53   8   Q.   And what did Lucky tell you with respect to the death of

10:51:57   9   Alejandro Barradas?

10:51:58   10            MS. WILLIAMS:  Object to hearsay.

10:51:59   11            THE COURT:  Sustained.

10:52:05   12   Q.   (BY MR. GARDNER) When was the last time you saw Alejandro

10:52:07   13   Barradas?

10:52:23   14   A.   It was in Laredo and it was approximately in 2009.

10:52:28   15   Q.   So you know a Jose Luis Canales?

10:52:32   16   A.   I know someone who's a Canales.  I don't know if his first

10:52:45   17   name's Jose Luis.

10:52:47   18   Q.   And this Canales that you know, what do you know that he did

10:52:50   19   for a living?

10:52:52   20   A.   Sale of calves.

10:53:02   21   Q.   Do you know where he sold calves or cows?  What city?

10:53:10   22   A.   No.

10:53:13   23   Q.   Showing you Government's Exhibit 364OKT.  Do you recognize

10:53:23   24   that photo?

10:53:25   25   A.   Yes.

| | | |
|---|---|---|
| 10:53:26 | 1 | Q.   And who is it? |
| 10:53:27 | 2 | A.   That's me. |
| 10:53:29 | 3 | Q.   And is that your photo taken upon your arrest? |
| 10:53:34 | 4 | A.   That's right. |
| 10:53:35 | 5 | Q.   Your Honor, we offer Government's Exhibit 364 OKT. |
| 10:53:51 | 6 |         MR. DEGEURIN:  No objection, your Honor. |
| 10:53:53 | 7 |         THE COURT:  364, I couldn't -- double T? |
| 10:53:58 | 8 |         MR. GARDNER:  364 OKT, your Honor. |
| 10:54:06 | 9 |         THE COURT:  All right.  That's received. |
| 10:54:10 | 10 | Q.   (BY MR. GARDNER) That's a little hard to see, Mr. Rejon, but |
| 10:54:14 | 11 | again, is that you upon your arrest? |
| 10:54:20 | 12 | A.   That's right. |
| 10:54:30 | 13 | Q.   Why don't you or other Zetas keep all your money in Mexico |
| 10:54:35 | 14 | instead of bringing it into the United States? |
| 10:54:47 | 15 | A.   Can you repeat that question?  I didn't understand it. |
| 10:54:49 | 16 | Q.   Why don't you just keep all your cash in Mexico? |
| 10:55:02 | 17 | A.   I don't understand. |
| 10:55:04 | 18 | Q.   I guess my question is, why don't you keep your cash in |
| 10:55:08 | 19 | Mexico instead of spending it on horses in the United States? |
| 10:55:38 | 20 | A.   It's just that it's invested, be it in horses, be it in |
| 10:55:43 | 21 | properties.  It's that you have to clean it up because it comes |
| 10:55:48 | 22 | from drug trafficking, so you can't spend it, you can't put it in |
| 10:55:52 | 23 | a bank, so you just have to hold it. |
| 10:55:56 | 24 | Q.   What is "40's" favorite band? |
| 10:56:05 | 25 | A.   La Banda El Recodo. |

| | | |
|---|---|---|
| 10:56:09 | 1 | Q.   That's all I have, your Honor. |
| 10:56:14 | 2 | THE COURT:  Ms. Williams. |
| 10:56:20 | 3 | CROSS-EXAMINATION |
| 10:56:20 | 4 | BY MS. WILLIAMS: |
| 10:56:24 | 5 | Q.   What happened to your horses? |
| 10:56:30 | 6 | A.   They were stolen. |
| 10:56:32 | 7 | Q.   By? |
| 10:56:33 | 8 | A.   By the Gulf. |
| 10:56:37 | 9 | Q.   By the Gulf cartel? |
| 10:56:41 | 10 | A.   That's right.  Some of them. |
| 10:56:44 | 11 | Q.   And the others? |
| 10:56:54 | 12 | A.   I had some mares and some horses here in the U.S.  I don't |
| 10:56:59 | 13 | know where they ended up. |
| 10:56:59 | 14 | Q.   Isn't it true that you believe that Miguel Trevino-Morales |
| 10:57:03 | 15 | turned you in to the Mexican police? |
| 10:57:13 | 16 | A.   That I can't -- I don't know who turned me in. |
| 10:57:16 | 17 | Q.   I know you don't know, but isn't that what you believe? |
| 10:57:24 | 18 | A.   Yes. |
| 10:57:26 | 19 | Q.   And you think he took all your horses? |
| 10:57:33 | 20 | A.   No. |
| 10:57:35 | 21 | Q.   I'm going to ask you about this call where you talk about |
| 10:57:43 | 22 | Ramiro Villarreal having his picture taken.  Do you remember |
| 10:57:45 | 23 | listening to this call?  The one about the whistling? |
| 10:58:09 | 24 | A.   Who whistles? |
| 10:58:13 | 25 | Q.   You listened to a call about five minutes ago, ten minutes |

| | | |
|---|---|---|
| 10:58:16 | 1 | ago, where you said that Ramiro Villarreal was talking to Omar |
| 10:58:21 | 2 | Trevino-Morales. |
| 10:58:33 | 3 | A.   That's right. |
| 10:58:35 | 4 | Q.   And you've continually referred to Omar Trevino-Morales and |
| 10:58:42 | 5 | Miguel Trevino-Morales by their entire name during your |
| 10:58:49 | 6 | testimony. |
| 10:58:56 | 7 | A.   That's right. |
| 10:58:57 | 8 | Q.   Why do you do that? |
| 10:58:59 | 9 | A.   Because I spent a lot of time with them. |
| 10:59:04 | 10 | Q.   So you call them by their whole name? |
| 10:59:07 | 11 | A.   No. |
| 10:59:15 | 12 | Q.   All right.  I want to ask you about this call, it's dated |
| 10:59:20 | 13 | October the 21st, 2009.  Ramiro says he's going to Dallas and |
| 10:59:26 | 14 | he's going to have his picture taken.  Do you remember that? |
| 10:59:45 | 15 | A.   Yes. |
| 10:59:45 | 16 | Q.   And then, Omar says, say hi, do it like that with your |
| 10:59:49 | 17 | finger.  Do you remember that? |
| 10:59:50 | 18 | A.   That's right. |
| 10:59:57 | 19 | Q.   Not the middle one? |
| 10:59:59 | 20 | A.   That's right. |
| 11:00:02 | 21 | Q.   And then, he starts whistling and then, he -- again, he |
| 11:00:06 | 22 | says, do like, you know, with your finger.  Do you remember that? |
| 11:00:15 | 23 | A.   Yes. |
| 11:00:16 | 24 | Q.   And you told the prosecutor that meant do some sign, right? |
| 11:00:25 | 25 | A.   That's right. |

| | | |
|---|---|---|
| 11:00:26 | 1 | Q.   All right.  This is section No. 2145, dated also October the |
| 11:00:54 | 2 | 24th, 2009.  I'd ask you to listen to this phone call. |
| 11:01:04 | 3 | (Audio file played.) |
| 11:01:59 | 4 | Q.   All right.  Who's on this phone call? |
| 11:02:01 | 5 | A.   I can't hear that recording so well.  I don't know who it |
| 11:02:09 | 6 | is. |
| 11:02:10 | 7 | Q.   All right.  Let's play the rest -- well. |
| 11:02:19 | 8 | (Audio file played.) |
| 11:02:41 | 9 | Q.   Did you understand that part? |
| 11:02:46 | 10 | A.   It's confusing.  Not much. |
| 11:02:49 | 11 | Q.   So this isn't one of the calls that you've gone over with |
| 11:02:52 | 12 | the prosecutor? |
| 11:03:02 | 13 | A.   Yeah, but if you notice, it's a call that's not -- that the |
| 11:03:12 | 14 | reproduction is not so good. |
| 11:03:15 | 15 | Q.   Do you recognize Ramiro Villarreal on this call? |
| 11:03:22 | 16 | A.   Could you play it a little longer, please? |
| 11:03:26 | 17 | Q.   I will in a minute. |
| 11:03:27 | 18 | Do you recognize Ramiro Villarreal's voice on this |
| 11:03:30 | 19 | tape? |
| 11:03:39 | 20 | A.   I don't remember, but if it's there, of course. |
| 11:03:42 | 21 | Q.   I'm not asking you if you remember this call.  I'm asking |
| 11:03:45 | 22 | you to listen to it and tell me if you can identify a voice. |
| 11:03:48 | 23 | You've listened to a number of calls that the government played. |
| 11:03:51 | 24 | You didn't have any trouble identifying who the voices were on |
| 11:03:54 | 25 | that call, right? |

| | | |
|---|---|---|
| 11:04:08 | 1 | A.   Okay.  Play the call and I'll recognize the voice. |
| 11:04:15 | 2 | (Audio file played.) |
| 11:05:16 | 3 | Q.   Do you recognize Ramiro Villarreal's voice on this phone |
| 11:05:21 | 4 | call? |
| 11:05:22 | 5 | A.   Yes. |
| 11:05:23 | 6 | Q.   And he's talking to somebody named Joe? |
| 11:05:28 | 7 | A.   I don't know who he's talking to. |
| 11:05:32 | 8 | Q.   He's talking to somebody? |
| 11:05:33 | 9 | A.   Yes. |
| 11:05:35 | 10 | Q.   And the first thing that happens is that this other person |
| 11:05:41 | 11 | congratulates Ramiro and says it's an amazing horse? |
| 11:05:47 | 12 | A.   That's right. |
| 11:05:53 | 13 | Q.   And then, the other guy asked Ramiro, is the one that won, |
| 11:05:57 | 14 | is it the boss's. |
| 11:05:59 | 15 | MR. GARDNER:  Excuse me, your Honor, can we perhaps get |
| 11:06:01 | 16 | a translation of that call, instead of Ms. Williams testifying as |
| 11:06:04 | 17 | to what the call says?  Improper form of the question, your |
| 11:06:12 | 18 | Honor. |
| 11:06:14 | 19 | THE COURT:  Members of the jury, I'm going to put you |
| 11:06:15 | 20 | in the jury room. |
| 11:06:52 | 21 | (Jury not present.) |
| 11:07:02 | 22 | THE COURT:  One of the most significant reasons that I |
| 11:07:09 | 23 | required and requested and the government complied to give all of |
| 11:07:16 | 24 | the recordings to counsel was so that counsel could go through |
| 11:07:22 | 25 | that to decide which amount or, if any, they wanted to present. |

| | | |
|---|---|---|
| 11:07:29 | 1 | And then, I entered an order that, of course, required anybody to |
| 11:07:38 | 2 | give notice if there was going to be a problem with the |
| 11:07:41 | 3 | translation. |
| 11:07:44 | 4 | Now, I'll admit, it never dawned on me that in the |
| 11:07:47 | 5 | middle of the trial, the defendants would come up without any |
| 11:07:53 | 6 | translations and then, attempt to translate in the courtroom, |
| 11:07:59 | 7 | when there were translators completely available for literally |
| 11:08:05 | 8 | months, but at least a month or at least weeks before this trial |
| 11:08:10 | 9 | where you could have gotten translations.  And now we're caught |
| 11:08:13 | 10 | in a situation where you're doing the translation and the |
| 11:08:18 | 11 | government's objecting. |
| 11:08:26 | 12 | Have you given any notice whatsoever of the portions of |
| 11:08:34 | 13 | the recordings that you were going to use? |
| 11:08:41 | 14 | MS. WILLIAMS:  I have this one call, your Honor.  I |
| 11:08:43 | 15 | didn't realize I was going to use it until this witness started |
| 11:08:46 | 16 | testifying.  I have a non-certified translation that I got from |
| 11:08:55 | 17 | the government.  That's what I'm using. |
| 11:08:59 | 18 | THE COURT:  Okay.  So you're using the first |
| 11:09:02 | 19 | translation that the government gave you. |
| 11:09:04 | 20 | MS. WILLIAMS:  Yes, your Honor. |
| 11:09:04 | 21 | THE COURT:  Well, then, I'll overrule the objection. |
| 11:09:07 | 22 | But if there's going to be any further ones that there's no |
| 11:09:10 | 23 | notice on, I want you to give notice immediately to the United |
| 11:09:14 | 24 | States attorney so that they can not have to have this objection, |
| 11:09:19 | 25 | if we have to, and bring the jury, take them out and will make an |

| | | |
|---|---|---|
| 11:09:23 | 1 | individual determination on each recording.  And you're entitled |
| 11:09:28 | 2 | to show, if you wish, that there had been a change, if there has |
| 11:09:38 | 3 | been a change, or whatnot.  But they're using basically the |
| 11:09:43 | 4 | discovery that the government provided and that's -- there's not |
| 11:09:46 | 5 | anything wrong with that.  Bring the jury. |
| 11:09:48 | 6 | MR. GARDNER:  Your Honor, I don't have a problem with |
| 11:09:49 | 7 | that as long as we could introduce that line-sheet translation |
| 11:09:52 | 8 | that Ms. Williams is talking about. |
| 11:09:54 | 9 | THE COURT:  I'm sorry.  I didn't. |
| 11:09:56 | 10 | MR. GARDNER:  What she's referring to are what we call |
| 11:09:58 | 11 | the line-sheet translations.  If we could introduce that so that |
| 11:10:01 | 12 | at least the jury could see that translation, refer to that. |
| 11:10:04 | 13 | THE COURT:  Well, when you get the witness back, if you |
| 11:10:06 | 14 | wish to, you can. |
| 11:10:07 | 15 | MR. GARDNER:  All right. |
| 11:10:11 | 16 | MR. DEGEURIN:  Your Honor, while the jury is still out, |
| 11:10:18 | 17 | we've been requesting Giglio and Brady material pertaining to |
| 11:10:23 | 18 | this witness and others.  This witness has been interviewed |
| 11:10:28 | 19 | multiple -- |
| 11:10:29 | 20 | THE COURT:  Do we need to have the witness leave the |
| 11:10:32 | 21 | room? |
| 11:10:33 | 22 | MR. DEGEURIN:  Possibly.  Yes.  Yes, we do.  Thank you, |
| 11:10:36 | 23 | Judge. |
| 11:10:37 | 24 | THE COURT:  All right.  If you'll take the witness out. |
| 11:11:02 | 25 | Let the record reflect that Mr. Rejon has left the |

11:11:15  1    courtroom.

11:11:16  2         MR. DEGEURIN:  Thank you, Judge.

11:11:17  3         I have a good-faith belief that there were reports

11:11:21  4    written, notations made concerning his -- this witness' eleven or

11:11:29  5    twelve debriefings.  We have none of those at this time.  To

11:11:36  6    effectively cross-examine him, I believe I need -- certainly

11:11:42  7    should request, the Court could order, I believe, that those be

11:11:45  8    given to us, the notes of what he has said about us and about his

11:11:50  9    debriefings.  We know that he's been shown multiple photographs

11:11:56  10   in books, but we don't know what he said about those photographs

11:11:59  11   in the books.

11:12:01  12        We know that he was arrested in Mexico under some sort

11:12:05  13   of agreement.  We don't know what it is.  That he comes to the

11:12:10  14   states, released from custody from Mexico.  So I'm requesting

11:12:14  15   that we have those before we are made to -- or before the

11:12:19  16   opportunity to cross-examine him.

11:12:25  17        MR. GARDNER:  Your Honor, the government's complied

11:12:27  18   with both its Brady and Giglio obligations.  We provided all this

11:12:31  19   in a letter to Mr. DeGeurin.  I'm sorry if I'm sounding like a

11:12:34  20   broken record on this, your Honor, but right now, Mr. DeGeurin is

11:12:38  21   bringing this up and this could have been brought up months ago.

11:12:42  22   He has early discovery on this particular witness in terms of his

11:12:46  23   previous trial transcript, his proffer letters, his plea

11:12:49  24   agreements, and the other acts that the government elicited on

11:12:52  25   direct examination in terms of his murders, his other charges in

| | | |
|---|---|---|
| 11:12:55 | 1 | Mexico.  I don't have any documents from Mexico. |
| 11:12:59 | 2 | The government's complied with its obligations fully. |
| 11:13:02 | 3 | If he's asking about Jencks, the agent who's conducting the |
| 11:13:05 | 4 | debriefs is not here to testify.  Those are his statements, not |
| 11:13:09 | 5 | Mr. Rejon's statements. |
| 11:13:12 | 6 | MR. DEGEURIN:  And the most specific I can be, Judge, |
| 11:13:17 | 7 | to give you an example, we have an indication that the witness |
| 11:13:23 | 8 | was shown photographs, photo book and asked about these different |
| 11:13:29 | 9 | people.  We've been told -- we have belief that Mr. Colorado's |
| 11:13:35 | 10 | photograph is in those books, and we don't have the report about |
| 11:13:39 | 11 | what he -- whether he identified him or not.  That's important |
| 11:13:46 | 12 | information to know to effectively cross-examine the man when he |
| 11:13:51 | 13 | walks in the courtroom and identifies Mr. Colorado. |
| 11:14:00 | 14 | And I'm not intending to offend Mr. Gardner at all. |
| 11:14:06 | 15 | We've been told that there would debriefings, but we weren't |
| 11:14:09 | 16 | given the debriefings. |
| 11:14:10 | 17 | THE COURT:  I've also been told on multiple occasions |
| 11:14:15 | 18 | that all of these materials have sat without inspection except in |
| 11:14:19 | 19 | a limited way by one lawyer, Ms. Williams. |
| 11:14:25 | 20 | MR. DEGEURIN:  No, no.  Well, I mean -- that's not |
| 11:14:27 | 21 | true. |
| 11:14:28 | 22 | THE COURT:  And it just may not be the Giglio or |
| 11:14:31 | 23 | whatever has been given you.  But you can't -- if you know who |
| 11:14:38 | 24 | that person is rather than just trying to make gold out of straw, |
| 11:14:45 | 25 | counsel, subpoena.  I'm not going to try the lawsuit for you.  I |

11:14:51  1  don't -- I can't make papers appear when the government tells me

11:14:55  2  there aren't any, and everything has been submitted to you.

11:14:58  3          MR. DEGEURIN:  I don't think he's saying there aren't

11:15:00  4  any.  I don't think he says they submitted them to me.  I think

11:15:03  5  what he's saying is, I'm not going to go and get his Giglio

11:15:08  6  material.

11:15:08  7          THE COURT:  Well --

11:15:10  8          MR. DEGEURIN:  And we're not told he's going to testify

11:15:14  9  until the Friday before trial, and we don't know when he's going

11:15:17  10 to testify till now.  We've been really busy.  We've been moving

11:15:22  11 this case really fast because we're working till 10:00 every

11:15:25  12 night.  So it's not -- Judge --

11:15:25  13         THE COURT:  You may be working during the trial because

11:15:28  14 we are taking full days of testimony, but this case has been

11:15:31  15 pending a long time, and you've had most of the discovery a long

11:15:37  16 time.

11:15:40  17         Do you have anything specific before I bring the jury

11:15:42  18 back in?

11:15:43  19         MR. DEGEURIN:  Yes.  I'd like to have the reports

11:15:47  20 generated by the agents of the eleven debriefings of this

11:15:52  21 witness.  I'd like to have the photo book that they -- and the

11:15:57  22 photographs that they showed him for pretrial identification

11:16:02  23 procedure.  I think it was done -- part of it was done on an

11:16:06  24 airplane, part of it was done in Washington, D.C.  That's all I

11:16:10  25 know.  I don't know the agent's name, but I do know there were

| | | |
|---|---|---|
| 11:16:15 | 1 | eleven times that they talked to him and we have no reports of |
| 11:16:18 | 2 | any of those interviews. |
| 11:16:22 | 3 | THE COURT:  And the government takes the position |
| 11:16:24 | 4 | they're Jencks material and that whoever is making those reports |
| 11:16:28 | 5 | is not going to testify.  He also is representing they're not |
| 11:16:32 | 6 | Giglio materials. |
| 11:16:35 | 7 | MR. DEGEURIN:  But we don't know.  We can't just |
| 11:16:38 | 8 | assume, without seeing what they are, whether they're -- |
| 11:16:42 | 9 | THE COURT:  You're going to make the determination now |
| 11:16:44 | 10 | on what's Giglio or not? |
| 11:16:46 | 11 | MR. DEGEURIN:  No, no.  The content of his debriefings |
| 11:16:50 | 12 | about his testimony is very important. |
| 11:16:52 | 13 | THE COURT:  Well, it is.  And I've been amazed sitting |
| 11:16:54 | 14 | here and not hearing many objections.  Ms. Williams has done a |
| 11:16:58 | 15 | good job on making her objections.  I don't believe any other |
| 11:17:01 | 16 | lawyer's made a single objection, as we've gone through all of |
| 11:17:03 | 17 | this stuff, whether it's relevant or not.  So I don't know |
| 11:17:08 | 18 | exactly what you're talking about.  And I don't know how you |
| 11:17:11 | 19 | could get any more information other than what the government has |
| 11:17:14 | 20 | brought out on this fella's character.  But that's just argument |
| 11:17:18 | 21 | to the jury on credibility. |
| 11:17:22 | 22 | MR. DEGEURIN:  I think the Brady request is specific. |
| 11:17:27 | 23 | The man has been shown photographs of my client. |
| 11:17:29 | 24 | THE COURT:  I've heard you, counsel.  I'm bringing the |
| 11:17:31 | 25 | jury back in.  We're proceeding.  Right in the middle of this |

| | | |
|---|---|---|
| 11:17:33 | 1 | trial, I'm not going to keep this jury.  They're already asking |
| 11:17:36 | 2 | how long they're going to serve.  Bring them in. |
| 11:17:39 | 3 | (Jury present.) |
| 11:19:17 | 4 | THE COURT:  Ms. Williams, you may proceed. |
| 11:19:36 | 5 | MS. WILLIAMS:  I'll offer Defendant's JT-9. |
| 11:19:39 | 6 | MR. GARDNER:  No objection, your Honor. |
| 11:19:42 | 7 | THE COURT:  JT-9 is received. |
| 11:19:46 | 8 | Q.   (BY MS. WILLIAMS) So on this call, this other person who you |
| 11:20:01 | 9 | don't know asked Ramiro if the horse that won is the boss's.  Do |
| 11:20:17 | 10 | you remember that? |
| 11:20:20 | 11 | A.   Yes. |
| 11:20:21 | 12 | Q.   And then, Ramiro says, no, it's not, it's another person's. |
| 11:20:30 | 13 | A.   That's right. |
| 11:20:31 | 14 | Q.   And the horse they're talking about is Tempting Dash, right? |
| 11:20:40 | 15 | Because this is the day that Tempting Dash won the Dash For Cash, |
| 11:20:54 | 16 | October 24, 2009, correct? |
| 11:20:59 | 17 | A.   That's right. |
| 11:21:02 | 18 | Q.   Now, you've testified quite a bit when the government's |
| 11:21:06 | 19 | asking you questions about how races are fixed and how things can |
| 11:21:10 | 20 | be done in the United States to change the results of races.  Do |
| 11:21:16 | 21 | you remember doing that? |
| 11:21:24 | 22 | A.   That's right. |
| 11:21:31 | 23 | Q.   Have you ever even been to a horse race in the United |
| 11:21:38 | 24 | States? |
| 11:21:38 | 25 | A.   No. |

11:21:41   1   Q.   I want to see if I understand what you've told this jury

11:21:52   2   about this Tempting Dash race.  You told them that you believe

11:22:03   3   that somebody, Miguel or Omar, somebody with some other people

11:22:08   4   paid some people in Dallas to fix this race.  Right?

11:22:27   5   A.   That's right.

11:22:28   6   Q.   And they did that by holding back other horses so that they

11:22:32   7   would run slower so that, in theory, Tempting Dash could win this

11:22:38   8   race; is that right?

11:22:51   9   A.   No.

11:22:53  10   Q.   That's not what you said?

11:22:57  11   A.   I didn't say that.

11:22:58  12   Q.   You didn't say that -- you didn't tell this prosecutor and

11:23:02  13   this jury that the horses' heads would be held so that they would

11:23:06  14   run into each other so they would slow down?

11:23:25  15   A.   Yes.

11:23:26  16   Q.   So you did say that there was some sort of conspiracy to

11:23:32  17   take care of these horses and make them run slower so that

11:23:35  18   Tempting Dash could win?

11:23:50  19   A.   That's right.

11:23:52  20   Q.   The problem with that theory is what happened when Tempting

11:24:00  21   Dash ran on October the 24th, 2009?

11:24:03  22          MR. GARDNER:  Your Honor, I'm going to say that's

11:24:06  23   argumentative, especially the first part of that question.

11:24:08  24          MS. WILLIAMS:  I'll rephrase.

11:24:09  25   Q.   (BY MS. WILLIAMS) What happened when Tempting Dash ran the

| | | |
|---|---|---|
| 11:24:11 | 1 | race on October 24, 2009? |
| 11:24:22 | 2 | A.   He set another record. |
| 11:24:23 | 3 | Q.   He set a record, right?  He ran the fastest time that any |
| 11:24:27 | 4 | horse had ever run on that track for that race.   True? |
| 11:24:38 | 5 | A.   That's right. |
| 11:24:40 | 6 | Q.   Are you wanted in Mexico for any of these murders? |
| 11:25:08 | 7 | A.   No. |
| 11:25:09 | 8 | Q.   I want to see if I have your history straight.  First, how |
| 11:25:23 | 9 | old were you when you joined the Mexican military? |
| 11:25:30 | 10 | A.   Sixteen. |
| 11:25:31 | 11 | Q.   So you're 16 years old and you join the military and you're |
| 11:25:36 | 12 | trained as a sniper, and you're supposed to be protecting the |
| 11:25:38 | 13 | citizens of your country, right? |
| 11:25:43 | 14 | MR. GARDNER:  Your Honor, I'm going to object to this |
| 11:25:45 | 15 | as argumentive, as well. |
| 11:25:49 | 16 | THE COURT:  Well, let's just proceed. |
| 11:25:56 | 17 | Q.   (BY MS. WILLIAMS) Were you trained to protect the citizens |
| 11:25:59 | 18 | of Mexico as a member of the Mexican military? |
| 11:26:12 | 19 | A.   That's right. |
| 11:26:14 | 20 | Q.   And after that, you became corrupt.  You were accused of |
| 11:26:19 | 21 | corruption. |
| 11:26:25 | 22 | A.   That's right. |
| 11:26:25 | 23 | Q.   And you turned your back on the citizens of Mexico and you |
| 11:26:29 | 24 | became, yeah, a hit man, right? |
| 11:26:49 | 25 | A.   That's right. |

| | | |
|---|---|---|
| 11:26:50 | 1 | Q.   In 1999, you deserted from the military and you became -- |
| 11:26:55 | 2 | you started working against your country with the Gulf cartel. |
| 11:27:19 | 3 | A.   I started working in drug trafficking. |
| 11:27:23 | 4 | Q.   Did you or did you not say you were working for the Gulf |
| 11:27:30 | 5 | cartel? |
| 11:27:30 | 6 | A.   I did. |
| 11:27:34 | 7 | Q.   And then, you deserted the Gulf cartel and you started |
| 11:27:38 | 8 | working for Zetas. |
| 11:27:50 | 9 | A.   No. |
| 11:27:54 | 10 | Q.   You're a citizen of Mexico? |
| 11:27:58 | 11 | A.   That's right. |
| 11:28:03 | 12 | Q.   You started working for the Gulf cartel and the Zetas were |
| 11:28:11 | 13 | working with the Gulf cartel, correct? |
| 11:28:20 | 14 | A.   Correct. |
| 11:28:22 | 15 | Q.   And at some point, the Gulf cartel and the Zetas started |
| 11:28:25 | 16 | working against each other? |
| 11:28:35 | 17 | A.   That's right. |
| 11:28:36 | 18 | Q.   And which side did you pick? |
| 11:28:38 | 19 | A.   The armed Zeta group. |
| 11:28:47 | 20 | Q.   So what I said a while ago that you left the Gulf cartel and |
| 11:28:52 | 21 | started working for the Zetas, and you said no, that wasn't true, |
| 11:28:55 | 22 | was it? |
| 11:29:17 | 23 | A.   I did not leave the Gulf cartel.  I had always been a member |
| 11:29:33 | 24 | of the Zetas, which was the armed branch.  I have never -- so I |
| 11:29:37 | 25 | was never part -- although I was part of the same cell which |

11:29:40   1  consisted in the cartel, the Gulf cartel, I've always been a

11:29:45   2  Zeta, and when the break occurred, I was not a part of their

11:29:52   3  personnel.

11:29:54   4  Q.   So now, you get arrested in Mexico after you've killed

11:30:00   5  people, correct?

11:30:17   6  A.   I am arrested.  I'm arrested for organized crime.

11:30:20   7  Q.   Yes.  But you've also killed people.  Yes?

11:30:30   8  A.   Correct.

11:30:31   9  Q.   And kidnapped people?

11:30:33   10  A.   Correct.

11:30:34   11  Q.   And tortured people?

11:30:38   12  A.   Correct.

11:30:39   13  Q.   And now that you're in the United States, you've discovered

11:30:48   14  that you can testify against people.

11:31:00   15  A.   That's right.

11:31:01   16  Q.   And you've spent the last several years talking to agents to

11:31:06   17  see who you can testify for, against?

11:31:18   18  A.   Correct.

11:31:19   19  Q.   So that hopefully instead of getting a life sentence, you

11:31:24   20  might get something less than a life sentence; is that right?

11:31:35   21  A.   Correct.

11:31:37   22  Q.   And do you have some understanding or some agreement with

11:31:41   23  somebody that after you finish doing your time, you get to stay

11:31:44   24  in the United States?

11:31:54   25  A.   No.

| | | |
|---|---|---|
| 11:32:01 | 1 | Q.   I want to see if I have this right about Jose Trevino. |
| 11:32:25 | 2 | Miguel told you that Jose Trevino didn't have anything to do with |
| 11:32:31 | 3 | their business; isn't that right? |
| 11:32:41 | 4 | A.   Correct. |
| 11:32:42 | 5 | Q.   And he told you that he wouldn't do anything illegal. |
| 11:32:56 | 6 | A.   Correct. |
| 11:32:58 | 7 | Q.   But then, things get a little sticky because then you tell |
| 11:33:09 | 8 | the prosecutor and the jury that -- |
| 11:33:11 | 9 | THE COURT:  Counsel, let's ask questions.  I'm going to |
| 11:33:14 | 10 | give you plenty of time to argue. |
| 11:33:18 | 11 | MS. WILLIAMS:  Thank you, your Honor. |
| 11:33:19 | 12 | Q.   (BY MS. WILLIAMS) You tell the jury that Miguel wanted to |
| 11:33:25 | 13 | put this horse Tempting Dash in Jose's name in case it won a |
| 11:33:30 | 14 | bunch of money. |
| 11:33:44 | 15 | A.   Correct. |
| 11:33:51 | 16 | Q.   But this is a $25,000 horse.  It's a cheap horse? |
| 11:34:03 | 17 | MR. GARDNER:  Your Honor, is there a question here? |
| 11:34:05 | 18 | Form of the question. |
| 11:34:05 | 19 | THE COURT:  There's a good argument there.  Counsel, |
| 11:34:07 | 20 | that's twice.  Ask questions, not make statements. |
| 11:34:12 | 21 | Q.   (BY MS. WILLIAMS) In the scale of horses, of race horses, is |
| 11:34:20 | 22 | $25,000 a lot to pay or a little bit to pay? |
| 11:34:35 | 23 | A.   Depends on who's paying it. |
| 11:34:39 | 24 | Q.   I don't have anything further.  I pass the witness. |
| 11:34:57 | 25 | THE COURT:  Okay.  Mr. DeGeurin. |

| | | |
|---|---|---|
| 11:34:59 | 1 | MR. DEGEURIN:  Yes, your Honor. |
| 11:35:17 | 2 | CROSS-EXAMINATION |
| 11:35:17 | 3 | BY MR. DEGEURIN: |
| 11:35:36 | 4 | Q.   Would you recognize your initials if you saw them? |
| 11:35:41 | 5 | A.   Yes. |
| 11:35:43 | 6 | Q.   Do you see your initials anywhere on those eleven entries? |
| 11:35:58 | 7 | A.   Yes. |
| 11:36:04 | 8 | Q.   I'm going to establish a few things, if I can, through you, |
| 11:36:10 | 9 | sir. |
| 11:36:12 | 10 | You were arrested in Mexico, you say, for the crime of |
| 11:36:15 | 11 | corruption, correct? |
| 11:36:27 | 12 | A.   Organized crime. |
| 11:36:29 | 13 | Q.   Organized crime.  And that was in June of what year? |
| 11:36:40 | 14 | A.   July 2011. |
| 11:36:42 | 15 | Q.   Were you arrested in June, also, 2007? |
| 11:36:51 | 16 | A.   No. |
| 11:36:52 | 17 | Q.   So you were arrested in July of 2007, best of your |
| 11:36:56 | 18 | recollection, and how long was it before you were on an airplane |
| 11:37:02 | 19 | flying to the United States? |
| 11:37:17 | 20 | A.   I was arrested July 2011. |
| 11:37:23 | 21 | Q.   I said 7.  That was my mistake. |
| 11:37:28 | 22 | July 2011, you were arrested in Mexico.  How long -- |
| 11:37:34 | 23 | what day on July -- in July? |
| 11:37:50 | 24 | A.   I was presented -- formally presented on July 5th. |
| 11:37:58 | 25 | Q.   Formally presented, I guess, means apprehended? |

| | | |
|---|---|---|
| 11:38:07 | 1 | A.   No.  No.  I'd been picked up five days before that, four |
| 11:38:21 | 2 | days before that. |
| 11:38:25 | 3 | Q.   Were you in a prison somewhere?  Jail?  Prison? |
| 11:38:39 | 4 | A.   I couldn't see.  I was blindfolded. |
| 11:38:43 | 5 | Q.   You were blindfolded by the Mexican police? |
| 11:38:47 | 6 | A.   Correct. |
| 11:38:49 | 7 | Q.   And how many days were you blindfolded? |
| 11:38:57 | 8 | A.   The entire time until I was presented on TV. |
| 11:39:02 | 9 | Q.   And you were actually -- was it a YouTube or was it on TV? |
| 11:39:09 | 10 | A.   What -- when you see that recording that comes out on the |
| 11:39:24 | 11 | TV, it was just -- that was made just a few minutes before I |
| 11:39:30 | 12 | actually came out on TV. |
| 11:39:34 | 13 | Q.   All right.  And so, it's your -- you were arrested four or |
| 11:39:42 | 14 | five days before that? |
| 11:39:49 | 15 | A.   Correct. |
| 11:39:50 | 16 | Q.   And you remained blindfolded for four or five days before |
| 11:39:56 | 17 | they put you on TV? |
| 11:40:02 | 18 | A.   Correct. |
| 11:40:03 | 19 | Q.   Are you -- do you contend that the statement that you made |
| 11:40:11 | 20 | in Mexico on TV was a coerced statement? |
| 11:40:26 | 21 | A.   Correct. |
| 11:40:27 | 22 | Q.   Well, those were your words, not mine originally; isn't that |
| 11:40:31 | 23 | correct?  The word you were coerced? |
| 11:40:41 | 24 | A.   That's correct.  And in fact, even if for a Mexican court, |
| 11:41:02 | 25 | that statement is invalid, given that there was no representation |

| 11:41:05 | 1 | from the prosecutor's office there. |

11:41:05  1  from the prosecutor's office there.

11:41:13  2  Q.   Did you actually go to court in Mexico?

11:41:20  3  A.   Correct.

11:41:21  4  Q.   And when was it between your arrest and the time that you

11:41:26  5  were on an airplane come into the United States?  When did you go

11:41:32  6  to court?  I don't have those days.

11:41:32  7          THE COURT:  I understand, but you've given him two

11:41:39  8  different questions.

11:41:40  9          MR. DEGEURIN:  Oh.

11:41:41  10          THE COURT:  Just make them one at a time, and I think

11:41:44  11  you'll do better.  How long after your arrest were you flown into

11:41:49  12  the United States?

11:42:10  13          THE WITNESS:  I was brought in the 13th or the 12th of

11:42:22  14  September of 2013 -- 2012, sorry.

11:43:52  15  Q.   (BY MR. DEGEURIN) When you were arrested in Mexico, what

11:43:55  16  were the circumstances?  I mean, what brought you to the

11:43:59  17  attention of the Mexican authorities?

11:44:17  18  A.   I don't know.

11:44:19  19  Q.   You were arrested in a car, a house, or on an airplane?

11:44:29  20  A.   In an apartment.

11:44:30  21  Q.   Your own apartment?

11:44:32  22  A.   No.

11:44:33  23  Q.   Someone else's?

11:44:35  24  A.   Correct.  An ex-military person.

11:44:44  25  Q.   Was he arrested, also?

| | | |
|---|---|---|
| 11:44:50 | 1 | A.   He was arrested later. |
| 11:44:52 | 2 | Q.   Okay.  Were you accused or were you thought to -- strike |
| 11:45:04 | 3 | that. |
| 11:45:04 | 4 | Were you believed to be involved in the killing of any |
| 11:45:11 | 5 | United States officer, law enforcement officer? |
| 11:45:32 | 6 | A.   Correct. |
| 11:45:33 | 7 | Q.   And which United States law enforcement officer were you |
| 11:45:37 | 8 | believed to be involved in killing? |
| 11:45:51 | 9 | A.   I don't know. |
| 11:45:55 | 10 | Q.   The Mexican authorities, after you told them, were aware of |
| 11:46:06 | 11 | you killing 30 human beings before you got on a plane to go to |
| 11:46:14 | 12 | the United States, correct? |
| 11:46:30 | 13 | A.   Let me see.  Can you repeat that question?  I didn't |
| 11:46:33 | 14 | understand that. |
| 11:46:33 | 15 | Q.   How many people did you tell the Mexican authorities that |
| 11:46:36 | 16 | you had murdered? |
| 11:46:46 | 17 | A.   No. |
| 11:46:49 | 18 | Q.   How many did you tell the Mexican authorities that you had |
| 11:46:53 | 19 | been involved with in kidnapping human beings? |
| 11:47:05 | 20 | A.   Not a one. |
| 11:47:07 | 21 | Q.   All right.  Did they ask you about kidnapping human beings |
| 11:47:13 | 22 | or killing, murdering or -- one at a time.  Did they ask you |
| 11:47:19 | 23 | about killing, torturing, kidnapping human beings while you were |
| 11:47:27 | 24 | in custody in Mexico? |
| 11:47:42 | 25 | A.   Correct. |

| | | |
|---|---|---|
| 11:47:44 | 1 | Q.   Was the answer "Yes"? |
| 11:47:49 | 2 | A.   Yes.  That's what you asked. |
| 11:47:53 | 3 | Q.   And was your confession to those murders -- did you confess |
| 11:48:01 | 4 | to those murders? |
| 11:48:11 | 5 | A.   No. |
| 11:48:12 | 6 | Q.   All right.  So you denied them when they asked you about |
| 11:48:15 | 7 | them? |
| 11:48:19 | 8 | A.   Correct. |
| 11:48:20 | 9 | Q.   So when did you first confess to the 30 or more murders? |
| 11:48:33 | 10 | A.   Here in the United States. |
| 11:48:36 | 11 | Q.   All right.  Now, I want to get back to the different times |
| 11:48:40 | 12 | that you've talked to people that leads up to you confessing to |
| 11:48:48 | 13 | the 30 murders, okay? |
| 11:49:01 | 14 | A.   All right. |
| 11:49:01 | 15 | Q.   I'm going to show you some documents.  Unfortunately, |
| 11:49:17 | 16 | they're in English.  However, you've identified your initials, is |
| 11:49:26 | 17 | that correct, on the last page? |
| 11:49:28 | 18 | A.   Correct. |
| 11:49:32 | 19 | Q.   By looking at the last page, I know you can't -- would have |
| 11:49:39 | 20 | difficulty with the English.  But by looking at the last page, |
| 11:49:45 | 21 | would this refresh your memory?  If it does of the different |
| 11:49:50 | 22 | dates that you spoke to law enforcement officers of the United |
| 11:50:18 | 23 | States? |
| 11:50:18 | 24 | A.   Correct. |
| 11:50:23 | 25 | Q.   Did you -- do you remember the call date that you were in |

| | | |
|---|---|---|
| 11:50:28 | 1 | the airplane flying to the United States? |
| 11:50:46 | 2 | A.   I don't remember, but it was 14th, 15th, 12th of September. |
| 11:50:50 | 3 | Q.   And on that airplane, do you recall being interrogated by |
| 11:50:59 | 4 | law enforcement officers? |
| 11:51:00 | 5 | A.   Correct. |
| 11:51:06 | 6 | Q.   And you were shown photographs of people and asked if you |
| 11:51:15 | 7 | could say something about those people. |
| 11:51:25 | 8 | A.   No. |
| 11:51:26 | 9 | Q.   Were you ever shown any photographs? |
| 11:51:32 | 10 | A.   Yes.  I'd been shown photographs. |
| 11:51:35 | 11 | Q.   And are you saying you just did not see those photographs on |
| 11:51:38 | 12 | the airplane? |
| 11:51:43 | 13 | A.   That's correct. |
| 11:51:44 | 14 | Q.   No photographs were shown on the airplane? |
| 11:51:49 | 15 | A.   No. |
| 11:51:50 | 16 | Q.   Do you recall what the subject matter was of your |
| 11:51:53 | 17 | interrogation on the plane? |
| 11:52:05 | 18 | A.   Don't remember a lot, but there were questions about me |
| 11:52:09 | 19 | personally. |
| 11:52:11 | 20 | Q.   And was that being recorded? |
| 11:52:17 | 21 | A.   No. |
| 11:52:19 | 22 | Q.   But there were agents taking notes? |
| 11:52:25 | 23 | A.   I don't remember. |
| 11:52:27 | 24 | Q.   Okay.  Now, looking at the documents up there before you, |
| 11:52:33 | 25 | can you tell us the first date -- if it reminds you, the first |

| 11:52:39 | 1 | day of your initial meeting with the agents? |

11:52:39   1   day of your initial meeting with the agents?

11:53:05   2   A.   16th of September of 2012.

11:53:09   3   Q.   Now, it's important if you can remember the names of the

11:53:16   4   agents because I'm going to have to try to subpoena them to

11:53:22   5   court.  Do you remember who you met with on September --

11:53:24   6            MR. GARDNER:  Your Honor, this is improper.  He has the

11:53:26   7   names of the agents --

11:53:27   8            THE COURT:  Ah, ah, ah.

11:53:30   9            MR. DEGEURIN:  I don't.

11:53:30   10           THE COURT:  Members of the jury, you are not to

11:53:31   11   consider in any way, shape or form the statement just made by

11:53:34   12   counsel.  But I will let you go to lunch.  Remember the

11:53:37   13   instructions.  Please follow the instructions.  Be ready to

11:53:41   14   return at 1:20.

11:54:16   15           (Jury not present.)

11:54:27   16           THE COURT:  You may continue.  It will be throughout

11:54:33   17   the noon hour.  We will not have lunch.  We will have the record

11:54:36   18   made.

11:54:42   19           MR. DEGEURIN:  Your Honor, I --

11:54:43   20           THE COURT:  It's not going to take you long to find out

11:54:45   21   he doesn't know the name, but go ahead.

11:54:47   22   Q.   (BY MR. DEGEURIN) Do you know the names of the agents?

11:54:58   23   A.   Yes.

11:55:00   24   Q.   What are they?

11:55:13   25   A.   The male prosecutor, his name is Shawn.  The female

11:55:48  1  prosecutor, I don't remember her name.  It's a DEA agent, his

11:55:59  2  name is -- at this moment, I don't remember his name.

11:56:05  3  Q.   Were you shown photographs to see if you could identify

11:56:09  4  them?

11:56:12  5         MR. GARDNER:  I'm sorry, your Honor, is he talking

11:56:14  6  about other individuals or --

11:56:15  7         THE COURT:  The question literally is, were you shown

11:56:17  8  the agents' photographs?

11:56:19  9         MR. DEGEURIN:  Oh, I'm sorry.

11:56:20  10        THE COURT:  Let's rephrase.  I don't think you meant

11:56:23  11 that.

11:56:23  12        MR. DEGEURIN:  No.

11:56:24  13 Q.   (BY MR. DEGEURIN) Were you shown photographs by the agents

11:56:27  14 or the prosecutors and asked to identify them?

11:56:41  15 A.   Correct.

11:56:43  16 Q.   On how many occasions was that done, were the photographs

11:56:52  17 shown to you?

11:57:15  18 A.   You know, I don't know if I could talk about that.  It was a

11:57:18  19 lot of photographs because it was from 1999 from when I started

11:57:23  20 being a member of the cartel.  I couldn't tell you.  I don't know

11:57:27  21 if I could tell you now.  I know a lot of people.

11:57:31  22 Q.   I don't mean to name all the people.  How many times did

11:57:36  23 they -- let me break it down.

11:57:39  24        Did they show you a book of photographs like this?

11:58:00  25 A.   It was by computer or photographs from a book.

| | | |
|---|---|---|
| 11:58:05 | 1 | Q.   Okay.  How many times was that done, whether by a computer |
| 11:58:17 | 2 | or by book? |
| 11:58:30 | 3 | A.   Every time I see them, I'm shown photographs, asked if I |
| 11:58:33 | 4 | know a person. |
| 11:58:40 | 5 | MR. DEGEURIN:  Your Honor, I think that that's |
| 11:58:41 | 6 | sufficient. |
| 11:58:41 | 7 | THE COURT:  Do you have any further questions of the |
| 11:58:43 | 8 | witness?  Let's don't make any statements in front of the |
| 11:58:49 | 9 | witness. |
| 11:58:54 | 10 | Q.   (BY MR. DEGEURIN) Were any of your meetings with the agents |
| 11:59:01 | 11 | that you initialed up there, were any of those meetings |
| 11:59:06 | 12 | pertaining to laundering money in the United States? |
| 11:59:33 | 13 | A.   Yes. |
| 11:59:34 | 14 | Q.   Were you ever shown any of your statements -- I mean, any of |
| 11:59:43 | 15 | your reports of your interviews? |
| 11:59:56 | 16 | A.   My attorney has them. |
| 12:00:00 | 17 | Q.   And were you ever -- did any prosecutor ever go over with |
| 12:00:08 | 18 | you your -- the reports of your interviews after you got to the |
| 12:00:21 | 19 | United States? |
| 12:00:21 | 20 | A.   They have -- yes.  They've reviewed information. |
| 12:00:38 | 21 | Q.   And would ask you if their report is correct about what you |
| 12:00:44 | 22 | said? |
| 12:00:48 | 23 | A.   Yeah.  I've been asked what is it I know and that's what I |
| 12:01:04 | 24 | say.  That's it. |
| 12:01:08 | 25 | MR. DEGEURIN:  Okay, your Honor.  I think I've -- yes. |

| | | |
|---|---|---|
| 12:01:12 | 1 | No further questions. |
| 12:01:14 | 2 | THE COURT:  You may take the witness to lunch. |
| 12:01:45 | 3 | All right.  Anything further before we leave? |
| 12:01:53 | 4 | MR. ESPER:  Nothing, your Honor. |
| 12:01:54 | 5 | MR. MAYR:  Nothing, your Honor. |
| 12:01:55 | 6 | MR. GARDNER:  No, sir. |
| 12:01:56 | 7 | THE COURT:  All right.  I'll have counsel up here.  And |
| 12:01:59 | 8 | we're in recess till 1:20. |
| 12:02:12 | 9 | (At the bench, on the record.) |
| 12:02:25 | 10 | THE COURT:  I just think that it's shameful that none |
| 12:02:29 | 11 | of you asked if Frank Perez is representing him. |
| 12:02:34 | 12 | MR. WOMACK:  Sir, I didn't get a chance to ask. |
| 12:02:37 | 13 | MR. ESPER:  I was going to ask that question when I got |
| 12:02:38 | 14 | up. |
| 12:02:39 | 15 | THE COURT:  In light of just what happened, none of you |
| 12:02:41 | 16 | said it.  All right.  1:20. |
| 13:16:36 | 17 | (Lunch recess.) |
| 13:22:35 | 18 | THE COURT:  During the noon hour, I received from the |
| 13:22:38 | 19 | clerk the specific request for Brady and Giglio materials on |
| 13:22:46 | 20 | behalf of Colorado-Cessa by counsel, near the third week of |
| 13:22:51 | 21 | trial.  Hopefully the last week but at certainly next to last |
| 13:22:56 | 22 | week for sure.  The government has represented in open court and |
| 13:23:04 | 23 | in pleadings that all the Brady and Giglio materials that they |
| 13:23:11 | 24 | need are Brady or Giglio materials have been turned over. |
| 13:23:20 | 25 | I have no specific information or evidence before me |

13:23:23   1   that that is incorrect.  In the 22 years I've been here, the

13:23:30   2   United States Attorney, at my request, has practiced an open

13:23:35   3   file.  I've never had any problems with Brady or Giglio

13:23:39   4   materials.  In all of these years, I have had motions and have

13:23:47   5   viewed materials, but I've never ascertained that the government

13:23:50   6   was incorrect in those specific cases where the evidence was

13:23:56   7   available for inspection.

13:24:00   8              Counsel is, of course, assuming, probably correctly,

13:24:08   9   that on most, if not all, of the interviews of the witnesses

13:24:14   10  that's still here, Mr. Rejon, that some sort of notes would be --

13:24:19   11  would have been made.  It's probably true, but there's no

13:24:24   12  indication before this court that they are Brady nor Giglio

13:24:29   13  materials.  I don't have them.  I have not reviewed them.  But

13:24:33   14  representation of the government that stands in open court and in

13:24:38   15  writing is sufficient for the Court, particularly when it comes

13:24:43   16  so late and there is no basis of it.  The record is made.

13:24:51   17             Now, bring the jury in.  It's a request to the

13:24:58   18  government, I assume, but an order by me, which I will not enter.

13:25:34   19             MR. DEGEURIN:  It's my understanding, your Honor, that

13:25:35   20  Mr. Gardner has not seen those reports that I was requesting.  Of

13:25:43   21  course, I haven't seen them either.

13:25:44   22             THE COURT:  Well, you requested them.

13:25:49   23             MR. DEGEURIN:  I'm sorry?

13:25:50   24             THE COURT:  You've requested it.  It's what your

13:25:54   25  pleading says you're requesting.

| | | |
|---|---|---|
| 13:26:04 | 1 | (Jury present.) |
| 13:26:46 | 2 | THE COURT:  Members of the jury, during the noon hour, |
| 13:26:47 | 3 | did anyone attempt to talk to you about this case? |
| 13:26:49 | 4 | JURORS:  No. |
| 13:26:49 | 5 | THE COURT:  Have you talked to anybody about the case? |
| 13:26:52 | 6 | JURORS:  No. |
| 13:26:52 | 7 | THE COURT:  And have you learned anything at all about |
| 13:26:54 | 8 | the case, outside the presence of each other in this courtroom? |
| 13:26:57 | 9 | JURORS:  No. |
| 13:26:58 | 10 | THE COURT:  All right.  Show negative responses to all |
| 13:27:01 | 11 | questions by all jurors. |
| 13:27:07 | 12 | Mr. DeGeurin, you may continue. |
| 13:27:18 | 13 | MR. DEGEURIN:  I'd take full advantage, but there's no |
| 13:27:21 | 14 | witness. |
| 13:27:21 | 15 | THE COURT:  Well, then, your questions should be short. |
| 13:27:29 | 16 | MR. DEGEURIN:  As would be the answer. |
| 13:27:44 | 17 | THE COURT:  Mr. Rejon, you understand that you're still |
| 13:27:47 | 18 | under oath to tell the truth? |
| 13:27:51 | 19 | THE WITNESS:  Correct. |
| 13:27:52 | 20 | THE COURT:  You may proceed. |
| 13:27:55 | 21 | Q.   (BY MR. DEGEURIN) Do you go by Rejon or Rejon-Aguilar? |
| 13:28:16 | 22 | A.   Since I got here, I've always been referred to as Rejon or |
| 13:28:20 | 23 | Rejon-Aguilar.  Before that, I have never been called by my real |
| 13:28:25 | 24 | name. |
| 13:28:28 | 25 | Q.   What name did you have that was not your real name? |

13:28:34  1    A.    "Mamito."

13:28:38  2    Q.    You also -- you listed the different nicknames that you have

13:28:45  3    been called by.  "Mamito" is one of them.  One name that you left

13:28:50  4    out was "Brujo."

13:29:06  5    A.    Yes.

13:29:08  6    Q.    And "Brujo" means witch -- I don't know how this is going to

13:29:13  7    translate.  "Brujo" means like a witch, correct?

13:29:24  8    A.    Yes.

13:29:27  9    Q.    Mysterious, magical, that sort of description goes with the

13:29:35  10   name "Brujo"?

13:29:44  11   A.    Yes.

13:29:47  12   Q.    Powers that are mysterious?  Powers that you possess?

13:30:02  13   A.    That's what the word implies.

13:30:05  14   Q.    The ability to be responsible for 30 murders and not let it

13:30:11  15   affect your outward personality.

13:30:31  16   A.    I don't understand your question.

13:30:35  17         THE COURT:  It's not a question yet.

13:30:42  18   Q.    (BY MR. DEGEURIN) Well, let's talk about the picture of

13:30:46  19   yourself that you gave to other people, first of all, okay?

13:30:59  20   A.    Okay.

13:31:00  21   Q.    You were a -- you own horses, correct?

13:31:14  22   A.    That's right.

13:31:15  23   Q.    Many horses?

13:31:19  24   A.    That's right.

13:31:21  25   Q.    And those horses belong to you and your family?

13:31:30   1   A.   Correct.

13:31:31   2   Q.   Those horses did not belong to Miguel Angel Trevino, or Omar

13:31:38   3   Trevino, or anybody else.   They were your horses; isn't that

13:31:41   4   correct?

13:31:52   5   A.   I had some in partnership with Barradas.

13:31:58   6   Q.   And those that you had in partnership with Barradas, if I'm

13:32:03   7   pronouncing it correctly, were horses that you and Barradas owned

13:32:08   8   together?

13:32:16   9   A.   That's right.

13:32:16   10   Q.   As you said, it was a hobby of yours to try to have fast

13:32:24   11   race horses.

13:32:32   12   A.   Correct.

13:32:33   13   Q.   And when you were endeavoring in this hobby of being known

13:32:41   14   as a person who knew a lot about and who was developing good

13:32:50   15   horses, you were not -- that was your private business or your

13:32:59   16   private hobby; isn't that correct?

13:33:09   17   A.   That's right.

13:33:21   18   Q.   And did you have property somewhere that you were keeping

13:33:24   19   your horses on?

13:33:31   20   A.   That's right.

13:33:32   21   Q.   And where was that?

13:33:33   22   A.   Miguel Aleman, Mexico.

13:33:37   23   Q.   And did that property belong to you?

13:33:41   24   A.   That's right.

13:33:46   25   Q.   And did you hire people to help you manage the horses and

| | | |
|---|---|---|
| 13:33:50 | 1 | help you train the horses? |
| 13:33:58 | 2 | A.   Correct. |
| 13:33:59 | 3 | Q.   And in the process of building up to, I believe you said, |
| 13:34:04 | 4 | 250 horses, you got to know other people in the horse -- had the |
| 13:34:11 | 5 | interest in horses; isn't that correct? |
| 13:34:23 | 6 | A.   Correct. |
| 13:34:24 | 7 | Q.   That was truly an interest of yours, aside and apart from |
| 13:34:31 | 8 | your obligations as a member of Los Zetas? |
| 13:34:49 | 9 | A.   Correct. |
| 13:34:50 | 10 | Q.   In fact, you were interested in horses or had an avid |
| 13:34:56 | 11 | interest in horses for a long period of time, didn't you? |
| 13:35:11 | 12 | A.   Correct. |
| 13:35:11 | 13 | Q.   And when you ran into other people at either races or match |
| 13:35:18 | 14 | races, even -- well, when you ran into other people at the ranch |
| 13:35:25 | 15 | -- races in Mexico, you could talk to other people about your |
| 13:35:30 | 16 | knowledge of horses, correct? |
| 13:35:45 | 17 | A.   Correct. |
| 13:35:46 | 18 | Q.   But you didn't tell people, if you cross me, if you end up |
| 13:35:56 | 19 | competing with me on a horse race, I could have you killed.  You |
| 13:36:00 | 20 | didn't tell people that, did you? |
| 13:36:17 | 21 | A.   No. |
| 13:36:19 | 22 | Q.   In fact, you set aside your obligations of being a hit man. |
| 13:36:28 | 23 | The other part of your life was you enjoyed horses and you got |
| 13:36:33 | 24 | good at it. |
| 13:36:45 | 25 | A.   That's correct. |

| | | |
|---|---|---|
| 13:36:46 | 1 | Q.   And Miguel Angel Trevino, who was, I guess, your boss, |
| 13:36:57 | 2 | developed an interest in horses after you did, didn't he? |
| 13:37:01 | 3 | A.   That's right. |
| 13:37:12 | 4 | Q.   And you've probably explained to Miguel Angel Trevino that |
| 13:37:23 | 5 | the horse race business is very complicated; is that correct? |
| 13:37:38 | 6 | A.   That's correct. |
| 13:37:39 | 7 | Q.   When you were buying your horses and trying to develop a |
| 13:37:44 | 8 | good breed line of horses, you believed it would be necessary to |
| 13:37:50 | 9 | find experts in the field of bloodlines, and you asked him for |
| 13:37:57 | 10 | advice; is that correct? |
| 13:38:17 | 11 | A.   Yes. |
| 13:38:18 | 12 | Q.   And we don't have the time for you to list all of the people |
| 13:38:23 | 13 | that you met, along the way, that also had horses in hopes of |
| 13:38:32 | 14 | developing a fast horse, but one of the people that you learned |
| 13:38:36 | 15 | about was Francisco Colorado. |
| 13:38:57 | 16 | A.   Yes. |
| 13:38:58 | 17 | Q.   And you learned that he had a fascination with horses and |
| 13:39:04 | 18 | had a lot of horses of his own that were very good; isn't that |
| 13:39:09 | 19 | true? |
| 13:39:21 | 20 | A.   That's correct. |
| 13:39:23 | 21 | Q.   You knew him as a person who had a business that made a lot |
| 13:39:32 | 22 | of money in the environmental remediation side of the oil |
| 13:39:40 | 23 | business with Pemex.  That's what you knew about Mr. Francisco |
| 13:39:48 | 24 | Colorado in the beginning, correct? |
| 13:40:05 | 25 | A.   No. |

13:40:09  1  Q.   You, over a period of time, you realized Miguel Angel

13:40:16  2  Trevino was going to start having horses like you had.  Did you

13:40:23  3  have a conversation with Miguel Angel Trevino about him having

13:40:27  4  horses and you having horses that would be competing with him?

13:40:53  5  A.   That's logical, but I never had that conversation with him.

13:41:03  6  Q.   Did you have horses that were faster than Miguel Trevino's

13:41:07  7  horses?

13:41:16  8  A.   In Mexico.

13:41:17  9  Q.   Yes.  In fact, most of your business with the horses, your

13:41:25  10  hobby with the horses was in Mexico, correct?

13:41:41  11  A.   In Mexico.  And I also ran horses in the United States.

13:41:46  12  Q.   And who -- you didn't go to the United States yourself to

13:41:50  13  the races, did you?

13:41:57  14  A.   No.  I watched them on TV.

13:42:00  15  Q.   Okay.  And did you have somebody else take your horses, have

13:42:06  16  them run in the United States?

13:42:13  17  A.   That's correct.

13:42:15  18  Q.   And that, once again, was part of your hobby was to hope

13:42:21  19  that your horse would run and win a race in the United States.

13:42:35  20  A.   Of course.

13:42:36  21  Q.   So when did the split happen between your horses -- well,

13:42:43  22  strike that.

13:42:44  23       The horses that you were buying and selling and

13:42:49  24  training and running a few of them in the United States, those

13:42:54  25  were separate and apart from Miguel Trevino's horses; is that

13:42:58   1   correct?

13:43:11   2   A.   That's correct.

13:43:14   3   Q.   Now, we spoke -- did you ever own any horses with Miguel

13:43:20   4   Trevino?

13:43:32   5   A.   Yes.

13:43:33   6   Q.   And did he buy horses from you, or did you sell horses to

13:43:38   7   him, or did you buy them together?

13:43:40   8   A.   Horses were bought by the same people.

13:43:59   9   Q.   So you were using the same person that Miguel was using to

13:44:03   10   buy the horses?

13:44:10   11   A.   That's correct.

13:44:13   12   Q.   But you tried to keep an accounting as to which horses were

13:44:16   13   yours and which horses were Miguel's?

13:44:26   14   A.   That's correct.

13:44:29   15   Q.   I want to go back, just a moment, to the law enforcement

13:44:38   16   officers in the United States that you were involved in in one of

13:44:48   17   them being murdered, we talked about right before lunch.  That

13:44:55   18   was in -- outside of San Luis Potosi, wasn't it?

13:45:15   19   A.   That's correct.

13:45:16   20   Q.   And was that area, San Luis Potosi, was that an area that

13:45:22   21   you had some sort of control over?

13:45:39   22   A.   When that occurred, no.

13:45:43   23   Q.   And this is the incident that some of us had heard about

13:45:50   24   where two ICE agents --

13:45:55   25          MR. GARDNER:  Your Honor, we object to the form of the

13:45:57  1   question.  It's not a question.

13:45:59  2           MR. DEGEURIN:  I haven't finished.

13:46:00  3           THE COURT:  Let's try --

13:46:01  4           MR. DEGEURIN:  Sometimes the inflection at the end

13:46:04  5   makes it a question and I don't have to end it with a "right" or

13:46:08  6   something at the end and so --

13:46:11  7           THE COURT:  Well, you're starting to testify, counsel.

13:46:15  8   That's the problem.  Just ask questions.

13:46:18  9   Q.   (BY MR. DEGEURIN) Was this the incident that where two

13:46:24  10  agents were in a car on the highway and Zetas stopped them,

13:46:34  11  killed one and wounded the other in the car?

13:46:53  12  A.   I don't understand your question.

13:46:55  13  Q.   Was the incident that you were referring to that you were

13:46:59  14  involved in the killing of U.S. law enforcement officers, is that

13:47:05  15  the same incident or a different one than the one where the two

13:47:12  16  ICE agents where one was killed and one was wounded in a car

13:47:16  17  outside of San Luis -- in the state of San Luis Potosi?

13:47:47  18  A.   That I remember?  I've never testified that I've been

13:47:50  19  involved in the death of two agents.

13:47:52  20  Q.   But you know the incident I'm talking about, don't you?

13:48:00  21  A.   Correct.

13:48:01  22  Q.   And you were questioned about those -- that murder and that

13:48:06  23  attempted murder, weren't you?

13:48:18  24  A.   That's correct.

13:48:20  25  Q.   And you were questioned about that by law enforcement

13:48:24   1   officers of the United States, weren't you?

13:48:32   2   A.   That's correct.

13:48:33   3   Q.   And you knew that those agents were -- one was murdered and

13:48:38   4   one was wounded by members of the Los Zetas organization?

13:48:52   5   A.   That's correct.

13:48:56   6   Q.   And, of course, you were a member of Los Zetas at the time,

13:49:04   7   weren't you?

13:49:05   8   A.   That's correct.

13:49:09   9   Q.   Have you been charged with that murder here in the United

13:49:20  10   States?

13:49:20  11   A.   No.

13:49:21  12   Q.   And you're not going to be, are you?

13:49:26  13   A.   No.

13:49:28  14   Q.   And how did you explain it to the agents that you should not

13:49:33  15   be charged with that murder?

13:49:48  16   A.   I just told them what the facts were, what had happened.

13:49:55  17   And they're the ones that do all the investigations, and they

13:49:57  18   know if you're telling the truth or you're lying.

13:50:02  19   Q.   So the truth is, your organization killed that one agent,

13:50:08  20   the one that you were high up in the organization.  You're not

13:50:11  21   charged, though, with the murder?

13:50:27  22   A.   That's correct.

13:50:30  23   Q.   Were there any Mexican investigators, law enforcement

13:50:39  24   investigators present when you told the United States

13:50:47  25   investigators you were involved in over 30 murders in Mexico?

| | | |
|---|---|---|
| 13:50:52 | 1 | MR. GARDNER:  Your Honor, at this point, I'm going to |
| 13:50:54 | 2 | object to asked about answered.  Mr. DeGeurin went over this |
| 13:50:58 | 3 | before the lunch break.  It's getting repetitive. |
| 13:51:01 | 4 | MR. DEGEURIN:  I'm asking if there's any Mexican -- |
| 13:51:03 | 5 | THE COURT:  You can ask him that.  He's been asked |
| 13:51:06 | 6 | about it several times, but that question, that particular |
| 13:51:09 | 7 | question had not. |
| 13:51:26 | 8 | A.    No. |
| 13:51:27 | 9 | Q.    (BY MR. DEGEURIN) Are you charged with murder in either the |
| 13:51:38 | 10 | United States or your country of Mexico? |
| 13:51:42 | 11 | MR. GARDNER:  Your Honor, we'd object to asked and |
| 13:51:44 | 12 | answered. |
| 13:51:44 | 13 | THE COURT:  And I sustain that objection.  It's been |
| 13:51:47 | 14 | asked and answered before twice. |
| 13:51:50 | 15 | Q.    (BY MR. DEGEURIN) Do you have an agreement that your |
| 13:51:52 | 16 | confessions to these murders in the United States will not be |
| 13:51:55 | 17 | given to the Mexican government? |
| 13:52:04 | 18 | THE COURT:  What murders in the United States are you |
| 13:52:06 | 19 | referring to? |
| 13:52:07 | 20 | MR. DEGEURIN:  Do you have an agreement with the United |
| 13:52:11 | 21 | States that the information about the murders in Mexico will not |
| 13:52:15 | 22 | be given? |
| 13:52:15 | 23 | THE COURT:  Then I suggest you ask that question. |
| 13:52:17 | 24 | Q.    (BY MR. DEGEURIN) Let me restate it. |
| 13:52:21 | 25 | Do you have an agreement with the United States that |

13:52:28   1   the murders in Mexico that you had told them about, that that

13:52:34   2   information will not be given to the Mexican government?

13:52:58   3   A.   No.

13:52:59   4   Q.   Do you have an agreement -- what's your understanding of

13:53:04   5   what will happen to you when you're through testifying in the

13:53:21   6   United States?

13:53:21   7   A.   I'm going to be sentenced and I don't know what's going to

13:53:30   8   happen.

13:53:34   9   Q.   What is your understanding is going to happen when you're

13:53:38   10  through here, whether or not you go back to Mexico?

13:53:46   11          MR. GARDNER:  Your Honor, I'm going to object that's

13:53:48   12  been asked and answered by Ms. Williams.  It's the same questions

13:53:50   13  she asked.

13:53:51   14          THE COURT:  It is the same exact question --

13:53:53   15          MR. DEGEURIN:  Well, if it is, then I'll withdraw it.

13:53:54   16          THE COURT:  -- by a different lawyer.  No.  I'll let

13:53:56   17  you proceed.

13:53:58   18          MR. DEGEURIN:  I didn't get a clear answer in my own

13:54:00   19  head what was asked before.

13:54:01   20          THE COURT:  All right.

13:54:04   21  Q.   (BY MR. DEGEURIN) Let me put it differently.  What is your

13:54:07   22  hopes with regard to whether or not you're sent back to Mexico to

13:54:12   23  answer for the 30 or more murders?

13:54:43   24  A.   I don't know that they're going to send the information to

13:54:51   25  Mexico about those 30 homicides.  That's not what I'm charged

```
13:54:56   1   with in Mexico.
13:54:57   2   Q.   That's not what?
13:54:58   3   A.   It's not what I'm charged with in Mexico.
13:55:04   4   Q.   Is it true that you, yourself, individually -- I'm talking
13:55:18   5   about you, maybe your family -- made about $50 million in your
13:55:26   6   Zeta business?  You, yourself?
13:55:43   7   A.   That's correct.
13:55:45   8   Q.   And of that $50 million that you made, where is it today?
13:56:05   9   A.   It's part of the war, some took -- had got some of that
13:56:10  10   money, and that's how it went.
13:56:12  11   Q.   I'm sorry.  Who got the money?
13:56:15  12   A.   Some of the money was by the people who had the merchandise.
13:56:38  13   Some of it was taken from the businesses I had.  Some of it from
13:56:42  14   cocaine.  So some of it was to -- went to those people and some
13:56:46  15   of it, I kept.
13:56:47  16   Q.   Okay.  So how much did you in the end, after all is said and
13:56:53  17   done, how much did you keep?
13:57:03  18   A.   I don't know.  Maybe two million, three million.  Don't
13:57:07  19   know.  I never did an accounting.
13:57:09  20   Q.   And where is that two or three million now?
13:57:19  21   A.   Put away in a safe.
13:57:23  22   Q.   And did you tell the government about where you put that
13:57:27  23   money away?
13:57:32  24   A.   Yes.
13:57:33  25   Q.   To your knowledge, do you still have that money stashed
```

| | | |
|---|---|---|
| 13:57:40 | 1 | away? |
| 13:57:46 | 2 | A.   Yes. |
| 13:57:47 | 3 | Q.   Do you mind telling me where it is? |
| 13:58:00 | 4 | A.   I don't have a reason to tell you where that money is. |
| 13:58:05 | 5 | Q.   I didn't mean that I was going to go get it myself. |
| 13:58:11 | 6 |           THE COURT:  Let's stay with questions. |
| 13:58:29 | 7 | Q.   (BY MR. DEGEURIN) I don't suspect that you want to dwell on |
| 13:58:37 | 8 | it, but before these people were murdered, were they tortured you |
| 13:58:42 | 9 | were involved with? |
| 13:59:00 | 10 | A.   Before the agents were killed?  I don't understand. |
| 13:59:03 | 11 | Q.   No.  I'm talking about the other 30 or more people. |
| 13:59:14 | 12 | A.   Some. |
| 13:59:18 | 13 | Q.   And were you physically present when they were being |
| 13:59:23 | 14 | tortured? |
| 13:59:24 | 15 | A.   That's correct. |
| 13:59:30 | 16 | Q.   Both women and children -- women and men? |
| 13:59:41 | 17 | A.   No.  All men. |
| 13:59:44 | 18 | Q.   Were some women killed? |
| 13:59:50 | 19 | A.   Yes. |
| 14:00:05 | 20 | Q.   One moment.  To clear up something that has come up in the |
| 14:00:37 | 21 | court, could be confusing to some.  I'm going to ask you, is |
| 14:00:44 | 22 | there a Comandante Carlitos that's not the same person as Carlos |
| 14:01:08 | 23 | Nayen? |
| 14:01:08 | 24 | A.   That's correct. |
| 14:01:12 | 25 | Q.   So each time that we see the word or name Carlitos, it could |

14:01:17  1  be either Carlitos, the one -- Carlos Nayen or it could be the

14:01:23  2  other Carlitos?

14:01:36  3  A.   Are you talking about when you see it written down regarding

14:01:39  4  the horses?

14:01:39  5  Q.   Well, didn't Carlitos, Comandante Carlitos also have horses?

14:01:55  6  A.   He did have horses.

14:01:58  7  Q.   Now, Carlos Nayen is a person you knew to have a particular

14:02:07  8  expertise in horses; is that correct?

14:02:21  9  A.   That's correct.

14:02:23  10  Q.   Was he pretty well-known among people in the horse circles

14:02:28  11  as having that expertise in Mexico?

14:02:41  12  A.   Can you repeat that question again, please?

14:02:43  13  Q.   Was he well-known in Mexico as having that expertise among

14:02:46  14  people that were involved in horses, quarter horses?

14:03:03  15  A.   Yes.

14:03:04  16  Q.   And did Mr. Nayen manage horses for -- well, strike that.

14:03:19  17  I'm sorry.

14:03:20  18        Did Nayen manage any of your horses?

14:03:31  19  A.   Yes.

14:03:32  20  Q.   Those are your private horses, correct?

14:03:39  21  A.   That's correct.

14:03:40  22  Q.   And did Mr. Nayen have horses of his own?

14:03:48  23  A.   Yes.

14:03:49  24  Q.   And he also managed some horses that Miguel Trevino had.

14:04:04  25  A.   That's correct.

14:04:11  1    Q.    Ramiro Villarreal was the person you identified the

14:04:55  2    photograph of.  Was that person a businessman who had horses as a

14:05:03  3    hobby, or was he only a horse person?

14:05:34  4    A.    He was dedicated to horses and he had one or two horses.

14:05:40  5    Q.    Of his own?

14:05:41  6    A.    Yes.

14:05:47  7    Q.    Did Mr. Villarreal help you in your horse business?

14:05:58  8    A.    He bought horses.

14:05:59  9    Q.    For you or helped you buy them?

14:06:06  10   A.    He would help buy them for me.

14:06:09  11   Q.    Once again, those were horses that were not part of Miguel

14:06:13  12   Trevino's horses, correct?

14:06:20  13   A.    No.

14:06:20  14   Q.    Thank you.  Thank you for your patience, Judge.  I have no

14:06:30  15   further questions.

14:06:31  16              THE COURT:  Mr. Womack.

14:06:32  17              MR. WOMACK:  No questions, your Honor.

14:06:34  18              THE COURT:  Mr. Esper.

14:06:36  19              MR. ESPER:  Yes, your Honor.

14:06:38  20                    CROSS-EXAMINATION

14:06:38  21   BY MR. ESPER:

14:06:43  22   Q.    Mr. Rejon, you said that Miguel Trevino had Ramiro

14:06:51  23   Villarreal killed, but made it look like it was an accident,

14:06:55  24   correct?

14:07:03  25   A.    That's correct.

14:07:04  1   Q.   And do you know -- and if you don't, simply say so -- why he

14:07:09  2   had him killed?

14:07:20  3   A.   Because he knew all of his business.

14:07:22  4   Q.   Okay.  You and Miguel and Omar Trevino, whenever you would

14:07:31  5   buy horses in the United States, you would use Ramiro Villarreal

14:07:34  6   to buy the horses, correct?

14:07:46  7   A.   That's correct.

14:07:48  8   Q.   And the reason you had him buy the horses was because you

14:07:54  9   didn't want people in the United States knowing that you, Miguel

14:08:00  10  Trevino, or Omar Trevino were the real owners, right?

14:08:19  11  A.   That's correct.

14:08:20  12  Q.   Okay.  So whenever you said Tempting Dash was owned by

14:08:25  13  Ramiro Villarreal, but he wasn't the real owner, nobody knew that

14:08:31  14  other than Miguel Trevino, Omar Trevino, and you.  That's right,

14:08:37  15  correct?

14:08:56  16  A.   Other people knew.

14:08:57  17  Q.   When you say other people, people in Mexico knew, correct?

14:09:07  18  A.   That's correct.

14:09:08  19  Q.   You didn't want and Miguel Trevino didn't want people in the

14:09:13  20  United States knowing that he was the real owner of that horse or

14:09:17  21  that you were owners of certain horses, correct?

14:09:39  22  A.   Except the trainers and the people that take care of the

14:09:41  23  horse, they know who the horses belong to.

14:09:44  24  Q.   Okay.  And how do you know who they -- how do you know that?

14:09:48  25  Did one of the trainers tell you that?

| | | |
|---|---|---|
| 14:10:10 | 1 | A.   One of them.   One of them that's always with the horses, |
| 14:10:13 | 2 | trains the horses, Carlos Nayen, he knew the horses were Miguel |
| 14:10:20 | 3 | Angel Morales-Trevino's. |
| 14:10:22 | 4 | Q.   Okay.   Carlos Nayen knew that Miguel Trevino was the owner |
| 14:10:26 | 5 | of those horses, correct? |
| 14:10:33 | 6 | A.   That's correct. |
| 14:10:33 | 7 | Q.   You've never met "Chevo" Huitron, have you? |
| 14:10:38 | 8 | A.   Never. |
| 14:10:39 | 9 | Q.   And you've never seen him with Miguel Trevino or Omar |
| 14:10:43 | 10 | Trevino, have you? |
| 14:10:49 | 11 | A.   That's correct. |
| 14:10:50 | 12 | Q.   And whenever Miguel Trevino or Omar Trevino told you that |
| 14:10:56 | 13 | "Chevo" Huitron trained their horses, that's what they're saying, |
| 14:11:00 | 14 | correct? |
| 14:11:10 | 15 | A.   That's right. |
| 14:11:12 | 16 | Q.   And those are the same horses that are owned or bought by |
| 14:11:18 | 17 | Ramiro Villarreal, right? |
| 14:11:33 | 18 | A.   Ramiro Villarreal bought them.   He wasn't the owner, but he |
| 14:11:39 | 19 | bought them. |
| 14:11:40 | 20 | Q.   You knew and Miguel Trevino and Omar Trevino knew Ramiro |
| 14:11:46 | 21 | Villarreal was not the owner, but people in the United States |
| 14:11:51 | 22 | didn't know that? |
| 14:11:52 | 23 | MR. GARDNER:   Your Honor, I'm going to object to the |
| 14:11:54 | 24 | form of that question. |
| 14:12:09 | 25 | A.   No. |

14:12:11  1  Q.   (BY MR. ESPER) Okay.  And when Miguel Trevino suspected

14:12:17  2  Ramiro Villarreal of cooperating with the government, he was

14:12:19  3  afraid that Ramiro Villarreal was going to start telling people

14:12:24  4  in the United States about everything that he was buying here,

14:12:33  5  correct?

14:12:48  6  A.   I don't know if he was cooperating, but he did know

14:12:59  7  everything about his businesses.  He knew about the horses, about

14:13:02  8  what he was buying here, and the other things he had.

14:13:04  9  Q.   He was afraid -- and he told you this -- that he didn't want

14:13:09  10  Ramiro Villarreal bringing him down by telling -- because he knew

14:13:13  11  so much about his horses?

14:13:30  12  A.   That's right.

14:13:33  13  Q.   Now, since you were arrested about a few months after Ramiro

14:13:41  14  Villarreal was killed, although it made it look like an accident,

14:13:46  15  correct?

14:13:58  16  A.   That's correct.

14:13:59  17  Q.   May I have just one moment, your Honor?

14:14:06  18       THE COURT:  You may.

14:14:09  19  Q.   (BY MR. ESPER) Whenever -- you said that Miguel Trevino and

14:14:14  20  Omar Trevino, they mentioned "Chevo" Huitron as being a horse

14:14:19  21  trainer, right?

14:14:30  22  A.   That's right.

14:14:31  23  Q.   And they never told you that they suspected him of being

14:14:36  24  involved in illegal activity, did they?

14:14:48  25  A.   That's right.

| | | |
|---|---|---|
| 14:14:48 | 1 | Q.   That's all I have.  Thank you. |
| 14:14:52 | 2 |            THE COURT:  Mr. Mayr? |
| 14:14:54 | 3 |            MR. MAYR:  Your Honor, I have no questions for this |
| 14:14:56 | 4 | witness. |
| 14:14:57 | 5 |            THE COURT:  Redirect? |
| 14:14:59 | 6 |            MR. GARDNER:  May I have one moment, your Honor? |
| 14:15:01 | 7 |            THE COURT:  Yes. |
| 14:15:14 | 8 |                    RE-DIRECT EXAMINATION |
| 14:15:14 | 9 | BY MR. GARDNER: |
| 14:15:17 | 10 | Q.   Mr. Rejon, I'm going to show you Government's Exhibit 426. |
| 14:15:22 | 11 | It's part of a document that Mr. DeGeurin showed you earlier.  Do |
| 14:15:25 | 12 | you recognize that page, page 4? |
| 14:15:28 | 13 | A.   Yes. |
| 14:15:40 | 14 | Q.   Now, this document's in English, but is that your signature |
| 14:15:44 | 15 | here on page 3? |
| 14:15:50 | 16 | A.   That's correct. |
| 14:15:50 | 17 | Q.   Is this the signature of your attorney? |
| 14:15:55 | 18 | A.   That's correct. |
| 14:15:56 | 19 | Q.   Does your attorney speak Spanish? |
| 14:15:58 | 20 | A.   That's correct. |
| 14:16:00 | 21 | Q.   And did he explain this entire document to you? |
| 14:16:05 | 22 | A.   That's correct. |
| 14:16:06 | 23 | Q.   And it also has a signature of the U.S. Attorneys in the |
| 14:16:11 | 24 | Washington, D.C. area, correct? |
| 14:16:19 | 25 | A.   Yes. |

| | | |
|---|---|---|
| 14:16:20 | 1 | Q.   Your Honor, we offer Government's Exhibit 426.  It's the |
| 14:16:23 | 2 | proffer letter signed by the U.S. government and Mr. Rejon. |
| 14:16:30 | 3 |            MR. DEGEURIN:  May I see?  I don't have an objection, |
| 14:17:09 | 4 | Judge. |
| 14:17:12 | 5 |            THE COURT:  426 is received. |
| 14:17:16 | 6 | Q.   (BY MR. GARDNER) Now, Mr. Rejon, Mr. DeGeurin asked you |
| 14:17:19 | 7 | whether or not you were a brujo.  Do you remember that question? |
| 14:17:30 | 8 | A.   Yes. |
| 14:17:31 | 9 | Q.   What religion do you practice? |
| 14:17:39 | 10 | A.   I practice Yoruba. |
| 14:17:41 | 11 | Q.   If you will, could you briefly tell the jury what that |
| 14:17:44 | 12 | religion consists of? |
| 14:17:51 | 13 | A.   It's a Lucumi faith that comes from Africa.  It came through |
| 14:18:12 | 14 | Cuba with the slaves, and it incorporated or took parts from the |
| 14:18:27 | 15 | Catholic -- Roman Catholic faith.  It's also known as santeria. |
| 14:18:34 | 16 | Q.   And does part of your religious practice include animal |
| 14:18:38 | 17 | sacrifices for various reasons? |
| 14:18:46 | 18 | A.   That's correct. |
| 14:18:48 | 19 | Q.   Would you ever see "Pancho" Colorado with any cigars? |
| 14:18:53 | 20 |            MR. DEGEURIN:  Excuse me, I didn't hear that, and I |
| 14:18:55 | 21 | think I have an objection. |
| 14:19:01 | 22 |            MR. GARDNER:  Asked him if he ever saw "Pancho" |
| 14:19:03 | 23 | Colorado with any cigars. |
| 14:19:06 | 24 |            MR. DEGEURIN:  I'll withdraw the objection. |
| 14:19:11 | 25 | Q.   (BY MR. GARDNER) You may answer that question. |

14:19:17  1   A.   That's right.

14:19:18  2   Q.   Would "Pancho" Colorado ever give you any cigars?

14:19:24  3   A.   That's right.

14:19:25  4   Q.   And why would he give you cigars?

14:19:28  5        MR. DEGEURIN:  Excuse me, your Honor, I'm going to

14:19:30  6   object to trying to limit -- all the rules limit to the response

14:19:35  7   to cross.

14:19:35  8        THE COURT:  Pardon?

14:19:39  9        MR. DEGEURIN:  It's going beyond -- the way I would be

14:19:43  10  limited if I'm trying to go beyond what he's asking.

14:19:46  11       THE COURT:  Well, I understand the rules, but I also

14:19:50  12  heard a lot of questions.  I'll overrule it.  He may answer and

14:19:55  13  you may respond.

14:20:00  14  Q.   (BY MR. GARDNER) I'm sorry.  And why would he give you

14:20:02  15  cigars?

14:20:06  16  A.   Because of my faith.

14:20:08  17  Q.   Did you ever perform the santeria ritual at the request of

14:20:12  18  "Pancho" Colorado?

14:20:31  19  A.   I didn't, but I sent people to do a cleansing or an Ebo is

14:20:38  20  what we call it.

14:20:39  21  Q.   And that was at the request of "Pancho" Colorado?

14:20:42  22  A.   That's correct.

14:20:44  23  Q.   And one question I forgot to ask you.  How much does Banda

14:20:51  24  El Recodo cost you to hire?

14:21:00  25  A.   For some hours, $250,000.

| | | |
|---|---|---|
| 14:21:09 | 1 | Q.   That's all I have, your Honor. |
| 14:21:16 | 2 | MS. WILLIAMS:  No further questions. |
| 14:21:19 | 3 | RE-CROSS EXAMINATION |
| 14:21:19 | 4 | BY MR. DEGEURIN: |
| 14:21:29 | 5 | Q.   I'm not familiar with that religion, but does it justify |
| 14:21:36 | 6 | killing other human beings? |
| 14:21:45 | 7 | A.   No. |
| 14:21:47 | 8 | Q.   Okay.  I pass the witness. |
| 14:21:52 | 9 | MR. WOMACK:  No questions. |
| 14:21:53 | 10 | THE COURT:  Mr. Esper. |
| 14:21:53 | 11 | MR. ESPER:  No, your Honor, I don't have any. |
| 14:21:55 | 12 | THE COURT:  Mr. Mayr. |
| 14:21:56 | 13 | MR. MAYR:  No. |
| 14:21:57 | 14 | MR. GARDNER:  I have nothing further, your Honor. |
| 14:21:58 | 15 | THE COURT:  May the witness be excused, counsel? |
| 14:22:01 | 16 | MR. FINN:  Judge, subject to recall, please. |
| 14:22:03 | 17 | MR. DEGEURIN:  You know, we've still got that issue |
| 14:22:08 | 18 | lingering with the -- other than that. |
| 14:22:12 | 19 | THE COURT:  Well, I have an idea we know where he's |
| 14:22:15 | 20 | going to be.  Excuse the witness. |
| 14:22:40 | 21 | MR. GARDNER:  Your Honor, the government would call |
| 14:22:42 | 22 | Tyler Graham. |
| 14:23:14 | 23 | (Witness sworn.) |
| 14:23:27 | 24 | THE COURT:  Tell us your full name and spell your last |
| 14:23:33 | 25 | name, please. |

| | | |
|---|---|---|
| 14:23:34 | 1 | THE WITNESS:  Tyler David Graham, G-R-A-H-A-M. |
| 14:23:38 | 2 | TYLER D. GRAHAM, called by the Government, duly sworn. |
| 14:23:38 | 3 | DIRECT EXAMINATION |
| 14:23:38 | 4 | BY MR. GARDNER: |
| 14:23:39 | 5 | Q.   Thank you, your Honor. |
| 14:23:40 | 6 | Good afternoon, Mr. Graham.  You and I have met before. |
| 14:23:43 | 7 | Could you please introduce yourself to the jury?  Tell them how |
| 14:23:45 | 8 | old you are, and what you do for a living, please. |
| 14:23:48 | 9 | A.   Tyler Graham, 29 years old.  Manage Southwest Stallion |
| 14:23:54 | 10 | Station in Elgin, Texas, quarter horse breeding farm. |
| 14:23:58 | 11 | Q.   And what is Southwest Stallion Station? |
| 14:24:03 | 12 | A.   It's reproductive facility where we mainly breed racing |
| 14:24:06 | 13 | quarter horses, manage stallions and mares. |
| 14:24:09 | 14 | Q.   And how long have it been around? |
| 14:24:10 | 15 | A.   Since the early '60s. |
| 14:24:14 | 16 | Q.   And who founded Southwest Stallion Station? |
| 14:24:17 | 17 | A.   My grandfather, Dr. Charles Graham, founded the operation. |
| 14:24:21 | 18 | Q.   And your grandfather's still alive? |
| 14:24:23 | 19 | A.   Yes, sir. |
| 14:24:23 | 20 | Q.   If you will, could you tell the jury about how you gather, |
| 14:24:32 | 21 | obtain new clientele? |
| 14:24:34 | 22 | A.   I mean, on the stallion end, we, you know, recruit race |
| 14:24:38 | 23 | horses or stallion prospects just like you recruit an athlete.  I |
| 14:24:42 | 24 | mean, we see young stallion prospects, and we, you know, we |
| 14:24:48 | 25 | recruit their owners or, you know, the people that are managing |

14:24:51   1   the horses, just like you recruit an athlete, pretty much to come

14:24:56   2   to the farm to breed.

14:24:57   3   Q.   And that's to extract their semen for breeding purposes?

14:25:01   4   A.   Yes, sir.

14:25:01   5   Q.   And I know the jury's heard some of that already with

14:25:04   6   respect to Corona Cartel and First Down Dash.  But approximately

14:25:08   7   how many topflight breeding operations are there in the United

14:25:13   8   States?

14:25:13   9   A.   I would say across the country, in the quarter horse

14:25:17   10  breeding operation, there's probably 12 to 15 large operations.

14:25:21   11  Q.   And would you consider Southwest Stallion Station one of

14:25:25   12  those?

14:25:25   13  A.   Yes, sir.

14:25:26   14  Q.   Now, how do you get paid personally?

14:25:30   15  A.   Just on a salary through Southwest Stallion Station.

14:25:34   16  Q.   Do you get any share of the profits?

14:25:37   17  A.   No, sir.

14:25:37   18  Q.   And who gets most of the profits of that operation?

14:25:41   19  A.   My grandfather and his wife Nancy.

14:25:43   20  Q.   Have you heard of a horse called Tempting Dash?

14:25:55   21  A.   Yes, sir.

14:25:55   22  Q.   Where's Tempting Dash today?

14:26:00   23  A.   He's in Elgin right now, at Southwest Stallion Station.

14:26:02   24  Q.   And is there any particular reason he's still at Southwest

14:26:05   25  Stallion Station?

14:26:05   1   A.   Yes, sir.  We're still currently breeding him as -- it's

14:26:09   2   breeding season right now.  This is our third year of standing

14:26:11   3   for a full breeding season.

14:26:12   4   Q.   Can Tempting Dash be moved?

14:26:15   5   A.   He could be moved.  Yes, sir.

14:26:17   6   Q.   Okay.  Does he currently have a disease?

14:26:19   7   A.   Yes, sir.  He's currently infected with piroplasmosis, which

14:26:24   8   is a foreign-born blood disease.

14:26:26   9   Q.   And so, what's the danger of having a horse with

14:26:28   10  piroplasmosis?

14:26:31   11  A.   The danger is, I mean, it could be transmitted to other

14:26:36   12  horses through ticks mainly or through -- it's a

14:26:43   13  blood-transferred disease; so it could be transferred through a

14:26:46   14  tick, or through a needle, or some form like that.

14:26:49   15  Q.   Was there any danger of transferring that disease based on

14:26:53   16  the breeding operation?

14:26:54   17  A.   Under our current setup, we have him under quarantine

14:26:59   18  facilities in his own barn under the regulation of the Texas

14:27:03   19  Animal Health Commission.  We haven't seen it as a problem.  So

14:27:06   20  far, we've had him for going on three years, I guess now.

14:27:10   21  Q.   And are you operating that horse on a contract with the

14:27:14   22  United States government?

14:27:14   23  A.   Yes, sir.

14:27:16   24  Q.   Based on the U.S. government seizure of that horse?

14:27:18   25  A.   Yes, sir.

14:27:18   1   Q.   What do you know about how that horse was purchased?

14:27:23   2   A.   My knowledge that the horse was purchased originally in

14:27:27   3   California at a sale when he was a weanling.  Ramiro Villarreal

14:27:35   4   purchased him originally to my knowledge.

14:27:38   5   Q.   And do you know Ramiro Villarreal?

14:27:41   6   A.   Yes, sir.

14:27:42   7   Q.   And how do you know him?

14:27:43   8   A.   I've just known him through the horse business.  He's been a

14:27:46   9   horse agent or was a horse agent for, I don't know, many years --

14:27:52   10  several years.  I've known him probably for -- or knew him for, I

14:27:56   11  don't know, probably six or eight years.

14:27:58   12  Q.   And how did you come to be aware of Tempting Dash as a horse

14:28:04   13  for the purposes of your breeding operation?

14:28:06   14  A.   I became aware of Tempting Dash initially before it ran in

14:28:11   15  the Dash For Cash Futurity in 2009, when he came -- when he came

14:28:16   16  across from Mexico and he had ran in the futurity down there and

14:28:20   17  ran well.  And so, he came across to run up here in the fall

14:28:24   18  futurities at Lone Star Park.  And I knew Eusevio Huitron, who

14:28:30   19  trained him, and he had told me, you know, about him coming

14:28:32   20  across and that, you know, it looked like a prospect.  I mean, we

14:28:35   21  talked about the horses that came across the border often.

14:28:37   22  Q.   And you know Eusevio is "Chevo" Huitron?

14:28:39   23  A.   Yes, sir.

14:28:40   24  Q.   And so, did you keep track of those horse as it was running?

14:28:47   25  A.   Yes, sir.

| 14:28:47 | 1 | Q.   And were you aware that it won the Dash For Cash Futurity? |
| 14:28:50 | 2 | A.   Yes, sir. |
| 14:28:51 | 3 | Q.   I'm going to show you Government's Exhibit 11F.  And that's |
| 14:28:58 | 4 | the Dash For Cash Futurity on October 24, 2009? |
| 14:29:01 | 5 | A.   Yes, sir. |
| 14:29:01 | 6 | Q.   So when I'm talking Dash For Cash Futurity, what type of |
| 14:29:41 | 7 | horses am I talking about in terms of years? |
| 14:29:44 | 8 | A.   Two-year-old horses. |
| 14:29:48 | 9 | Q.   I'm showing you JT-9.  When I'm talking a derby. |
| 14:29:57 | 10 | A.   Those would be three-years-olds. |
| 14:29:58 | 11 | Q.   Does the Dash For Cash Futurity run the same date as the |
| 14:30:01 | 12 | Dash For Cash Derby? |
| 14:30:03 | 13 | A.   Yes, sir.  Typically. |
| 14:30:04 | 14 | Q.   So if I'm talking derby, I'm talking a three-year-old horse? |
| 14:30:07 | 15 | A.   Yes, sir. |
| 14:30:12 | 16 | Q.   So who introduced you to the owner of Tempting Dash? |
| 14:30:16 | 17 | A.   Eusevio Huitron. |
| 14:30:18 | 18 | Q.   And who was identified to you as the owner? |
| 14:30:21 | 19 | A.   Well, initially, the first time after the Dash For Cash |
| 14:30:25 | 20 | Futurity trial, I met Rodolfo Trevino.  That was the initial |
| 14:30:33 | 21 | person that "Chevo" made it seem like was the owner of the horse. |
| 14:30:37 | 22 | Q.   And did you talk to Rodolfo Trevino? |
| 14:30:39 | 23 | A.   Yes, sir. |
| 14:30:39 | 24 | Q.   And did you come to know, at some later date, who Rodolfo |
| 14:30:44 | 25 | Trevino was related to? |

```
14:30:45    1   A.   Yes, sir.

14:30:45    2   Q.   And who was that?

14:30:46    3   A.   Jose Trevino and his other brothers in Mexico.

14:30:52    4   Q.   And did you begin to, I'll use the term, "court" the owner

14:30:58    5   of Tempting Dash for your breeding purposes?

14:31:00    6   A.   Yes, sir.

14:31:01    7   Q.   I'm showing you Government's Exhibit 176, taken by

14:31:08    8   agreement, stipulation from Dallas, Texas.  Do you recognize that

14:31:12    9   photo, sir?

14:31:13   10   A.   Yes, sir.

14:31:14   11   Q.   And are you in that photo?

14:31:15   12   A.   Yes, sir.

14:31:16   13   Q.   And who else is in that photo?

14:31:18   14   A.   It's me, it's Jose Trevino, it's Jose's son, it's Adrian

14:31:25   15   Huitron, "Chevo's" oldest son, and two hunting guys.

14:31:29   16   Q.   Your Honor, I'll offer Government's Exhibit 176 for

14:31:32   17   relevance objection.

14:31:45   18           MR. ESPER:  I would object on relevancy, your Honor.  I

14:31:47   19   don't know what it's for.

14:31:48   20           THE COURT:  I didn't hear you.

14:31:49   21           MR. ESPER:  I would object on relevancy.  It's some

14:31:53   22   guys going hunting.

14:32:10   23           THE COURT:  Well, I'll sustain the objection at this

14:32:12   24   point.

14:32:14   25   Q.   (BY MR. GARDNER) Is this photo part of the way you were
```

| | | |
|---|---|---|
| 14:32:19 | 1 | courting the owner of Tempting Dash for your breeding operations? |
| 14:32:23 | 2 | A.   Yes, sir. |
| 14:32:23 | 3 | Q.   And where did this hunt occur? |
| 14:32:25 | 4 | A.   It was in South Texas on the Eshleman boat ranch near |
| 14:32:30 | 5 | Pearsall. |
| 14:32:30 | 6 | Q.   And what kind of hunting was it? |
| 14:32:32 | 7 | A.   It was a whitetail deer hunt. |
| 14:32:34 | 8 | Q.   And at that point, had you signed up Jose Trevino or Rodolfo |
| 14:32:37 | 9 | Trevino for your breeding operations? |
| 14:32:39 | 10 | A.   No, sir.  At that point, we were still just, I mean -- |
| 14:32:42 | 11 |        MS. WILLIAMS:  Objection.  Nonresponsive. |
| 14:32:45 | 12 | Q.   (BY MR. GARDNER) At that point, did you sign up Jose Trevino |
| 14:32:47 | 13 | or Rodolfo Trevino for your breeding operations? |
| 14:32:50 | 14 | A.   No, sir. |
| 14:32:51 | 15 | Q.   What were you doing at that point? |
| 14:32:52 | 16 | A.   At that point, we were still just, you know, kind of, you |
| 14:32:57 | 17 | know, pushing -- or not pushing but, you know, courting the |
| 14:33:00 | 18 | horse.  You know, at that point the horse was still a race horse. |
| 14:33:04 | 19 | At that point, it was -- it wasn't retired for breeding. |
| 14:33:07 | 20 |        MS. WILLIAMS:  I'll object at this point to the |
| 14:33:10 | 21 | narrative answer of this witness. |
| 14:33:12 | 22 |        THE COURT:  Well, ask your next question. |
| 14:33:14 | 23 |        MR. GARDNER:  Your Honor, I'll offer 176, again, at |
| 14:33:17 | 24 | this point. |
| 14:33:21 | 25 |        MR. ESPER:  Same objection, your Honor. |

| | | |
|---|---|---|
| 14:33:23 | 1 | THE COURT:  Same. |
| 14:33:26 | 2 | MR. GARDNER:  Thank, Judge. |
| 14:33:27 | 3 | Q.   (BY MR. GARDNER) Now, when were you first introduced to Jose |
| 14:33:30 | 4 | Trevino? |
| 14:33:30 | 5 | A.   I was first introduced to him in the fall of 2009. |
| 14:33:36 | 6 | Q.   And who introduced you to him? |
| 14:33:37 | 7 | A.   Eusevio. |
| 14:33:39 | 8 | Q.   "Chevo" Huitron? |
| 14:33:41 | 9 | A.   Yes, sir. |
| 14:33:42 | 10 | Q.   And do you know where he lived? |
| 14:33:43 | 11 | A.   Eusevio? |
| 14:33:44 | 12 | Q.   No.  Jose Trevino. |
| 14:33:46 | 13 | A.   Yes, sir.  At that time he told me he lived in Balch |
| 14:33:49 | 14 | Springs, Texas. |
| 14:33:50 | 15 | Q.   And is that in the Dallas region? |
| 14:33:54 | 16 | A.   Yes, sir. |
| 14:33:54 | 17 | Q.   At some point, were you approached by either Rudy, Rodolfo |
| 14:34:00 | 18 | Trevino, or Jose Trevino to purchase additional horses for them? |
| 14:34:03 | 19 | A.   Yes, sir. |
| 14:34:03 | 20 | Q.   And who approached you? |
| 14:34:05 | 21 | A.   Rudy. |
| 14:34:07 | 22 | Q.   And what was your understanding of what they wanted you to |
| 14:34:10 | 23 | do? |
| 14:34:10 | 24 | A.   He came to me before the January 2011 -- I mean, I'm sorry, |
| 14:34:16 | 25 | 2010 Heritage sale to purchase a couple of mares and babies for |

14:34:19  1   him.

14:34:20  2   Q.   Were you provided what the jury by now knows are hip

14:34:24  3   numbers?

14:34:24  4   A.   Yes, sir.

14:34:24  5   Q.   And when you saw those hip numbers, what was your reaction?

14:34:28  6   A.   Well, my reaction to one of the hip numbers for Dashin

14:34:32  7   Follies was that it was probably going to be the sale topper in

14:34:34  8   the sale.

14:34:35  9   Q.   Could you explain to the jury the significance of Dashin

14:34:39  10  Follies?

14:34:39  11  A.   Well, when that hip number was brought to my attention in

14:34:44  12  that particular catalogue, it was pretty obvious that that was

14:34:48  13  going to be the most expensive horse in the sale to people in our

14:34:50  14  business.  So, you know, even though I purchased horses like that

14:34:57  15  before, knowing that she was probably going to be the sale

14:35:00  16  topper, you're talking about a very expensive horse.  So it was,

14:35:04  17  you know, something.  Somewhat surprising, I guess.

14:35:09  18  Q.   And when you say she, Dashin Follies is a?

14:35:12  19  A.   She's a brood mare.

14:35:15  20  Q.   Now, you said Heritage Place.  What is your relationship to

14:35:18  21  Heritage Place?

14:35:19  22  A.   My relationship is I sit on the board of Heritage Place.

14:35:24  23  Q.   Do you get a salary from Heritage Place?

14:35:26  24  A.   No, sir.

14:35:27  25  Q.   Do you get any percentage of sales from Heritage Place?

| | | |
|---|---|---|
| 14:35:30 | 1 | A.   No, sir. |
| 14:35:30 | 2 | Q.   Do you get dividends? |
| 14:35:33 | 3 | A.   No, sir. |
| 14:35:33 | 4 | Q.   What benefit, if any, do you get from being on the board of |
| 14:35:37 | 5 | directors of Heritage Place? |
| 14:35:38 | 6 | A.   I'm just -- I'm basically on the board as a consultant. |
| 14:35:43 | 7 | Q.   Consultant as to what type of areas? |
| 14:35:47 | 8 | A.   Just the overall day-to-day operations, the management of |
| 14:35:50 | 9 | the facility, management of the sales.  I work with Jeff Tebow, |
| 14:35:54 | 10 | the manager, on a year-round basis just for general management of |
| 14:36:01 | 11 | the facility and the sales. |
| 14:36:03 | 12 | Q.   Sir, going to the January of 2010 winter sale, were you -- |
| 14:36:09 | 13 | or was it your understanding you were acting as the agent to |
| 14:36:12 | 14 | purchase Dashin Follies? |
| 14:36:14 | 15 | A.   Yes, sir. |
| 14:36:15 | 16 | Q.   And who else was present? |
| 14:36:18 | 17 | A.   At the sale, Rudy was there, Jose was there. |
| 14:36:22 | 18 | Q.   And what were your instructions? |
| 14:36:25 | 19 | A.   My instructions were just specifically to -- |
| 14:36:27 | 20 |           MS. WILLIAMS:  Objection.  Hearsay. |
| 14:36:31 | 21 |           MR. GARDNER:  Coconspirator hearsay statement, your |
| 14:36:33 | 22 | Honor. |
| 14:36:33 | 23 |           THE COURT:  Well, who?  Who said what? |
| 14:36:35 | 24 | Q.   (BY MR. GARDNER) Who gave instructions? |
| 14:36:37 | 25 | A.   Rudy instructed me. |

| | | |
|---|---|---|
| 14:36:40 | 1 | Q.   And was Jose standing right next to him? |
| 14:36:42 | 2 | A.   He was at the sale.  Yes, sir. |
| 14:36:44 | 3 | Q.   And what were you instructed? |
| 14:36:46 | 4 | THE COURT:  The question was, was he right next to him |
| 14:36:48 | 5 | when the instruction was given. |
| 14:36:49 | 6 | THE WITNESS:  Yes, sir.  They were there both together. |
| 14:36:51 | 7 | THE COURT:  All right.  The objection is overruled. |
| 14:36:52 | 8 | Q.   (BY MR. GARDNER) And what were your instructions? |
| 14:36:55 | 9 | A.   My instructions were just simply to buy Dashin Follies.  I |
| 14:36:58 | 10 | didn't have a specific price to go to. |
| 14:37:02 | 11 | Q.   Just buy? |
| 14:37:03 | 12 | A.   Yes, sir. |
| 14:37:04 | 13 | Q.   And during the course of the auction, was either Rudy |
| 14:37:08 | 14 | Trevino or Jose Trevino talking on Nextel phones? |
| 14:37:10 | 15 | A.   Yes, sir.  Rudy was. |
| 14:37:12 | 16 | Q.   And do you know who they were talking to? |
| 14:37:13 | 17 | A.   At the time I did not. |
| 14:37:16 | 18 | Q.   Could you describe for the jury how people talk on Nextel? |
| 14:37:21 | 19 | Is that up to your ear or is it -- |
| 14:37:23 | 20 | A.   It's pretty loud at the auction.  So at that one, it was |
| 14:37:26 | 21 | kind of back and forth from the mouthpiece to their ear.  They |
| 14:37:30 | 22 | weren't right -- standing right next to me at the auction.  They |
| 14:37:33 | 23 | were maybe ten feet away. |
| 14:37:35 | 24 | Q.   All right.  And was there a point later on when you came to |
| 14:37:38 | 25 | recognize the voice that you heard during that particular |

```
14:37:41   1   auction?
14:37:41   2   A.    Yes, sir.
14:37:42   3   Q.    And who was that?
14:37:43   4   A.    Carlos Nayen.
14:37:47   5   Q.    After they would speak to Carlos Nayen, would they take any
14:37:51   6   specific action or give you any further instructions?
14:37:54   7   A.    As far as buying Dashin Follies?
14:37:56   8   Q.    Yes, sir.
14:37:57   9   A.    They just basically -- you know, I was kind of asking them
14:38:00  10   as we were going along buying the horse, we would --
14:38:02  11              MS. WILLIAMS:  Your Honor, I'm going to object.
14:38:03  12              THE COURT:  Just listen to the question and answer the
14:38:06  13   question.  Don't volunteer any information.
14:38:10  14              MR. GARDNER:  Thank you, your Honor.
14:38:11  15   Q.    (BY MR. GARDNER) Let's talk about the auction.  Can you
14:38:13  16   explain to the jury how the bidding went for Dashin Follies?
14:38:18  17   A.    Yes, sir.  The bidding started off, it went really quick.
14:38:23  18   We were probably -- I don't know, probably got to 500,000 really
14:38:27  19   quick, you know, going in $25,000 increments.  So, you know, the
14:38:32  20   bidding got to 600, 650 really fast.  It was about that point
14:38:37  21   when I was just making sure we needed to keep going.
14:38:41  22   Q.    And what indications or instructions were you getting from
14:38:44  23   either Rudy Trevino or Jose Trevino?
14:38:48  24   A.    Rudy was just kind of nodding to me, like saying, you know,
14:38:50  25   keep going.
```

| 14:38:50 | 1 | Q. And what did Dashin Follies eventually go for? |

14:38:50   1   Q.   And what did Dashin Follies eventually go for?

14:38:53   2   A.   $875,000.

14:38:57   3   Q.   And did you submit the winning bid for that horse?

14:39:00   4   A.   Yes, sir.

14:39:00   5   Q.   Who was the second bidder?

14:39:04   6   A.   To my knowledge, it was a family named the Mackeys.

14:39:09   7   Q.   In your experience, is that horse worth $850,000?

14:39:13   8   A.   I didn't think at the time she would bring that much, but

14:39:17   9   yes, sir, I thought it was probably a legitimate price at the

14:39:22  10   time.

14:39:22  11   Q.   And the Mackeys are a legitimate businessman and business,

14:39:27  12   right?

14:39:27  13   A.   Yes, sir.

14:39:27  14   Q.   What other horses were purchased at that sale at the

14:39:30  15   direction of either Rudy or Jose Trevino?

14:39:33  16   A.   They also purchased --

14:39:34  17        MS. WILLIAMS:  Excuse me, your Honor, I object to that

14:39:35  18   question as it's multifarious.

14:39:35  19        THE COURT:  Well, read me back the question.  I don't

14:39:48  20   think it was.

14:39:48  21        (Last question read back.)

14:39:53  22        THE COURT:  Okay.  Break it up.  I think that's what

14:39:54  23   she wants.

14:39:54  24   Q.   (BY MR. GARDNER) Were you given instructions to buy other

14:39:56  25   horses?

| | | |
|---|---|---|
| 14:39:57 | 1 | A.   Yes, sir. |
| 14:39:57 | 2 | Q.   By who? |
| 14:39:58 | 3 | A.   Rudy Trevino. |
| 14:40:00 | 4 | Q.   And what other horses did you purchase on behalf of Rudy |
| 14:40:04 | 5 | Trevino at that sale? |
| 14:40:04 | 6 | A.   I bought, Coronita Cartel, another brood mare, and I bought |
| 14:40:11 | 7 | two weanlings. |
| 14:40:12 | 8 | Q.   And do you recall how much Coronita Cartel went for? |
| 14:40:15 | 9 | A.   $250,000. |
| 14:40:16 | 10 | Q.   And what about the weanlings? |
| 14:40:19 | 11 | A.   I believe they were 20,000 apiece. |
| 14:40:22 | 12 | Q.   Now, I've shown you a picture of the Dash For Cash.  Are you |
| 14:40:26 | 13 | aware of the Texas Classic Race? |
| 14:40:28 | 14 | A.   Yes, sir. |
| 14:40:29 | 15 | Q.   Did that come before or after the Dash For Cash? |
| 14:40:33 | 16 | A.   It's after the Dash For Cash. |
| 14:40:34 | 17 | Q.   And on the Texas Classic of 2009, which horse won that race? |
| 14:40:39 | 18 | A.   Tempting Dash. |
| 14:40:41 | 19 | Q.   Do you know how much the winner's purse is for that horse? |
| 14:40:44 | 20 | A.   It's typically around 400,000 or 400,000-plus to the winner. |
| 14:40:54 | 21 | Q.   Winning purse of that race, would that have covered the cash |
| 14:40:57 | 22 | of Dashin Follies alone? |
| 14:40:59 | 23 | A.   No, sir. |
| 14:41:01 | 24 | Q.   Monday morning following the sale, do you know how that |
| 14:41:05 | 25 | horse was paid for? |

14:41:06  1    A.   Well, it was thought to that they were -- you know, they

14:41:10  2    hadn't paid for it Monday morning after the sale.

14:41:13  3              MS. WILLIAMS:  Objection.  Nonresponsive.

14:41:16  4              THE COURT:  Listen to the question and answer the

14:41:19  5    question.

14:41:21  6    Q.   (BY MR. GARDNER) Part of my question is "Yes" or "No," and

14:41:24  7    then, I'll follow up after that.

14:41:25  8              So do you know how the horse was paid for on the Monday

14:41:27  9    after the sale?

14:41:28  10   A.   Yes, sir.

14:41:30  11   Q.   Okay.  How was the horse paid for with money after the sale?

14:41:34  12   A.   Wire transfer began to come through.

14:41:37  13   Q.   To you or to Heritage Place?

14:41:40  14   A.   Straight to Heritage Place.

14:41:42  15   Q.   And after the sale, where did Dashin Follies go?

14:41:46  16   A.   She came to Stallion Station in Elgin.

14:41:50  17   Q.   And who gave you directions to take Dashin Follies to

14:41:53  18   Stallion Station?

14:41:54  19   A.   Rudy Trevino.

14:41:56  20   Q.   And after that horse arrived to your property, did Jose

14:42:03  21   Trevino come to visit it?

14:42:04  22   A.   Yes, sir.  Rudy and Jose.

14:42:06  23   Q.   And was anybody else with them?

14:42:07  24   A.   Not at that time.

14:42:12  25   Q.   And was there some point where you met an individual by the

14:42:15  1   name of Carlos Nayen?

14:42:16  2   A.   Yes, sir.  Later.

14:42:17  3   Q.   And how later was that?

14:42:18  4   A.   Within a week.

14:42:21  5   Q.   And when did you first encounter Mr. Nayen?

14:42:24  6   A.   He came to the ranch to look at Dashin Follies.

14:42:28  7   Q.   Did he specifically ask you to look at Dashin Follies?

14:42:30  8   A.   All four of the horses that we purchased.

14:42:32  9   Q.   So in addition to Dashin Follies, you also took Coronita

14:42:36  10  Cartel and the two weanlings to Stallion Station?

14:42:39  11  A.   Yes, sir.

14:42:40  12  Q.   When he first arrived there, what discussions did you have

14:42:47  13  with Mr. Nayen regarding purchase of those horses?

14:42:53  14  A.   At that point we just looked at the horses and, you know,

14:42:56  15  discussed how they were going to pay for them.

14:42:59  16  Q.   And what did Mr. Nayen say with regards to paying for those

14:43:03  17  horses?

14:43:03  18  A.   They initially talked about paying cash.

14:43:08  19  Q.   And with respect to paying in cash, whose horse was that?

14:43:13  20  Or probably a better question is, who sold that horse at auction?

14:43:16  21  A.   Mr. Pohl, Michael Pohl.

14:43:19  22       THE COURT:  Pole, P-O-L-E?

14:43:22  23       THE WITNESS:  Pohl, P-O-H-L, I believe.

14:43:25  24  Q.   (BY MR. GARDNER) Did you convey that cash offer to Mr. Pohl?

14:43:28  25  A.   Well, they would have had to go through Heritage Place,

| | | |
|---|---|---|
| 14:43:30 | 1 | anyway. |
| 14:43:31 | 2 | Q.   Do you know if that cash offer was conveyed to Heritage |
| 14:43:36 | 3 | Place? |
| 14:43:36 | 4 | A.   Excuse me? |
| 14:43:37 | 5 | Q.   Do you know if that cash offer was made to Heritage Place? |
| 14:43:39 | 6 | A.   No, sir. |
| 14:43:40 | 7 | Q.   And you said a number of wires started coming in.  How soon |
| 14:43:48 | 8 | after the sale did the wires start coming in to pay for that |
| 14:43:51 | 9 | horse? |
| 14:43:51 | 10 | A.   I believe the first wires came in within a week after the |
| 14:43:54 | 11 | sale. |
| 14:43:55 | 12 | Q.   Do you know -- |
| 14:43:56 | 13 | A.   It was pretty quick. |
| 14:43:57 | 14 | Q.   Do you know an individual by the name of Alejandro Barradas? |
| 14:44:02 | 15 | A.   I never met Mr. Barradas. |
| 14:44:06 | 16 | Q.   Now, after this sale -- and, again, this was January of |
| 14:44:10 | 17 | 2010 -- were you visited by the FBI? |
| 14:44:13 | 18 | A.   Yes, sir. |
| 14:44:15 | 19 | Q.   And did the FBI ask you to provide them information with |
| 14:44:20 | 20 | respect to this investigation? |
| 14:44:23 | 21 | A.   At that point we just did a simple interview. |
| 14:44:27 | 22 | Q.   And what was the interview consist of? |
| 14:44:29 | 23 | A.   Just basically I interviewed regarding the purchases of the |
| 14:44:35 | 24 | sale in January. |
| 14:44:36 | 25 | Q.   Now, at some point were you contacted by Special Agent Scott |

```
14:44:39   1   Lawson over here?
14:44:40   2   A.   Yes, sir.
14:44:40   3   Q.   And what was your understanding of your agreement with
14:44:45   4   Special Agent Lawson and the government?
14:44:48   5   A.   My agreement was that we just -- they were informed on the,
14:44:58   6   you know, operations of the horse business that we had to do with
14:45:05   7   Mr. Trevino and Carlos and the group.
14:45:07   8   Q.   So when you say informed, let's say an event occurred, any
14:45:13   9   event involving the horses that you knew about, what was your
14:45:15  10   responsibility to the FBI?
14:45:17  11   A.   I didn't particularly have a responsibility.  They just
14:45:20  12   called and we -- you know, it was just a, you know, regular
14:45:25  13   contact about the events and sales and futurities and stuff like
14:45:30  14   that.
14:45:30  15   Q.   Would you classify it as an information exchange?
14:45:33  16   A.   Yes, sir.
14:45:34  17   Q.   Were you paid for any of this information?
14:45:35  18   A.   No, sir.
14:45:35  19   Q.   Okay.  Now, in opening statement, I believe Mr. Finn said
14:45:39  20   something about you getting $200,000.  Have you ever received
14:45:43  21   $200,000 from the FBI?
14:45:43  22   A.   No, sir.
14:45:44  23   Q.   Have you received $200,000 from any governmental entity?
14:45:47  24   A.   No, sir.
14:45:48  25   Q.   Have you received any money from the FBI for anything with
```

14:45:55  1   this investigation?

14:45:57  2   A.   I received a thousand dollars cash for reimbursement for a

14:46:01  3   cellphone.

14:46:02  4   Q.   We'll get to that in a little bit.

14:46:04  5        Do you know a company by the name of Tremor

14:46:07  6   Enterprises?

14:46:07  7   A.   Yes, sir.

14:46:07  8   Q.   And how do you know that?

14:46:08  9   A.   That's Jose's company.

14:46:12  10  Q.   Jose Trevino?

14:46:14  11  A.   Yes, sir.

14:46:14  12  Q.   Now, did Jose Trevino ever tell you what he did for a

14:46:18  13  living?

14:46:18  14  A.   Before he got in the horse business?

14:46:20  15  Q.   Yes, sir.

14:46:20  16  A.   Yes, sir.  He described to me as being a mason.

14:46:26  17  Q.   Did he ever tell you he owned a construction company?

14:46:29  18  A.   It wasn't ever relayed to me that he owned the company.

14:46:36  19  Q.   So how often after the sale in January -- let's just talk

14:46:40  20  early spring 2010 -- would you say that you received visits by

14:46:45  21  Jose Trevino or Carlos Nayen?

14:46:47  22  A.   It was pretty often.  I would say --

14:46:50  23        MS. WILLIAMS:  Again, your Honor, the multifarious

14:46:53  24  question.

14:46:55  25  Q.   (BY MR. GARDNER) How often would you receive visits from

14:46:58    1    Jose Trevino?

14:46:58    2    A.    Maybe weekly from Jose.

14:47:01    3    Q.    What about Carlos Nayen?

14:47:02    4    A.    Maybe monthly.

14:47:03    5    Q.    Did they ever travel together?

14:47:05    6    A.    Rarely.

14:47:07    7    Q.    In that period of time, did Jose Trevino ever discuss the

14:47:13    8    purchase of any property in Texas for their own operation?

14:47:17    9    A.    No, sir.  Not at that time.

14:47:21   10    Q.    Are you familiar with a person by the name of Bobby

14:47:25   11    Martinez?

14:47:25   12    A.    Yes, sir.

14:47:26   13    Q.    And who is he?

14:47:27   14    A.    He's a horse trainer.

14:47:29   15    Q.    And where does he live?

14:47:30   16    A.    In McDade, Texas, just right outside of Elgin.

14:47:34   17    Q.    Do you know if Jose Trevino had any contact with Bobby

14:47:39   18    Martinez or his property at McDade?

14:47:42   19    A.    I don't know that Jose did.

14:47:43   20    Q.    What about Carlos Nayen?

14:47:44   21    A.    Yes, sir.

14:47:45   22    Q.    Okay.  And what was that contact?

14:47:46   23    A.    I think Carlos contacted Jose by -- I mean, I think Carlos

14:47:52   24    contacted Bobby by phone or by going to his ranch about

14:47:56   25    potentially purchasing his training facility.

14:47:59  1  Q.   Now, after Tempting Dash wins, you eventually get control of

14:48:04  2  that horse for breeding operations?

14:48:05  3  A.   Yes, sir.

14:48:06  4  Q.   And when do you start breeding that horse?

14:48:09  5  A.   We did the initial test breedings in the spring of 2010,

14:48:15  6  early summer.

14:48:16  7  Q.   Can you please describe what a test breeding is for the

14:48:19  8  ladies and gentlemen of the jury?

14:48:19  9  A.   It was late, late in the breeding season.  It was too late

14:48:23  10  to have a full commercial breeding season, so we decided just to

14:48:26  11  breed a handful of mares, just to see what the babies would look

14:48:31  12  like so that before we had the full breeding season, the next

14:48:35  13  year.

14:48:35  14  Q.   So how many breedings did you conduct in 2010?

14:48:38  15  A.   I think initially we had eight pregnancies.

14:48:41  16  Q.   And did you sell any of those?

14:48:43  17  A.   No, sir.

14:48:43  18  Q.   And why not?

14:48:45  19  A.   Like I said, it was just a test breeding.  We didn't -- it

14:48:50  20  was under my indication that we weren't even going to register

14:48:54  21  the foals.

14:48:55  22  Q.   And when you say it was under your indication, is that

14:48:57  23  discussions you had with Jose Trevino?

14:48:59  24  A.   Yes, sir.

14:48:59  25  Q.   Now, when did come to your attention that it was Jose

14:49:02   1   Trevino, and not Rudy Trevino, who actually owned Tempting Dash?

14:49:08   2   A.   That was back in after the Texas Classic Final in 2009.

14:49:12   3   Q.   And Jose Trevino's name was on the race program?

14:49:15   4   A.   Yes, sir.

14:49:18   5   Q.   Now, in addition to your breedings, were you aware if Carlos

14:49:23   6   Nayen bought breedings to other horses?

14:49:28   7   A.   Yes, sir.

14:49:28   8   Q.   And do you know what other stud horses he brought breedings

14:49:31   9   for?

14:49:31   10   A.   Corona Cartel, First Down Dash, Mr. Jess Perry, Walk Through

14:49:36   11   Fire.

14:49:37   12   Q.   And do you know how much he paid for -- I'm sorry.  Let me

14:49:41   13   back up.  Those are breedings for 2010?

14:49:43   14   A.   Yes, sir.

14:49:44   15   Q.   And do you know how much he paid for those breedings?

14:49:46   16   A.   Typically Corona Cartel's between 35 and 40,000.  First Down

14:49:52   17   Dash breeds were anywhere from 30 to 50.  Jess Perry, 35 to

14:49:57   18   40,000.  I think Walk Through Fire at the time was around 15,000.

14:50:03   19   Q.   And did you ever have any discussion with Carlos Nayen on a

14:50:05   20   number of breedings that were purchased that season?

14:50:08   21   A.   Yeah.  We had discussions about, you know, they bought

14:50:11   22   multiple broodings from every horse.

14:50:16   23   Q.   And would that represent a significant outlay of funds?

14:50:18   24   A.   Yes, sir.

14:50:20   25   Q.   I want to turn your attention to the beginning of the 2010

14:50:26  1   two-year-old racing season.   Did Carlos Nayen mention whose name

14:50:31  2   he was running horses under?

14:50:34  3   A.   He didn't mention specifically who he was running the horses

14:50:37  4   under.

14:50:37  5   Q.   Did you come to learn he was running horses either under a

14:50:41  6   name or a company?

14:50:42  7   A.   Yes, sir.

14:50:42  8   Q.   And what name or company was that?

14:50:44  9   A.   I believe at that time, he was running some of the horses

14:50:47  10  under Hernando Guerra.

14:50:48  11  Q.   And do you know a company that Hernando Guerra was

14:50:52  12  associated with?

14:50:54  13  A.   I can't remember it right this point.

14:50:57  14  Q.   If I were to tell you Fast And Furious, would that refresh

14:51:00  15  your recollection?

14:51:01  16  A.   Yes, sir.

14:51:01  17  Q.   Did you ever meet Hernando Guerra at any of the race tracks?

14:51:04  18  A.   Never met him at the race track.   He came to the ranch one

14:51:07  19  time.

14:51:08  20  Q.   One time.   Carlos Nayen also discussed entering horses under

14:51:13  21  the name of Tremor Enterprises at various races?

14:51:18  22  A.   In 2010?

14:51:20  23  Q.   Yeah.

14:51:20  24  A.   Not in 2010 that I remember.

14:51:23  25  Q.   2011?

14:51:24  1   A.   Yes, sir.

14:51:24  2   Q.   Let's stay on 2011.  Now, you also talked about Tempting

14:51:31  3   Dash coming down with piroplasmosis.  When did you first become

14:51:34  4   aware he had this disease?

14:51:36  5   A.   Just from the initial tests, I don't remember the exact

14:51:40  6   date, but the day we got the test back, my veterinarian called me

14:51:47  7   that night.  It was a Friday night.

14:51:51  8   Q.   And when a horse comes down with piroplasmosis, you

14:51:55  9   mentioned something earlier about quarantine under the Texas

14:51:58  10  Animal Health Commission.  What steps does that commission take

14:52:02  11  when they find a positive piroplasmosis test?

14:52:07  12  A.   They usually come immediately and, you know, find out where

14:52:10  13  the horse is being domiciled out and, you know, kind of -- that's

14:52:14  14  when they put the horse under quarantine.

14:52:17  15  Q.   And you said it was on a Friday when you found out about the

14:52:20  16  test?

14:52:20  17  A.   Yes, sir.

14:52:21  18  Q.   And did the Texas Animal Health Commission show up that

14:52:23  19  Friday?

14:52:23  20  A.   No, sir.  They didn't show up till Monday.

14:52:26  21  Q.   Did you call Jose Trevino about the positive test?

14:52:30  22  A.   Yes, sir.

14:52:30  23  Q.   And when was that?

14:52:32  24  A.   That night.

14:52:33  25  Q.   And what was his reaction?

14:52:38  1   A.    It was just like mine.  I mean, it was shocked.

14:52:42  2   Q.    Is piroplasmosis a fairly rare condition?

14:52:45  3   A.    It's a fairly rare condition.  Yes, sir.

14:52:47  4   Q.    So what happened to the horse Tempting Dash over the

14:52:50  5   weekend?

14:52:51  6   A.    Well, at that point the horse was not at Stallion Station.

14:52:55  7   He was at McDade.

14:52:57  8   Q.    Well, what happened to the horse that weekend?

14:52:59  9   A.    The horse was transported off of that facility.  At that

14:53:03  10  point, I didn't know where he went, but eventually found out he

14:53:06  11  went to South Texas.

14:53:08  12  Q.    And did you find that out from Jose Trevino?

14:53:11  13  A.    Yes, sir.

14:53:12  14  Q.    Okay.  Did Jose Trevino approach you about talking to the

14:53:16  15  health inspector?

14:53:17  16  A.    Yes, sir.

14:53:18  17  Q.    And what did he relay to you in terms of taking care of

14:53:25  18  Tempting Dash?

14:53:25  19  A.    Well, Jose, Carlos and Fernando came to the ranch the next

14:53:30  20  morning, and we were discussing, you know, what should be done

14:53:32  21  with the horse.  And I said, can't do anything with the horse.

14:53:35  22  He needs to stay put.  And, you know, they discussed moving him

14:53:38  23  and talking to the Health Commission, if there was anything we

14:53:42  24  could do to, you know, basically bribe the Texas Animal Health

14:53:47  25  Commission into, you know, overlooking this deal.  Of course, I

14:53:54    1    said, I don't see how we're going to do that.

14:53:56    2    Q.   And what amount did Jose Trevino suggest is the appropriate

14:54:00    3    bribe for the Texas Animal Health Commission?

14:54:02    4    A.   He said something like, well, what do you think if we had a

14:54:07    5    couple of hundred-thousand dollars?

14:54:11    6    Q.   Now, you said Fernando.  Is that Fernando Garcia?

14:54:13    7    A.   Yes, sir.

14:54:14    8    Q.   All right.  And when did you first encounter Fernando

14:54:17    9    Garcia?

14:54:17   10    A.   I think I first met Fernando in the spring of 2010.

14:54:24   11    Q.   And how did you first meet him?

14:54:26   12    A.   With Carlos.

14:54:28   13    Q.   How good was Carlos Nayen's English?

14:54:31   14    A.   Wasn't very good.

14:54:32   15    Q.   And how good was Fernando Garcia's English?

14:54:35   16    A.   It's pretty good.

14:54:36   17    Q.   And when you say Carlos Nayen, would you normally see

14:54:40   18    Fernando Garcia with him?

14:54:41   19    A.   Yes, sir.  A lot of the time.

14:54:44   20    Q.   And how good was Jose Trevino's English?

14:54:46   21    A.   He speaks good English.

14:54:50   22    Q.   So after this Tempting Dash bribe offer, at some point, did

14:54:54   23    you start receiving other horses from this organization?

14:54:57   24    A.   Yes, sir.

14:54:58   25    Q.   And when was that?

14:55:00  1   A.   I think the first horses I received was in the late summer,

14:55:04  2   fall of 2010.

14:55:06  3   Q.   How did that happen?

14:55:09  4   A.   They just started, you know, telling me they were going to

14:55:12  5   bring mares and stuff to the ranch.

14:55:15  6            MS. WILLIAMS:  Objection, your Honor.  Who said what?

14:55:18  7            MR. GARDNER:  I could rephrase that.

14:55:20  8            THE COURT:  All right.

14:55:21  9   Q.   (BY MR. GARDNER) Who told you they were going to bring other

14:55:23  10  horses to the ranch?

14:55:24  11  A.   At that point, it was Carlos and Fernando.

14:55:29  12  Q.   What do you charge for your services at Stallion Station per

14:55:39  13  horse?

14:55:40  14  A.   To breed the horses or to --

14:55:43  15  Q.   To breed the horses, to board the horses.  Let's say you're

14:55:45  16  breeding them all.

14:55:46  17  A.   So when we're breeding the horse, we just charge a day

14:55:49  18  charge, like a boarding charge.  It could be between 16 and 18,

14:55:54  19  depending on the horse.

14:55:56  20  Q.   And what about the breeding charge?

14:55:57  21  A.   The breeding charge is based on the individual stallion.

14:56:02  22  Tempting Dash was 5,000.

14:56:06  23  Q.   So with the addition of these other horses, as well as

14:56:11  24  Dashin Follies and Tempting Dash, what was your bill or the

14:56:16  25  amount owed to you at that time, May of 2010?

14:56:20  1          MS. WILLIAMS:  Objection, your Honor.  Assumes facts

14:56:22  2    not in evidence that those two bills would be combined.

14:56:32  3          THE COURT:  Rephrase your question so I know what it

14:56:34  4    is.

14:56:35  5          MR. GARDNER:  Yes, sir.

14:56:35  6    Q.   (BY MR. GARDNER) Were you amassing bills for Tempting Dash

14:56:42  7    at that point?

14:56:42  8    A.   At that point, I wasn't amassing bills for Tempting Dash

14:56:47  9    because I was boarding him for free.  I keep the studs for free.

14:56:50  10   Q.   Okay.  And what about Dashin Follies and the other three

14:56:52  11   horses at the --

14:56:53  12   A.   Yes, sir.  They were on board.

14:56:55  13   Q.   And what about the other ten horses that were brought to you

14:56:58  14   in May of 2010 or so?

14:57:01  15   A.   Yes, sir.  They were on board, also.

14:57:02  16   Q.   So let's go to July 2010.  What was the total -- approximate

14:57:08  17   total for the boarding and breeding for those horses?

14:57:10  18   A.   I'd have to look at the bill.

14:57:12  19   Q.   Now, based on that amount, whatever it is, were you

14:57:18  20   approached about paying -- getting that bill paid?

14:57:22  21   A.   Yes, sir.

14:57:23  22   Q.   And who approached you?

14:57:24  23   A.   Usually talked with Carlos and Fernando about the bills.

14:57:29  24   Q.   And at some point, did you establish an IBC account?

14:57:32  25   A.   Yes, sir.

14:57:33  1    Q.   And when was that?

14:57:34  2    A.   It was in 2010.  I don't remember what month.

14:57:40  3    Q.   And why did you establish that particular account?

14:57:43  4    A.   I talked to Carlos and he said it would be good to either

14:57:45  5    set up an IBC account, or Wells Fargo, or Bank of America, so

14:57:50  6    that it would be easy for them to transfer funds when they paid

14:57:53  7    their bills, and they could just do account-to-account transfers.

14:57:56  8    Q.   So did that seem to indicate to you they already had an

14:58:00  9    account in any one of those three banks?

14:58:01  10   A.   Yes, sir.

14:58:01  11   Q.   And why did you pick IBC?

14:58:03  12   A.   I picked IBC because there wasn't an IBC, Wells Fargo or

14:58:08  13   Bank of America in Elgin, and the closest one of those three, IBC

14:58:11  14   being in Bastrop.

14:58:13  15   Q.   And at some point after establishing that account, were

14:58:17  16   funds put into that account?

14:58:19  17   A.   Yes, sir.

14:58:20  18   Q.   And how were they put into that account?

14:58:22  19   A.   Cash deposits.

14:58:23  20   Q.   In what amounts?

14:58:24  21   A.   9,000 apiece.  I think there were six of them for $54,000.

14:58:30  22   Q.   And after that deposit, what happened to that account?

14:58:34  23   A.   I was informed by my officer that opened my account that I

14:58:39  24   needed to clear my balance and that they were closing my account.

14:58:46  25   Q.   And did you clear the balance out of that account?

| | | |
|---|---|---|
| 14:58:49 | 1 | A.   Yes, sir. |
| 14:58:49 | 2 | Q.   What were the payments for? |
| 14:58:51 | 3 | A.   At that time the payments went to the balances at the ranch |
| 14:58:55 | 4 | for bills. |
| 14:58:58 | 5 | Q.   And these bills, were they for services actually performed |
| 14:59:02 | 6 | on horses? |
| 14:59:02 | 7 | A.   Yes, sir. |
| 14:59:03 | 8 | Q.   So were you feeding horses? |
| 14:59:04 | 9 | A.   Yes, sir. |
| 14:59:05 | 10 | Q.   Were you shoeing horses? |
| 14:59:06 | 11 | A.   Yes, sir. |
| 14:59:06 | 12 | Q.   Were you boarding horses? |
| 14:59:09 | 13 | A.   Yes, sir. |
| 14:59:10 | 14 | Q.   Now, Carlos and Fernando, Carlos Nayen and Fernando Garcia |
| 14:59:18 | 15 | talked to you about this account.  After it was closed, did you |
| 14:59:21 | 16 | ever talk to Jose Trevino about it? |
| 14:59:22 | 17 | A.   Yes, sir. |
| 14:59:23 | 18 | Q.   And what discussions did you have with Jose Trevino? |
| 14:59:26 | 19 | A.   Well, we discussed -- you know, I said, I opened this |
| 14:59:29 | 20 | account so that they could make wire -- or account-to-account |
| 14:59:31 | 21 | transfers.  I had no intention of them depositing cash into my |
| 14:59:36 | 22 | bank account.  I think they did that in Laredo.  But that wasn't |
| 14:59:39 | 23 | the intention of me opening the account. |
| 14:59:42 | 24 | Q.   And what was Jose Trevino's reaction? |
| 14:59:46 | 25 | A.   Kind of shocked. |

| | | |
|---|---|---|
| 14:59:48 | 1 | Q.   And did you see him get on the telephone and call somebody? |
| 14:59:52 | 2 | A.   Yes, sir. |
| 14:59:52 | 3 | Q.   And who was that? |
| 14:59:53 | 4 | A.   I believed he was talking to Carlos. |
| 14:59:56 | 5 | Q.   And was he talking in English or in Spanish? |
| 14:59:58 | 6 | A.   Spanish. |
| 14:59:59 | 7 | Q.   And how good is your Spanish, sir? |
| 15:00:01 | 8 | A.   It's fair. |
| 15:00:03 | 9 | Q.   Do you understand what Jose Trevino was saying? |
| 15:00:05 | 10 | A.   Yes, sir. |
| 15:00:06 | 11 | Q.   And could you describe his state?  Was it calm or? |
| 15:00:10 | 12 | A.   It was kind of nervous or anxious. |
| 15:00:14 | 13 | Q.   And after this incident with the IBC account, did you inform |
| 15:00:19 | 14 | Special Agent Scott Lawson of what had happened? |
| 15:00:21 | 15 | A.   Yes, sir. |
| 15:00:22 | 16 | Q.   Did you provide him any paperwork with respect to the |
| 15:00:25 | 17 | deposits made into that account? |
| 15:00:26 | 18 | A.   Yes, sir.  I believe I did. |
| 15:00:28 | 19 | Q.   With respect to Fernando Garcia, what did he do with respect |
| 15:00:37 | 20 | to any payments for any bills owed at Stallion Station? |
| 15:00:43 | 21 | A.   He helped -- you know, he helped accommodate me in getting |
| 15:00:47 | 22 | the wire transfers and different stuff.  I e-mailed him bills on |
| 15:00:50 | 23 | a regular basis. |
| 15:00:52 | 24 | Q.   Do you recall what e-mail he used? |
| 15:00:54 | 25 | A.   He had a personal e-mail.  It was -- it was a Hotmail |

15:00:59    1    account.  It was Fernie something.  I don't remember exactly.

15:01:01    2    Q.    If I were to tell you Fernie004, would that refresh your

15:01:01    3    memory?

15:01:05    4    A.    Yes, sir.

15:01:06    5    Q.    Now, are you familiar with an individual named Adan Farias?

15:01:13    6    A.    Yes, sir.

15:01:13    7    Q.    And how do you know him?

15:01:15    8    A.    He's a trainer in California.

15:01:17    9    Q.    And did you become aware at some point where Jose Trevino or

15:01:23   10    Fernando -- I'll state it one at a time.

15:01:26   11          Jose Trevino began to use Adan Farias to train horses?

15:01:30   12    A.    Yes, sir.

15:01:30   13    Q.    Okay.  And how was that?

15:01:32   14    A.    I talked to him regularly about who they were sending their

15:01:35   15    babies to, what races they were paid in, stuff like that, who was

15:01:38   16    training them.

15:01:39   17    Q.    And when you say you talked to them regularly?

15:01:41   18    A.    I talked to Jose, Fernando, Carlos.

15:01:45   19    Q.    And at this time, did it appear to you that all three of

15:01:49   20    them were talking about the same horses?

15:01:51   21    A.    Yes, sir.  More or less.

15:01:54   22    Q.    Now, were you ever familiar with the fact that Carlos Nayen

15:02:00   23    was changing horse names?

15:02:02   24    A.    Yes, sir.

15:02:03   25    Q.    And do you know what he was changing them into?

15:02:06  1   A.   I think that year, he was changing them -- they had changed
15:02:09  2   them from their original names into names of cars.  Exotic cars.
15:02:16  3   Q.   What's the effect of the name change?
15:02:19  4   A.   I mean, it's a little harder to keep track of the horses for
15:02:23  5   people that want to keep track of them.  I don't know, some
15:02:28  6   breeders don't like it just because they take pride in the name
15:02:33  7   of the horses.
15:02:34  8   Q.   When you say keep track, do you have a cellphone app called
15:02:38  9   Virtual Stables?
15:02:39  10  A.   Yes, sir.
15:02:39  11  Q.   And what does that cellphone app do for you as a breeder?
15:02:43  12  A.   I can just put the name of the horse in there and it will
15:02:45  13  give me alerts and e-mails on when the horse works, like a
15:02:49  14  workout race, when the horse is entered, when the horse runs, the
15:02:52  15  result of the finish after they run, stuff like that.
15:02:57  16  Q.   Now, in addition to naming the -- let me back up.
15:03:01  17        So this IBC event occurred sometime in the summer 2010?
15:03:04  18  A.   Yes, sir.
15:03:04  19  Q.   When is the auction season in the quarter horse industry?
15:03:07  20  A.   Usually starts late in the summer.  Typically the first sale
15:03:12  21  is in July, Texas quarter horse sale.
15:03:16  22  Q.   And did Carlos Nayen or Fernando Garcia brag to you about
15:03:20  23  the number of horses they were going to purchase that year?
15:03:23  24  A.   Yes, sir.  They were pretty open about wanting to buy quite
15:03:25  25  a few yearlings.

| | | |
|---|---|---|
| 15:03:31 | 1 | Q.   Before we get into the auction season, I want to talk about |
| 15:03:37 | 2 | Dashin Follies.  The summer of 2010, had Dashin Follies been paid |
| 15:03:42 | 3 | off yet? |
| 15:03:42 | 4 | A.   Yes, sir.  I believe so. |
| 15:03:43 | 5 | Q.   And was there an occasion when Carlos Nayen brought you in |
| 15:03:47 | 6 | an amount of cash? |
| 15:03:48 | 7 | A.   Yes, sir. |
| 15:03:48 | 8 | Q.   All right.  Can you describe that to the jury, please? |
| 15:03:51 | 9 | A.   He just showed up and came to the ranch, and they had a |
| 15:03:55 | 10 | balance that they had an unpaid balance on her at Heritage Place |
| 15:04:01 | 11 | that they were going to pay the remaining balance on -- pay the |
| 15:04:06 | 12 | remaining balance in cash.  We had actually had an interest in |
| 15:04:13 | 13 | trying to buy a yearling that fell through, and we used that |
| 15:04:17 | 14 | cash -- |
| 15:04:18 | 15 | MS. WILLIAMS:  Objection.  Nonresponsive. |
| 15:04:19 | 16 | MR. GARDNER:  I can break it up a little bit, your |
| 15:04:20 | 17 | Honor. |
| 15:04:20 | 18 | THE COURT:  All right. |
| 15:04:21 | 19 | Q.   (BY MR. GARDNER) Let me just break it up a little bit, Mr. |
| 15:04:24 | 20 | Graham. |
| 15:04:24 | 21 | All right.  So when was it that Carlos Nayen brought |
| 15:04:27 | 22 | you $100,000 in cash? |
| 15:04:30 | 23 | A.   Sometime in summer of 2010. |
| 15:04:32 | 24 | Q.   And this horse you said you were going to buy, was that |
| 15:04:36 | 25 | horse present in Texas at the time? |

| | | |
|---|---|---|
| 15:04:37 | 1 | A.   Well, we had brought him down from Oklahoma and have him |
| 15:04:41 | 2 | vet-checked and he was in Texas. |
| 15:04:43 | 3 | Q.   And what did the vet check reveal? |
| 15:04:45 | 4 | A.   It didn't come out good.  His X-rays were bad. |
| 15:04:48 | 5 | Q.   And so, did you advise Carlos Nayen not to purchase that |
| 15:04:51 | 6 | horse? |
| 15:04:51 | 7 | A.   Yes, sir. |
| 15:04:51 | 8 | Q.   All right.  And could you describe for the jury, when he |
| 15:04:55 | 9 | gave you $100,000, where was it? |
| 15:04:58 | 10 | A.   It was in the vehicle that they were in.  Got it out of a |
| 15:05:03 | 11 | backpack. |
| 15:05:04 | 12 | Q.   And were there any other backpacks in the vehicle? |
| 15:05:06 | 13 | A.   Yes, sir. |
| 15:05:06 | 14 | Q.   And when you say the vehicle they were in, who is they? |
| 15:05:10 | 15 | A.   I believe at that time, Fernando was with Carlos. |
| 15:05:15 | 16 | Q.   And did Carlos Nayen give you that $100,000 in cash? |
| 15:05:19 | 17 | A.   Yes, sir. |
| 15:05:20 | 18 | Q.   And do you recall the denominations in which you received |
| 15:05:23 | 19 | that cash? |
| 15:05:23 | 20 | A.   It was mainly 100s.  I believe there were a few 20s. |
| 15:05:27 | 21 | Q.   And what did you do with that money? |
| 15:05:29 | 22 | A.   Took it to Oklahoma to pay off the remainder for Dashin |
| 15:05:34 | 23 | Follies. |
| 15:05:34 | 24 | Q.   And do you recall filling out a Form 8300 with Jane Eckert? |
| 15:05:38 | 25 | A.   Yes, sir. |

| | | |
|---|---|---|
| 15:05:38 | 1 | Q.   And the jury's heard from her.  She was the controller at |
| 15:05:42 | 2 | Heritage Place at that time, correct? |
| 15:05:43 | 3 | A.   Yes, sir. |
| 15:05:44 | 4 | Q.   Moving along a little bit, are you familiar with a horse |
| 15:05:50 | 5 | called Feature Honor? |
| 15:05:51 | 6 | A.   Yes, sir. |
| 15:05:52 | 7 | THE COURT:  Let's let the horse rest a minute. |
| 15:05:55 | 8 | Afternoon break.  Use the facilities.  Be ready to come back in |
| 15:06:00 | 9 | about ten minutes. |
| 15:06:37 | 10 | (Jury not present.) |
| 15:06:44 | 11 | THE COURT:  Fifteen-minute recess. |
| 15:06:53 | 12 | MS. WILLIAMS:  Could the lawyers approach? |
| 15:06:54 | 13 | (At the bench, on the record.) |
| 15:07:05 | 14 | MS. WILLIAMS:  I know you don't have a crystal ball and |
| 15:07:07 | 15 | neither does the government, but obviously we're trying to plan |
| 15:07:11 | 16 | ahead for putting on our case.  I know that I have some -- a |
| 15:07:14 | 17 | couple of witnesses who can't get here until Thursday.  And I do |
| 15:07:21 | 18 | not want to delay the Court, so I'm just trying to get a sense |
| 15:07:23 | 19 | of. |
| 15:07:24 | 20 | MR. GARDNER:  We have six witnesses left?  I imagine a |
| 15:07:26 | 21 | couple of shorter ones.  We've got the case agents and this guy. |
| 15:07:29 | 22 | I would imagine, depending on the short questions that y'all |
| 15:07:33 | 23 | have, that we're resting tomorrow or the next day. |
| 15:07:39 | 24 | THE COURT:  I'm on my 81st page of notes. |
| 15:07:45 | 25 | MR. DEGEURIN:  That's one more page than Willy Nelson |

```
15:07:47   1    is old.

15:07:50   2            THE COURT:  And Mr. Rejon just took one purpose.  So I

15:08:02   3    can't give you --

15:08:02   4            MS. WILLIAMS:  I understand.  I'm just letting you know

15:08:04   5    I have some witnesses ready for Wednesday.  I have at least one

15:08:08   6    witness that cannot get here until Thursday.

15:08:11   7            THE COURT:  But don't worry that.  I mean, we can go

15:08:14   8    Thursday.

15:08:19   9            MR. MAYR:  What about Friday, your Honor?

15:08:20  10            THE COURT:  Well, I'm going to make up my mind, I

15:08:22  11    guess, tomorrow.

15:08:22  12            MR. MAYR:  Okay.

15:08:23  13            THE COURT:  Too soon.  Right now, I'm going to have

15:08:29  14    other people make up their mind.  As you probably know, we have

15:08:33  15    the judicial conference, and I had decided to skip it, because of

15:08:38  16    this trial, but now we're having a discussion as to whether or

15:08:42  17    not we're going to close courts on Friday because the government

15:08:50  18    -- every other Friday and the public defenders every other

15:08:56  19    Friday.  So I've been asked to be up there next Tuesday morning,

15:09:02  20    decide what we're going to do.

15:09:04  21            But the Western District has such a different docket

15:09:10  22    where that can work in some of the dockets and doesn't work in

15:09:14  23    others.  So it's going to be a complex question.  Anyway, the

15:09:40  24    important thing is I may have to be here.  So my desire if we're

15:09:43  25    going to go into Thursday with witnesses, to conclude the
```

15:09:46   1   testimony, get back Tuesday afternoon, then we can argue

15:09:52   2   Wednesday.

15:09:57   3          MS. WILLIAMS:  Of next week.

15:10:01   4          THE COURT:  But I've had several inquiries through

15:10:03   5   John -- of course, John never answers the questions -- as to how

15:10:07   6   long because their employers and their associates need.  But

15:10:11   7   after y'all got through with the first witness today, they were

15:10:17   8   interested in why a lawyer could ask the same question that the

15:10:22   9   other lawyers asked, that the other lawyers asked four times and

15:10:26  10   why it was permitted.

15:10:32  11          MR. MAYR:  For the record, we didn't ask any questions.

15:10:35  12          MR. WOMACK:  So they probably asked that, why did we

15:10:36  13   not ask questions.

15:10:37  14          THE COURT:  No.  I think y'all got a pass.  I'm just

15:10:44  15   passing on information, just like I passed it last week when they

15:10:47  16   went to sleep on you.

15:10:49  17          MS. WILLIAMS:  Thank you, your Honor.

15:10:51  18          MR. ESPER:  Judge, we have some witnesses.  So we

15:10:53  19   should be ready Thursday, as well.

15:10:55  20          MS. WILLIAMS:  Wednesday.

15:10:56  21          THE COURT:  Maybe even Wednesday.

15:10:59  22          MR. ESPER:  In other words, we just have a couple, but

15:11:01  23   I'm going to have them ready Wednesday.  I don't know when we're

15:11:04  24   going to get to.

15:11:05  25          THE COURT:  I don't think we'll finish on Tuesday.  I

| | | |
|---|---|---|
| 15:11:08 | 1 | don't know.  The crosses will be shorter on the professional |
| 15:11:14 | 2 | witnesses. |
| 15:11:15 | 3 | MR. ESPER:  Yes.  Okay. |
| 15:11:17 | 4 | THE COURT:  So that's -- |
| 15:11:22 | 5 | MR. ESPER:  I'm just going to have mine available. |
| 15:20:57 | 6 | (Recess.) |
| 15:21:24 | 7 | (Jury present.) |
| 15:22:50 | 8 | THE COURT:  Mr. Graham, you're still under oath.  Do |
| 15:22:53 | 9 | you understand that? |
| 15:22:53 | 10 | THE WITNESS:  Yes, sir. |
| 15:22:54 | 11 | THE COURT:  You may proceed. |
| 15:22:55 | 12 | MR. GARDNER:  Thank you, your Honor. |
| 15:22:57 | 13 | Q.   (BY MR. GARDNER) Waiting on Mr. Esper, your Honor. |
| 15:23:34 | 14 | Before the break, Mr. Graham, we talked about a horse |
| 15:23:38 | 15 | named Feature Honor.  Do you know who originally owned that |
| 15:23:41 | 16 | horse? |
| 15:23:41 | 17 | A.   I don't know who originally owned him.  I know when he came |
| 15:23:47 | 18 | across the border from Mexico, my understanding that Carlos owned |
| 15:23:51 | 19 | it. |
| 15:23:51 | 20 | THE COURT:  What was the name of the horse? |
| 15:23:53 | 21 | MR. GARDNER:  Feature Honor, your Honor. |
| 15:23:57 | 22 | Q.   (BY MR. GARDNER) And at some point, did that horse get |
| 15:23:59 | 23 | transferred? |
| 15:24:00 | 24 | A.   Yes, sir. |
| 15:24:01 | 25 | Q.   And to who? |

15:24:02   1   A.   To Tremor Enterprises.

15:24:05   2   Q.   And what was the circumstances -- let me back up.

15:24:11   3        Prior to the transfer of Tremor Enterprises, what

15:24:14   4   success did that horse have?

15:24:16   5   A.   He had ran in the AQHA Juvenile Challenge at Ruidoso.

15:24:23   6   Q.   And how did he do in that challenge?

15:24:25   7   A.   He won it.  I believe he won it.

15:24:26   8   Q.   And after that challenge, did he get transferred to Jose

15:24:30   9   Trevino?

15:24:31  10   A.   Yes, sir.  To my knowledge.

15:24:32  11   Q.   And after that Juvenile Challenge in the transfer, what was

15:24:39  12   the next race that you were aware of that he was entering?

15:24:42  13   A.   The All American Futurity trials.

15:24:44  14   Q.   And that's at Ruidoso?

15:24:46  15   A.   Yes, sir.

15:24:47  16   Q.   Was that the same race he was entered with Mr. Piloto?

15:24:50  17   A.   Yes, sir.

15:24:51  18   Q.   The name of the same heat?

15:24:54  19   A.   They were not in the same trial.

15:24:58  20   Q.   I'm showing you Government's Exhibit 102K.  Is this the

15:25:07  21   trials that you just spoke about, No. 8?

15:25:10  22   A.   Yes, sir.

15:25:11  23   Q.   And did this horse qualify for the finals for the All

15:25:14  24   American with Mr. Piloto?

15:25:16  25   A.   No, sir.

15:25:17    1    Q.    Now, what is the normal entry fee for the trials at the All

15:25:23    2    American?

15:25:23    3    A.    I think if you pay by payments, it's around 3,500.  3,500 to

15:25:29    4    4,000.

15:25:30    5    Q.    And do you know how much was paid for this entry fee?

15:25:32    6    A.    The supplemental cost to pay late is 50,000.

15:25:37    7    Q.    And was 50,000 paid for the entry for Feature Honor to enter

15:25:42    8    this race?

15:25:42    9    A.    Yes, sir.

15:25:43   10    Q.    Did you attend the All American trials?

15:25:53   11    A.    Yes, sir.

15:25:55   12    Q.    Do you know a jockey by the name of Esgar Ramirez?

15:25:59   13    A.    Yes, sir.

15:26:00   14    Q.    And who is he a jockey for?

15:26:03   15    A.    He's a jockey for several trainers, but he did ride Tremor's

15:26:09   16    horses that day.  But he rides for multiple trainers at Ruidoso.

15:26:14   17    Q.    Now, with respect to Mr. Piloto and the trials, whose horse

15:26:19   18    was he at the trials?

15:26:21   19    A.    I believe he was under Garcia Bloodstock in the trials.

15:26:26   20    Q.    And did Mr. Piloto -- as the jury's heard, he won his

15:26:32   21    trials, correct?

15:26:32   22    A.    Yes, sir.

15:26:36   23             THE COURT:  When you say Garcia, what?

15:26:40   24             THE WITNESS:  Bloodstock.

15:26:41   25             THE COURT:  Bloodstock.

15:26:44   1   Q.   (BY MR. GARDNER) And were you subsequently in attendance at

15:26:48   2   the auction preceding the All American Futurity?

15:26:50   3   A.   Yes, sir.

15:26:51   4   Q.   Who was at that auction?

15:26:52   5   A.   Jose was there, Fernando, Carlos.  They had a few other guys

15:26:57   6   that I don't remember their names.

15:26:59   7   Q.   And were you aware of the number of purchases that these

15:27:06   8   individuals were making?

15:27:07   9   A.   Yes, sir.

15:27:08  10   Q.   And do you know the total that they purchased that weekend?

15:27:10  11   A.   I think it was 24, somewhere around there.

15:27:15  12   Q.   Twenty horses?

15:27:16  13   A.   Yes, sir, 20, 24.

15:27:21  14   Q.   Do you recall the price for those horses?

15:27:22  15   A.   Total dollars, I believe, was over $2 million.

15:27:26  16   Q.   Do you know an individual by the name of "Pancho" Colorado?

15:27:29  17   A.   No, sir.

15:27:30  18   Q.   Have you ever met him?

15:27:31  19   A.   No, sir.

15:27:31  20   Q.   Have you ever seen him at any of the races?

15:27:33  21   A.   No, sir, I haven't.

15:27:34  22   Q.   How about any of the auction barns?

15:27:36  23   A.   I haven't.  No, sir.

15:27:37  24   Q.   And how did you know that Jose Trevino and Carlos Nayen and

15:27:44  25   Fernando Garcia were buying this group of horses?

15:27:46  1   A.   I was talking to Fernando about it.

15:27:48  2   Q.   What did he tell you with respect to the number of horses

15:27:51  3   they bought?

15:27:53  4   A.   He had told me, like I said, I think they bought between 20

15:27:56  5   or 24 horses.

15:27:57  6   Q.   And do you know Raul Ramirez?

15:28:02  7   A.   I met him at the sale.

15:28:03  8   Q.   And that auction --

15:28:05  9   A.   Yes, sir.

15:28:05  10  Q.   -- preceding the All American 2010?

15:28:09  11  A.   Yes, sir.

15:28:09  12  Q.   And what was his role at that sale?

15:28:11  13  A.   He was doing the bidding on some of the horses they bought.

15:28:14  14  Q.   Do you know if he was related to Esgar Ramirez, the jockey?

15:28:17  15  A.   Yes, sir.  I believe they were brothers.

15:28:20  16  Q.   Now, going to the final, the All American, were you aware of

15:28:25  17  the transfer between Garcia Bloodstock and Tremor Enterprises for

15:28:30  18  Mr. Piloto?

15:28:30  19  A.   Yes, sir.  Before the race.  Yes, sir.

15:28:32  20  Q.   That was before the race?

15:28:33  21  A.   Well, when they entered.

15:28:35  22  Q.   And, again, Mr. Piloto had won his qualifier under Garcia

15:28:40  23  Bloodstock?

15:28:40  24  A.   Yes, sir.

15:28:41  25  Q.   Do you know the price that was paid for that horse by Jose

| | | |
|---|---|---|
| 15:28:48 | 1 | Trevino? |
| 15:28:48 | 2 | A.   No, sir.  I didn't know at the time. |
| 15:28:51 | 3 | Q.   Did you ever talk to Fernando Garcia about the sale of that |
| 15:28:54 | 4 | horse? |
| 15:28:55 | 5 | A.   No, sir. |
| 15:28:57 | 6 | Q.   How much does a qualifier -- I'm sorry.  How much does tenth |
| 15:29:03 | 7 | place pay in that final? |
| 15:29:04 | 8 | A.   I think tenth place usually pays between 50 and 75,000, |
| 15:29:08 | 9 | depending on the year. |
| 15:29:10 | 10 | Q.   That's for the All American Final? |
| 15:29:15 | 11 | A.   Yes, sir. |
| 15:29:15 | 12 | Q.   Would you ever sell a horse if you won a trial and qualified |
| 15:29:23 | 13 | for a final? |
| 15:29:24 | 14 | A.   Would I ever sell one? |
| 15:29:25 | 15 | Q.   Yes. |
| 15:29:26 | 16 | MS. WILLIAMS:  Objection.  Relevance. |
| 15:29:27 | 17 | A.   Yes, sir.  I'm -- |
| 15:29:29 | 18 | THE COURT:  Whoa, whoa.  She's objected and I'll |
| 15:29:31 | 19 | sustain her objection. |
| 15:29:33 | 20 | Q.   (BY MR. GARDNER) Now, during the course of this auction, did |
| 15:29:38 | 21 | Jose Trevino associate himself with Carlos Nayen or Fernando |
| 15:29:43 | 22 | Garcia? |
| 15:29:43 | 23 | A.   No, sir. |
| 15:29:45 | 24 | Q.   And did you find that to be odd? |
| 15:29:49 | 25 | A.   Somewhat. |

| | | |
|---|---|---|
| 15:29:51 | 1 | Q.   Did you see them at some point associating themselves |
| 15:29:53 | 2 | together at the auction? |
| 15:29:54 | 3 | A.   I mean, they were around the auction together. |
| 15:29:58 | 4 | Q.   And were they together when Mr. Piloto won the race? |
| 15:30:00 | 5 | A.   Yes, sir. |
| 15:30:02 | 6 | Q.   I believe the jury's already seen a photo in that.  Were you |
| 15:30:06 | 7 | also in that photo of the final? |
| 15:30:07 | 8 | A.   Yes, sir. |
| 15:30:07 | 9 | Q.   Now, after the race, when Mr. Piloto won, what did Jose |
| 15:30:13 | 10 | Trevino and Fernando Garcia and Carlos Nayen do? |
| 15:30:18 | 11 | A.   We all went out to celebrate. |
| 15:30:20 | 12 | Q.   Together? |
| 15:30:21 | 13 | A.   Yes, sir. |
| 15:30:21 | 14 | Q.   And where did you go to celebrate? |
| 15:30:23 | 15 | A.   We went out to the Inn of the Mountain Gods Casino. |
| 15:30:26 | 16 | Q.   Is that also in Ruidoso? |
| 15:30:28 | 17 | A.   Yes, sir. |
| 15:30:29 | 18 | Q.   And were you present with any discussions between Jose |
| 15:30:34 | 19 | Trevino and Carlos Nayen about the future of Mr. Piloto? |
| 15:30:36 | 20 | A.   Yes, sir.  We discussed the future of the horse.  Outside |
| 15:30:39 | 21 | the casino. |
| 15:30:40 | 22 | Q.   What discussions were had between Jose Trevino and Carlos |
| 15:30:45 | 23 | Nayen? |
| 15:30:45 | 24 | A.   Well, I had the discussions with them.  I mean, it was all |
| 15:30:48 | 25 | of us in the same conversation, but we discussed whether, you |

| | | |
|---|---|---|
| 15:30:51 | 1 | know, what they were going to -- where they were going to run the |
| 15:30:54 | 2 | horse next or whether they were going to retire the horse.  He |
| 15:30:57 | 3 | was paid into some futurities in California, which was my hope |
| 15:31:04 | 4 | that they send him out there to run him in California. |
| 15:31:08 | 5 | Q.   So why did you want them to run Mr. Piloto in California? |
| 15:31:11 | 6 | A.   Well, he had just won the All American.  It was one of the |
| 15:31:14 | 7 | closest finishes in the history of the race, and it was one of |
| 15:31:16 | 8 | the slowest finishes in the history of the race.  I mean, he |
| 15:31:19 | 9 | needed to go out there and prove himself, in my opinion. |
| 15:31:22 | 10 | Q.   In order for? |
| 15:31:23 | 11 | A.   Further prove himself. |
| 15:31:24 | 12 | Q.   In order to bring a better value as a breeding stallion? |
| 15:31:27 | 13 | A.   Yes, sir. |
| 15:31:29 | 14 | Q.   And did somebody else have an opposite view of whether or |
| 15:31:33 | 15 | not Mr. Piloto should continue to race? |
| 15:31:34 | 16 | A.   Yeah.  I mean, at that point that night, Carlos, you know, |
| 15:31:37 | 17 | told me that they were going to retire him as -- retire him and, |
| 15:31:41 | 18 | you know, he was going to become a stud horse. |
| 15:31:44 | 19 | Q.   At some point, did Carlos Nayen call somebody? |
| 15:31:48 | 20 | A.   Yes, sir.  For most of the conversation we had outside, he |
| 15:31:50 | 21 | was, you know, talking -- he was on his Nextel. |
| 15:31:53 | 22 | Q.   Do you have any idea who that person he was talking to? |
| 15:31:56 | 23 | A.   No, sir. |
| 15:31:56 | 24 | Q.   And what was Carlos Nayen relating to that person? |
| 15:31:59 | 25 | A.   Just our conversation what we were talking about.  You know, |

15:32:03   1   I thought that my biggest point that night was that they didn't

15:32:06   2   need to make the decision that night.  They needed to wait, you

15:32:09   3   know, a few days and think about it, at least, whether they were

15:32:13   4   going to retire him, whether they were going to run him.

15:32:15   5   Q.   And what decision was ultimately made?

15:32:17   6   A.   Ultimately that night, when I went to bed, it was made that

15:32:20   7   he was going to be retired and that he was going to come to Elgin

15:32:23   8   where we were going to start breeding him with Tempting Dash.

15:32:26   9   Q.   And when you woke up the next day, had that decision

15:32:29  10   changed?

15:32:29  11   A.   It took a few days but a couple of days later.

15:32:33  12   Q.   Was Mr. Piloto ever raced again in California?

15:32:36  13   A.   No, sir.  He went to California, but they didn't run him.

15:32:39  14   Q.   And could you explain to the jury the circumstances around

15:32:42  15   his last entered race?

15:32:46  16   A.   Yeah.  He was entered in the Golden State Futurity, entered

15:32:50  17   for the trials, and then, they scratched him before the trials.

15:32:54  18   Q.   Who scratched him?

15:32:56  19   A.   Well, Jose scratched him.  He was the -- Tremor Enterprises

15:32:59  20   was the owner at the time.

15:33:02  21   Q.   Have you ever met an individual named Sergio Rincon?

15:33:05  22   A.   Yes, sir.

15:33:06  23   Q.   And do you know him by any other nicknames?

15:33:08  24   A.   "Negro" or "Saltillo."

15:33:11  25   Q.   So "Negro" and "Saltillo?"

| | | |
|---|---|---|
| 15:33:13 | 1 | A.   Yes, sir. |
| 15:33:13 | 2 | Q.   Who was he associated with? |
| 15:33:17 | 3 | A.   He was associated with Carlos mainly but Carlos, Jose, the |
| 15:33:22 | 4 | whole group. |
| 15:33:23 | 5 | Q.   And when did you first meet this person you knew as "El |
| 15:33:26 | 6 | Negro" or "Saltillo"? |
| 15:33:28 | 7 | A.   It was back in the spring or early summer 2010, I believe. |
| 15:33:34 | 8 | Q.   Okay.  What was his role?  What did he do for Jose? |
| 15:33:37 | 9 | A.   He was just a truck driver or just a -- just kind of a -- |
| 15:33:43 | 10 | just a hand, you know, just a regular do whatever they needed, |
| 15:33:46 | 11 | haul horses or go get feed.  I mean, mainly he hauled the horses |
| 15:33:51 | 12 | or that's what he did most of the time. |
| 15:33:53 | 13 | Q.   Was he a trainer at all? |
| 15:33:54 | 14 | A.   No, sir. |
| 15:33:55 | 15 | Q.   Did he appear to you to be an owner of horses or be |
| 15:33:59 | 16 | knowledgeable about horses? |
| 15:34:00 | 17 | A.   No, sir. |
| 15:34:00 | 18 | Q.   Did you ever see him with a $50,000 payment or $50,000 sum |
| 15:34:08 | 19 | of cash? |
| 15:34:08 | 20 | A.   No, sir. |
| 15:34:09 | 21 | Q.   Did he appear to be a wealthy man? |
| 15:34:11 | 22 | A.   No, sir. |
| 15:34:14 | 23 | Q.   And have you ever seen this "El Negro" with "Chevo"? |
| 15:34:18 | 24 | A.   Yes, sir. |
| 15:34:19 | 25 | Q.   And on what occasion or how many occasions? |

15:34:21  1   A.   Several occasions.  I mean, he was down at "Chevo's" quite a

15:34:25  2   bit whenever they were training horses down there and at the race

15:34:28  3   track.  He just -- different occasions.

15:34:31  4   Q.   When you say down there, is that "Chevo" Huitron's place in

15:34:35  5   Elgin?

15:34:35  6   A.   In Cedar Creek.

15:34:39  7   Q.   I want to turn your attention to the Heritage Place auction

15:34:42  8   in 2010.  Do you know a Felipe Quintero?

15:34:45  9   A.   Yes, sir.

15:34:45  10  Q.   Do you know if he was responsible for buying horses at that

15:34:50  11  auction?

15:34:50  12  A.   Yes, sir.  I believe he was the agent for their horses or

15:34:53  13  for some of their horses.

15:34:54  14  Q.   And do you know how many horses they bought at that auction?

15:34:57  15  A.   I don't remember exactly.

15:34:59  16  Q.   Do you have any recollection of the amount they spent?

15:35:02  17  A.   I believe they spent 6 or $700,000.

15:35:07  18  Q.   And when you say "they," did you have conversations with

15:35:11  19  either Fernando Garcia or Carlos Nayen regarding the horses

15:35:15  20  purchased at that auction?

15:35:16  21  A.   With Fernando.

15:35:18  22  Q.   And what discussions did he have with Fernando Garcia about

15:35:21  23  the total horses bought?

15:35:23  24  A.   Oh, we just discussed -- I believe it was -- you know, they

15:35:26  25  had bought some brood mares that we were going to be, you know,

15:35:29   1   breeding the next year.  You know, I was asking him -- you know,

15:35:32   2   we talked about mares they were looking at, mares they bought.

15:35:36   3   Q.   Now, I want to turn your attention to after that auction.

15:35:39   4   Are you familiar with a place called Casey's Place?

15:35:42   5   A.   Yes, sir.

15:35:42   6   Q.   And did the organization have any role in using that place?

15:35:47   7   A.   Yes, sir.  They leased it.  One of the falls, to break a

15:35:52   8   bunch of the yearlings or going -- the oncoming two-year-olds.

15:35:55   9   Q.   To get them ready for race season?

15:35:57  10   A.   Yes, sir.

15:35:57  11   Q.   And where is Casey's Place?

15:35:59  12   A.   It's about two miles down the road from my ranch from

15:36:05  13   Southwest Stallion Station.

15:36:07  14   Q.   And how did it come to be that they found this Casey's

15:36:12  15   Place?  Were you involved in that?

15:36:13  16   A.   Yes, sir.

15:36:13  17          MS. WILLIAMS:  Objection.  Sorry.  Objection to the

15:36:16  18   word "they."  I don't know who.

15:36:18  19          MR. GARDNER:  I can break that down, your Honor.

15:36:20  20   Q.   (BY MR. GARDNER) So when you say they came to approach you

15:36:23  21   about the facility, who is "they"?

15:36:27  22   A.   Well, initially Fernando called me about leasing stalls and

15:36:30  23   he asked me if I had -- they needed 50 stalls.

15:36:34  24   Q.   Was this at your place, Southwest?

15:36:36  25   A.   Yes, sir.

15:36:36   1   Q.   Do you have 50 stalls?

15:36:37   2   A.   I said I didn't have 50 stalls and that my facility wasn't

15:36:41   3   set up to train race horses.  It was a breeding farm.

15:36:44   4   Q.   And were you aware from your life experience that this Casey

15:36:48   5   had a place?

15:36:49   6   A.   Yes, sir.  I knew the place because it was right down the

15:36:52   7   road, and it wasn't really being utilized.  The guy that owned

15:36:55   8   the place wasn't training out of it anymore.  He just was kind of

15:36:59   9   leasing stalls.

15:36:59  10   Q.   And were you able to act as an intermediary or agent to help

15:37:03  11   them to rent stalls?

15:37:04  12   A.   Yes, sir.

15:37:05  13   Q.   And how many stalls did they rent?

15:37:07  14   A.   I believe we rented around 35 stalls.

15:37:11  15   Q.   Now, when the horses were there, was Carlos Nayen or

15:37:18  16   Fernando Garcia the ones responsible for breaking and training

15:37:21  17   them?

15:37:22  18   A.   No, sir.  They brought other guys to break and train them.

15:37:25  19   Q.   And who were these other guys?

15:37:29  20   A.   Some Spanish guys.  They brought like two other -- two like

15:37:33  21   gallop guys.  And they brought, you know, just two or three

15:37:35  22   grooms.

15:37:35  23   Q.   What's a gallop guy or gallop boy?

15:37:39  24   A.   Just a guy that rides the horses and breaks the horses.  The

15:37:42  25   guy that's actually on their back.

15:37:43  1   Q.   And was one of these individuals a person named Ismael

15:37:47  2   Parra?

15:37:48  3   A.   Yes, sir.

15:37:48  4   Q.   And how do you know him?

15:37:50  5   A.   I just know him from when they came that time, that period

15:37:53  6   of time while they were there breaking the babies.  That's when I

15:37:56  7   met him.

15:37:57  8   Q.   And who introduced you to Ismael Parra?

15:38:01  9   A.   Carlos and Fernando introduced me to all the guys when they

15:38:04  10  were there.

15:38:04  11  Q.   And so, did it appear to you that Mr. Parra was working for

15:38:09  12  either Carlos Nayen or Fernando Garcia?

15:38:11  13  A.   Yes, sir.

15:38:11  14  Q.   And at some point, did you visit those individuals out there

15:38:16  15  breaking and training the horses?

15:38:17  16  A.   Yes, sir.  I was there regularly.  I mean, it's on my way

15:38:20  17  back and forth to the ranch, and I stopped by there all the time.

15:38:25  18  Q.   At some point, did you have a discussion with Mr. Parra

15:38:27  19  about the bosses giving him the rules?

15:38:30  20          MS. WILLIAMS:  Objection, your Honor.  Hearsay.

15:38:32  21  A.   Yes.

15:38:35  22          MS. WILLIAMS:  I'm a little ahead of myself.

15:38:37  23          MR. GARDNER:  I believe it's a coconspirator hearsay

15:38:39  24  statement, your Honor.  I've shown his connection with the

15:38:41  25  members of the conspiracy.

15:38:42  1           THE COURT:  Not to my satisfaction.

15:38:44  2           MR. GARDNER:  Yes, your Honor.

15:38:46  3  Q.   (BY MR. GARDNER) Was Mr. Parra responsible for training

15:38:48  4  horses for Fernando Garcia and Carlos Nayen?

15:38:51  5  A.   Yes, sir.

15:38:52  6  Q.   Were these horses also associated with Jose Trevino?

15:38:56  7  A.   Yes, sir.

15:38:56  8  Q.   In what way did you come to understand they were associated

15:38:59  9  with Jose Trevino?

15:39:01 10  A.   By that point, I associated all of the horses together in my

15:39:06 11  opinion.

15:39:07 12  Q.   And were some of these horses that appeared at the Casey's

15:39:10 13  Place, were they some of the horses that had been previously

15:39:12 14  purchased at auction?

15:39:13 15  A.   Yes, sir.

15:39:14 16  Q.   And was that the auction in which Felipe Quintero bought

15:39:18 17  horses?

15:39:18 18  A.   Some of the horses, yes, sir.

15:39:19 19  Q.   And what about some of the other horses?

15:39:20 20  A.   Some of the other horses came from Ruidoso, I believe.  Some

15:39:24 21  of them might have came from California.

15:39:29 22  Q.   And was Fernando Garcia and/or Carlos Nayen responsible for

15:39:34 23  providing direction to Ismael Parra and the other Mexican

15:39:39 24  nationals there regarding the training of the horses?

15:39:41 25  A.   Yes, sir.

| | | |
|---|---|---|
| 15:39:41 | 1 | Q.   So were they acting in a supervisory role? |
| 15:39:43 | 2 | A.   Yes, sir. |
| 15:39:44 | 3 | Q.   May I ask my question, your Honor?  I'll ask it. |
| 15:39:52 | 4 | Did Ismael Parra talk to you about the rules of the |
| 15:39:57 | 5 | bosses? |
| 15:39:57 | 6 | A.   Yes, sir. |
| 15:39:57 | 7 | Q.   And what did he say -- |
| 15:39:58 | 8 | MS. WILLIAMS:  Objection.  Hearsay. |
| 15:40:01 | 9 | THE COURT:  Sustained. |
| 15:40:04 | 10 | Q.   (BY MR. GARDNER) Are you familiar with a horse called Blues |
| 15:40:07 | 11 | Ferrari? |
| 15:40:07 | 12 | A.   Yes, sir. |
| 15:40:08 | 13 | Q.   How are you familiar with that horse? |
| 15:40:12 | 14 | A.   I just know him as one of the horses that they ran and |
| 15:40:15 | 15 | bought. |
| 15:40:16 | 16 | Q.   Were you present at a race in California in fall of 2010? |
| 15:40:20 | 17 | A.   Yes, sir. |
| 15:40:21 | 18 | Q.   And who else was there? |
| 15:40:22 | 19 | A.   Jose, Fernando, Carlos. |
| 15:40:26 | 20 | Q.   And what race was this? |
| 15:40:30 | 21 | A.   It was either the Golden State Million or the Los Alamitos 2 |
| 15:40:36 | 22 | million.  I can't remember. |
| 15:40:38 | 23 | Q.   How does that horse run? |
| 15:40:40 | 24 | A.   He didn't run very well in the final. |
| 15:40:42 | 25 | Q.   Did he finish last? |

15:40:43  1  A.   Close to last.  If -- I don't think he finished.  I don't

15:40:46  2  remember.  Close to last.

15:40:48  3  Q.   And do you know who owned the horse at that time?

15:40:50  4  A.   I believe Tremor Enterprises.

15:40:52  5  Q.   And after that race, do you know what happened to that

15:40:55  6  horse?

15:40:56  7  A.   I don't know what happened to him directly after that race.

15:40:58  8  Eventually, he came to Heritage Place sale.

15:41:02  9  Q.   I'll get to that in a second.

15:41:03  10       At some point did you become aware of Rodolfo Trevino,

15:41:09  11  Rudy Trevino working for "Chevo" Huitron?

15:41:12  12  A.   Yes, sir.  He was down there for a while.

15:41:15  13  Q.   Down there at "Chevo's" place?

15:41:17  14  A.   At Cedar Creek, yes, sir.

15:41:18  15  Q.   Do you know what he did down there?

15:41:19  16  A.   I don't know specifically what he did.  He helped with the

15:41:25  17  horses, I guess, to some extent, but he didn't do a whole lot.

15:41:30  18  Q.   And do you know how he came to be contacted with "Chevo"

15:41:34  19  Huitron to get that job?

15:41:35  20  A.   No, sir.

15:41:41  21  Q.   Did you ever become aware at some point of Jose Trevino

15:41:44  22  paying the Huitrons cash for training to pay vet bills?

15:41:50  23  A.   I never witnessed it, but it was talked about.

15:41:52  24  Q.   Okay.  Was it talked about by "Chevo" Huitron?

15:41:55  25  A.   Yes, sir.

15:41:55  1   Q.   And what did Mr. "Chevo" Huitron tell you about that?

15:41:57  2   A.   Well, we discussed, you know, how he was getting paid and

15:42:01  3   how I was getting paid on a few -- on a few occasions.

15:42:06  4   Q.   Paid by Jose Trevino and Carlos Nayen?

15:42:09  5   A.   Yes, sir.

15:42:10  6   Q.   And Fernando Garcia?  And why were you having those

15:42:14  7   discussions with "Chevo" Huitron?

15:42:15  8   A.   Because I had outstanding balances that were unpaid on a

15:42:18  9   regular basis, and, you know, I was always curious if I was the

15:42:21  10  only one not getting paid or getting paid late.

15:42:24  11  Q.   And do you know if they would reimburse "Chevo" and Jesus

15:42:28  12  Huitron?

15:42:28  13  A.   Yes, sir.  I believe they were.

15:42:31  14  Q.   Now, in your business who pays for vet bills?

15:42:39  15  A.   Typically the vet bills are billed directly to the owners.

15:42:45  16  Q.   Do you as the trainer or a stallion place, do you contract

15:42:49  17  for vet services that you then bill to the owner?

15:42:52  18  A.   Not for the race horses.

15:42:56  19  Q.   And are you familiar with the Elgin Veterinary Hospital?

15:42:59  20  A.   Yes, sir.

15:43:00  21  Q.   Is that an onsite race track vet, or is that something you

15:43:05  22  have to ship your animals to?

15:43:06  23  A.   No.  That's an individual -- it's just a sole-standing vet

15:43:09  24  clinic.  Not at the race track.

15:43:16  25  Q.   And did it ever come to your attention at some point that

15:43:19   1   the members of the organization, specifically Carlos Nayen or

15:43:24   2   Fernando Garcia, had a horse at that vet clinic that they wanted

15:43:29   3   you to pay for?

15:43:30   4   A.   I never paid for any of the horses.

15:43:31   5   Q.   Did they want you to pay for a horse or ask you to pay for a

15:43:34   6   horse?

15:43:34   7   A.   No, sir.  I took horses up there for the horses to be

15:43:37   8   treated.

15:43:37   9   Q.   And who's responsible for making those payments?

15:43:40   10   A.   Fernando or Carlos.

15:43:42   11   Q.   And did "Chevo" Huitron ever discuss to you about him taking

15:43:46   12   horses and paying for the vet bills for Jose Trevino?

15:43:50   13   A.   I didn't talk to "Chevo" specifically about that.

15:43:54   14   Q.   What kind of person is "Chevo" Huitron?

15:43:57   15   A.   He's an easygoing guy, easy to get along with.  I mean, just

15:44:05   16   one of those guys that gets along with everybody in my opinion.

15:44:09   17   Q.   Would you say he's an educated man?

15:44:11   18   A.   As far as formal education?

15:44:15   19   Q.   Correct.

15:44:15   20   A.   No, sir.

15:44:16   21   Q.   Okay.  Would you agree with me that education isn't

15:44:19   22   necessarily a sign of intelligence?

15:44:21   23   A.   Yes, sir.

15:44:22   24        MR. ESPER:  Objection, your Honor.  Calls for a

15:44:23   25   conclusion.  Improper opinion, your Honor.  I think that invades

| | | |
|---|---|---|
| 15:44:30 | 1 | the province of the jury. |
| 15:44:32 | 2 | THE COURT:  It's been asked and answered. |
| 15:44:35 | 3 | MR. GARDNER:  I could move on to the next question. |
| 15:44:36 | 4 | THE COURT:  I think so.  If we debated that, we might |
| 15:44:38 | 5 | be here for a long time.  It was an unnecessary question and an |
| 15:44:45 | 6 | unnecessary objection and an unnecessary loss of time for me |
| 15:44:49 | 7 | because I caused the loss of time.  So let's go on to the next |
| 15:44:54 | 8 | question. |
| 15:44:54 | 9 | Q.  (BY MR. GARDNER) You say that "Chevo" Huitron's an |
| 15:44:56 | 10 | intelligent individual? |
| 15:44:57 | 11 | A.  Yes, sir. |
| 15:44:58 | 12 | Q.  Does he know his way around the race track? |
| 15:45:00 | 13 | A.  Yes, sir. |
| 15:45:00 | 14 | Q.  Can he speak English? |
| 15:45:04 | 15 | A.  He speaks fairly decent English. |
| 15:45:07 | 16 | Q.  Can you have a conversation with him in English? |
| 15:45:08 | 17 | A.  Yes, sir. |
| 15:45:09 | 18 | Q.  Do you know if he can read a race program? |
| 15:45:12 | 19 | A.  I would say he could read a race program. |
| 15:45:15 | 20 | Q.  How difficult is it to train a horse to win? |
| 15:45:20 | 21 | A.  I think it's extremely difficult. |
| 15:45:22 | 22 | Q.  There's a lot of factors that go into producing a winning |
| 15:45:25 | 23 | race horse? |
| 15:45:25 | 24 | A.  Yes, sir. |
| 15:45:26 | 25 | MS. WILLIAMS:  Objection.  Leading. |

| | | |
|---|---|---|
| 15:45:29 | 1 | THE COURT:  Let's not lead. |
| 15:45:31 | 2 | Q.  (BY MR. GARDNER) Would you say that "Chevo" Huitron is a |
| 15:45:34 | 3 | good trainer? |
| 15:45:34 | 4 | A.  Yes, sir.  I would say he's a good trainer. |
| 15:45:37 | 5 | Q.  Does he know how to get a horse to the track and enter it? |
| 15:45:40 | 6 | A.  Yes, sir. |
| 15:45:40 | 7 | Q.  And race it?  Did you ever do business with "Chevo" Huitron? |
| 15:45:45 | 8 | A.  Yes, sir.  I've done business with "Chevo." |
| 15:45:47 | 9 | Q.  And what kind of business? |
| 15:45:48 | 10 | A.  He's trained horses for me.  I've bred mares for him. |
| 15:45:50 | 11 | Q.  And how for apart are your facilities? |
| 15:45:53 | 12 | A.  About 35 miles. |
| 15:45:57 | 13 | Q.  And do you know Jesus or Jesse Huitron? |
| 15:46:00 | 14 | A.  Yes, sir. |
| 15:46:00 | 15 | Q.  And how do you know him? |
| 15:46:02 | 16 | A.  I just know him through "Chevo."  They're brothers. |
| 15:46:04 | 17 | Q.  Have you ever done business with Jesse Huitron? |
| 15:46:07 | 18 | A.  Yes, sir.  I've done business with Jesse. |
| 15:46:09 | 19 | Q.  And what kind of business? |
| 15:46:10 | 20 | A.  I've bred mares for him.  I've stood a stallion for him one |
| 15:46:13 | 21 | time. |
| 15:46:13 | 22 | Q.  And would you say he's an intelligent individual? |
| 15:46:16 | 23 | A.  Yes, sir. |
| 15:46:17 | 24 | Q.  Now, are you familiar with the business that the Huitrons |
| 15:46:19 | 25 | have, Huitron Homes, Huitron Painting? |

| | | |
|---|---|---|
| 15:46:21 | 1 | A.   Yes, sir. |
| 15:46:22 | 2 | Q.   All right.  Who runs that business? |
| 15:46:24 | 3 | A.   Jesse. |
| 15:46:27 | 4 | Q.   In what way? |
| 15:46:29 | 5 | A.   I mean, he's owner or boss and manager of the company, |
| 15:46:36 | 6 | especially the home building. |
| 15:46:38 | 7 | Q.   So who handles the accounts for the Huitron Homes to your |
| 15:46:41 | 8 | knowledge? |
| 15:46:41 | 9 | A.   Jessica Huitron handled it for a while. |
| 15:46:45 | 10 | Q.   And who is Jessica Huitron? |
| 15:46:46 | 11 | A.   That's one of Jesse's daughters. |
| 15:46:50 | 12 | Q.   And did she make any of the decisions in that business? |
| 15:46:54 | 13 | A.   No, sir. |
| 15:46:55 | 14 | MR. ESPER:  Objection, your Honor.  This witness is not |
| 15:46:58 | 15 | -- this is of his own personal knowledge.  I object to |
| 15:47:01 | 16 | speculation. |
| 15:47:02 | 17 | MR. GARDNER:  I'll ask him. |
| 15:47:04 | 18 | Q.   (BY MR. GARDNER) To your knowledge, did Jessica Huitron make |
| 15:47:06 | 19 | any business decisions in that business? |
| 15:47:07 | 20 | A.   No, sir. |
| 15:47:08 | 21 | Q.   Who was making the business decisions to your knowledge? |
| 15:47:10 | 22 | A.   In Huitron Homes? |
| 15:47:12 | 23 | Q.   Yes. |
| 15:47:12 | 24 | A.   Jesse. |
| 15:47:13 | 25 | Q.   Okay.  Now, I want to turn to the Blues Ferrari auction in |

15:47:23    1    2011.  Is that the winter mixed sale?

15:47:26    2    A.    Yes, sir.

15:47:26    3    Q.    And how were you approached -- were you approached to sell

15:47:32    4    Blues Ferrari?

15:47:32    5    A.    Yes, sir.

15:47:33    6    Q.    And who approached you to do that?

15:47:34    7    A.    Jose.

15:47:38    8    Q.    And how long before that auction did you get Blues Ferrari

15:47:42    9    to prep for that auction?

15:47:43   10    A.    He was shipped straight to the auction.  I didn't have him

15:47:45   11    before the sale.

15:47:46   12    Q.    So how many days before the auction did you encounter that

15:47:49   13    horse?

15:47:50   14    A.    One day before the sale, I guess.

15:47:52   15    Q.    And in your opinion as an agent, someone in the horse

15:48:00   16    industry, did he come into that barn sale ready?

15:48:04   17            MS. WILLIAMS:  Your Honor, I'm going to object to this

15:48:07   18    witness' opinion.

15:48:08   19            THE COURT:  I'll overrule the objection.

15:48:10   20    Q.    (BY MR. GARDNER) You may answer that question.

15:48:12   21    A.    He was in poor condition.

15:48:16   22    Q.    Do you know an individual named Alfonso Del Rayo?

15:48:19   23    A.    Yes, sir.

15:48:19   24    Q.    And when did you meet him?

15:48:21   25    A.    At that sale.

```
15:48:22   1   Q.   And could you describe to the jury what you observed about

15:48:26   2   his physical appearance?

15:48:27   3   A.   He looked beat-up.

15:48:30   4   Q.   Okay.  Did Mr. Del Rayo have a reason for his injuries that

15:48:34   5   he stated to you?

15:48:34   6   A.   He said it was a golfing accident.

15:48:38   7   Q.   Looked like a pretty severe golfing accident?

15:48:41   8   A.   Pretty severe.

15:48:43   9   Q.   At that time were you aware that Mr. Del Rayo had been

15:48:48  10   kidnapped?

15:48:48  11   A.   No, sir.

15:48:49  12   Q.   So how much did that horse go for?

15:48:53  13   A.   I believe $330,000 or $350,000.

15:48:59  14   Q.   And who was the ultimate buyer?

15:49:01  15   A.   Mr. Del Rayo.

15:49:06  16   Q.   Were you involved in the payment of the purchase price of

15:49:12  17   that horse to Heritage Place?

15:49:14  18   A.   No, sir.  I wasn't directly involved.

15:49:18  19   Q.   So after that particular auction, we turn to the 2011

15:49:22  20   breeding season.  Did Jose Trevino and Carlos Nayen owe you any

15:49:30  21   money for your Southwest Stallion Station breeding services?

15:49:35  22   A.   In 2011?

15:49:36  23   Q.   Yeah.  The beginning of 2011.

15:49:38  24   A.   They might have owed me -- I don't think it was a large

15:49:40  25   amount at the beginning of the year.
```

15:49:42  1   Q.   At some point, were you contacted about making a trip to

15:49:45  2   Laredo to pick up payment?

15:49:46  3   A.   Yes, sir.

15:49:47  4   Q.   All right.  Could you describe that to the jury, please?

15:49:49  5   A.   That's when I started dealing with Victor Lopez and, you

15:49:57  6   know, they said, we have cash in Laredo if you want to come get

15:49:59  7   it.

15:50:00  8            MS. WILLIAMS:  Object, your Honor, to the "they."

15:50:03  9   A.   Sorry.  Victor Lopez.

15:50:05  10  Q.   (BY MR. GARDNER) Let me back up a second.  So when did you

15:50:07  11  first meet Victor Lopez?

15:50:08  12  A.   I didn't meet him till later in the breeding season when he

15:50:12  13  eventually came to the ranch.

15:50:13  14  Q.   So were you first contacted by --

15:50:15  15  A.   By phone.

15:50:16  16  Q.   By phone.  And how did he identify himself?

15:50:19  17  A.   He just -- he had my Nextel number.  I had a Nextel at the

15:50:22  18  time, and he -- you know, he said, hey, this is Victor.  I'm

15:50:24  19  going to be, you know, helping with the payment and the bills,

15:50:28  20  and picking semen up, and things of that nature.

15:50:31  21  Q.   And so, was it -- Ms. Williams asked you who was the "they."

15:50:36  22  Was it Victor Lopez who said he had money in Laredo?

15:50:36  23  A.   Yes, sir.

15:50:40  24  Q.   All right.  Could you describe that to the jury what Victor

15:50:42  25  Lopez said?

15:50:42  1   A.   He said, hey, I got the money for the bills if you want to

15:50:45  2   come to -- cash if you want to come to Laredo and get it.

15:50:49  3   Q.   And at that time, did you inform Special Agent Scott Lawson

15:50:52  4   about that?

15:50:53  5   A.   Yes, sir.

15:50:53  6   Q.   And did you actually go to Laredo to collect that cash?

15:50:58  7   A.   Not at that time.

15:51:00  8   Q.   Was that cash collected on your behalf by federal law

15:51:05  9   enforcement agents?

15:51:06  10  A.   Yes, sir.

15:51:06  11  Q.   All right.  And do you recall how much cash that was?

15:51:09  12  A.   I think it was around 55,000 or something like that.

15:51:18  13  Q.   Now, by this time, had you signed a number of what are

15:51:22  14  called OIA agreements with the FBI?

15:51:25  15  A.   Yes, sir.

15:51:26  16  Q.   What is your understanding of an OIA agreement?

15:51:30  17  A.   It was just an agreement, document that I signed that

15:51:32  18  basically, you know, said that I was under the watch of the FBI,

15:51:39  19  not to practice any illegal activity without their authority.

15:51:43  20  Q.   And so, when you conducted business on behalf of Jose

15:51:47  21  Trevino and Carlos Nayen, would you inform Special Agent Scott

15:51:52  22  Lawson?

15:51:53  23  A.   Yes, sir.

15:51:53  24  Q.   And how often would you have to renew that OIA authority?

15:51:57  25  A.   I believe we did it every 90 days.

15:51:59  1   Q.   And do you understand what OIA stands for?

15:52:02  2   A.   Yes, sir.  I think it's otherwise illegal activity.

15:52:10  3   Q.   So when you get that money from Victor Lopez, what do you do

15:52:14  4   with it?

15:52:15  5   A.   We deposited it.  It went against the bill at Southwest

15:52:19  6   Stallion Station.

15:52:19  7   Q.   The bill for who?

15:52:21  8   A.   For Carlos Nayen and -- I don't remember.  We had other

15:52:25  9   names at that time.

15:52:26  10  Q.   Let's talk about that a little bit.  So what names were the

15:52:32  11  horses that were being brought to you put into?

15:52:35  12  A.   Initially they were put into a list of names.  Can't

15:52:41  13  remember all of them, but Carlos Nayen, Francisco Colorado, Pedro

15:52:49  14  Alcala, Hernando Guerra.  There was quite a few more, I think.

15:52:52  15  Q.   And so, who was directing you to put various horses into

15:52:56  16  various names?

15:52:57  17  A.   Carlos.

15:52:58  18  Q.   And who was paying the bills for those horses?

15:53:00  19  A.   Carlos.

15:53:01  20  Q.   Would you receive any payments from these individuals that

15:53:05  21  you just named for their specific accounts?

15:53:08  22  A.   No, sir.

15:53:08  23  Q.   So how would you make the accounting for what moneys went

15:53:14  24  against what bills?

15:53:17  25  A.   Well, until I consolidated a lot of the horses, I would just

15:53:21   1   -- when I got payment of cash, or wire, or however I got the

15:53:25   2   payment, I would just clear out the accounts and credit it

15:53:29   3   towards the individual accounts.

15:53:32   4   Q.   And you say at some point till you combine the accounts,

15:53:35   5   what do you mean by combining the account?

15:53:37   6   A.   Well, at some point, I took like Pedro Alcala, Hernando

15:53:43   7   Guerra, and a few of the other small accounts and just put them

15:53:45   8   all under Carlos' name.

15:53:46   9   Q.   Now, you talked about the FBI providing you a telephone.

15:53:51   10   Was that in April 2011?

15:53:52   11   A.   Yes, sir.  Sounds like.

15:53:54   12   Q.   And what did you understand that phone to be?

15:53:58   13   A.   It was a phone at -- I mean, I used it for work, but it was

15:54:05   14   a phone they could listen -- hear all the conversations I had on

15:54:08   15   it.

15:54:08   16   Q.   I'm showing you Government's Exhibit 360A.  Is that your

15:54:11   17   initials on that disc, sir?

15:54:12   18   A.   Yes, sir.

15:54:13   19   Q.   And I'm showing you Government's Exhibit 360B.  Are these a

15:54:17   20   set of transcripts that you've had the opportunity to listen to

15:54:19   21   and make corrections?

15:54:21   22   A.   Yes.

15:54:22   23   Q.   And who generally are speaking on these calls?

15:54:26   24   A.   Fernando, Victor Lopez, I think Carlos may be on a couple of

15:54:33   25   them, Jose on few of them.

15:54:34  1   Q.   Jose Trevino?

15:54:35  2   A.   Yes, sir.

15:54:36  3   Q.   All right.  And are they all calling you and talking to you?

15:54:38  4   A.   Yes, sir.

15:54:39  5   Q.   All right.  And to the best of your knowledge, after

15:54:41  6   reviewing these transcripts and being provided the opportunity to

15:54:45  7   make corrections to them, are they true and accurate to the best

15:54:48  8   of your knowledge?

15:54:49  9   A.   Yes, sir.

15:54:49  10  Q.   Your Honor, I'd offer Government's Exhibit 360A and 360B,

15:54:56  11  transcripts of the calls that have been provided to defense

15:54:59  12  attorneys some time ago.

15:55:02  13          MR. WOMACK:  No objection, your Honor.

15:55:03  14          MS. WILLIAMS:  No objection.

15:55:05  15          THE COURT:  All right.  360A and B are admitted.

15:55:19  16          MR. GARDNER:  Could we play call No. 341?  Your Honor,

15:55:23  17  call No. 341 is dated April 28th, 2011.

15:55:35  18          (Audio file played.)

15:56:59  19  Q.   (BY MR. GARDNER) Who's speaking on this call, Mr. Graham?

15:57:02  20  A.   Me and Victor Lopez.

15:57:04  21  Q.   All right.  When you referred to Fernando, is that Fernando

15:57:08  22  Garcia?

15:57:08  23  A.   Yes, sir.

15:57:09  24  Q.   And when you referred to Carlos, that's Carlos Nayen?

15:57:11  25  A.   Yes, sir.

15:57:12  1  Q.   All right.  And with respect to -- could you go back to the

15:57:17  2  last page on the screen itself, at the bottom, please?  In these

15:57:26  3  red marks on the screen, is that your handwritten

15:57:29  4  interpretations?

15:57:30  5  A.   Yes, sir.

15:57:39  6  Q.   And when Victor Lopez says, whoever we pay, what does he

15:57:45  7  mean by that?

15:57:46  8  A.   He was referring to, like I said, the list of names and

15:57:50  9  accounts that I had that we had consolidated at the time, I

15:57:53  10  guess.

15:57:53  11  Q.   And so, on the next page, without going into it, it talks

15:57:57  12  about Francisco Colorado.  Is that one of the accounts?

15:58:00  13  A.   Yes, sir.  But that he wasn't talking about that account.

15:58:02  14  They usually kept that one separate.

15:58:04  15  Q.   They kept that one separate?

15:58:06  16  A.   Yes, sir.

15:58:07  17  Q.   And who would still pay for that account?

15:58:08  18  A.   Well, I never received payment on that account, actually,

15:58:13  19  but it was always, you know -- they always made it to me like he

15:58:19  20  was going to pay personally for that account.

15:58:20  21  Q.   And who controlled or gave you instructions with respect to

15:58:24  22  the horses under Francisco Colorado's name?

15:58:27  23  A.   Fernando and Carlos.

15:58:33  24  Q.   Now, how did these individuals communicate?

15:58:39  25  A.   Mainly through Nextel.

15:58:41  1              MS. WILLIAMS:  Objection, your Honor.  These

15:58:43  2   individuals.

15:58:44  3   Q.   (BY MR. GARDNER) How did Fernando Garcia and Jose Trevino

15:58:47  4   and Carlos Nayen and Victor Lopez communicate among themselves?

15:58:50  5   A.   Mainly through Nextel or BlackBerry.

15:58:53  6   Q.   And I want to turn your attention to a date in April 2011.

15:59:00  7   Did Victor Lopez provide a phone to you?

15:59:02  8   A.   Yes, sir.

15:59:03  9   Q.   And was that phone for you?

15:59:05  10  A.   No, sir.

15:59:06  11  Q.   Who was that phone for?

15:59:07  12  A.   He said to give it to Jose.

15:59:09  13  Q.   All right.  And were you able to -- how was that phone

15:59:14  14  packaged?

15:59:14  15  A.   It was just in a paper bag, as I remember.

15:59:16  16  Q.   Okay.  And did you open up the paper bag?

15:59:17  17  A.   Yes, sir.

15:59:18  18  Q.   And after getting the phone, did you contact Special Agent

15:59:20  19  Scott Lawson?

15:59:21  20  A.   Yes, sir.

15:59:22  21  Q.   And based on your conversations with him, what did you do

15:59:24  22  with that phone?

15:59:25  23  A.   I believe I turned it on, went through contacts or went

15:59:29  24  through whatever he asked me to go through.

15:59:31  25  Q.   And what contacts did you discover or just the number of

| | | |
|---|---|---|
| 15:59:36 | 1 | contacts? |
| 15:59:36 | 2 | A.    It was -- I don't remember specific contacts.  I don't |
| 15:59:39 | 3 | remember there being a whole lot of contacts, though. |
| 15:59:42 | 4 | Q.    And what did you do with that phone? |
| 15:59:44 | 5 | A.    Jose came by the next couple of days and gave it to me. |
| 15:59:52 | 6 | Q.    Now, with respect to the phones, did Carlos Nayen have |
| 15:59:59 | 7 | multiple phones that he would contact you on? |
| 16:00:03 | 8 | A.    Yes, sir.  He used several phones. |
| 16:00:06 | 9 | Q.    And was this at the same time or was this over a period of |
| 16:00:09 | 10 | time which he gave -- |
| 16:00:10 | 11 | A.    They would change randomly all the time. |
| 16:00:12 | 12 | Q.    What about Fernando Garcia? |
| 16:00:14 | 13 | A.    Fernando had a few phones, but he didn't change his as |
| 16:00:17 | 14 | often. |
| 16:00:18 | 15 | Q.    But he did change his phone? |
| 16:00:19 | 16 | A.    Yes, sir. |
| 16:00:19 | 17 | Q.    Now, at some point, did you have a lunch meeting with |
| 16:00:30 | 18 | Fernando Garcia? |
| 16:00:32 | 19 | A.    Yeah.  We had lunch several times. |
| 16:00:35 | 20 | Q.    Did you have lunch with just you and Fernando Garcia on one |
| 16:00:38 | 21 | occasion without Carlos Nayen being present? |
| 16:00:44 | 22 | A.    I could have. |
| 16:00:45 | 23 | Q.    Well, let me ask you this question.  Did you ever ask |
| 16:00:48 | 24 | Fernando Garcia how he ever got involved with this group of guys, |
| 16:00:52 | 25 | these group of guys being Jose Trevino and Carlos Nayen? |

| | | |
|---|---|---|
| 16:00:55 | 1 | A.   Oh, yes, sir.  We discussed that. |
| 16:00:58 | 2 | Q.   And what was Fernando Garcia's response? |
| 16:01:00 | 3 | A.   Just said that he had known Carlos from when they were |
| 16:01:03 | 4 | younger in Mexico and that Carlos had asked him to, you know, |
| 16:01:06 | 5 | help him -- come along and help him, you know, run their racing |
| 16:01:10 | 6 | operation in the U.S. |
| 16:01:15 | 7 | Q.   In the U.S.  Did Fernando Garcia state to Carlos Nayen -- |
| 16:01:20 | 8 | would tell him about making trips to Mexico? |
| 16:01:22 | 9 | A.   Yeah.  But Fernando talked to me like it was, you know, he |
| 16:01:25 | 10 | only wanted to help him on this side. |
| 16:01:29 | 11 | Q.   And not go to Mexico? |
| 16:01:32 | 12 | A.   Right. |
| 16:01:34 | 13 | Q.   At some point around that lunchtime, were you told that |
| 16:01:38 | 14 | Carlos Nayen wasn't able to come to the United States? |
| 16:01:42 | 15 | A.   I don't remember it was the same day, but at some point, |
| 16:01:44 | 16 | they did tell me that he wasn't going to be able to come.  Wasn't |
| 16:01:47 | 17 | going to be able to come for a while. |
| 16:01:48 | 18 | Q.   And what did they say the reason was? |
| 16:01:50 | 19 | A.   They didn't give a good reason.  I assumed it was for visa |
| 16:01:54 | 20 | or some kind of passport problem or something. |
| 16:01:58 | 21 | Q.   Are you familiar with the horse called Separate Fire? |
| 16:02:01 | 22 | A.   Yes, sir. |
| 16:02:02 | 23 | Q.   And how are you familiar with that horse? |
| 16:02:03 | 24 | A.   She's a horse that came out of the yearling sale in |
| 16:02:08 | 25 | Oklahoma.  It's one of the horses I hauled home, actually, from |

| | | |
|---|---|---|
| 16:02:11 | 1 | that sale. |
| 16:02:11 | 2 | Q.   Okay.  At Heritage Place? |
| 16:02:13 | 3 | A.   Yes, sir. |
| 16:02:13 | 4 | Q.   And who purchased that horse at auction? |
| 16:02:22 | 5 | A.   I think that might have been one of the ones Felipe |
| 16:02:26 | 6 | purchased, his agent. |
| 16:02:28 | 7 | Q.   And was Jose Trevino ever listed as the owner on that horse |
| 16:02:33 | 8 | at the time of the auction? |
| 16:02:33 | 9 | A.   No, sir.  Not that I know of. |
| 16:02:35 | 10 | Q.   Are you familiar with a quote that Jose Trevino gave with |
| 16:02:38 | 11 | respect to that horse after he won a race? |
| 16:02:43 | 12 | A.   Yes, sir. |
| 16:02:43 | 13 | Q.   And what was that quote? |
| 16:02:45 | 14 | A.   Just basically -- |
| 16:02:46 | 15 |      MS. WILLIAMS:  Excuse me, your Honor, hearsay. |
| 16:02:52 | 16 |      THE COURT:  Put me in circumstance what a quote was and |
| 16:02:58 | 17 | for what purpose.  He's trying to sell the horse? |
| 16:03:00 | 18 |      MR. GARDNER:  No, your Honor.  It's a quote following |
| 16:03:05 | 19 | the horse winning a race.  Separate Fire winning a race. |
| 16:03:09 | 20 |      THE COURT:  Oh, a quote meaning just what he said? |
| 16:03:11 | 21 |      MR. GARDNER:  What Jose Trevino said. |
| 16:03:12 | 22 |      THE COURT:  I'll sustain the objection. |
| 16:03:15 | 23 | Q.   (BY MR. GARDNER) After Separate Fire arrives at your place, |
| 16:03:25 | 24 | who comes to visit and look at that horse? |
| 16:03:27 | 25 | A.   Jose came by to look -- I mean, he was at the ranch all the |

| | | |
|---|---|---|
| 16:03:31 | 1 | time.  Not saying he came by to look at her. |
| 16:03:37 | 2 | Q.   And did he indicate that that was his horse at that time? |
| 16:03:41 | 3 | A.   No, sir.  Not at that time. |
| 16:03:44 | 4 | Q.   And you talked to me about giving him a bridle at one point |
| 16:03:50 | 5 | with Separate Fire on it.  When was that? |
| 16:03:52 | 6 | A.   Yeah, had a halter with her name on it that I gave to him |
| 16:03:55 | 7 | after she won the kindergarten.  It was a halter she came with |
| 16:03:58 | 8 | when she was purchased. |
| 16:03:59 | 9 | Q.   And whose horse was Separate Fire after the kindergarten? |
| 16:04:03 | 10 | A.   It was under Tremor Enterprises. |
| 16:04:09 | 11 | Q.   At some point, were you ever provided an e-mail address by |
| 16:04:13 | 12 | Victor Lopez? |
| 16:04:14 | 13 | A.   Yes, sir. |
| 16:04:14 | 14 | Q.   And do you recall what that e-mail address was? |
| 16:04:17 | 15 | A.   It was Anri, A-N-R-I.  I can't remember the whole e-mail. |
| 16:04:21 | 16 | Q.   Had a few numbers behind it? |
| 16:04:23 | 17 | A.   Yes, sir. |
| 16:04:24 | 18 | Q.   Was that a Hotmail account? |
| 16:04:25 | 19 | A.   Yes, sir. |
| 16:04:25 | 20 | Q.   Could you please play call 799, dated July 13th of 2011? |
| 16:05:20 | 21 | THE COURT:  What was the date again? |
| 16:05:22 | 22 | MR. GARDNER:  The date of that call was July 13th, |
| 16:05:25 | 23 | 2011. |
| 16:05:25 | 24 | (Audio file played.) |
| 16:05:48 | 25 | Q.   (BY MR. GARDNER) And who's speaking on that call, Mr. |

| 16:06:17 | 1 | Graham? |

16:06:17  2  A.    Me and Fernando Garcia.

16:06:19  3  Q.    And was that the A-N-R-I e-mail that you previously talked

16:06:23  4  about?

16:06:24  5  A.    Yes, sir.

16:06:24  6  Q.    And you had -- had you and Mr. Fernando Garcia discussed

16:06:27  7  that e-mail previously?

16:06:29  8  A.    I don't believe so.

16:06:31  9  Q.    And when they're talking about the fax is not working, what

16:06:36  10  are they talking about there?

16:06:36  11  A.    They'd given me a fax number to send the invoices to.  I

16:06:40  12  think they had called my office and given the fax, like a fax

16:06:44  13  number.

16:06:45  14  Q.    And do you know where that fax number was going to?

16:06:48  15  A.    I assumed it was going -- probably going to Laredo.

16:06:51  16  Q.    Was it 956 area code?

16:06:54  17  A.    I don't remember the specific number.

16:06:57  18  Q.    Could we play call 491?  Your Honor, that's dated May 16th

16:07:02  19  of 2011.

16:07:24  20           (Audio file played.)

16:08:33  21  Q.    When he talks earlier about we already sent 223, right, how

16:08:38  22  much money was that?

16:08:38  23  A.    $223,000.

16:08:40  24  Q.    And how was that paid to you?

16:08:42  25  A.    I believe that was through wires.

| | | |
|---|---|---|
| 16:08:46 | 1 | Q.   And then, later on, you say, so the balance keeps running. |
| 16:08:50 | 2 | The problem is y'all keep getting me in a jam with Jose.  What do |
| 16:08:55 | 3 | you mean by that? |
| 16:08:55 | 4 | A.   Well, they were sending money, some would go towards bills |
| 16:08:59 | 5 | and then, some to pay Tempting Dash stud fees.  But they would -- |
| 16:09:05 | 6 | you know, I had these big bills rolling up and all the money they |
| 16:09:07 | 7 | were sending, they wanted to pay the stud fees first. |
| 16:09:10 | 8 | Q.   And how much stud fees was Jose Trevino generating through |
| 16:09:16 | 9 | Tempting Dash and Mr. Piloto? |
| 16:09:17 | 10 | A.   Yeah. |
| 16:09:18 | 11 | Q.   How much? |
| 16:09:18 | 12 | A.   Several hundred thousand by the end of the year. |
| 16:09:23 | 13 | Q.   And who was buying these breedings? |
| 16:09:26 | 14 | A.   The ones they're talking about, Carlos was buying. |
| 16:09:29 | 15 | Q.   And Carlos Nayen was buying breedings from Jose Trevino? |
| 16:09:32 | 16 | A.   Yes, sir. |
| 16:09:34 | 17 | Q.   And were you actually collecting the breedings from these |
| 16:09:37 | 18 | two horses? |
| 16:09:37 | 19 | A.   Yes, sir. |
| 16:09:38 | 20 | Q.   And where were the mares located to impregnate? |
| 16:09:43 | 21 | A.   They were in Elgin at my ranch. |
| 16:09:51 | 22 | Q.   So explain to me, again, what would Jose do when you would |
| 16:09:55 | 23 | get money in terms of getting you in trouble? |
| 16:09:58 | 24 | A.   Well, just, you know, I had all these horses to take care of |
| 16:10:02 | 25 | at the ranch, and I'd have, say, a $200,000 bill, and they'd have |

16:10:07   1   150,000 they owed in stud fees, and they'd always want to pay

16:10:10   2   that first.  And, you know, so, in other words, they were sending

16:10:14   3   money to me, but they were wanting to put all that money towards

16:10:18   4   stud fees, which, you know, I, in turn, was having to, you know,

16:10:20   5   pay Jose for -- I mean, give Jose the money for stud fees.  And

16:10:25   6   like I explained to them on the call, I've got to have some of

16:10:27   7   this money coming across to put toward my bills, you know,

16:10:30   8   because I had bills to pay to take care of the horses.

16:10:33   9   Q.   For the breeding and the --

16:10:35  10   A.   Yes, sir.

16:10:35  11   Q.   -- boarding and care?

16:10:37  12        In your business, what's the normal procedure in terms

16:10:40  13   of paying an owner his stud fees?

16:10:43  14   A.   Typically the way we've always one done it at our stud farm

16:10:47  15   for years and year is we collect all the stud fees at our farm,

16:10:50  16   and at the end of the year when breeding season is over, we, you

16:10:54  17   know, write a check or whatever we owe the -- whatever percentage

16:10:59  18   or whatever deal we had worked out with the stud owner, we paid

16:11:01  19   it.  We settled up at the end of the year.

16:11:03  20   Q.   And was that the same procedure that Jose Trevino asked you

16:11:06  21   to do?

16:11:06  22   A.   No.  We were paying Jose stud fees just kind of regularly as

16:11:10  23   they came in.  It wasn't a specific date, but it was just as the

16:11:14  24   money came in and as Jose was by the ranch, we'd write him

16:11:20  25   checks.

16:11:20  1   Q.   And how soon after you received money from whether it was

16:11:23  2   Victor or Carlos or Fernando would Jose come and ask for stud fee

16:11:27  3   money?

16:11:27  4   A.   He was usually there within a couple of days or pretty soon

16:11:30  5   after.  A lot of times, the next day.

16:11:33  6   Q.   Do you know if he was aware through your conversations with

16:11:36  7   him that payment had been received by Southwest Stallion Station?

16:11:40  8   A.   Seemed that he was.

16:11:42  9   Q.   Now, breedings of Tempting Dash and Mr. Piloto, whose horses

16:11:48  10  were they breeding these horses to?

16:11:51  11  A.   Well, at the time all the -- the majority of the mares there

16:11:56  12  besides the one under Francisco Colorado's names, I assume Carlos

16:12:00  13  or -- I really didn't know technically who owned them on the

16:12:05  14  registration paper.  I just knew who was managing them.

16:12:06  15  Q.   And who was managing these horses?

16:12:08  16  A.   Carlos.

16:12:08  17  Q.   Could you finish the call, please?

16:12:14  18       (Audio file played.)

16:14:52  19  Q.   Based on that call, were you given specific directions on

16:14:57  20  how to apply moneys to which accounts?

16:14:58  21  A.   That's what I tell him on the call, I'll get -- you know, I

16:15:03  22  got wires in or get sums of money in, and I couldn't get anybody

16:15:06  23  to tell me how to divide it, or where to split it up, or what to

16:15:10  24  apply it to.

16:15:11  25  Q.   So you just took your own initiative and applied it?

| | | |
|---|---|---|
| 16:15:14 | 1 | A.    Yes, sir. |
| 16:15:14 | 2 | Q.    And the last part there about you telling Jose that you |
| 16:15:18 | 3 | didn't get any money, what does that refer to? |
| 16:15:20 | 4 | A.    Well, I mean, I was just complaining to Jose that, you know, |
| 16:15:24 | 5 | I have these large accounts receivable, you know, and just kind |
| 16:15:31 | 6 | of like I was saying on the call.  I mean, at some point, I'm not |
| 16:15:34 | 7 | a bank.  I've got to be paid for my services. |
| 16:15:39 | 8 | Q.    Can we bring up call 582?  Your Honor, 582 is dated June 1st |
| 16:15:45 | 9 | of 2011. |
| 16:15:54 | 10 | (Audio file played.) |
| 16:17:42 | 11 | Q.    That call's in June of 2011.  When was Blues Ferrari sold? |
| 16:17:48 | 12 | A.    I believe in January of 2011. |
| 16:17:51 | 13 | Q.    And Mr. Del Rayo ever contact you with respect to getting |
| 16:17:55 | 14 | that AQHA paperwork? |
| 16:17:57 | 15 | A.    No, sir. |
| 16:17:58 | 16 | Q.    What happened to Blues Ferrari after that sale? |
| 16:18:02 | 17 | A.    He came back to Southwest Stallion Station initially. |
| 16:18:06 | 18 | Q.    And what happened with that? |
| 16:18:07 | 19 | A.    After that?  After that, they picked him up and I assumed |
| 16:18:12 | 20 | they went to Mexico. |
| 16:18:13 | 21 | Q.    And now, in this call that's you and who else? |
| 16:18:17 | 22 | A.    That's me and Fernando. |
| 16:18:18 | 23 | Q.    And when -- Fernando identifies my little brother, had he |
| 16:18:22 | 24 | used that name in connection with somebody else previously? |
| 16:18:25 | 25 | A.    Yeah.  We always kind of joked about that, talking about |

16:18:27  1   Carlos Nayen.

16:18:32  2   Q.   And, again, with respect to Blues Ferrari, did Mr. Del Rayo

16:18:36  3   ever come asking for those registration papers?

16:18:38  4   A.   No, sir.

16:18:39  5   Q.   Did you have an understanding that Fernando Garcia was

16:18:43  6   acting as Mr. Del Rayo's agent?

16:18:48  7   A.   I mean, I just kind of had an understanding that it was all

16:18:55  8   -- I wouldn't say that he was Mr. Del Rayo's agent.

16:19:04  9   Q.   Play call 672.   672 is dated on June 17th of 2011.

16:19:18 10            (Audio file played.)

16:21:05 11   Q.   He's talking about Feature Honor.   At that point in June of

16:21:09 12   2011, who did Feature Honor belong to?

16:21:11 13   A.   Yeah.   I was mistaken earlier.   It was 2011 with Feature

16:21:15 14   Honor, not 2010.

16:21:16 15   Q.   And was that horse running under Tremor Enterprises at that

16:21:21 16   point?

16:21:21 17   A.   I don't think he ran under Tremor in the Adequan Derby.

16:21:27 18   Q.   Was that running under Carlos Nayen at that point?

16:21:29 19   A.   Carlos Nayen and one of business names.

16:21:33 20   Q.   When you said business names, what business names do you

16:21:36 21   recall being used?

16:21:37 22   A.   They used several of them, like Carmina, LLC, or Fast And

16:21:41 23   Furious, or Poker Ranch.   I can't remember all of them.

16:21:48 24   Q.   Now, in this part just above the cutoff line there, it says,

16:21:52 25   we all don't win enough for as many horses as we have.   How many

16:21:56  1  horses did you understand them to have when Fernando makes that

16:22:03  2  statement?

16:22:03  3  A.   They probably had 50 or 60 in training.  I'm just guessing.

16:22:08  4  Q.   And were you aware the bloodlines on any of those horses?

16:22:14  5  A.   Yes, sir.

16:22:14  6  Q.   And how would you rate their -- I'll call it crop, crop of

16:22:17  7  horses in terms of bloodlines?

16:22:20  8  A.   They were top of the breed.

16:22:24  9  Q.   Is that an expensive purchase to purchase that many horses

16:22:29  10  at the top of the breed?

16:22:30  11  A.   Yes, sir.  Typically.

16:22:31  12  Q.   Based on your conversations with Fernando Garcia, would you

16:22:37  13  consider him a horse expert?

16:22:42  14  A.   I don't think we have any horse experts in our business.

16:22:49  15  Q.   Is it hard with an unlimited checkbook to pick the best

16:22:54  16  horses?

16:22:54  17  A.   It's not hard to pick the best pedigreed ones.

16:22:57  18  Q.   And is the pedigree or bloodline any predictor of success on

16:23:02  19  the race track?

16:23:05  20  A.   Well, it will enhance your success.

16:23:08  21  Q.   But will it guarantee your success?

16:23:09  22  A.   No, sir.

16:23:10  23  Q.   Could we play call No. 754, please?  754 is dated July 1,

16:23:34  24  2011.

16:23:35  25           (Audio file played.)

16:24:21  1  Q.   Did Victor Lopez or Fernando Garcia or Carlos Nayen seem to

16:24:25  2  have a good grasp at any time of the number of horses they had

16:24:29  3  stabled with you?

16:24:29  4  A.   I won't say Victor did.

16:24:31  5  Q.   What about the other two individuals?

16:24:33  6  A.   I think Fernando had a pretty good grasp of it most times.

16:24:37  7  Q.   Was this the only call of this nature that you got with

16:24:40  8  respect to find out how many horses they had?

16:24:42  9  A.   No.  They called on a regular basis.  Maybe not for total

16:24:45  10  number, but they always wanted updates on how many embryos and

16:24:50  11  how many mares we had in foal and things of that nature.

16:24:53  12  Q.   And was that horses for across all of the accounts?

16:24:57  13  A.   Yes, sir.

16:24:57  14  Q.   And do you recall some of the other names the accounts were

16:25:00  15  being put in?

16:25:01  16  A.   Like I said earlier, it was Francisco Colorado, Pedro

16:25:06  17  Alcala, Hernando Guerra.  There were a couple in Fernando's name

16:25:11  18  individually.  Of course, Carlos was a big account.  And then,

16:25:15  19  there was a list of other ones.

16:25:18  20  Q.   If I were to say the name Nian Hernandez, would that refresh

16:25:23  21  your recollection?

16:25:23  22  A.   Yes, sir.  I believe we had some under that name.

16:25:25  23  Q.   And what about Santa Fe Roldan?

16:25:28  24  A.   Yes, sir.  I don't believe I had any horses at the ranch.  I

16:25:31  25  think we shipped semen on those.

| | | |
|---|---|---|
| 16:25:33 | 1 | Q.    Efrain Aguallo? |
| 16:25:35 | 2 | A.    Yes, sir. |
| 16:25:37 | 3 | Q.    What about Victor Nieto? |
| 16:25:40 | 4 | A.    I'd have to look at my bills.  I don't remember that one |
| 16:25:43 | 5 | specifically. |
| 16:25:44 | 6 | Q.    All these smaller accounts, did you ever meet any of these |
| 16:25:47 | 7 | individuals? |
| 16:25:47 | 8 | A.    No, sir. |
| 16:25:56 | 9 | Q.    At some point, you mentioned an individual by the name of |
| 16:25:59 | 10 | Sergio Rincon.  Did he ever come to work for "Chevo" Huitron? |
| 16:26:05 | 11 | A.    I don't think he was ever working for "Chevo."  I think he |
| 16:26:08 | 12 | was working for them at "Chevo's." |
| 16:26:10 | 13 | Q.    And what gave you that impression? |
| 16:26:12 | 14 | A.    It was like I said earlier, he was always hauling their |
| 16:26:15 | 15 | horses or -- I mean, that was the main thing.  Helped them |
| 16:26:18 | 16 | transport horses a lot of times and, you know, a lot of horses -- |
| 16:26:22 | 17 | at some points they had several horses, quite a few horses at |
| 16:26:25 | 18 | "Chevo's," so he was down there often. |
| 16:26:29 | 19 | Q.    Could you play call No. 790, dated July 12, 2011? |
| 16:26:40 | 20 |       (Audio file played.) |
| 16:29:25 | 21 | Q.    Who's talking in that call, Mr. Graham? |
| 16:29:28 | 22 | A.    Fernando. |
| 16:29:30 | 23 | Q.    And when he talks about Victor and the accountant, did you |
| 16:29:34 | 24 | ever meet the accountant? |
| 16:29:34 | 25 | A.    No, sir. |

| | | |
|---|---|---|
| 16:29:35 | 1 | Q.   Did you ever come to learn the name of the accountant? |
| 16:29:37 | 2 | A.   No, sir. |
| 16:29:39 | 3 | Q.   Did Fernando Garcia or Carlos Nayen or Victor Lopez or Jose |
| 16:29:46 | 4 | Trevino ever mention the name of "Yo Yo"? |
| 16:29:48 | 5 | A.   Not to me. |
| 16:29:50 | 6 | Q.   Did they have trouble paying their bills? |
| 16:29:55 | 7 | A.   They always paid their bills, but it took a while. |
| 16:29:58 | 8 | Q.   And when you say -- |
| 16:30:00 | 9 | A.   I'm talking about for me. |
| 16:30:01 | 10 | Q.   For you, correct.  And when you say you previously provided |
| 16:30:04 | 11 | them the wiring instructions, did they seem to have trouble |
| 16:30:07 | 12 | wiring you funds? |
| 16:30:09 | 13 | A.   Yes, sir.  I mean, I just sent them a copy of -- it was just |
| 16:30:13 | 14 | a form that my bank had sent me that I scanned and sent to them. |
| 16:30:18 | 15 | Q.   Could you please play call 896?  896 is dated July 29, 2011. |
| 16:30:28 | 16 | (Audio file played.) |
| 16:32:02 | 17 | Q.   Mr. Graham, who's speaking on this call? |
| 16:32:06 | 18 | A.   Jose Trevino. |
| 16:32:09 | 19 | Q.   And when you say, I got money from your buddies, who are you |
| 16:32:14 | 20 | referring to? |
| 16:32:15 | 21 | A.   Well, I got the money from Alfonso Del Rayo, but I was |
| 16:32:19 | 22 | referring to Carlos. |
| 16:32:21 | 23 | Q.   And when you say the main guy, also in that call, what are |
| 16:32:25 | 24 | you referring to? |
| 16:32:26 | 25 | A.   To Carlos. |

16:32:27   1   Q.   And when you're talking money from Alfonso Del Rayo, is this

16:32:31   2   money for the purchase of Blues Ferrari?

16:32:33   3   A.   No, sir.  It was money that went toward the accounts and

16:32:37   4   stud fees at the ranch.

16:32:38   5   Q.   And how was that paid Southwest Stallion Station?

16:32:41   6   A.   I got two cashier's checks.

16:32:42   7   Q.   In what amounts?

16:32:44   8   A.   I think one was for 300,000.  One was for $225,000.

16:32:49   9   Q.   And when you say you got those cashier's checks and Jose

16:32:57   10  asked you about if you have any money for him, did he come and

16:33:00   11  collect any money?

16:33:00   12  A.   Yes, sir.  I think he came the next week and got -- you

16:33:04   13  know, part of that money was for stud fees.

16:33:09   14  Q.   Mr. Graham, I'm showing you what's been previously entered

16:33:12   15  as Government's Exhibit 266, page 62-566.  Is that one of the

16:33:21   16  cashier's checks that you received from Mr. Alfonso Del Rayo for

16:33:26   17  $300,000?

16:33:26   18  A.   Yes, sir.

16:33:27   19  Q.   And showing you the next page 567, is that the other check

16:33:33   20  you received for $250,000?

16:33:35   21  A.   I'm sorry.  250.  Not 225.

16:33:37   22  Q.   Did you have any accounts at Southwest Stallion Station

16:33:40   23  under Alfonso Del Rayo?

16:33:42   24  A.   Not that I know of.

16:33:50   25  Q.   Now, were you told that Alfonso Del Rayo was going to help

| | | |
|---|---|---|
| 16:33:58 | 1 | pay the bills? |
| 16:33:59 | 2 | A.   Well, he called me and said that he was going to be sending |
| 16:34:02 | 3 | me some money. |
| 16:34:03 | 4 | Q.   He being Alfonso Del Rayo? |
| 16:34:05 | 5 | A.   Yes, sir. |
| 16:34:05 | 6 | Q.   And did he identify which horses he would be paying for or |
| 16:34:22 | 7 | what accounts? |
| 16:34:22 | 8 | A.   He didn't say specifically in what accounts.  He just said |
| 16:34:26 | 9 | he was going to be sending me some money. |
| 16:34:27 | 10 | Q.   Could we pull up call 972, please?  972 is dated August 11, |
| 16:34:34 | 11 | 2011. |
| 16:34:53 | 12 | (Audio file played.) |
| 16:35:23 | 13 | Q.   Who's talking on this call, Mr. Graham? |
| 16:35:25 | 14 | A.   That's Fernando. |
| 16:35:26 | 15 | Q.   And he's asking for the registration papers on Tempting Dash |
| 16:35:30 | 16 | babies? |
| 16:35:31 | 17 | A.   Yeah.  He's asking for the breeder certificates. |
| 16:35:34 | 18 | Q.   And who owns Tempting Dash at this point? |
| 16:35:36 | 19 | A.   Tremor Enterprises. |
| 16:35:37 | 20 | Q.   And was Fernando Garcia acting as an official agent for |
| 16:35:42 | 21 | Tremor Enterprises for those registration papers? |
| 16:35:45 | 22 | A.   No, sir.  I wouldn't say so. |
| 16:35:47 | 23 | Q.   And why did he need the breeder certificates? |
| 16:35:50 | 24 | A.   Well, the mares that we had bred the year before were all |
| 16:35:53 | 25 | their mares.  They were Carlos, Fernando, the same group.  The |

16:35:57   1   test breedings the year before.  So the babies had been born by

16:36:03   2   now.

16:36:03   3   Q.   And so, were those the particular horses he was asking for

16:36:05   4   the breedings for?

16:36:06   5   A.   Yes, sir.

16:36:07   6   Q.   Could you please finish that?

16:36:09   7        (Audio file played.)

16:37:38   8   Q.   Were Tempting Dash babies ever registered?

16:37:41   9   A.   Eventually they were, yes, sir.

16:37:44  10   Q.   And did they eventually race, or are they racing this

16:37:47  11   season?

16:37:47  12   A.   Those particular foals were sold in the sale in November,

16:37:52  13   this past year.

16:37:54  14   Q.   All right.  Mr. Graham, I'm going to approach you on this

16:37:58  15   call, session 917.  I'm not going to play it, but if you could

16:38:02  16   just look over that call and see if you recall who was talking on

16:38:07  17   that particular call.  Just save a little time.

16:38:11  18   A.   Oh, this is me talking to Alfonso Del Rayo.

16:38:17  19   Q.   And was this the call in which you were talking about --

16:38:19  20   again, your Honor, for the record, that's call No. 917, dated

16:38:24  21   August 3rd, 2011.  It's available for the jury if they want to

16:38:29  22   hear it.

16:38:29  23        Was that the call you're talking about with respect to

16:38:32  24   the payments for bills?

16:38:34  25   A.   Yes.

16:38:35  1   Q.   Now, I want to turn your attention to the August 2011

16:38:44  2   Ruidoso trials.  Are you familiar with a horse called Big Daddy

16:38:48  3   Cartel?

16:38:48  4   A.   Yes, sir.

16:38:48  5   Q.   And whose horse was that in the trials?

16:39:01  6   A.   I'm not sure what company name they're in or under.

16:39:11  7   Q.   I'm showing you a poster, marked Government's Exhibit 3 by

16:39:14  8   stipulation seized at Jose Trevino's ranch in Lexington.  Could

16:39:21  9   you just describe generally what that is?

16:39:23  10  A.   That's a picture of the All American -- they did that for

16:39:26  11  all of the All American Futurity qualifiers that year.

16:39:30  12  Q.   And did Big Daddy Cartel qualify?

16:39:32  13  A.   Yes, sir.

16:39:32  14  Q.   And who is the jockey sitting at the top of Big Daddy

16:39:33  15  Cartel?

16:39:33  16  A.   Esgar Ramirez.

16:39:34  17  Q.   And what company is --

16:39:35  18  A.   It's under Poker Ranch, LLC.

16:39:38  19  Q.   Your Honor, I offer Government's Exhibit 3.

16:39:45  20       THE COURT:  Hearing no objection, G-3 is admitted.

16:39:52  21  Q.   (BY MR. GARDNER) Mr. Graham, just so the jury can see it,

16:39:54  22  what is your familiarity with Poker Ranch, LLC?

16:39:57  23  A.   That was one of the companies they ran horses under.

16:40:00  24  Q.   When you say "they"?

16:40:01  25  A.   I mean Carlos and Fernando.

| | | |
|---|---|---|
| 16:40:03 | 1 | Q.   And did they have specific conversations with you about |
| 16:40:06 | 2 | using Poker Ranch, LLC? |
| 16:40:08 | 3 | A.   Not specific conversation.  I mean, they had several |
| 16:40:12 | 4 | different LLCs they had horses under. |
| 16:40:14 | 5 | Q.   And after the trials in the All American Futurity, what |
| 16:40:20 | 6 | happened to that horse? |
| 16:40:22 | 7 | A.   After the trial, I believe he was transferred into Tremor |
| 16:40:26 | 8 | Enterprises. |
| 16:40:26 | 9 | Q.   And did that horse run in the All American Futurity in 2011? |
| 16:40:30 | 10 | A.   Yes, sir, he did. |
| 16:40:32 | 11 | Q.   Now, you testified earlier about a payment that Victor Lopez |
| 16:40:44 | 12 | asked you to go to Laredo to pick up.  Do you recall that? |
| 16:40:47 | 13 | A.   Yes. |
| 16:40:47 | 14 | Q.   All right.  Was there another occasion in which he asked you |
| 16:40:51 | 15 | to go to Laredo and pick that up? |
| 16:40:52 | 16 | A.   Yes, sir. |
| 16:40:52 | 17 | Q.   And do you recall when that was? |
| 16:40:55 | 18 | A.   It was later 2011.  I don't remember the month. |
| 16:41:00 | 19 | Q.   And could you tell the ladies and gentlemen of the jury the |
| 16:41:03 | 20 | circumstances surrounding that particular money payment? |
| 16:41:07 | 21 | A.   It was just kind of the same thing.  I mean, he called and |
| 16:41:10 | 22 | said, hey, I've got money down here in Laredo, cash, you know, |
| 16:41:13 | 23 | you can come pick it up. |
| 16:41:16 | 24 | Q.   And did you go, in fact, pick it up? |
| 16:41:18 | 25 | A.   I personally did not, no, sir. |

16:41:19  1    Q.   And did you inform Special Agent Scott Lawson of that

16:41:22  2    pick-up?

16:41:22  3    A.   Yes, sir.

16:41:22  4    Q.   One other thing before I leave that Alfonso Del Rayo call.

16:41:32  5    In that call, did he tell you he was frightened of Carlos?

16:41:37  6    A.   He didn't say he was frightened, but he seemed very nervous

16:41:40  7    about talking -- you know, about dealing with me.

16:41:45  8    Q.   And I may be jumping ahead a little bit.  I think I am.  Was

16:41:48  9    there another occasion in which he provided you personal checks?

16:41:52  10   A.   I think that was after the cashier's checks.

16:41:54  11   Q.   After the cashier's check.  And did he ask you not to cash

16:41:57  12   all those personal checks?

16:41:59  13   A.   Yeah.  I think he gave me three $50,000 checks and he, like,

16:42:03  14   told me to deposit one a week -- or he would call me and tell me

16:42:06  15   when, you know, the checks were going to be able to clear.

16:42:09  16   Q.   And at some point did he mention not having the funds

16:42:13  17   available in those accounts?

16:42:14  18   A.   Yes, sir.

16:42:14  19   Q.   And did he ask you to say something or not say something to

16:42:18  20   Carlos Nayen?

16:42:18  21   A.   Yeah.  He just said, hey, can you just tell him, you know,

16:42:21  22   basically like the money's going to be good, I think, in like

16:42:26  23   over a three- or four-week period.  Just, you know, can you just

16:42:29  24   tell him I paid you.

16:42:34  25   Q.   And can we please play call 1051?  And that call is dated

| | | |
|---|---|---|
| 16:42:38 | 1 | August 22nd, 2011. |
| 16:42:57 | 2 | (Audio file played.) |
| 16:44:12 | 3 | Q.   Okay.  The 69, what does that refer to? |
| 16:44:16 | 4 | A.   69,000, I think that was, you know, for accounts receivable |
| 16:44:21 | 5 | at the ranch. |
| 16:44:21 | 6 | Q.   And, again, who is speaking on this call, Mr. Graham? |
| 16:44:23 | 7 | A.   Victor Lopez. |
| 16:44:25 | 8 | Q.   And was this referring to the trip down to Laredo that you |
| 16:44:29 | 9 | just mentioned previously? |
| 16:44:30 | 10 | A.   Yes, sir. |
| 16:44:30 | 11 | Q.   Could you resume call 1061, dated August 24, 2011? |
| 16:44:43 | 12 | (Audio file played.) |
| 16:45:17 | 13 | Q.   And, again, is this Victor Lopez? |
| 16:45:19 | 14 | A.   Yes, sir. |
| 16:45:20 | 15 | Q.   And when Victor Lopez tells you he's driving a white cab, |
| 16:45:23 | 16 | what do you do with that information? |
| 16:45:26 | 17 | A.   I was talking to Scott. |
| 16:45:28 | 18 | Q.   Scott Lawson? |
| 16:45:29 | 19 | A.   Yes, sir. |
| 16:45:30 | 20 | Q.   All right.  Do you know where he was at the time? |
| 16:45:32 | 21 | A.   I think he was in Laredo. |
| 16:45:33 | 22 | Q.   Could you please play call 1062, also dated August 24, 2011? |
| 16:45:44 | 23 | (Audio file played.) |
| 16:46:14 | 24 | Q.   And you eventually get $59,750? |
| 16:46:17 | 25 | A.   Yes, sir. |

| | | |
|---|---|---|
| 16:46:18 | 1 | Q.   In cash? |
| 16:46:18 | 2 | A.   Yes, sir. |
| 16:46:19 | 3 | Q.   Was that provided to you by Special Agent Lawson? |
| 16:46:21 | 4 | A.   Yes, sir. |
| 16:46:22 | 5 | Q.   And what did you apply that amount to? |
| 16:46:24 | 6 | A.   It went to the bills at the ranch on -- I don't know what |
| 16:46:28 | 7 | specific account.  Probably Carlos' or could have went to several |
| 16:46:31 | 8 | accounts. |
| 16:46:35 | 9 | Q.   Play call 1125, dated September 6th of 2011. |
| 16:46:45 | 10 | (Audio file played.) |
| 16:48:51 | 11 | Q.   When you talk about Alfonso in the first part of that and |
| 16:48:54 | 12 | Del Rayo in the second, what are you discussing?  What are you |
| 16:48:58 | 13 | asking him for? |
| 16:48:59 | 14 | A.   I was trying to get a hold of him and I think that's when I |
| 16:49:03 | 15 | was still holding those checks, and I couldn't get in contact |
| 16:49:05 | 16 | with him and I didn't want to deposit the checks. |
| 16:49:07 | 17 | Q.   And, again, is this you and Fernando Garcia talking on the |
| 16:49:10 | 18 | phone? |
| 16:49:10 | 19 | A.   Yes. |
| 16:49:12 | 20 | Q.   When you asked him up here about what he bought and he |
| 16:49:17 | 21 | responds, we have it, we have it, but this is between you and me, |
| 16:49:20 | 22 | the 17 total, you know.  You know how Jose is.  What 17 are they |
| 16:49:26 | 23 | talking about? |
| 16:49:26 | 24 | A.   They were talking about the yearlings they had just bought |
| 16:49:32 | 25 | at Ruidoso. |

| | | |
|---|---|---|
| 16:49:33 | 1 | Q.   What's Fernando Garcia mean when he says, this is between |
| 16:49:35 | 2 | you and me because you know how Jose is? |
| 16:49:38 | 3 | MS. WILLIAMS:  Object as speculation. |
| 16:49:42 | 4 | Q.   (BY MR. GARDNER) What did you understand it to mean? |
| 16:49:44 | 5 | A.   I thought he -- |
| 16:49:44 | 6 | MS. WILLIAMS:  Objection.  Speculation. |
| 16:49:46 | 7 | THE COURT:  No.  I'm going to let him answer that.  If |
| 16:49:49 | 8 | he know.  Go ahead. |
| 16:49:50 | 9 | A.   I thought he meant, you know, just keep it between us.  They |
| 16:49:53 | 10 | didn't want their business out, you know, with a lot of people to |
| 16:49:55 | 11 | know. |
| 16:49:55 | 12 | Q.   (BY MR. GARDNER) And the 17 horses be bought at this |
| 16:49:59 | 13 | auction, did they go under Jose Trevino's name? |
| 16:50:02 | 14 | A.   No, sir. |
| 16:50:02 | 15 | Q.   And whose name did they go under? |
| 16:50:04 | 16 | A.   They went under a list of different names.  I couldn't tell |
| 16:50:08 | 17 | you all of them. |
| 16:50:18 | 18 | THE COURT:  Let's give the jury a little break.  Take a |
| 16:50:21 | 19 | break, use the facilities, come back.  And we'll run until about |
| 16:50:24 | 20 | 6:00. |
| 16:51:00 | 21 | (Jury not present.) |
| 16:51:02 | 22 | THE COURT:  Let's take ten minutes. |
| 16:51:05 | 23 | (Recess.) |
| 17:00:47 | 24 | (Jury present.) |
| 17:00:55 | 25 | THE COURT:  Mr. Graham, you're still under oath. |

| | | |
|---|---|---|
| 17:00:58 | 1 | THE WITNESS:  Yes, sir. |
| 17:00:59 | 2 | MR. GARDNER:  Thank you, your Honor. |
| 17:01:00 | 3 | Q.   (BY MR. GARDNER) Did you ever have a conversation with |
| 17:01:03 | 4 | "Chevo" Huitron about the death of Ramiro Villarreal? |
| 17:01:06 | 5 | A.   About the death of Ramiro? |
| 17:01:08 | 6 | Q.   Death of Ramiro Villarreal? |
| 17:01:10 | 7 | A.   Yes, sir. |
| 17:01:11 | 8 | MR. MAYR:  Your Honor, object to hearsay.  Also, Mr. |
| 17:01:27 | 9 | Esper, the attorney who probably needs to be making this |
| 17:01:31 | 10 | objection, is not back from the break.  Mr. Esper is not here. |
| 17:01:34 | 11 | THE COURT:  I can't be responsible for somebody not |
| 17:01:37 | 12 | coming back. |
| 17:01:38 | 13 | MR. MAYR:  I understand, your Honor.  I will make the |
| 17:01:40 | 14 | objection, though, that it is hearsay. |
| 17:01:42 | 15 | THE COURT:  Well, the objection to the question is |
| 17:01:45 | 16 | overruled.  The question is, did you have a conversation.  But |
| 17:01:50 | 17 | I'll wait.  Go out there and get Mr. Esper.  He was late last |
| 17:01:54 | 18 | time, too, and you had to go get him. |
| 17:02:47 | 19 | MR. DEGEURIN:  Judge, may we approach? |
| 17:02:49 | 20 | THE COURT:  Mine as well, but nobody's here.  We've |
| 17:02:54 | 21 | started the evidence because you were not here, others were not |
| 17:02:57 | 22 | here, but now they've gone on a lost-finding party apparently. |
| 17:03:01 | 23 | MR. DEGEURIN:  Something came up during the break, I'd |
| 17:03:03 | 24 | like to approach the bench. |
| 17:03:05 | 25 | THE COURT:  Well, won't do any good until they all get |

| | | |
|---|---|---|
| 17:03:12 | 1 | here. |
| 17:03:13 | 2 | MR. DEGEURIN:  Okay.  I'm sorry, I understand that Ms. |
| 17:03:27 | 3 | Williams' already spoken.  We'll do it at the end of the day. |
| 17:03:30 | 4 | THE COURT:  All right.  Mr. Gardner. |
| 17:04:09 | 5 | MR. GARDNER:  Thank you, your Honor. |
| 17:04:10 | 6 | Q.   (BY MR. GARDNER) Did you have a conversation with "Chevo" |
| 17:04:13 | 7 | Huitron about the death of Ramiro Villarreal? |
| 17:04:15 | 8 | A.   Yes, sir. |
| 17:04:16 | 9 | Q.   And what was that conversation? |
| 17:04:18 | 10 | MR. MAYR:  Objection.  Hearsay. |
| 17:04:19 | 11 | THE COURT:  Sustained. |
| 17:04:21 | 12 | Q.   (BY MR. GARDNER) Turn your attention to the Heritage Place |
| 17:04:34 | 13 | sale on September 14th of 2011.  Do you know how many horses the |
| 17:04:39 | 14 | organization purchased at that point? |
| 17:04:42 | 15 | MS. WILLIAMS:  Objection, your Honor.  The |
| 17:04:45 | 16 | organization.  Is there some specific people? |
| 17:04:47 | 17 | MR. GARDNER:  I can list the people, your Honor. |
| 17:04:49 | 18 | Q.   (BY MR. GARDNER) Do you know how many horses on the |
| 17:04:52 | 19 | September Heritage yearling sale were purchased by either Jose |
| 17:04:57 | 20 | Trevino, Fernando Garcia, Carlos Nayen? |
| 17:05:01 | 21 | A.   They purchased -- I mean, it was several.  May be eight or |
| 17:05:06 | 22 | ten. |
| 17:05:09 | 23 | Q.   And after that sale -- |
| 17:05:11 | 24 | A.   It could have been more than that.  I can't remember a |
| 17:05:14 | 25 | specific number. |

17:05:14  1    Q.   And after that sale, did you have a conversation with

17:05:18  2    Fernando Garcia about Jose Trevino buying his own breeding ranch?

17:05:23  3    A.   Yes, sir.  We talked about that at some point.

17:05:26  4    Q.   Before I get into that conversation, did Jose Trevino ever

17:05:30  5    have a conversation about buying his own breeding ranch?

17:05:33  6    A.   Me and Jose had talked about him buying some land few times

17:05:37  7    in the past.  I don't think at that point it was very specific to

17:05:43  8    him buying land for a stud farm.

17:05:45  9    Q.   And do you know when he acquired any land for his stud farm?

17:05:51  10   A.   Sometime in the late fall or early winter of 2011.

17:05:56  11   Q.   And do you know where that stud farm is located?

17:05:59  12   A.   Yes, sir.  In Oklahoma.

17:06:02  13   Q.   And what did Jose Trevino tell you about moving Tempting

17:06:06  14   Dash and Mr. Piloto from Southwest Stallion Station?

17:06:09  15   A.   Well, we had a conversation that he wasn't going to move

17:06:14  16   Tempting Dash the next year.  Just was only going to stand

17:06:17  17   Mr. Piloto and move him.

17:06:18  18   Q.   Move Mr. Piloto to Lexington?

17:06:20  19   A.   Yes, sir.

17:06:20  20   Q.   Did you ask him why he would want to start a stud farm?

17:06:26  21   A.   Yeah.  I just asked him out of curiosity, you know, I

17:06:28  22   thought we had done a good job and I thought it had been

17:06:31  23   profitable for him, you know, the arrangement we had going on.

17:06:35  24   So, I mean, running a stud farm's, you know, complicated

17:06:39  25   business.  I just asked him out of curiosity why he was wanting

17:06:42   1   to do it on his own.

17:06:44   2   Q.   And what was his response?

17:06:45   3   A.   He said pretty much simply just, you know, I want to try and

17:06:48   4   do it on my own.   I don't know that I'll do it right the first

17:06:51   5   time.   We'll probably have some struggles but just want to have

17:06:53   6   my own place.

17:06:53   7   Q.   Was there any animosity between you and he that led to that?

17:06:58   8   A.   No.   I don't -- I mean, that particular conversation was

17:07:01   9   real friendly.   I mean, I don't -- in my opinion there wasn't any

17:07:05  10   animosity that led to it.

17:07:08  11   Q.   And was there an occasion when a bunch of lab equipment

17:07:11  12   started showing up at Southwest Stallion Station?

17:07:13  13   A.   Yes, sir.

17:07:13  14   Q.   And what was that lab equipment for?

17:07:16  15   A.   It was breeding equipment, ultrasounds, incubators, stuff of

17:07:20  16   that nature.

17:07:22  17   Q.   And was that lab equipment for Southwest Stallion Station?

17:07:25  18   A.   No, sir.   It was just drop-shipped to Southwest Stallion

17:07:30  19   Station, and he said he was going to pick it up at a later date.

17:07:32  20   Q.   Okay.   And when you say "he," who are you talking about?

17:07:34  21   A.   Jose.

17:07:37  22   Q.   And at some point, did Jose Trevino start picking up the

17:07:43  23   horses he had at Southwest Stallion Station and moving them to

17:07:46  24   Oklahoma?

17:07:46  25   A.   Yes, sir.

| | | |
|---|---|---|
| 17:07:47 | 1 | Q.   When was that? |
| 17:07:48 | 2 | A.   It was in the, like, later part of 2011. |
| 17:07:55 | 3 | Q.   All right.  And who would come and pick up the horses? |
| 17:07:57 | 4 | A.   "Saltillo" hauled most of them. |
| 17:07:59 | 5 | Q.   And "Saltillo" is the same person you know as Sergio Rincon? |
| 17:08:03 | 6 | A.   Yes, sir. |
| 17:08:04 | 7 | Q.   Could we please play call 1506?  1506 is dated March 20th of |
| 17:08:20 | 8 | 2012. |
| 17:08:22 | 9 |          (Audio file played.) |
| 17:10:25 | 10 | Q.   Mr. Graham, you said you got all the babies there.  What are |
| 17:10:30 | 11 | the babies you're talking about? |
| 17:10:31 | 12 | A.   It was the babies that had been born at the ranch. |
| 17:10:34 | 13 | Q.   And is that from the breedings of which horses to which |
| 17:10:38 | 14 | horses? |
| 17:10:39 | 15 | A.   It was some shipped semen horses.  There was some Tempting |
| 17:10:44 | 16 | Dash babies.  There were a lot of, you know, horses shipped |
| 17:10:49 | 17 | semen, First Down Dash's, Corona Cartel's. |
| 17:10:52 | 18 | Q.   And, again, who is in this call? |
| 17:10:53 | 19 | A.   Fernando. |
| 17:10:54 | 20 | Q.   And when you're talking about "Saltillo," is that who you're |
| 17:10:57 | 21 | talking about taking the horses to Oklahoma? |
| 17:10:59 | 22 | A.   Yes, sir. |
| 17:11:00 | 23 | Q.   And with respect to asking about the babies, did the babies |
| 17:11:03 | 24 | also get shipped to Oklahoma? |
| 17:11:04 | 25 | A.   Yes, sir. |

17:11:05  1    Q.   All right.  And were some of those babies listed under

17:11:11  2    Carlos Nayen's name?

17:11:12  3    A.   Yes, sir.

17:11:13  4    Q.   Continue, please.

17:11:14  5              (Audio file played.)

17:11:42  6    Q.   At this point, who's Dashin Follies belong to?

17:11:46  7    A.   I don't know who they had it registered.  I guess in my

17:11:49  8    opinion, Alejandro Barradas still owned her.

17:11:54  9    Q.   And did Fernando Garcia ever act as the agent for Dashin

17:11:58  10   Follies?

17:11:58  11   A.   He helped, you know, agent as far as telling me where we

17:12:02  12   were going to be breeding her to and what they were going to be

17:12:04  13   breeding her to and stuff.

17:12:05  14   Q.   So he provided you directions while Dashin Follies was

17:12:09  15   standing at Southwest Stallion Station?

17:12:10  16   A.   Yes, sir.

17:12:10  17   Q.   Please continue.

17:12:13  18             (Audio file played.)

17:13:10  19   Q.   Your Honor, I apologize.  That call was actually dated

17:13:13  20   November 8th of 2011.  That was call No. 1506.

17:13:19  21             Could you please play call No. 1823?  And this is the

17:13:26  22   last call.  1823 is dated -- I'm sorry, December 19th of 2011.

17:13:34  23             (Audio file played.)

17:14:10  24   Q.   When you say when they put the wire through down there,

17:14:13  25   where is down there?

17:14:15    1    A.    Wherever Victor was sending it from.  Somewhere in Mexico,

17:14:19    2    I'm assuming.

17:14:20    3    Q.    Go ahead.

17:14:21    4            (Audio file played.)

17:17:06    5    Q.    Again, is this Fernando Garcia on this call?

17:17:06    6    A.    Yes, sir.

17:17:13    7    Q.    And when he was talking Francisco Colorado horses, did you

17:17:16    8    receive directions from Fernando Garcia and Carlos Nayen to take

17:17:19    9    care of those horses?

17:17:19   10    A.    Yes, sir.

17:17:20   11    Q.    And at what point did Jose Trevino pick up all of his horses

17:17:29   12    to take to Lexington?

17:17:31   13    A.    All the horses under his account?

17:17:33   14    Q.    Correct.

17:17:34   15    A.    It was right there in that same time period towards the end

17:17:37   16    of 2011.

17:17:39   17    Q.    Now, I want to turn your attention back to Heritage Place in

17:17:43   18    November of 2011.  Were you familiar with the horses Blues Girls

17:17:49   19    Choice, Number One Cartel, Devils Ridge and Forty Force?

17:17:52   20    A.    Yes, sir.

17:17:53   21    Q.    And do you know who the agents on those horses were?

17:17:55   22    A.    The selling agent?

17:17:57   23    Q.    The selling agent.

17:17:59   24    A.    I was the selling agent.

17:17:59   25    Q.    And do you recall how much those horses went for?

17:18:04   1   A.   I don't remember.  I'd have to look at the sales sheet to
17:18:07   2   remember exactly.
17:18:08   3   Q.   Were you surprised at the prices for those four horses
17:18:11   4   bought?
17:18:11   5   A.   Yes, sir.
17:18:11   6   Q.   And as a selling agent, who was selling those four horses?
17:18:16   7   A.   I was selling them for Tremor Enterprises.
17:18:19   8   Q.   How many times, to your knowledge, has Tremor Enterprises
17:18:25   9   sold horses at auctions?
17:18:27  10   A.   Just that sale and the other sale where they sold Blues
17:18:33  11   Ferrari.
17:18:33  12   Q.   And at that particular sale, did people you associated with,
17:18:40  13   Carlos Nayen, Jose Trevino, Victor Lopez or Fernando Garcia, buy
17:18:44  14   any horses?
17:18:46  15   A.   Yes, sir.
17:18:47  16   Q.   Do you recall how many they bought?
17:18:49  17   A.   I think they bought ten or eleven.
17:18:53  18   Q.   And do you know how that sale was paid for?
17:18:55  19   A.   They wired the money to Heritage.
17:18:58  20   Q.   Were you familiar with a wire from Quick Loans' Arian Jaff?
17:19:02  21   A.   I didn't know it was Quick Loans at the time but it was --
17:19:06  22   yeah.  I think it came across the Jaff -- on the e-mails.  I got
17:19:09  23   copies of the e-mails.
17:19:10  24   Q.   Are you familiar with a entity called Bonanza Racing
17:19:14  25   Stables?

17:19:15    1    A.   Yes, sir.

17:19:16    2    Q.   And when did you first become aware of that entity?

17:19:19    3    A.   I guess it was 2011 when -- 2011 or '12.  It was another one

17:19:25    4    of the LLCs they used to run horses.

17:19:28    5    Q.   And was it in addition to the other ones you've mentioned,

17:19:32    6    Carmina?

17:19:32    7    A.   Correct.

17:19:33    8    Q.   And going to the next auction, January 19, 2012.  Were you

17:19:46    9    aware they bought a number of horses at that auction?

17:19:48   10    A.   Yes, sir.

17:19:49   11         MS. WILLIAMS:  Objection, your Honor.  They.  Who

17:19:51   12    bought what?

17:19:53   13    Q.   (BY MR. GARDNER) Were you aware that Jose Trevino, Fernando

17:19:56   14    Garcia, Carlos Nayen, or people associated with them, had

17:19:59   15    purchased horses at that auction?

17:20:01   16    A.   Yes, sir.

17:20:02   17    Q.   And what was the method of payment for that particular sale?

17:20:07   18    A.   I believe they wired the money for that sale, too.

17:20:09   19    Q.   Were you aware of a number of payments that Fernando Garcia

17:20:14   20    forwarded to Heritage Place?

17:20:16   21    A.   I wouldn't -- I'd have to go back and look.  I don't know

17:20:20   22    who forwarded them to Heritage.

17:20:21   23    Q.   So at this point, where is Jose Trevino in terms of setting

17:20:24   24    up his operation in Lexington, Oklahoma?

17:20:29   25    A.   He had the land.  He had the facility bought.  He was doing

| | | |
|--|--|--|
| 17:20:31 | 1 | a ton of work up there to get ready for breeding season. |
| 17:20:35 | 2 | Q.   And were you still taking stud fees for Jose Trevino? |
| 17:20:40 | 3 | A.   For Tempting Dash? |
| 17:20:42 | 4 | Q.   Correct. |
| 17:20:42 | 5 | A.   I was for the outside horses or mares that I had at the |
| 17:20:47 | 6 | ranch. |
| 17:20:47 | 7 | Q.   Did Jose Trevino ask you to save stud fees for mares he had |
| 17:20:51 | 8 | at his ranch? |
| 17:20:52 | 9 | A.   Yes, sir. |
| 17:20:52 | 10 | Q.   And did you agree to do that? |
| 17:20:53 | 11 | A.   No, sir. |
| 17:20:54 | 12 | Q.   Why not? |
| 17:20:55 | 13 | A.   Because I didn't feel like I could keep track of how many |
| 17:21:00 | 14 | mares were really up there.  I didn't have signed contracts on |
| 17:21:02 | 15 | anything, and it just didn't seem like a good idea.  I mean, it |
| 17:21:07 | 16 | wasn't a clear-cut about what we were really doing. |
| 17:21:11 | 17 | Q.   And on your property, when you had the mares, can you keep |
| 17:21:14 | 18 | track of which semen -- |
| 17:21:17 | 19 | A.   Yeah.  When the horses are at my place, it's easy because |
| 17:21:21 | 20 | I'm looking at them.  They're right there.  Or if -- you know, if |
| 17:21:26 | 21 | I'd had legitimate, signed contracts, you know, for individual |
| 17:21:32 | 22 | mares, copies of the registration papers, and all that stuff, |
| 17:21:35 | 23 | like we would on typical, you know, on a typical horse, it |
| 17:21:39 | 24 | probably wouldn't have been a problem either, but we didn't have |
| 17:21:42 | 25 | any of that. |

17:21:42  1   Q.   When you say, signed breeding contract?

17:21:44  2   A.   Well, typically they -- you know, you get any kind of a

17:21:48  3   signed breeding contract, you get it back with the owner and a

17:21:50  4   copy of the mare's registration papers showing that owner.

17:21:54  5   Q.   And for the mares that Jose Trevino asked you to breed to,

17:21:57  6   did you have any of that?

17:21:58  7   A.   No, sir.

17:21:59  8   Q.   And what mares or whose mares was he asking you to ship

17:22:04  9   Tempting Dash semen for?

17:22:05  10  A.   It was basically the same mares that we had had at the ranch

17:22:08  11  the year before that were all under Carlos' account.

17:22:11  12  Q.   And so, when you told Jose Trevino that you weren't willing

17:22:14  13  to collect his stud fees anymore, what was his reaction?

17:22:17  14  A.   He was upset.  And, you know, I kind of told him just like I

17:22:19  15  told you.  I said, I don't have any signed contracts.  I don't

17:22:22  16  know, you know, legitimately who -- or not legit -- specifically,

17:22:26  17  who owns these mares.  I don't have copies of the registration

17:22:28  18  papers.  I mean, I just -- I can't do business like that.

17:22:33  19  Q.   And with respect to the mares controlled by Carlos Nayen,

17:22:37  20  did Jose Trevino ask you or tell you how he acquired those mares?

17:22:41  21  A.   Well, he said that he was going to lease them.

17:22:44  22  Q.   Define that for the jury.  What's it mean to lease a mare?

17:22:48  23  A.   It's just a lease just like you lease anything else.  I

17:22:52  24  mean, there's a form you fill out if you do it through AQHA

17:22:55  25  that's a lease certificate, and it's just, you know, you lease

17:22:59  1  the mare from whoever owns the mare at the time for certain

17:23:02  2  period of times.  Send the form in to AQHA and, I think, pay like

17:23:07  3  a nominal fee of 25 bucks, or something, and then, just lease the

17:23:11  4  horse.

17:23:12  5  Q.   And does the evidence of that lease demonstrate that you

17:23:17  6  have those horses in your control?

17:23:18  7  A.   Most of the time.  Yes, sir.

17:23:20  8  Q.   And without that lease, how would you explain the presence

17:23:25  9  of mares on your properties?

17:23:27  10  A.   Yeah.  I mean, the reason you lease the mares is so that

17:23:30  11  when you're breeding them, the following year when the babies are

17:23:34  12  born, you have a legitimate paper trail to register those babies

17:23:39  13  under your name or whoever leased the horses.  It could be

17:23:45  14  partnership.  You could lease horses to run.  You could lease

17:23:48  15  them to do anything with.

17:23:51  16  Q.   Now, in addition to starting to use the name Bonanza Racing

17:23:55  17  Stables, were you aware of "Chevo" Huitron training with Fernando

17:24:01  18  Garcia in March of 2012?

17:24:03  19  A.   Yes, sir.

17:24:03  20  Q.   And where was that?

17:24:04  21  A.   I think that's when they were in Ruidoso.

17:24:07  22  Q.   And did "Chevo" Huitron suffer an injury?

17:24:10  23  A.   Yes, sir.  He broke his leg.

17:24:13  24  Q.   And what did Mr. "Chevo" Huitron tell you about his training

17:24:18  25  in Ruidoso, New Mexico?

17:24:20  1  A.   They were training at a training center out there.  Can't

17:24:24  2  think of the city now, off the top of my head.  And it's a big

17:24:27  3  training center where a lot -- multiple trainers, you know, you

17:24:31  4  could just rent stalls and train and use the track.  He was just

17:24:35  5  out there basically.  All of those horses that were there were

17:24:39  6  going to run in all the futurities that summer.  So he was there

17:24:42  7  managing, you know, overseeing the training.

17:24:43  8  Q.   Did "Chevo" Huitron express to you that his desire to keep

17:24:47  9  that quiet?

17:24:49  10          MR. ESPER:  Objection, your Honor.  It's hearsay, your

17:24:51  11  Honor.

17:24:56  12          MR. GARDNER:  I believe it's coconspirator hearsay

17:24:57  13  statement, your Honor.

17:24:58  14          THE COURT:  I'm going to sustain the objection.

17:25:05  15  Q.   (BY MR. GARDNER) Do you know if any -- "Chevo" Huitron's

17:25:11  16  Texas clients knew he was in Ruidoso at that time?

17:25:14  17          MR. ESPER:  Objection, your Honor.  Calls for

17:25:15  18  speculation.

17:25:16  19          THE COURT:  It does.  I'll sustain the objection.

17:25:20  20  Q.   (BY MR. GARDNER) Did "Chevo" ever give you any information

17:25:23  21  about the Zetas' activities in Mexico?

17:25:26  22  A.   No, sir.  We didn't really talk about that.

17:25:31  23  Q.   And finally, Mr. Graham, do you see Jose Trevino in the

17:25:35  24  courtroom today?

17:25:35  25  A.   Excuse me?

| | | |
|---|---|---|
| 17:25:36 | 1 | Q.   Do you see Jose Trevino in the courtroom today? |
| 17:25:38 | 2 | A.   Yes, sir. |
| 17:25:38 | 3 | Q.   Is that the individual standing? |
| 17:25:40 | 4 | A.   Yes, sir. |
| 17:25:41 | 5 | Q.   Do you see Fernando Garcia in the courtroom today? |
| 17:25:44 | 6 | A.   Yes, sir. |
| 17:25:45 | 7 | Q.   Do you see "Chevo" Huitron in the courtroom today? |
| 17:25:49 | 8 | A.   Yes, sir. |
| 17:25:50 | 9 | Q.   Is this the individual sitting here in the gray suit? |
| 17:25:53 | 10 | A.   Yes, sir. |
| 17:25:53 | 11 | Q.   And do you see Jesus or Jesse Huitron in the courtroom |
| 17:25:56 | 12 | today? |
| 17:25:56 | 13 | A.   Yes, sir. |
| 17:25:58 | 14 | Q.   May I have one moment, your Honor? |
| 17:26:00 | 15 | THE COURT:  Yes, sir. |
| 17:26:08 | 16 | MR. GARDNER:  I'll pass the witness, your Honor. |
| 17:26:13 | 17 | THE COURT:  Which one?  Ms. Williams? |
| 17:26:16 | 18 | MR. FINN:  The pretty one, your Honor. |
| 17:26:21 | 19 | CROSS-EXAMINATION |
| 17:26:21 | 20 | BY MS. WILLIAMS: |
| 17:27:07 | 21 | Q.   Mr. Graham, my name's Christie Williams.  I have a few |
| 17:27:10 | 22 | questions for you. |
| 17:27:11 | 23 | I'm going to go back to the very beginning to start |
| 17:27:14 | 24 | out.  You told Mr. Gardner something about Jose making some |
| 17:27:18 | 25 | comment about when he found out that Tempting Dash had |

17:27:23   1   piroplasmosis.  Something about doing something with animal

17:27:28   2   health people.  Bribing, right?  Do you remember saying that?

17:27:35   3   A.   We had a conversation about that.

17:27:36   4   Q.   And you never told Agent Lawson about that conversation, did

17:27:38   5   you?

17:27:39   6   A.   Yes, I did.

17:27:39   7   Q.   Let me ask you to look at JT-10, 11, 12 and 13.  Do you

17:27:50   8   recognize these documents?

17:27:52   9   A.   Yes, I do.

17:27:53   10   Q.   What are they?  Just in general, what are they?

17:27:57   11   A.   They're permits from Texas Animal Health Commission.

17:28:02   12   Q.   And do they have to do with Tempting Dash?

17:28:04   13   A.   Yes.

17:28:05   14   Q.   I'll offer 10, 11, 12 and 13.

17:28:10   15        MR. GARDNER:  What are the dates on them?  No

17:28:37   16   objection, your Honor.

17:28:38   17        THE COURT:  JT-10, 11, 12 and 13 are admitted.

17:28:47   18   Q.   (BY MS. WILLIAMS) Now, these documents are filled out by

17:28:55   19   someone who wants to move a horse, in this case, that has

17:29:01   20   piroplasmosis, and you need permission from the Texas Animal

17:29:04   21   Health Commission to do so, correct?

17:29:05   22   A.   That is correct.

17:29:07   23   Q.   And these documents indicate that on -- it's a little hard

17:29:15   24   to tell because they're a little different dates.  But on April

17:29:19   25   17th, Jose Trevino told the Texas Animal Health Commission that

17:29:28  1  he wanted to move Tempting Dash from where it was located in

17:29:33  2  McDade to Quemado, Texas; is that correct?

17:29:40  3  A.   I don't know if that's what he told him or not.

17:29:48  4  Q.   Does this document indicate that Jose Trevino got permission

17:29:54  5  from the Texas Animal Health Commission to move Tempting Dash

17:29:57  6  from McDade to Quemado?

17:30:00  7  A.   It does, but it could have been postdated.

17:30:03  8  Q.   Okay.  And on June 22nd or June 25th, does this document --

17:30:16  9  that first one was JT-10.

17:30:18  10         Does JT-11 indicate that the Texas Animal Health

17:30:21  11  Commission gave permission to move Tempting Dash from Quemado to

17:30:26  12  College Station?

17:30:27  13  A.   Yes.  I believe that one does.

17:30:33  14  Q.   And does JT-12 indicate that in July, the Texas Animal

17:30:42  15  Health Commission approved Tempting Dash to move from College

17:30:45  16  Station back to McDade?

17:30:51  17  A.   Yes.  I believe it does.

17:30:59  18  Q.   And then, a little bit later in July, JT-13 indicates that

17:31:05  19  the Texas Animal Health Commission gave permission for Tempting

17:31:07  20  Dash to be moved from McDade to Southwest Stallion Station?

17:31:10  21  A.   Correct.

17:31:11  22  Q.   And that's where the horse is today?

17:31:12  23  A.   That's where he's at today.

17:31:23  24  Q.   When Tempting Dash was diagnosed with piroplasmosis, it was

17:31:27  25  at McDade, Dr. Collins' vet clinic; is that right?

17:31:30  1   A.   Well, he went out there mobile-ly and drawn the blood.  Yes.

17:31:36  2   Q.   The horse was at McDade?

17:31:38  3   A.   Yes.

17:31:39  4   Q.   It wasn't at Southwest Stallion Station?

17:31:41  5   A.   No.

17:31:42  6   Q.   And your biggest complaint, I guess, about these -- this

17:31:50  7   seems to be an original document, do you agree, with JT-10?

17:31:56  8   Original of a triplicate?

17:31:58  9   A.   Seems to be original.

17:31:59 10   Q.   But you indicated, not in response to my question, that it

17:32:03 11   might have been postdated, right?

17:32:05 12   A.   It's possible.

17:32:08 13   Q.   It's also possible that you're not telling the truth about

17:32:11 14   that conversation, isn't it?

17:32:12 15        MR. GARDNER:  Your Honor, that's argumentative.  The

17:32:15 16   jury decides credibility of a witness.

17:32:18 17        THE COURT:  It is argumentative.

17:32:21 18   Q.   (BY MS. WILLIAMS) How much money did Southwest Stallion

17:32:26 19   Station make during the period of time that you were cooperating

17:32:30 20   with the government from Carlos Nayen, Jose Trevino?

17:32:38 21   A.   By cooperating, what do you mean?

17:32:41 22   Q.   I mean that you signed an agreement with these agents that

17:32:47 23   you were going to call people up, record your conversations, that

17:32:53 24   you were going to go to Heritage Place auction, that you were

17:32:58 25   going to go to races, that you were going to hang out and listen

17:33:01  1   to conversations?

17:33:02  2           MR. GARDNER:  Your Honor, at this point Ms. Williams is

17:33:04  3   testifying rather than asking a question.  So we object to the

17:33:07  4   form of a non-question.

17:33:15  5           THE COURT:  The witness asked her what she meant.  May

17:33:19  6   be a little dramatic, but she's explaining to him what she meant.

17:33:26  7   Q.  (BY MS. WILLIAMS) During that period of time, from early

17:33:33  8   2010 to the date of Jose Trevino's arrest, how much money did

17:33:39  9   Southwest Stallion Station make from keeping the horses that

17:33:44  10  you've talked about here today?

17:33:46  11  A.   Probably a few hundred thousand.

17:33:49  12  Q.   A few hundred thousand?

17:33:50  13  A.   Yes, ma'am.

17:33:51  14  Q.   We heard about $270,000 earlier, right?  Do you remember

17:33:56  15  that?

17:33:56  16  A.   Yes.

17:33:56  17  Q.   We heard about $223,000, right?

17:34:00  18  A.   Right.

17:34:01  19  Q.   So right there, that's 500,000?

17:34:03  20  A.   That's not net profit.

17:34:08  21  Q.   When you got this $100,000 in cash from Carlos Nayen, did

17:34:16  22  you deposit it in your bank account?

17:34:18  23  A.   No, ma'am.  I did not.

17:34:19  24  Q.   What did you do with it?

17:34:21  25  A.   I took it to Heritage Place.

17:34:22   1   Q.   Do you know how much money, how much profit Southwest

17:34:31   2   Stallion Station made during the pendency of this investigation?

17:34:34   3   Do you know?

17:34:34   4   A.   I have not a clue, off the top of my head.

17:34:37   5   Q.   Could you find out?

17:34:39   6   A.   I'm sure with time I could.

17:34:42   7   Q.   Well, do you have a balance sheet?  Do you do profit and

17:34:45   8   loss statements at the end of the year?

17:34:47   9   A.   Yes, ma'am.  We do.

17:34:48  10   Q.   And could you get those and bring them to court?

17:34:52  11          MR. GARDNER:  Your Honor, at this point, I'd object.

17:34:55  12   Ms. Williams has had Southwest Stallion Station's bank accounts.

17:34:57  13   They're right here on counsel table.  They're available for her

17:35:01  14   inspection.  She's had them for probably six, seven months at

17:35:04  15   this point.  So we believe it's misleading.

17:35:08  16          MS. WILLIAMS:  Well.

17:35:09  17          THE COURT:  I've got two different things.  She's had

17:35:14  18   full discovery.  She's asking about profit statements.  And the

17:35:17  19   question before me is, could you get them?

17:35:21  20          THE WITNESS:  Yes, sir.

17:35:22  21          THE COURT:  All right.  Let's go to the next question.

17:35:26  22   Q.   (BY MS. WILLIAMS)  Now, you testified that you make a salary

17:35:30  23   at Southwest Stallion Station?

17:35:31  24   A.   Correct.

17:35:31  25   Q.   But who owns it?

17:35:33  1   A.   My grandfather and his wife.  Dr. Charles Graham and Nancy

17:35:37  2   Graham.

17:35:37  3   Q.   And so, do you have an agreement with Dr. Graham about

17:35:44  4   someday having an ownership interest in Southwest Stallion

17:35:49  5   Station?

17:35:49  6   A.   We have no agreement about that.

17:35:51  7   Q.   Do you believe that that might someday happen?

17:35:53  8   A.   It's possibility.

17:35:55  9   Q.   And you testified that you don't personally make any money

17:36:00 10   when a horse is bought or sold at Heritage Place, but your family

17:36:05 11   does; isn't that right?

17:36:05 12   A.   Yes.  My grandfather does.

17:36:08 13   Q.   Your grandmother?

17:36:09 14   A.   My grandfather.

17:36:10 15   Q.   Your grandfather.  Because he is one of the owners of

17:36:12 16   Heritage Place?

17:36:13 17   A.   Correct.

17:36:13 18   Q.   And when a horse is bought or sold at Heritage Place at

17:36:17 19   auction, how much money does your grandfather make off that sale?

17:36:21 20   A.   He makes a dividend.  He doesn't make anything directly from

17:36:24 21   the individual sales.

17:36:25 22   Q.   How much does Heritage Place charge every time a horse is

17:36:28 23   bought or sold at auction?

17:36:29 24   A.   Five percent commission.

17:36:31 25   Q.   Five percent if it's bought and five percent if it's sold?

| | | |
|---|---|---|
| 17:36:35 | 1 | A.   Five percent of the selling price. |
| 17:36:40 | 2 | Q.   And then, how does the dividend profit work? |
| 17:36:43 | 3 | A.   We have a board of directors meeting usually twice a year. |
| 17:36:46 | 4 | We decide what we made and the board decides what dividends are |
| 17:36:50 | 5 | going to be issued to those shareholders. |
| 17:36:52 | 6 | Q.   And you're on the board.  How does the board make that |
| 17:36:56 | 7 | decision? |
| 17:36:58 | 8 | A.   Just like a board of any other company, I would assume.  I |
| 17:37:01 | 9 | mean, we look what we made for the year, decide what we need for |
| 17:37:05 | 10 | our cash reserves and ongoing business, and come up with a number |
| 17:37:11 | 11 | to divide to the owners. |
| 17:37:13 | 12 | Q.   And in 2012, how much was that dividend? |
| 17:37:16 | 13 | A.   I'd have to look it up. |
| 17:37:18 | 14 | Q.   Approximately. |
| 17:37:19 | 15 | A.   Probably close to 200,000 for 25 percent share. |
| 17:37:23 | 16 | Q.   And how much share does your grandfather own? |
| 17:37:26 | 17 | A.   Twenty-five percent. |
| 17:37:31 | 18 | Q.   Before Tempting Dash came to Southwest Stallion Station, how |
| 17:37:38 | 19 | many stallions did you have there that you were working with? |
| 17:37:43 | 20 | A.   Three or four. |
| 17:37:45 | 21 | Q.   And what were the names of those stallions? |
| 17:37:48 | 22 | A.   I'd have to go back and look.  We had Jodie O Toole, we had |
| 17:37:52 | 23 | 60 Royal King, we had the Hold A Corona, we had Copacorona |
| 17:37:58 | 24 | Special. |
| 17:37:59 | 25 | Q.   All those at the same time? |

17:38:00  1   A.   Yes, ma'am.

17:38:01  2   Q.   And all those directly before Tempting Dash came to

17:38:04  3   Southwest Stallion Station?

17:38:06  4   A.   To the best of my memory.

17:38:08  5   Q.   But you were certainly recruiting additional stallions at

17:38:12  6   that time?

17:38:12  7   A.   Yes.

17:38:13  8   Q.   And you -- did you ask Jose Trevino if Tempting Dash could

17:38:23  9   come to Southwest Stallion Station?

17:38:26  10   A.   Yes.

17:38:27  11   Q.   And did you have an agreement with him about how those stud

17:38:32  12   fees would be paid at that time?

17:38:33  13   A.   Not initially.

17:38:37  14   Q.   At what point did that agreement take place?

17:38:41  15   A.   Sometime before the first breeding season, I'd guess, in

17:38:45  16   2010.

17:38:47  17   Q.   And when Tempting Dash first -- when you first made the

17:38:53  18   agreement with Jose Trevino for Tempting Dash to stand stud at

17:38:57  19   Southwest Stallion Station, nobody knew -- I think when this

17:39:00  20   agreement was first made, nobody knew that the horse had

17:39:04  21   piroplasmosis; is that true?

17:39:05  22   A.   No.   That is not true.

17:39:06  23   Q.   Okay.   So after the diagnosis was made and was it after Dr.

17:39:14  24   Varner made the decision that the horse could be bred when that

17:39:17  25   agreement was made?

17:39:19    1    A.    It was some time after he was discovered and had piro.

17:39:24    2    Q.    When you found out that the horse had piroplasmosis, you

17:39:29    3    weren't sure if you could breed it; is that right?

17:39:31    4    A.    I did not know for sure.  That's correct.

17:39:33    5    Q.    So it wasn't until after Dr. Varner kind of gave y'all a

17:39:39    6    checkmark that an agreement would have been made; is that right?

17:39:41    7    A.    Probably so.  Yes.

17:39:43    8    Q.    And do you remember when that was?

17:39:45    9    A.    It was sometime in the summer, I guess, of 2010 -- I'm

17:39:59   10    sorry.  Not summer.  It was earlier than that.  It was spring of

17:40:03   11    2010.

17:40:04   12    Q.    Well, the horse came back in July.  Isn't that what the

17:40:08   13    Texas Animal Health Commission documents we just looked at show?

17:40:11   14    A.    Uh-huh.

17:40:11   15    Q.    That the horse came back in July?

17:40:12   16    A.    Correct.

17:40:13   17    Q.    And so, that's when you would have been able to start

17:40:16   18    breeding?

17:40:16   19    A.    Right.

17:40:17   20    Q.    But because of the delay, due to testing and all the things

17:40:21   21    that took place at A & M, the breeding season was pretty much

17:40:25   22    over?

17:40:25   23    A.    Right.

17:40:26   24    Q.    And so, you decided to do these test breedings during the

17:40:35   25    2010 season just to see if the horse was going to be a good

17:40:39   1   breeder, what the babies were going to look like, so that you

17:40:42   2   could advertise for 2011?

17:40:46   3   A.   Right.

17:40:46   4   Q.   And so, when Jose Trevino started going to some of the

17:40:52   5   auctions at Heritage Place in 2010 and -- late 2010 and early

17:40:59   6   2011, part of the reason that he was there was to search out mare

17:41:03   7   owners and try to convince them that they wanted to breed their

17:41:06   8   horse with Tempting Dash, right?

17:41:08   9   A.   Could have been part of the reason.

17:41:09  10   Q.   Well, didn't you have a discussion with Jose Trevino about

17:41:12  11   that?

17:41:12  12   A.   I wouldn't say it was the only reason we were there.

17:41:18  13   Q.   That wasn't what I asked you.

17:41:19  14        Did you have a discussion with Jose Trevino about going

17:41:23  15   to the auctions to search out mare owners to get them to breed

17:41:27  16   their horses to Tempting Dash?

17:41:28  17   A.   For him to search out mare owners, for more me to search out

17:41:32  18   mare owners?

17:41:33  19   Q.   Kind of together.  It was in both of your interests, right?

17:41:36  20   A.   It was in both of our interests, but it was my job to search

17:41:40  21   out the mare owners.

17:41:41  22   Q.   Well, I mean, didn't Jose Trevino gather up a lot of

17:41:46  23   documents, and didn't he carry around these lists of mares, and

17:41:50  24   didn't he talk to you a lot and ask you a lot of questions about

17:41:53  25   specific mare owners for that purpose?

17:41:55  1    A.    Yes, he did.

17:41:55  2    Q.    Now, when a mare would come to be bred to Tempting Dash,

17:42:06  3    that caused you to make a lot of money, correct?

17:42:10  4    A.    I wouldn't say a lot of money.

17:42:14  5    Q.    You got to charge for horse care, for boarding, for

17:42:22  6    breeding, for all the veterinary services that you already had --

17:42:26  7    you already had somebody on salary to do that, right?

17:42:28  8    A.    Yes.

17:42:30  9    Q.    So you got to charge people for all those services if the

17:42:35  10   mare was there?

17:42:36  11   A.    Yes.

17:42:36  12   Q.    And if the semen was shipped off to somebody, you got to

17:42:43  13   charge them money for that, as well, didn't you?

17:42:45  14   A.    Correct.

17:42:50  15   Q.    Now, isn't part of -- wasn't part of the reason that -- I'll

17:43:03  16   withdraw that.

17:43:04  17         Didn't you and Jose Trevino disagree about how the

17:43:10  18   breeding contracts should be sent out for Tempting Dash?

17:43:16  19   A.    He didn't want to use our contract.

17:43:20  20   Q.    And didn't Jose Trevino believe that -- well, let me back

17:43:26  21   up.

17:43:26  22         When Dr. Varner okayed the breeding of Tempting Dash,

17:43:34  23   he advised you and Mr. Trevino that some disclosures should be

17:43:40  24   made to be fact that the horse was positive for piroplasmosis;

17:43:45  25   isn't that true?

17:43:47  1  A.   That is true.

17:43:47  2  Q.   And didn't you and Jose have a disagreement about whether or

17:43:50  3  not those disclosures should be sent out?

17:43:54  4  A.   Of course not.

17:43:57  5  Q.   When you decided to -- do you know when the first time you

17:44:34  6  had a conversation with the FBI was?  Do you know what date that

17:44:38  7  was?

17:44:39  8  A.   It was after the January sale in 2010, I guess.

17:44:48  9  Q.   And when you first had a conversation with the FBI, did they

17:44:53  10  share with you some of what they believed was going on?  Did they

17:44:58  11  tell you, this is what we know, this is what we think?

17:45:01  12  A.   No.

17:45:01  13  Q.   When did you get the phone from the FBI and start recording

17:45:15  14  your conversations?

17:45:16  15  A.   Sometime in 2011, I believe.

17:45:18  16  Q.   Not till 2011?

17:45:19  17  A.   I believe it was 2011.

17:45:22  18  Q.   And I thought that Mr. Gardner asked you when you had that

17:45:33  19  phone, if you only let people call you on it, and you didn't make

17:45:36  20  phone calls on it.  Did --

17:45:38  21  A.   No.  I made phone calls on it.

17:45:39  22  Q.   So you would call up Jose Trevino.  You would call up

17:45:42  23  whoever you wanted to talk to, and you would make phone calls.

17:45:44  24  It could go either way?

17:45:46  25  A.   Either way.

214

| 17:45:46 | 1 | Q.   And so, you recorded your phone calls for more than a year? |
| 17:45:55 | 2 | A.   I think it was more than a year. |
| 17:46:04 | 3 | Q.   The horses that Jose Trevino had at your ranch or the bill |
| 17:46:37 | 4 | that Jose Trevino had at your ranch was separate from anyone |
| 17:46:41 | 5 | else's bill, correct? |
| 17:46:42 | 6 | A.   That's correct. |
| 17:46:42 | 7 | Q.   And Jose Trevino never paid you in cash? |
| 17:46:46 | 8 | A.   No. |
| 17:46:47 | 9 | Q.   I'm sorry? |
| 17:46:48 | 10 | A.   No.  He never paid me in cash. |
| 17:46:49 | 11 | Q.   And so, you would have had no reason to have a conversation |
| 17:46:52 | 12 | with Mr. Huitron about Jose Trevino paying a bill in cash, would |
| 17:46:59 | 13 | you? |
| 17:46:59 | 14 | A.   I didn't have a conversation they didn't pay a bill in cash. |
| 17:47:03 | 15 | I had a conversation about how they were paying the bills or if |
| 17:47:05 | 16 | they were paying the bills. |
| 17:47:06 | 17 | Q.   I'm talking about Jose Trevino.  I'm not talking about any |
| 17:47:09 | 18 | "they."  I'm talking about Jose Trevino.  You wouldn't have had |
| 17:47:12 | 19 | any conversation -- you wouldn't have a need to have any |
| 17:47:15 | 20 | conversation with Mr. Huitron about Jose Trevino not paying a |
| 17:47:18 | 21 | bill or paying a bill in cash; isn't that right? |
| 17:47:20 | 22 | A.   About the group. |
| 17:47:30 | 23 | Q.   You wouldn't have had any reason to have a conversation -- |
| 17:47:35 | 24 |          THE COURT:  You've asked that and it's been answered. |
| 17:47:37 | 25 | You can ask a different question. |

17:47:38  1          MS. WILLIAMS:  He didn't answer the question.

17:47:39  2          THE COURT:  I disagree.  You can ask him in isolation

17:47:46  3  about any conversation mentioning Mr. Trevino, but he's going to

17:47:50  4  answer all day long that it was a group.  So we're wasting time.

17:48:06  5  Q.   (BY MS. WILLIAMS) With regard to Mr. Piloto, you testified

17:48:11  6  that about a conversation that you had with Mr. Trevino and some

17:48:19  7  other people about your opinion that Mr. Piloto should race more.

17:48:23  8  A.   Correct.

17:48:25  9  Q.   And, in fact, then -- and you said he never did.  But then,

17:48:28  10  you came back and you said he did go -- Mr. Piloto did go out to

17:48:32  11  California to, I think, the Golden State race?

17:48:34  12  A.   Correct.

17:48:35  13  Q.   But he didn't race?

17:48:36  14  A.   Correct.

17:48:36  15  Q.   But do you know why that is?  Do you know?

17:48:40  16  A.   I don't know specifically.  Or I don't know effectually why

17:48:45  17  they scratched him.

17:48:45  18  Q.   Did you know that he had colic?

17:48:48  19  A.   That's what they said.

17:48:50  20  Q.   And by "they," do you mean Jose Trevino?  Did Jose Trevino

17:48:53  21  say that?

17:48:54  22  A.   Yes.

17:49:06  23  Q.   And then, at some point as you were answering questions, you

17:49:11  24  said, I just started lumping all the horses together, right, Jose

17:49:17  25  Trevino's and everybody else's?  But you didn't really do that

17:49:19   1   because you had separate accounts for Jose Trevino and any other

17:49:22   2   horses that like Carlos Nayen might pay the bill for --

17:49:26   3              MR. GARDNER:  Your Honor, this is not a question.  This

17:49:29   4   is Ms. Williams testifying at this point.  I object to the form

17:49:31   5   of the question.

17:49:33   6              MS. WILLIAMS:  I'm trying to ask a question.

17:49:34   7              THE COURT:  Well, let's try it again.

17:49:38   8   Q.   (BY MS. WILLIAMS) You testified at some point, you lumped

17:49:40   9   all the horses together.  Do you remember saying that?

17:49:42  10   A.   I lumped some of the horses together, not all of the

17:49:45  11   accounts.

17:49:45  12   Q.   Well, what you said was all the horses, but you -- are you

17:49:49  13   saying that's not really what you meant?

17:49:50  14   A.   That's not what I meant.

17:49:52  15   Q.   Because you kept Jose Trevino's horses separate, didn't you?

17:49:55  16   A.   Some of his horses.  Yes.

17:49:57  17   Q.   Which ones didn't you keep separate?

17:50:03  18   A.   The horses that he claimed were his were separate.

17:50:20  19   Q.   Didn't you advise Jose Trevino to sell Blues Ferrari at

17:50:26  20   auction?

17:50:27  21   A.   I don't believe I did.

17:50:29  22   Q.   You don't believe you did?

17:50:30  23   A.   No.  I don't.

17:50:31  24   Q.   You might have?

17:50:33  25   A.   No.  I don't think I did.  I didn't advise him on selling

17:50:36   1   any horses.

17:50:40   2   Q.   Didn't Jose Trevino look to you for a lot of advice?

17:50:44   3   A.   Looked at me for some advice.

17:50:50   4   Q.   When Tempting Dash was at Southwest Stallion Station, didn't

17:50:54   5   Jose Trevino come and visit that horse pretty often, like once a

17:50:59   6   week?

17:50:59   7   A.   Yes, he did.

17:51:00   8   Q.   And when he was there, didn't he watch the operation that

17:51:03   9   was going on, the breeding operation?

17:51:05   10   A.   Yes, he did.

17:51:05   11   Q.   And didn't he ask you a lot of questions?

17:51:07   12   A.   Yes, he did.

17:51:08   13   Q.   And didn't he ask you a lot of advice?

17:51:10   14   A.   You're talking about breeding now, not about racing or

17:51:12   15   selling.

17:51:14   16   Q.   Didn't he ask you for a lot of advice?

17:51:16   17   A.   He asked me about a lot of breeding advice.

17:51:18   18   Q.   Well, let's talk about this Blues Ferrari sale.  How much

17:51:34   19   did the Mackeys bid?

17:51:37   20   A.   I don't think the Mackeys were bidding on Blues Ferrari.

17:51:40   21   Q.   You don't?

17:51:41   22   A.   Not that I know of.

17:51:42   23   Q.   You don't think the Mackeys bid $250,000 for that horse?

17:51:45   24   A.   They could have.  It wasn't under my knowledge.

17:51:48   25   Q.   You didn't tell anybody that?

17:51:51   1   A.   No.  I did not.

17:51:53   2   Q.   When you called Jose, what number did you call him on?

17:52:14   3   A.   His regular cellphone.  I don't know the number.

17:52:17   4   Q.   972, something, something, something?

17:52:18   5   A.   Sounds familiar.  Yes.

17:52:20   6   Q.   I mean, that's -- you testified about some Nextel phone, and

17:52:32   7   I believe that the testimony was that you took it to the FBI.

17:52:36   8   You let them run whatever diagnostics they wanted to on it, and

17:52:39   9   then, eventually you took it to Jose.

17:52:41   10  A.   I did not say I took it to the FBI.

17:52:49   11  Q.   You turned it on and you looked at the contacts?  Is that

17:52:53   12  what you did?

17:52:54   13  A.   That's what I said.

17:52:55   14  Q.   And you called Agent Lawson and you told him about it?

17:53:05   15  A.   Yes.

17:53:05   16  Q.   And if Agent Lawson had wanted to run some diagnostics on

17:53:09   17  that phone, he could have?

17:53:10   18  A.   That's speculation.

17:53:15   19  Q.   Did you ever call Jose Trevino on a Nextel phone?

17:53:18   20  A.   I used my Nextel to call Jose sometimes, yes.  Maybe not

17:53:26   21  over the radio, but I used my Nextel phone.

17:53:34   22  Q.   May I have just a second, your Honor?

17:54:30   23       When you made an agreement with Jose Trevino about

17:54:33   24  Tempting Dash's stud fees, what was that agreement?

17:54:36   25  A.   About the stud fee price?

17:54:39  1   Q.   Well, the stud fee price and when you would pay it.  Did you

17:54:42  2   tell him, we're not going to pay it till the end of the breeding

17:54:45  3   season?

17:54:45  4   A.   Well, we said a stud fee of 5,000 to begin with.

17:54:51  5   Q.   Okay.

17:54:53  6   A.   Yeah.  I mean, said he wanted to be paid as the checks came

17:54:57  7   in.

17:54:57  8   Q.   And did you say that was okay?

17:54:59  9   A.   I said it's not typical, but if that's how you want to do

17:55:03  10  it, that's how we'll do it.

17:55:04  11  Q.   So that was your agreement?

17:55:05  12  A.   That was our agreement.

17:55:06  13  Q.   But then, you kind of got mad about that later on, didn't

17:55:11  14  you?

17:55:13  15  A.   I didn't get mad about the agreement.

17:55:21  16  Q.   Well, you made it sound like Jose was showing up all the

17:55:24  17  time asking for his stud fee, didn't you?

17:55:27  18  A.   Well, I got money coming in that I don't know if it's for

17:55:30  19  stud fees or I don't know if it's for my bills.  So I got nobody

17:55:32  20  telling me what's what.

17:55:34  21  Q.   And so, did you ask that question?

17:55:36  22  A.   Multiple times.

17:55:43  23  Q.   I mean, you know that this call is being recorded, right?

17:55:45  24  Nobody else knows, right?

17:55:46  25  A.   Right.

17:55:50  1   Q.   And so, you're saying, you're getting me in a jam with Jose

17:55:54  2   because I just can't pay all those stud fees up front.  Isn't

17:55:58  3   that what you said?

17:55:59  4   A.   I said that they were getting me in a jam.

17:56:02  5   Q.   Well, and didn't you say, because I just can't pay all those

17:56:04  6   stud fees unless you pay those up front?

17:56:09  7   A.   Correct.

17:56:12  8   Q.   But that was your agreement?

17:56:14  9   A.   But they weren't paying the stud fees up front.

17:56:20  10  Q.   But you didn't know that, one way or the other, because you

17:56:22  11  didn't get a good answer is what you're saying?

17:56:24  12  A.   No.  Because they never paid any stud fees before breeding

17:56:27  13  season started, like a typical owner would.

17:56:31  14  Q.   And so, whose responsibility was that, yours or theirs?

17:56:34  15  A.   If it was my horse, it would be my responsibility.  I

17:56:37  16  wouldn't have bred any of the mares, to begin with, if the stud

17:56:40  17  fees hadn't been paid to start with.

17:56:43  18  Q.   But you did.

17:56:45  19  A.   He's not my horse.

17:56:51  20  Q.   But then, later, there's a call where you tell Mr. Trevino

17:57:01  21  that you got some money, and he says that's good for you.  Do you

17:57:07  22  remember that call, which I can't find?

17:57:11  23  A.   Yes.

17:57:11  24  Q.   It's on July 29th.  This is already -- this is after you've

17:57:24  25  already gotten mad, right?  You've already had that phone call

17:57:27    1    where you're obviously angry?  You know which one I'm talking

17:57:30    2    about?  May 16th, 2011?

17:57:33    3    A.    Wasn't obvious to me that I was angry.

17:57:42    4    Q.    Frustrated?

17:57:44    5    A.    I might go for frustrated.

17:57:47    6              THE COURT:  Since we're agreed on that, members of the

17:57:54    7    jury, remember the instructions.  Have a nice evening.  Remember

17:57:58    8    not to learn anything, or listen to anything, or read anything,

17:58:02    9    or whatnot.  I'll see you at 8:30 in the morning.

17:58:35   10              (Jury not present.)

17:58:38   11              THE COURT:  Mr. Graham, you're excused until in the

17:58:42   12    morning.  Don't talk to anyone about the case.

17:58:45   13              THE WITNESS:  Thank you.

17:59:01   14              MS. WILLIAMS:  Over the lunch break, I made a phone

17:59:05   15    call to Richard Gilbert, who was the defense attorney who

17:59:12   16    cross-examined Mr. Rejon at the trial he testified in Washington,

17:59:22   17    D.C. to try to determine whether or not they were provided with

17:59:29   18    some Jencks or Giglio material that might be relevant in our

17:59:33   19    trial.  It's little bit difficult to know the answer because, as

17:59:40   20    our materials are, their materials are under protective order.

17:59:51   21              THE COURT:  You mean he's under an order of agreement

17:59:55   22    not to disclose?

17:59:57   23              MS. WILLIAMS:  Correct.

17:59:58   24              THE COURT:  But his case was, what -- it wasn't the

18:00:03   25    money laundering.  It was importation and distribution?

| 18:00:11 | 1 | MS. WILLIAMS: Yes, your Honor. |

18:00:11   1        MS. WILLIAMS:  Yes, your Honor.

18:00:11   2        So I guess I'm just looking for a little direction from

18:00:13   3  the Court.  We would like -- Mr. Gilbert is willing to give us

18:00:16   4  those materials and we would like to have them so that we could

18:00:18   5  review them for ourselves.  I don't really know the best way to

18:00:21   6  go about putting us under their protective order or --

18:00:30   7        THE COURT:  Well, it depends.  Depends on if the

18:00:34   8  presiding judge up there has entered an order.  I wouldn't have

18:00:39   9  the authority to reverse his order and we don't know -- I mean,

18:00:48  10  just being frank, we don't know the circumstances.  We've got

18:00:51  11  people that are testifying in this case under the threat of

18:00:55  12  death.  We've got clients that have dangers.  You've got -- we

18:00:59  13  don't know all of the things.  I've entered an order similar to

18:01:03  14  that which limits y'all, not in this particular case but would in

18:01:10  15  the other.

18:01:13  16        So there's no easy answer to that except that the

18:01:18  17  government continues to say that they have complied with Brady

18:01:26  18  and Giglio with regard to the allegations in this lawsuit.  But

18:01:32  19  let's find out from the government.  You've got any additional

18:01:35  20  things since?

18:01:37  21        MR. GARDNER:  Your Honor, the letters that I've

18:01:38  22  provided to the defense counsel was a cut-and-paste from Darrin

18:01:42  23  McCullough, the attorney up there, of what he provided --

18:01:44  24        THE COURT:  When you say up there, the Washington?  Is

18:01:46  25  that a Washington --

| | | |
|---|---|---|
| 18:01:46 | 1 | MR. GARDNER:  Washington, yes, sir. |
| 18:01:48 | 2 | THE COURT:  And that's the only time he's ever |
| 18:01:49 | 3 | testified? |
| 18:01:50 | 4 | MR. GARDNER:  Yes, sir. |
| 18:01:52 | 5 | I cut and pasted that letter to give you all the |
| 18:01:55 | 6 | material he gave, and I provided that in accordance with the |
| 18:01:58 | 7 | letter to defense counsel.  So if there's something else out |
| 18:02:03 | 8 | there, I don't know about it.  It hasn't been represented to me |
| 18:02:07 | 9 | there's anything else out there with respect to any Brady |
| 18:02:10 | 10 | material which would indicate that Mr. Rejon did not accurately |
| 18:02:15 | 11 | identify any of these folks.  Again, your Honor, he stated it was |
| 18:02:18 | 12 | a drug trial against a person known as "Yankee."  Mr. Cano |
| 18:02:23 | 13 | Flores. |
| 18:02:24 | 14 | I don't have any Giglio material with respect to any |
| 18:02:26 | 15 | promises made to Mr. Rejon for his testimony other than what's |
| 18:02:30 | 16 | been disclosed here in court today. |
| 18:02:32 | 17 | MS. WILLIAMS:  And nobody's trying to say, your Honor, |
| 18:02:33 | 18 | any different -- |
| 18:02:34 | 19 | MR. GARDNER:  I don't take any criticism. |
| 18:02:36 | 20 | MS. WILLIAMS:  -- that Mr. Gardener has something that |
| 18:02:38 | 21 | he's not giving us.  But Mr. Gilbert is a friend of mine and I've |
| 18:02:41 | 22 | asked enough questions that I believe that there is something |
| 18:02:44 | 23 | there that we should at least take a look at.  Do you have any |
| 18:02:44 | 24 | ideas? |
| 18:02:44 | 25 | MR. DEGEURIN:  I was hoping that the Judge would have |

| | | |
|---|---|---|
| 18:02:44 | 1 | an idea. |
| 18:03:11 | 2 | MR. GARDNER:  Your Honor, maybe I can help with a |
| 18:03:12 | 3 | suggestion.  I will attempt to get all agent notes, and I will |
| 18:03:15 | 4 | provide those in camera to the Court if I do get them, and ask |
| 18:03:19 | 5 | the Court to review them in camera to determine independently if |
| 18:03:23 | 6 | there's any Giglio or Brady material.  I would stress that the |
| 18:03:26 | 7 | defense attorneys have the transcript of that trial, which Mr. |
| 18:03:32 | 8 | Gilbert -- |
| 18:03:32 | 9 | THE COURT:  Well, you know, that's what the difficulty |
| 18:03:34 | 10 | is because the issues are so entirely different, it wouldn't |
| 18:03:37 | 11 | surprise me that there's any overlap time-wise, distant-wise.  I |
| 18:03:44 | 12 | mean, I don't know how there could be any substantive difference |
| 18:03:49 | 13 | there.  It's just I assume they've got the dope and they arrested |
| 18:03:57 | 14 | the people and -- |
| 18:04:00 | 15 | MS. WILLIAMS:  But I asked him pointed questions and |
| 18:04:03 | 16 | because I did, I do believe that there is something that -- |
| 18:04:07 | 17 | THE COURT:  Well, get all those letters up.  I'll |
| 18:04:09 | 18 | certainly look at in-camera position.  I guess, though, you'll |
| 18:04:13 | 19 | have to give me what you have given counsel.  I'll have to |
| 18:04:19 | 20 | compare them. |
| 18:04:20 | 21 | MR. GARDNER:  I will do, your Honor.  It's a lot of |
| 18:04:22 | 22 | material I'll provide to the Court. |
| 18:04:24 | 23 | MR. DEGEURIN:  Yes.  We can streamline it a little bit. |
| 18:04:26 | 24 | THE COURT:  You're not going to streamline anything. |
| 18:04:29 | 25 | I'm fearful I'm going to get 200 pages. |

| | | |
|---|---|---|
| 18:04:33 | 1 | MR. GARDNER:  It will be more than that, your Honor. |
| 18:04:35 | 2 | MR. DEGEURIN:  I'm afraid of the same thing. |
| 18:04:37 | 3 | MS. WILLIAMS:  Here's what I suggest is, you know, a |
| 18:04:38 | 4 | lawyer actually went and looked in their box and said, here's |
| 18:04:41 | 5 | what I have.  What if that lawyer provides that information to |
| 18:04:46 | 6 | the government, which shouldn't violate the protective order, and |
| 18:04:50 | 7 | then, the government can provide it to you? |
| 18:04:52 | 8 | MR. DEGEURIN:  Not to us. |
| 18:04:56 | 9 | MR. GARDNER:  Say it again.  I'm sorry. |
| 18:04:58 | 10 | MS. WILLIAMS:  Well, I mean, my conversation with the |
| 18:05:00 | 11 | lawyer was there was some specific things -- |
| 18:05:01 | 12 | THE COURT:  She's just asking that whatever the |
| 18:05:04 | 13 | government gave the Washington lawyer, he gives it back to the |
| 18:05:11 | 14 | Washington assistant attorney general, then they could forward it |
| 18:05:18 | 15 | down and I can look at that. |
| 18:05:20 | 16 | MR. DEGEURIN:  That will work. |
| 18:05:21 | 17 | MS. WILLIAMS:  I was actually suggesting that the |
| 18:05:23 | 18 | defense lawyer might provide it to the prosecutor just because -- |
| 18:05:26 | 19 | MR. FINN:  Directly. |
| 18:05:28 | 20 | MS. WILLIAMS:  They've already looked at it and have |
| 18:05:29 | 21 | it.  They can provide it to the prosecutor.  I don't think that |
| 18:05:32 | 22 | would violate the protective order.  And then, the prosecutor |
| 18:05:34 | 23 | could provide it to you.  That might streamline. |
| 18:05:36 | 24 | MR. GARDNER:  My understanding was they had a return on |
| 18:05:39 | 25 | their Jencks material muck like a protective order. |

18:05:41  1        MS. WILLIAMS:  The case is still pending, so they still

18:05:44  2  have it all.

18:05:45  3        MR. GARDNER:  I will ask the prosecutors up there, your

18:05:47  4  Honor, what they've provided, and I will provide everything to

18:05:48  5  the Court so there's no dispute in the future about anything with

18:05:51  6  respect to what the government provided defense attorneys.  And I

18:05:57  7  don't believe at this point, given the possibility of the number

18:06:00  8  of individuals, that Mr. DeGeurin's entitled to it.  So I would

18:06:03  9  ask that it be reviewed in camera under seal.

18:06:07  10       THE COURT:  Well, I'll do that.  Of course we're

18:06:12  11  looking at time.  Speaking of time, what is the anticipation of

18:06:16  12  the government?  Are you going to finish tomorrow?

18:06:19  13       MR. GARDNER:  I believe there's a good possibility of

18:06:23  14  that, your Honor, depending, of course --

18:06:23  15       THE COURT:  If not, early Wednesday.

18:06:27  16       MR. GARDNER:  -- on the questions.

18:06:29  17       THE COURT:  Okay.  So tell those people to.

18:06:34  18       MR. GARDNER:  Your Honor, if I could ask if Ms.

18:06:36  19  Williams could identify specifically what Mr. Gilbert said that

18:06:40  20  would give her an indication that there's something out there.

18:06:44  21  That she provide the specific response of Mr. Gilbert to the

18:06:47  22  Court.

18:06:48  23       THE COURT:  Well, you're asking me if you can.  That's

18:06:52  24  a question only you can ask.  But y'all are treading on -- I

18:06:57  25  don't know what the authority is not to give it out.  And until

| | | |
|---|---|---|
| 18:07:01 | 1 | we know that, there's really nothing you can do about it.  But |
| 18:07:04 | 2 | what is being requested is that the information delivered in |
| 18:07:12 | 3 | Washington be shipped to you posthaste, and I will look at it and |
| 18:07:18 | 4 | see if that information -- and I can go through it pretty quickly |
| 18:07:25 | 5 | because it's an importation-distribution case, which is -- most |
| 18:07:29 | 6 | of it is not going to have much to do with horses and selling and |
| 18:07:34 | 7 | buying and that type of thing. |
| 18:07:36 | 8 | MR. DEGEURIN:  That's what I was trying to articulate |
| 18:07:38 | 9 | is you've already -- you've already seen that fish.  You don't |
| 18:07:43 | 10 | need this much stuff to look through.  But there are -- |
| 18:07:45 | 11 | THE COURT:  But they may have given them that much.  I |
| 18:07:48 | 12 | mean, I have no idea. |
| 18:07:49 | 13 | MR. DEGEURIN:  I'm sure they did, but most of it had to |
| 18:07:52 | 14 | do with the case up there.  But they are -- |
| 18:07:53 | 15 | THE COURT:  Are you just limiting it to the witness |
| 18:07:56 | 16 | here? |
| 18:07:58 | 17 | MR. DEGEURIN:  Yes. |
| 18:08:00 | 18 | MS. WILLIAMS:  (Moving head up and down.) |
| 18:08:02 | 19 | THE COURT:  You can the tell the assistant. |
| 18:08:04 | 20 | MR. GARDNER:  What witness? |
| 18:08:06 | 21 | MR. DEGEURIN:  Rejon. |
| 18:08:07 | 22 | THE COURT:  They're just asking the one witness as if |
| 18:08:10 | 23 | they could get any more dirt on him.  But those who play together |
| 18:08:19 | 24 | get sandy.  Have you ever heard that? |
| 18:08:22 | 25 | Okay.  So defense counsel, be ready on Wednesday.  All |

18:08:30    1    right.   Have a nice evening.

18:08:30    2                (Proceedings adjourned.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25