```
 1                UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF TEXAS
 2                      AUSTIN DIVISION

 3  UNITED STATES OF AMERICA      ) Docket No. A 12-CR-210 SS
                                  )
 4  vs.                           ) Austin, Texas
                                  )
 5  JOSE TREVINO-MORALES (3)      )
    FRANCISCO ANTONIO             )
 6  COLORADO-CESSA (6)            )
    FERNANDO SOLIS-GARCIA (7)     )
 7  EUSEVIO MALDONADO-HUITRON(11) )
    JESUS MALDONADO-HUITRON (18)  ) May 9, 2013
 8

 9              TRANSCRIPT OF TRIAL ON THE MERITS
                 BEFORE THE HONORABLE SAM SPARKS
10                      Volume 15 of 15

11  APPEARANCES:

12  For the United States:       Ms. Michelle E. Fernald
                                 Ms. Jennifer S. Freel
13                               Mr. Douglas W. Gardner
                                 Assistant U.S. Attorneys
14                               816 Congress Avenue, Suite 1000
                                 Austin, Texas 78701
15
    For Defendant Trevino-       Mr. David M. Finn
16  Morales:                     Milner & Finn
                                 2828 North Harwood Street
17                               Suite 1950, LB9
                                 Dallas, Texas 75201
18
                                 Ms. Christie Williams
19                               Mills & Williams
                                 1112 South Rock Street
20                               Georgetown, Texas 78626

21  For Defendant Colorado-      Mr. Mike DeGeurin
    Cessa:                       Mr. M. Andres Sanchez-Ross
22                               Foreman, DeGeurin & DeGeurin
                                 300 Main Street
23                               Houston, Texas 77002

24                               Mr. John Parras
                                 Republic Bank Building
25                               1018 Preston, Floor 2
                                 Houston, Texas 77002
```

```
 1   (Appearances Continued:)

 2   For Defendant Solis-Garcia: Mr. Guy L. Womack
                                 Guy L. Womack & Associates
 3                               402 Main Street, Suite 6 North
                                 Houston, Texas 77002
 4
     For Defendant Eusevio       Mr. Richard D. Esper
 5   Maldonado-Huitron:          Esper Law Office
                                 801 North El Paso Street, 2nd Floor
 6                               El Paso, Texas 79902

 7   For Defendant Jesus         Mr. Thomas Brent Mayr
     Maldonado-Huitron:          Law Office of Brent Mayr
 8                               4101 Washington Avenue, 2nd Floor
                                 Houston, Texas 77007
 9

10   Interpreter:                Mr. Peter Heide

11   Court Reporter:             Ms. Lily Iva Reznik, CRR, RMR
                                 501 West 5th Street, Suite 4153
12                               Austin, Texas 78701
                                 (512)391-8792
13

14

15

16

17

18

19

20

21

22

23

24

25   Proceedings reported by computerized stenography, transcript
     produced by computer.
```

*LILY I. REZNIK, OFFICIAL COURT REPORTER*
*U.S. DISTRICT COURT, WESTERN DISTRICT OF TEXAS (AUSTIN)*

| | | |
|---|---|---|
| 09:30:20 | 1 | THE COURT: Mr. DeGeurin, I will not wait for you |
| 09:30:22 | 2 | again. Ten minutes is my rule. Ten minutes is my rule and the |
| 09:30:26 | 3 | jury has asked a question that's been 40 minutes now. |
| 09:30:30 | 4 | MR. DEGEURIN: I've been here 25 minutes. |
| 09:30:32 | 5 | THE COURT: Well, the marshals didn't know it. I |
| 09:30:34 | 6 | apologize. I've been sitting here waiting for you to appear in |
| 09:30:37 | 7 | the courtroom. |
| 09:30:37 | 8 | MR. DEGEURIN: Well, I have been here for 25 minutes. |
| 09:30:39 | 9 | MR. WOMACK: Your Honor, there are counsel missing. |
| 09:30:39 | 10 | THE CLERK: It's Esper and Mayr are not here. |
| 09:30:41 | 11 | MR. WOMACK: It's not Mr. DeGeurin. He was here with |
| 09:30:43 | 12 | the rest of us very timely. |
| 09:30:45 | 13 | THE COURT: All right. Well, I apologize. |
| 09:30:47 | 14 | MR. WOMACK: There are two that are missing. We can't |
| 09:30:50 | 15 | reach them. |
| 09:30:50 | 16 | MR. DEGEURIN: But I'll plead guilty. |
| 09:30:53 | 17 | MR. FINN: Take the fifth. |
| 09:30:55 | 18 | MR. DEGEURIN: No. I just wanted to correct you. I |
| 09:30:57 | 19 | didn't want that in the back of your mind I was here late because |
| 09:31:00 | 20 | I wasn't. |
| 09:31:01 | 21 | THE CLERK: He was here. |
| 09:31:02 | 22 | THE COURT: It was just misinformation, I guess. |
| 09:31:06 | 23 | THE CLERK: Esper and Mayr. |
| 09:32:04 | 24 | THE COURT: All right. Here's jury note No. 3. The |
| 09:32:07 | 25 | first two were just form ones indicating that Juror No. 1 is the |

```
09:32:13   1    presiding juror.
09:32:15   2              The question is, are there other forms of reporting
09:32:18   3    that we need to be concerned with beyond the CTR and declarations
09:32:23   4    at the border?
09:32:27   5              My initial reaction is just to say no.  But what says
09:32:32   6    the government?
09:32:32   7              MR. GARDNER:  That would be -- we'd be in agreement
09:32:36   8    with that, your Honor.  I think those are the only two in
09:32:38   9    evidence.
09:32:38  10              THE COURT:  Well, you know, I should have modified that
09:32:41  11    instruction because the instruction that's approved said state or
09:32:47  12    federal, and that's the reason I didn't state that.
09:32:50  13              MR. FINN:  Your Honor, respectfully, instead of saying
09:32:53  14    no, I would request that you simply say, members of the jury,
09:32:55  15    you've heard and seen all the evidence in this case and I've
09:32:58  16    given you the applicable law.  Please continue your
09:33:01  17    deliberations.
09:33:01  18              THE COURT:  Well, I do that frequently.  But this is a
09:33:04  19    specific question and I don't think it -- unless anybody knows of
09:33:08  20    any other declaration, you don't want them to determine.
09:33:13  21              MR. FINN:  You're right.  Maybe you can combine the
09:33:17  22    two.
09:33:19  23              MR. WOMACK:  Your Honor, on behalf of Mr. Garcia, we
09:33:20  24    agree with no.
09:33:24  25              MR. DEGEURIN:  We, too.
```

```
09:33:25   1              THE COURT:  Okay.  Well, that's the way I'll respond.
09:34:41   2              If either of you two are late again, it will cost you
09:34:44   3   $500 and then, you'll notice I'm not laughing.
09:35:23   4              All right.  Counsel, to the answer of the question, are
09:35:27   5   there other forms of reporting that we need to be concerned with
09:35:30   6   beyond the CTR and declarations at the border, I will answer,
09:35:35   7   there are no, quote, forms of reporting, end quote, in this case
09:35:38   8   other than the CTR and declaration at the border.
09:35:44   9              Any objections from the government?
09:35:46  10              MR. GARDNER:  None, your Honor.
09:35:47  11              THE COURT:  From.
09:35:48  12              MR. WOMACK:  No, your Honor.
09:35:50  13              MR. MAYR:  No, your Honor.
09:35:51  14              MR. ESPER:  No, sir.
09:35:51  15              MR. FINN:  No objection, Judge.
09:35:53  16              THE COURT:  All right.  Counsel, we're going to have to
09:35:59  17   kind of stay handy because I expect other notes, and I don't want
09:36:03  18   to go 40 minutes between notes.  It's not good for either side
09:36:07  19   nor the Court.  All right.
15:44:01  20              (Recess.)
15:50:23  21              THE COURT:  All right.  I received a note from the
16:00:28  22   jury:  We have a verdict, signed J1 at 3:36 p.m.  Bring the jury
16:00:37  23   in.
16:00:38  24              (Jury present.)
16:00:42  25   VERDICT
```

```
16:02:35   1              THE COURT:  Juror No. 12, have you reached a verdict?
16:02:39   2              THE JUROR:  Yes, we have, your Honor.
16:02:41   3              THE COURT:  Is it a unanimous verdict?
16:02:42   4              THE JUROR:  Yes, it is.
16:02:42   5              THE COURT:  And have you put your number down as
16:02:44   6   presiding juror?
16:02:45   7              THE JUROR:  Yes.
16:02:46   8              THE COURT:  Mrs. Sims will pick up the verdict.
16:03:16   9              I'll have the clerk read the verdict, answers only,
16:04:34  10   please.
16:04:36  11              THE CLERK:  The verdict as to Defendant Jose
16:04:40  12   Trevino-Morales, guilty.  1A, yes.  1B, no.  1C, yes.  1D, no.
16:04:55  13              Verdict as to Defendant Francisco Antonio
16:04:59  14   Colorado-Cessa, guilty.  Answer as to 2A, yes.  2B, no.  2C, yes.
16:05:13  15   2D, no.
16:05:16  16              Verdict as to Defendant Fernando Solis-Garcia, guilty.
16:05:24  17   Answer to 3A, yes.  3B, yes.  3C, yes.  3D, no.
16:05:35  18              Verdict as to Defendant Eusevio Maldonado-Huitron,
16:05:42  19   guilty.  Answer to 4A, yes.  4B, no.  4C, no.  4D, no.
16:05:55  20              Verdict as to Defendant Jesus Maldonado-Huitron, not
16:06:03  21   guilty.  Answer to 5 -- that's all.  Sorry.
16:06:08  22              Signed Presiding Juror No. 1.
16:06:12  23              THE COURT:  Let me see the verdict.
16:06:23  24              Does any defendant wish the jury polled?
16:06:25  25              MR. FINN:  Yes, sir, individually, your Honor.
```

*LILY I. REZNIK, OFFICIAL COURT REPORTER*
*U.S. DISTRICT COURT, WESTERN DISTRICT OF TEXAS (AUSTIN)*

| | | |
|---|---|---|
| 16:06:27 | 1 | THE COURT:  All right.  Polling is a procedure that we |
| 16:06:31 | 2 | have.  Mrs. Sims has just read a verdict, and then, she's going |
| 16:06:36 | 3 | to call your number.  Juror No. 1, we'll start with.  If the |
| 16:06:41 | 4 | verdict that she read is your verdict, just say "Yes."  If it is |
| 16:06:45 | 5 | not, say "No." |
| 16:06:46 | 6 | THE CLERK:  Juror No. 1, is this your true and correct |
| 16:06:49 | 7 | verdict? |
| 16:06:50 | 8 | THE JUROR:  Yes. |
| 16:06:51 | 9 | THE CLERK:  Juror No. 2, is this your true and correct |
| 16:06:53 | 10 | verdict? |
| 16:06:53 | 11 | THE JUROR:  Yes. |
| 16:06:55 | 12 | THE CLERK:  Juror No. 3, is this your true and correct |
| 16:06:58 | 13 | verdict? |
| 16:06:59 | 14 | THE JUROR:  Yes. |
| 16:06:59 | 15 | THE CLERK:  Juror No. 4, is this your true and correct |
| 16:07:01 | 16 | verdict? |
| 16:07:01 | 17 | THE JUROR:  Yes. |
| 16:07:02 | 18 | THE CLERK:  Juror No. 5, is this your true and correct |
| 16:07:03 | 19 | verdict? |
| 16:07:04 | 20 | THE JUROR:  Yes. |
| 16:07:05 | 21 | THE CLERK:  Juror No. 6, is this your true and correct |
| 16:07:07 | 22 | verdict? |
| 16:07:07 | 23 | THE JUROR:  Yes. |
| 16:07:08 | 24 | THE CLERK:  Juror No. 7, is this your true and correct |
| 16:07:10 | 25 | verdict? |

```
16:07:10   1                THE JUROR:  Yes.
16:07:11   2                THE CLERK:  Juror No. 8, is this your true and correct
16:07:14   3    verdict?
16:07:14   4                THE JUROR:  Yes.
16:07:14   5                THE CLERK:  Juror No. 9, is this your true and correct
16:07:16   6    verdict?
16:07:16   7                THE JUROR:  Yes.
16:07:17   8                THE CLERK:  Juror No. 10, is this your true and correct
16:07:19   9    verdict?
16:07:20  10                THE JUROR:  Yes.
16:07:21  11                THE CLERK:  Juror No. 11, is this your true and correct
16:07:23  12    verdict?
16:07:23  13                THE JUROR:  Yes.
16:07:24  14                THE CLERK:  And Juror No. 12, is this your true and
16:07:26  15    correct verdict?
16:07:26  16                THE JUROR:  Yes.
16:07:28  17                THE COURT:  Members of the jury, this will conclude
16:07:32  18    your confidentiality.  You're now free to talk or not to talk
16:07:36  19    with anybody about the case.  Nobody's going to bother you.  I've
16:07:41  20    been doing this for over 50 years now, and nobody in Texas has
16:07:45  21    ever bothered a jury to my knowledge, whether I was a lawyer or a
16:07:49  22    judge, or even heard about it.  If you wish to talk about it,
16:07:54  23    it's the United States.  You have the right to talk about it.  If
16:07:57  24    you don't want to talk about it, all you have to do is say, "I
16:08:00  25    prefer not to talk about it," and that will end it.  If anybody
```

```
16:08:05   1   asks you a second time, I work every day, just pick up the phone
16:08:09   2   and call me, and I will make sure nobody bothers you.
16:08:14   3             I have one more administrative duty for the jury as
16:08:18   4   well as the alternative members of the jury, who I also
16:08:21   5   appreciate.  I'm going to put you all back in the jury room and
16:08:26   6   you'll complete that in just a few minutes, and then, you'll be
16:08:30   7   free again.  All rise for the jury.
16:09:04   8             (Jury exits.)
16:09:10   9             THE COURT:  Mr. Gardner, what's the position of the
16:09:17  10   government with regard to Fernando Solis-Garcia?
16:09:22  11             MR. GARDNER:  Your Honor, the government requests Mr.
16:09:24  12   Garcia be taken into custody.  He's not a U.S. citizen.  He has
16:09:27  13   ties to Mexico and obviously ties to this organization.
16:09:29  14             THE COURT:  Mr. Womack.
16:09:31  15             MR. WOMACK:  Your Honor, Mr. Garcia lives in Mission,
16:09:34  16   Texas.  He has complied in every way with Pretrial Services.  We
16:09:36  17   ask that he be allowed to remain free on bond, pending
16:09:39  18   sentencing.  He's not a flight risk and certainly not a danger.
16:09:42  19             THE COURT:  And what's the government's position on
16:09:46  20   Eusevio Maldonado-Huitron?
16:09:46  21             MR. GARDNER:  Your Honor, we'd also request the Court
16:09:48  22   take Mr. Eusevio Maldonado-Huitron into custody.  I believe the
16:09:52  23   testimony shows that not only does he have ties to Mexico, he's a
16:09:55  24   Mexican citizen, but he also has property in Mexico.
16:09:58  25             THE COURT:  Mr. Esper.
```

```
16:09:59   1              MR. ESPER:  Your Honor, I think the -- Mr. Huitron's
16:10:02   2   reporting record demonstrates he's not a flight risk.  He's known
16:10:07   3   the perils of this prosecution, the fact that he might be taken
16:10:11   4   into custody if convicted, I apprised him of that.  He's been
16:10:14   5   here for every court appearance.  He's been a resident of this
16:10:16   6   community for a number of years.  And I do believe that he should
16:10:21   7   remain on bond, pending the sentencing certainly.  I have all the
16:10:25   8   confidence that he will appear at sentencing in this court.  I
16:10:29   9   don't believe he's a flight risk.
16:10:31  10              THE COURT:  Well, it's the government's call and I'll
16:10:34  11   have Mr. Garcia and Mr. Huitron taken into custody.
16:10:40  12              And, Mr. Jesus Maldonado-Huitron, you're free to go,
16:10:46  13   sir.
16:10:47  14              MR. MAYR:  Thank you, your Honor.
16:10:52  15              THE COURT:  And we're in recess.
          16              (End of proceedings.)
          17
          18
          19
          20
          21
          22
          23
          24
          25
```

*LILY I. REZNIK, OFFICIAL COURT REPORTER*
*U.S. DISTRICT COURT, WESTERN DISTRICT OF TEXAS (AUSTIN)*

1                        * * * * * *

2

3

4  UNITED STATES DISTRICT COURT)

5  WESTERN DISTRICT OF TEXAS    )

6

7      I, LILY I. REZNIK, Official Court Reporter, United States

8  District Court, Western District of Texas, do certify that the

9  foregoing is a correct transcript from the record of proceedings

10 in the above-entitled matter.

11     I certify that the transcript fees and format comply with

12 those prescribed by the Court and Judicial Conference of the

13 United States.

14     WITNESS MY OFFICIAL HAND this the 21st day of August, 2013.

15

16

17                                  /s/Lily I. Reznik
                                    LILY I. REZNIK, CRR, RMR
18                                  Official Court Reporter
                                    United States District Court
19                                  Austin Division
                                    501 W. 5th Street, Suite 4153
20                                  Austin, Texas 78701
                                    (512)391-8792
21                                  Certification No. 4481
                                    Expires:  12-31-14
22

23

24

25