UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2022 NOV 29 PM 12:11
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
        DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V.  § | No. A-12-CR-210(3)-LY |
| § | |
| JOSE TREVINO MORALES  § | |
| #27585-064  § | |

## ORDER

Upon motion of the defendant for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors set forth in 18 U.S.C. § 3553(a), Defendant's motion is denied.

After a complete review of the motion on the merits, the court finds no compelling or extraordinary reasons for a sentence reduction. Even if there were compelling or extraordinary reasons for a reduction, the § 3553(a) factors do not support an early release in this case.

In 2013, Defendant was convicted by a jury of conspiracy to commit money laundering. Defendant was found accountable for approximately $25 million in laundered funds and was considered an organizer or leader in the criminal activity that was otherwise extensive. The Guidelines range for Defendant's crime was life. However, the statutory maximum term of imprisonment for Defendant's crime was 240 months. After considering the § 3553(a) factors, the court sentenced Defendant to 240 months. The Fifth Circuit Court of Appeals affirmed Defendant's conviction and sentence, and the Supreme Court denied Defendant's petition for writ of certiorari. Defendant has more than five years left of his sentence to serve.

The Government's response contains an extensive explanation of the facts detailing Defendant's participation in the conspiracy. Defendant profited from his brothers' leadership of

the Los Zetas, one of Mexico's most violent drug cartels. As explained by the Government, Defendant's involvement was not that of an underling or middleman for the Los Zetas. His involvement went beyond commonplace financial or narcotic crimes in which he played an indispensable role as the United States' manager of the family's drug proceeds and director of the illegal activity. The conspiracy involved a nationwide effort to corruptly utilize United States' businesses and institutions to lauder and legitimize drug proceeds. Defendant continues to minimize his role in the conspiracy. Defendant's two brothers are fugitives facing charges in multiple federal jurisdictions and pending extradition requests.

In sum, the nature and circumstances of Defendant's offense do not justify a reduced sentence. Reducing Defendant's sentence will not adequately reflect the seriousness of his offense, promote respect for the law, provide just punishment for the offense, adequately deter criminal conduct, or protect the public from further crimes. No sentence reduction is needed to provide Defendant with medical care. *See* 18 U.S.C. § 3553(a).

It is therefore **ORDERED** that Defendant's Motion for a Sentence Reduction, filed on August 22, 2022, is **DENIED**.

SIGNED this _29th_ day of November 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE